B1 (Official Form 1) (04/13)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

| United States Bankruptcy Court<br>District of Colorado | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Schneeberger, Todd Andrew | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Schneeberger, Patricia Anne |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>None | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>aka Patti Schneeberger |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): 4052 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): 3464 |
| Street Address of Debtor (No. and Street, City, and State)<br>6509 East County Road 60<br>Fort Collins, CO     ZIPCODE 80524 | Street Address of Joint Debtor (No. and Street, City, and State)<br>6509 East County Road 60<br>Fort Collins, CO     ZIPCODE 80524 |
| County of Residence or of the Principal Place of Business:<br>Larimer | County of Residence or of the Principal Place of Business:<br>Larimer |
| Mailing Address of Debtor (if different from street address):<br><br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):     ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check one box)
- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other   N.A.

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [x] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests: _____

Each country in which a foreign proceeding by, regarding, or against debtor is pending: _____

**Tax-Exempt Entity**
(Check box, if applicable)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code)

**Nature of Debts**
(Check one box)
- [x] Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only)   Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [ ] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): Todd Andrew Schneeberger & Patricia Anne Schneeberger |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: NONE | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: N.A. | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: Schneeberger, Inc | Case Number: 13-24805-MER | Date Filed: August 29th, 2013 |
|---|---|---|
| District: Colorado | Relationship: Affiliate | Judge: Hon. Michael E. Romero |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11) | (To be completed if debtor is an individual whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X  /s/ Algirdas M. Liepas          August 31st, 2013<br>Signature of Attorney for Debtor(s)          Date |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☑ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
### (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
### (Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

| B1 (Official Form 1) (04/13) | Page 3 |
|---|---|

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Todd Andrew Schneeberger & Patricia Anne Schneeberger |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Todd Andrew Schneeberger
   Signature of Debtor

**X** /s/ Patricia Anne Schneeberger
   Signature of Joint Debtor

_____
   Telephone Number (If not represented by attorney)

August 31st, 2013
   Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐   I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 of title 11 are attached.

☐   Pursuant to 11 U.S.C.§ 1511, I request relief in accordance with the chapter of title 11 specified in this petition.   A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
   (Signature of Foreign Representative)

_____
   (Printed Name of Foreign Representative)

_____
   (Date)

### Signature of Attorney*

**X** /s/ Algirdas M. Liepas
   Signature of Attorney for Debtor(s)

ALGIRDAS M. LIEPAS 15414
   Printed Name of Attorney for Debtor(s)

Algirdas M. Liepas
   Firm Name

419 Canyon Avenue, Suite 215
   Address

Fort Collins, CO 80521

(970) 493-3359   algirdas@liepas.com
   Telephone Number          e-mail

August 31st, 2013
   Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, (2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition  preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
   Signature of Authorized Individual

_____
   Printed Name of Authorized Individual

_____
   Title of Authorized Individual

_____
   Date

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B1 D (Official Form 1, Exhibit D ) (12/09)

# UNITED STATES BANKRUPTCY COURT
### District of Colorado

Todd Andrew Schneeberger & Patricia
Anne Schneeberger

In re_____     Case No._____
　　　　　Debtor(s)　　　　　　　　　　　　　　　　(if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑  1.  Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐  2.  Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

B1 D (Official Form 1, Exh. D)  (12/09) – Cont.                                    Page 2

☐  3.   I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.  *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐  4.  I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

  ☐   Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

  ☐   Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.)**;**

  ☐   Active military duty in a military combat zone.

☐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district**.**

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  _____/s/ Todd Andrew Schneeberger_____

                                   TODD ANDREW SCHNEEBERGER

Date:  _____August 31st, 2013_____

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B1 D (Official Form 1, Exhibit D ) (12/09)

# UNITED STATES BANKRUPTCY COURT
### District of Colorado

Todd Andrew Schneeberger & Patricia
Anne Schneeberger

In re_____          Case No._____
              Debtor(s)                                                  (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

<div style="writing-mode: vertical-rl">Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0</div>

B1 D (Official Form 1, Exh. D)  (12/09) – Cont.                                                    Page 2

☐  3.   I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.  *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐  4.   I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

   ☐   Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

   ☐   Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.**);**

   ☐   Active military duty in a military combat zone.

☐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district**.**

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Joint Debtor:_____/s/ Patricia Anne Schneeberger
                                        _____
                                        PATRICIA ANNE SCHNEEBERGER

                        Date: _____
                              August 31st, 2013

B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT

## District of Colorado

Todd Andrew Schneeberger & Patricia Anne Schneeberger

In Re _____   Case No. _____

_____   (if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25.  If the answer to an applicable question is "None," mark the box labeled "None."  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."*  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time.  An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."*  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor.  11 U.S.C. § 101.

_____

### 1.  Income from employment or operation of business

None

☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 2013(db)  6,136.04 | AIMS |
| 2012(db)  8,438.24 | AIMS |
| 2011(db)  4,314.92 | AIMS |
| | |
| 2013(jdb) 11,937.51 | Poudre School District |
| 2012(jdb) 19,616.15 | Poudre School District |
| 2011(jdb) 19,642.43 | Poudre School District |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

**2.   Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                    SOURCE

2013  (db)        0.00

2012(db)          0.00

2013(jdb)         0.00

2012(jdb)         0.00

**3.  Payments to creditors**

None ☒

*Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as  part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☒

*b. Debtor whose debts are not primarily consumer debts:*  List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*)☐any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative☐repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after date of adjustment.*

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B7 (Official Form 7) (04/13)                                                                                    3

---

None

☐    *c. All debtors:* List all payments made within one year immediately preceding the commencement of this case to or
     for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must
     include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated
     and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Cliff Choury<br>3909 Yosemite Court<br>Fort Collins, CO 80525<br>Relationship: Business Associate | 2 x monthly | 1,650.00 | 133,048.89 |

---

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None

☐    a.    List all suits and administrative proceedings to which the debtor is or was a party within one year immediately
           preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include
           information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated
           and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Metro Collections/Vinci Law Office v. Schneeberger #13C30098 | Action for money damages | Larimer County Court 201 Laporte Ave. Ft. Collins, CO 80521 | Default Judgement for $15,158.64 |
| Machol & Johannes v. Schneeberger #11C9222 | Action for money damages | Larimer County Court 201 Laporte Ave. Ft. Collins, CO 80521 | Default Judgement for $2,481.81 |
| Plotkin & Plotkin v. Schneeberger #11C8748 | Action for money damages | Larimer Count Court 201 Laporte Ave. Ft. Collins, CO 80521 | Default Judgement for $4,061.92 |
| Liggett/Smith/ Johnson v. Schneeberger #2011C99302 | Action for money damages | Larimer County Court 201 Laporte Ave. Ft. Collins, CO 80521 | Default Judgement for $14,426.71 |
| Allen Stokes v. Schneeberger #2009C6550 | Action for money damages | Larimer County Court 201 Laporte Ave. Ft. Collins, CO 80521 | Default Judgement for $5,881.05 |
| Brammer Law Office v. Schneeberger #2010CU774 | Action for money damages | Larimer District Court 201 Laporte Ave. Ft. Collins, CO 80521 | Default Judgement for $1,903.01 |

B7 (Official Form 7) (04/13)

4

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Machol & Johannes v. Schneeberger #10C9575 | Action for money damages | Larimer County Court 201 Laporte Ave. Ft. Collins, CO 80521 | Default Judgement for $9,793.55 |

None ☐    b.    Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| 1st National Bank of Omaha 205 W. Oak St. Ft. Collins, CO 80521 | 9/2012 - present | $4,036.07 since September, 2012. |

**5. Repossessions, foreclosures and returns**

None ☐    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Credit Union of Colorado 1390 Logan Street Denver, CO 80203 | 2/11/13 | 2005 Ford Excursion $15,158.64 |
| Credit Union of Colorado 1390 Logan Street Denver, CO 80203 | 4/17/12 | 1999 Ford F250 $5,600 |

**6. Assignments and Receiverships**

None ☒    a.    Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                        5

None  b.    List all property which has been in the hands of a custodian, receiver, or court-appointed official within one
☒     year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13
      must include information concerning property of either or both spouses whether or not a joint petition is filed, unless
      the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7.   Gifts**

None        List all gifts or charitable contributions made within one year immediately preceding the commencement of this
☒     case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family
      member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter
      12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed,
      unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8.   Losses**

None        List all losses from fire, theft, other casualty or gambling within one year immediately preceding the
☒     commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or
      chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are
      separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9.   Payments related to debt counseling or bankruptcy**

None        List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys,
☐     for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in
      bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Cricket Debt Counseling 10121 Southeast Sunnyside Road Clackamas, OR 97015 | January 6, 2013 | $36.00 |
| Algirdas M. Liepas Algirdas M. Liepas PC 419 Canyon Ave., Suite 215 Fort Collins, CO 80521 | February 8, 2013 | $2,500.00 |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B7 (Official Form 7) (04/13)                                                                                    6

---

**10.  Other transfers**

None
☒      a.     List all other property, other than property transferred in the ordinary course of the business or financial affairs
       of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement
       of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses
       whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

---

       b.     List all property transferred by the debtor within ten years immediately preceding the commencement of this case
       to a self-settled trust or similar device of which the debtor is a beneficiary.

None
☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

**11.  Closed financial accounts**

None
☒      List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which
       were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.
       Include checking, savings, or other financial accounts, certificates of deposit, or other instruments;  shares and share
       accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial
       institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or
       instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated
       and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

---

**12.  Safe deposit boxes**

None
☒      List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other
       valuables within one year immediately preceding the commencement of this case.    (Married debtors filing under
       chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition
       is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B7 (Official Form 7) (04/13)                                                                                      7

**13.  Setoffs**

None ☒
        List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.   (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None ☒
List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None ☒
        If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16.  Spouses and Former Spouses**

None ☒
        If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin)  within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

        NAME

**17.  Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

        "Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

        "Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ☒
        a.    List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B7 (Official Form 7) (04/13)                                                                                                      8

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☒

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None
☐

a.    If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or  was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity  securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Schneeberger Inc./dba Play It Again Sports | 56-2657538 | 4019 S. Mason St. Unit 3 Fort Collins, CO 80525 | Retail sales of new and used sporting goods | June 12, 2007 - current |

b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☒

| NAME | ADDRESS |
|---|---|

B7 (Official Form 7) (04/13)                                                                                      9

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, record and financial statements**

None

☒    a.    List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                         DATES SERVICES RENDERED

---

None

☒    b.    List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                              ADDRESS                      DATES SERVICES RENDERED

---

None

☒    c.    List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                              ADDRESS

---

None

☒    d.    List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

NAME AND ADDRESS                                         DATE
                                                         ISSUED

---

**20. Inventories**

None

☒    a.    List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY            INVENTORY SUPERVISOR            DOLLAR AMOUNT OF INVENTORY
                                                            (Specify cost, market or other basis)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc.- ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B7 (Official Form 7) (04/13)                                                                                   10

---

None        b.      List the name and address of the person having possession of the records of each of the two inventories
☒           reported in a., above.

DATE OF INVENTORY                          NAME AND ADDRESSES OF CUSTODIAN OF
                                                     INVENTORY RECORDS

---

**21. Current Partners, Officers, Directors and Shareholders**

None        a.      If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
☒

NAME AND ADDRESS              NATURE OF INTEREST              PERCENTAGE OF INTEREST

---

None        b.      If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly
☒           or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                       TITLE                 NATURE AND PERCENTAGE OF
                                                                      STOCK OWNERSHIP

---

**22. Former partners, officers, directors and shareholders**

None        a.      If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately
☒           preceding the commencement of this case.

NAME                           ADDRESS                  DATE OF WITHDRAWAL

---

None        b.      If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated
☒           within one year immediately preceding the commencement of this case.

NAME AND ADDRESS                       TITLE                 DATE OF TERMINATION

---

**23.   Withdrawals from a partnership or distribution by a corporation**

None               If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an insider,
☒           including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite
            during one year immediately preceding the commencement of this case.

NAME & ADDRESS OF              DATE AND PURPOSE              AMOUNT OF MONEY OR
RECIPIENT, RELATIONSHIP        OF WITHDRAWAL                 DESCRIPTION AND VALUE
TO DEBTOR                                                    OF PROPERTY

Bankruptcy2013 ©1991-2013, New Hope Software, Inc.- ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B7 (Official Form 7) (04/13)                                                                                           11

---

**24.  Tax Consolidation Group**

None        If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of
☒          any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year
            period immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                    TAXPAYER IDENTIFICATION NUMBER (EIN)

---

**25.  Pension Funds**

None        If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to
☒          which the debtor, as an employer, has been responsible for contributing at any time within the six-year period
            immediately preceding the commencement of the case.

NAME OF PENSION FUND                          TAXPAYER IDENTIFICATION NUMBER (EIN)

<br>

*   *   *   *   *   *

<br>

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments
thereto and that they are true and correct.

Date    August 31st, 2013                    Signature        /s/ Todd Andrew Schneeberger
                                             of Debtor        TODD ANDREW SCHNEEBERGER

Date    August 31st, 2013                    Signature        /s/ Patricia Anne Schneeberger
                                             of Joint Debtor  PATRICIA ANNE SCHNEEBERGER

B7 (Official Form 7) (04/13)                                                                                    12

_0_ continuation sheets attached

***Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §152 and 3571***

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110(c).)
*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

X_____          _____
Signature of Bankruptcy Petition Preparer                              Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

***A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.***

**B6 Summary (Official Form 6 - Summary) (12/07)**

# United States Bankruptcy Court

### District of Colorado

In re     Todd Andrew Schneeberger & Patricia Anne Schneeberger

         Debtor

Case No. _____

Chapter    13 _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $ 275,000.00 | | |
| B – Personal Property | YES | 7 | $ 18,935.64 | | |
| C – Property Claimed as exempt | YES | 4 | | | |
| D – Creditors Holding Secured Claims | YES | 3 | | $ 537,178.78 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 3 | | $ 5,957.50 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 172 | | $ 419,117.76 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 85 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 2,820.76 |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $ 2,590.76 |
| **TOTAL** | | 278 | $ 293,935.64 | $ 962,254.04 | |

# United States Bankruptcy Court
### District of Colorado

In re  Todd Andrew Schneeberger & Patricia Anne Schneeberger

Debtor

Case No. _____

Chapter ____13____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 5,957.50 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 5,957.50 |

**State the Following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 2,820.76 |
| Average Expenses (from Schedule J, Line 18) | $ 2,590.76 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ 3,226.90 |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 258,178.78 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 4,305.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 1,652.50 |
| 4. Total from Schedule F | | $ 419,117.76 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 678,949.04 |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

**B6 Cover (Form 6 Cover) (12/07)**


# FORM 6. SCHEDULES

Summary of Schedules
Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159)

Schedule A - Real Property
Schedule B - Personal Property
Schedule C - Property Claimed as Exempt
Schedule D - Creditors Holding Secured Claims
Schedule E - Creditors Holding Unsecured Priority Claims
Schedule F - Creditors Holding Unsecured Nonpriority Claims
Schedule G - Executory Contracts and Unexpired Leases
Schedule H - Codebtors
Schedule I - Current Income of Individual Debtor(s)
Schedule J - Current Expenditures of Individual Debtor(s)

Unsworn Declaration under Penalty of Perjury


GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of any amendments thereto must contain a caption as in Form 16B. Subsequent pages should be identified with the debtor's name and case number. If the schedules are filed with the petition, the case number should be left blank

Schedules D, E, and F have been designed for the listing of each claim only once. Even when a claim is secured only in part or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or it part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed on Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

**B6A (Official Form 6A) (12/07)**

In re  Todd Andrew Schneeberger & Patricia Anne
_____
Schneeberger   **Debtor**

Case No. _____
                              **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Home and 35+ acres<br><br>6509 East County Road 60<br>Fort Collins, CO 80524 | JTWROS | J | 275,000.00 | Exceeds Value |
| | | Total ➤ | 275,000.00 | |

(Report also on Summary of Schedules.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

**B6B (Official Form 6B) (12/07)**

In re Todd Andrew Schneeberger & Patricia Anne Schneeberger _____ Case No. _____
                              **Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | PSECU savings acct. #xxxx43-00 In Debtor's possession. | J | 5.00 |
| | | PSECU checking acct. #xxxx43-01 In Debtor's possession. | J | 351.89 |
| | | Homestate checking acct. #xxx1233 In Debtor's possession. | W | 1,008.75 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | Tools In Debtor's possession. | J | 300.00 |
| | | Farm and ranch equipment In Debtor's possession. | J | 600.00 |
| | | Office equipment In Debtor's possession. | J | 100.00 |
| | | Couch/loveseat/chair In Debtor's possession. | J | 80.00 |
| | | End tables In Debtor's possession. | J | 40.00 |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

In re  Todd Andrew Schneeberger & Patricia Anne
_____Schneeberger___**Debtor**          **Case No.** _____
                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Lamps<br>In Debtor's possession. | J | 20.00 |
| | | Piano (2)<br>In Debtor's possession. | J | 100.00 |
| | | Toaster oven<br>In Debtor's possession. | J | 10.00 |
| | | Mixer<br>In Debtor's possession. | J | 40.00 |
| | | Toaster<br>In Debtor's possession. | J | 10.00 |
| | | Microwave (3)<br>In Debtor's possession. | J | 60.00 |
| | | Place settings<br>In Debtor's possession. | J | 30.00 |
| | | Flatware<br>In Debtor's possession. | J | 20.00 |
| | | Pots and pans<br>In Debtor's possession. | J | 30.00 |
| | | Washer<br>In Debtor's possession. | J | 120.00 |
| | | Dryer<br>In Debtor's possession. | J | 100.00 |
| | | Freezer<br>In Debtor's possession. | J | 80.00 |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

In re  Todd Andrew Schneeberger & Patricia Anne
Schneeberger  **Debtor**

Case No. _____

(If known)

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Dining table and chairs<br>In Debtor's possession. | J | 50.00 |
| | | Hutch<br>In Debtor's possession. | J | 40.00 |
| | | King bed<br>In Debtor's possession. | J | 100.00 |
| | | Dresser<br>In Debtor's possession. | J | 50.00 |
| | | TV stand<br>In Debtor's possession. | J | 40.00 |
| | | Night stand<br>In Debtor's possession. | J | 30.00 |
| | | Lamps<br>In Debtor's possession. | J | 20.00 |
| | | Linens and towels<br>In Debtor's possession. | J | 40.00 |
| | | Computer<br>In Debtor's possession. | J | 300.00 |
| | | Desk<br>In Debtor's possession. | J | 50.00 |
| | | Twin beds (3)<br>In Debtor's possession. | J | 90.00 |
| | | Dresser (3)<br>In Debtor's possession. | J | 60.00 |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

In re  Todd Andrew Schneeberger & Patricia Anne
       Schneeberger        **Debtor**                          Case No. _____
                                                                          **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Couch and chair (living room) In Debtor's possession. | J | 300.00 |
| | | Living room table In Debtor's possession. | J | 40.00 |
| | | TV In Debtor's possession. | J | 100.00 |
| | | DVD In Debtor's possession. | J | 30.00 |
| | | Lap top computer In Debtor's possession. | J | 50.00 |
| 5.  Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books and music In Debtor's possession. | J | 300.00 |
| | | Books In Debtor's possession. | J | 100.00 |
| 6.  Wearing apparel. | | Men's clothing and shoes In Debtor's possession. | J | 120.00 |
| | | Women's clothing and shoes In Debtor's possession. | J | 120.00 |
| | | Children's clothes In Debtor's possession. | J | 100.00 |
| 7.  Furs and jewelry. | | Jewelry In Debtor's possession. | J | 300.00 |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

In re  Todd Andrew Schneeberger & Patricia Anne Schneeberger    Debtor    Case No. _____
(If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | PERA<br>In possession of ERISA trustee. | J | 5,000.00 |
| | | PERA<br>In possession of ERISA trustee. | J | 1,000.00 |
| 13.  Stock and interests in incorporated and unincorporated businesses.  Itemize. | | AT&T 30.46649 shares<br>In Debtor's possession. | W | 500.00 |
| | | Schneeberger, Inc. stock 100%<br>In Debtor's possession. | J | 0.00 |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16.  Accounts receivable. | X | | | |
| 17.  Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18.  Other liquidated debts owing debtor including tax refunds.  Give particulars. | | Earned but unpaid net wages<br>In Debtor's (s') possession. | H | 650.00 |
| 19.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

In re    Todd Andrew Schneeberger & Patricia Anne      Case No. _____
     Schneeberger    **Debtor**                           **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | | PSD term life insurance, Sunlife of Canada #77204 In Debtor's possession. | J | 0.00 |
| | | AIMS term life insurance, Standart Life Ins. Co #647519-A In Debtor's possession. | J | 0.00 |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | Customer List from Play It Again Sports 4019 South Mason Street, Unit 3 Fort Collins, CO 80525 | J | 200.00 |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2002 Hyundai Santa Fe VIN KMBSC73D22H159830 In Debtor's possession. | J | 4,000.00 |
| | | 1972 Ford F100 VIN F10YKM84144 In Debtor's possession. | H | 500.00 |
| | | 1977 Chevy Custom Deluxe VIN CCL447F510204 In Debtor's possession. | W | 500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |

In re    Todd Andrew Schneeberger & Patricia Anne                    Case No. _____
_____Schneeberger____ **Debtor**                                                        **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 31.  Animals. | | 3 Horses<br>In Debtor's possession. | J | 1,000.00 |
| | | 11 chickens, 1 rooster<br>In Debtor's possession. | J | 50.00 |
| | | Dog<br>In Debtor's possession. | J | Indeterminate |
| | | Cat<br>In Debtor's possession. | J | Indeterminate |
| 32.  Crops - growing or harvested.  Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

                                    __0__   continuation sheets attached    Total    $    18,935.64

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

**B6C (Official Form 6C)  (04/13)**

In re  Todd Andrew Schneeberger & Patricia Anne
       Schneeberger         **Debtor**

Case No. _____
                    **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐  11 U.S.C. § 522(b)(2)          ☐  Check if debtor claims a homestead exemption that exceeds
☑  11 U.S.C. § 522(b)(3)             $155,675*.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| PSECU checking acct. #xxxx43-01 | (Husb)CRS §§ 13-54-104(2)(a), 5-5-105 | 131.96 | 351.89 |
| | (Wife)CRS §§ 13-54-104(2)(a), 5-5-105 | 131.96 | |
| Home and 35+ acres | (Husb)CRS §§ 38-41-201, 38-41-201.6, 38-41-202 | 0.00 | 275,000.00 |
| | (Wife)CRS §§ 38-41-201, 38-41-201.6, 38-41-202 | 0.00 | |
| Homestate checking acct. #xxx1233 | (Wife)CRS §§ 13-54-104(2)(a), 5-5-105 | 756.56 | 1,008.75 |
| Men's clothing and shoes | (Husb)CRS § 13-54-102(1)(a) | 60.00 | 120.00 |
| | (Wife)CRS § 13-54-102(1)(a) | 60.00 | |
| Women's clothing and shoes | (Husb)CRS § 13-54-102(1)(a) | 60.00 | 120.00 |
| | (Wife)CRS § 13-54-102(1)(a) | 60.00 | |
| Jewelry | (Husb)CRS § 13-54-102(1)(b) | 150.00 | 300.00 |
| | (Wife)CRS § 13-54-102(1)(b) | 150.00 | |
| 1972 Ford F100 VIN F10YKM84144 | (Husb)CRS § 13-54-102(1)(j)(I) | 500.00 | 500.00 |
| Office equipment | (Husb)CRS § 13-54-102(1)(e) | 50.00 | 100.00 |
| | (Wife)CRS § 13-54-102(1)(e) | 50.00 | |
| Couch/loveseat/chair | (Husb)CRS § 13-54-102(1)(e) | 40.00 | 80.00 |
| | (Wife)CRS § 13-54-102(1)(e) | 40.00 | |
| End tables | (Husb)CRS § 13-54-102(1)(e) | 20.00 | 40.00 |
| | (Wife)CRS § 13-54-102(1)(e) | 20.00 | |
| Lamps | (Husb)CRS § 13-54-102(1)(e) | 10.00 | 20.00 |
| | (Wife)CRS § 13-54-102(1)(e) | 10.00 | |

*Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6C (Official Form 6C) (04/13) -- Cont.

In re  Todd Andrew Schneeberger & Patricia Anne          Case No. _____
       Schneeberger    **Debtor**                                      **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Page)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Piano (2) | (Husb)CRS § 13-54-102(1)(e)<br>(Wife)CRS § 13-54-102(1)(e) | 50.00<br>50.00 | 100.00 |
| Toaster oven | (Husb)CRS § 13-54-102(1)(e)<br>(Wife)CRS § 13-54-102(1)(e) | 5.00<br>5.00 | 10.00 |
| Mixer | (Husb)CRS § 13-54-102(1)(e)<br>(Wife)CRS § 13-54-102(1)(e) | 20.00<br>20.00 | 40.00 |
| Toaster | (Husb)CRS § 13-54-102(1)(e)<br>(Wife)CRS § 13-54-102(1)(e) | 5.00<br>5.00 | 10.00 |
| Microwave (3) | (Husb)CRS § 13-54-102(1)(e)<br>(Wife)CRS § 13-54-102(1)(e) | 30.00<br>30.00 | 60.00 |
| Place settings | (Husb)CRS § 13-54-102(1)(e)<br>(Wife)CRS § 13-54-102(1)(e) | 15.00<br>15.00 | 30.00 |
| Flatware | (Husb)CRS § 13-54-102(1)(e)<br>(Wife)CRS § 13-54-102(1)(e) | 10.00<br>10.00 | 20.00 |
| Pots and pans | (Husb)CRS § 13-54-102(1)(e)<br>(Wife)CRS § 13-54-102(1)(e) | 15.00<br>15.00 | 30.00 |
| Washer | (Husb)CRS § 13-54-102(1)(e)<br>(Wife)CRS § 13-54-102(1)(e) | 60.00<br>60.00 | 120.00 |
| Dryer | (Husb)CRS § 13-54-102(1)(e)<br>(Wife)CRS § 13-54-102(1)(e) | 50.00<br>50.00 | 100.00 |
| Freezer | (Husb)CRS § 13-54-102(1)(e)<br>(Wife)CRS § 13-54-102(1)(e) | 40.00<br>40.00 | 80.00 |
| Dining table and chairs | (Husb)CRS § 13-54-102(1)(e)<br>(Wife)CRS § 13-54-102(1)(e) | 25.00<br>25.00 | 50.00 |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6C (Official Form 6C) (04/13) -- Cont.

In re  Todd Andrew Schneeberger & Patricia Anne              Case No. _____
       Schneeberger        **Debtor**                                        **(If known)**

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Page)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Hutch | (Husb)CRS § 13-54-102(1)(e)<br>(Wife)CRS § 13-54-102(1)(e) | 20.00<br>20.00 | 40.00 |
| King bed | (Husb)CRS § 13-54-102(1)(e)<br>(Wife)CRS § 13-54-102(1)(e) | 50.00<br>50.00 | 100.00 |
| Dresser | (Husb)CRS § 13-54-102(1)(e)<br>(Wife)CRS § 13-54-102(1)(e) | 25.00<br>25.00 | 50.00 |
| TV stand | (Husb)CRS § 13-54-102(1)(e)<br>(Wife)CRS § 13-54-102(1)(e) | 20.00<br>20.00 | 40.00 |
| Night stand | (Husb)CRS § 13-54-102(1)(e)<br>(Wife)CRS § 13-54-102(1)(e) | 15.00<br>15.00 | 30.00 |
| Lamps | (Husb)CRS § 13-54-102(1)(e)<br>(Wife)CRS § 13-54-102(1)(e) | 10.00<br>10.00 | 20.00 |
| Linens and towels | (Husb)CRS § 13-54-102(1)(e)<br>(Wife)CRS § 13-54-102(1)(e) | 20.00<br>20.00 | 40.00 |
| Computer | (Husb)CRS § 13-54-102(1)(e)<br>(Wife)CRS § 13-54-102(1)(e) | 150.00<br>150.00 | 300.00 |
| Desk | (Husb)CRS § 13-54-102(1)(e)<br>(Wife)CRS § 13-54-102(1)(e) | 25.00<br>25.00 | 50.00 |
| Books | (Husb)CRS § 13-54-102(1)(e)<br>(Wife)CRS § 13-54-102(1)(e) | 50.00<br>50.00 | 100.00 |
| Twin beds (3) | (Husb)CRS § 13-54-102(1)(e)<br>(Wife)CRS § 13-54-102(1)(e) | 45.00<br>45.00 | 90.00 |
| Dresser (3) | (Husb)CRS § 13-54-102(1)(e)<br>(Wife)CRS § 13-54-102(1)(e) | 30.00<br>30.00 | 60.00 |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6C (Official Form 6C) (04/13) -- Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
       Schneeberger      **Debtor**

Case No. _____
                    **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Page)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Couch and chair (living room) | (Husb)CRS § 13-54-102(1)(e)<br>(Wife)CRS § 13-54-102(1)(e) | 150.00<br>150.00 | 300.00 |
| Living room table | (Husb)CRS § 13-54-102(1)(e)<br>(Wife)CRS § 13-54-102(1)(e) | 20.00<br>20.00 | 40.00 |
| TV | (Husb)CRS § 13-54-102(1)(e)<br>(Wife)CRS § 13-54-102(1)(e) | 50.00<br>50.00 | 100.00 |
| DVD | (Husb)CRS § 13-54-102(1)(e)<br>(Wife)CRS § 13-54-102(1)(e) | 15.00<br>15.00 | 30.00 |
| Lap top computer | (Husb)CRS § 13-54-102(1)(e)<br>(Wife)CRS § 13-54-102(1)(e) | 25.00<br>25.00 | 50.00 |
| Children's clothes | (Husb)CRS § 13-54-102(1)(a)<br>(Wife)CRS § 13-54-102(1)(a) | 50.00<br>50.00 | 100.00 |
| 1977 Chevy Custom Deluxe VIN CCL447F510204 | (Wife)CRS § 13-54-102(1)(j)(I) | 500.00 | 500.00 |
| Earned but unpaid net wages | (Husb)CRS §§ 13-54-104(2)(a), 5-5-105 | 487.50 | 650.00 |
| | Total exemptions claimed: | 5,477.98 | |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc.- ver.4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6D (Official Form 6D) (12/07)

In re ___Todd Andrew Schneeberger & Patricia Anne Schneeberger___,  Case No. _____
                                    **Debtor**                                              **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 9830 <br><br> Cheyenne Automotive, Inc. <br> 2200 West Land Road <br> Cheyenne, WY 82001 <br><br> VALUE $ 4,000.00 | | H | Incurred: 10/31/2011 <br> Lien: PMSI in vehicle < 910 days <br> Security: 2002 Hyundai Santa Fe | | | | 8,000.00 | 4,000.00 |
| ACCOUNT NO. <br><br> First National Bank of Omaha <br> 1620 Dodge Street <br> Omaha, NE 68197 <br><br> VALUE $ 275,000.00 | | J | Lien: Judgment Lien <br> Security: Single Family Residence | | | | 14,079.81 | 14,079.81 This amount based upon existence of Superior Liens |
| ACCOUNT NO. <br><br> LVNV Funding, LLC <br> c/o The Corporation Trust Inc. <br> 351 West Camden Street <br> Baltimore, MD 21201 <br><br> VALUE $ 275,000.00 | | | Lien: Judgment lien <br> Security: Single family residence and acreage | | | | Notice Only | Notice Only |

__2_____ continuation sheets attached

Subtotal ▶  $ 22,079.81   $ 18,079.81
(Total of this page)

Total ▶  $           $
(Use only on last page)

(Report also on Summary of Schedules)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

**B6D (Official Form 6D) (12/07) – Cont**.

In re ___Todd Andrew Schneeberger & Patricia Anne_____,        Case No. _____
          Schneeberger         **Debtor**                                              **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Machol & Johannes, LLC<br>717 17th St #2300<br>Denver, CO 80202-3317 | | J | <br><br>VALUE $              0.00 | | | | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Metro Collection Service, Inc.<br>2600 S. Parker Rd., Bldg. 4, Suite 340<br>Aurora, CO 80014 | | J | Incurred: February 11, 2013<br>Lien: Judgment Lien<br>Security: Single family residence and acreage<br>VALUE $        275,000.00 | | | | 15,158.64 | 15,158.64<br>This amount based upon existence of Superior Liens |
| ACCOUNT NO.<br><br>Mr. Benjamin W. Navarro<br>LVNV Funding, LLC<br>200 Meeting Street, Suite 206<br>Charleston, SC 29401 | | | Lien: Judgment Lien<br>Security: Single family residence<br><br>VALUE $        275,000.00 | | | | 2,164.59 | 2,164.59<br>This amount based upon existence of Superior Liens |
| ACCOUNT NO.<br><br>Mr. Benjamin W. Navarro<br>LVNV Funding, LLC<br>625 Pilot Road, Suite 3<br>Las Vegas, NV 89119 | | | <br><br>VALUE $              0.00 | | | | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Mr. Kelsey J. Smith<br>Liggett, Smith & Johnson<br>425 West Mulberry, Suite 112<br>Fort Collins, CO 80521 | | | <br><br>VALUE $              0.00 | | | | Notice Only | Notice Only |

Sheet no. __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (s) ► $ 17,323.23   $
(Total(s) of this page)
Total(s) $   $
(Use only on last page)

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

**B6D (Official Form 6D) (12/07) – Cont**.

In re __Todd Andrew Schneeberger & Patricia Anne__ ,
Schneeberger
                **Debtor**

Case No. _____
                     **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0749<br><br>Ocwen Loan Servicing/GMAC<br>6716 Grade Lane, Building 9, Suite 910<br>Louisville, KY 40213-1407<br><br>VALUE $ 275,000.00 | | W | Incurred: 06/07/2006<br>Lien: First Mortgage<br>Security: Home and 35+ acres | | | | 353,997.16 | 78,997.16 |
| ACCOUNT NO.<br><br>Richard D. Fairbank, CEO<br>Capital One Bank USA NA<br>1680 Capital One Drive<br>McLean, VA 22102<br><br>VALUE $ 275,000.00 | | | Lien: Judgment Lien<br>Security: Single family residence | | | | 9,321.20 | 9,321.20<br>This amount based upon existence of Superior Liens |
| ACCOUNT NO. 4078<br><br>West Coast Servicing Inc.<br>17011 Beach Boulevard, Suite 300<br>Huntington Beach, CA 92647<br><br>VALUE $ 275,000.00 | | J | Incurred: June 2nd, 2006<br>Lien: Second Mortgage<br>Security: Single family residence and acreage | | | | 134,457.38 | 134,457.38<br>This amount based upon existence of Superior Liens |
| ACCOUNT NO.<br><br><br><br>VALUE $ | | | | | | | | |
| ACCOUNT NO.<br><br><br><br>VALUE $ | | | | | | | | |

Sheet no. _2_ of _2_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (s)▶ $ 497,775.74 | $ 222,775.74
(Total(s) of this page)
Total(s)▶ $ 537,178.78 | $ 258,178.78
(Use only on last page)

(Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6E (Official Form 6E) (04/13)

Todd Andrew Schneeberger & Patricia Anne
Schneeberger

In re_____,      Case No._____
　　　　　　　　　　Debtor                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

**B6E (Official Form 6E) (04/13) - Cont.**

In re __Todd Andrew Schneeberger & Patricia Anne Schneeberger__ __Debtor__

Case No._____
(if known)

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_1__ **continuation sheets attached**

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6E (Official Form 6E) (04/13) - Cont.

In re Todd Andrew Schneeberger & Patricia Anne
Schneeberger                              ,                Case No. _____
                         **Debtor**                                              **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)    Sec. 507(a)(8)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5944<br><br>City of Fort Collins, Sales Tax<br>PO Box 580<br>Fort Collins, CO 80522 | X | | Incurred: 1/2013<br>Consideration:<br>Sales Taax | | | | 1,000.00 | 1,000.00 | 0.00 |
| ACCOUNT NO. 9734<br><br>State of Colorado Dept. of Revenue<br>1375 Sherman St.<br>Denver, CO 80261 | X | | Incurred: 1/2013<br>Consideration: Unassessed Sales Tax 150% Penalty Amnt. based on assessed and unassessed sales tax amounts. | | | | 4,957.50 | 3,305.00 | 1,652.50 |
| ACCOUNT NO.<br><br> | | | | | | | | | |
| ACCOUNT NO.<br><br> | | | | | | | | | |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal<br>(Totals of this page) ➤ | $ 5,957.50 | $ 4,305.00 | $ 1,652.50 |
| Total ➤<br>(Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ 5,957.50 | | |
| Totals ➤<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ 4,305.00 | $ 1,652.50 |

B6F (Official Form 6F) (12/07)

In re __Todd Andrew Schneeberger & Patricia Anne,__          Case No. _____
    __Schneeberger__ **Debtor**                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

      State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).  Do not include claims listed in Schedules D and E.  If all creditors will not fit on this page, use the continuation sheet provided.

      If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

      If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

      Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  3168 <br><br> A & R <br> 600 Grand Ave. <br> Ridgefield, NJ 07657 | | J | Incurred: 11242009 <br> Consideration: Other | | | | 924.51 |
| ACCOUNT NO. <br><br> Abbitt, Lisa <br> 4650 Westridge Dr. <br> Ft. Collins, CO 80526 | X | | Consideration: Consignment agreement | | | | 10.00 |
| ACCOUNT NO. <br><br> Abbott, Wendy <br> 4220 Rolling Gate Rd. <br> Ft. Collins, CO 80526 | X | | Consideration: Consignment agreement | | | | 5.00 |
| ACCOUNT NO. <br><br> Abmey, Shannon <br> PO Box 270356 <br> Ft. Collins, CO 80527 | X | | Consideration: Consignment agreement | | | | 9.67 |

___171___ continuation sheets attached

Subtotal ➤   $   949.18

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
Schneeberger _____ ,        Case No. _____
　　　　　　　　　　Debtor                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Abreu, Tony<br>210 Morgan Dr.<br>Loveland, CO 80537 | | X | Consideration: Consignment agreement | | | | 8.00 |
| ACCOUNT NO.<br><br>Achziger, Wayne<br>613 Briarwood Rd.<br>Ft. Collins, CO 80521 | | X | Consideration: Consignment agreement | | | | 4.68 |
| ACCOUNT NO.<br><br>Adams, Alexa<br>6112 Normandy Ct.<br>Ft. Collins, CO 80525 | | X | Consideration: Consignment agreement | | | | 27.39 |
| ACCOUNT NO.<br><br>Adams, Carol<br>1809 Mesa View<br>Ft. Collins, CO 80526 | | X | Consideration: Consignment agreement | | | | 36.00 |
| ACCOUNT NO.  9089<br><br>Adams, Michael<br>724 20th Street #A<br>Greeley, CO 80631 | | X | Incurred: 5/6/10<br>Consideration: Consignment agreement | | | | 144.96 |

Sheet no. __1__ of _171_ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 221.03

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
_____ ,       Case No. _____
Schneeberger          **Debtor**                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Addington, Josh <br> 3919 Wilson Ave. <br> Loveland, CO 80538 | X | | Consideration: Consignment agreement | | | | 3.40 |
| ACCOUNT NO. <br><br> Adsit, Heather <br> 3840 Ash Ave. <br> Loveland, CO 80538 | X | | Consideration: Consignment agreement | | | | 25.00 |
| ACCOUNT NO.  4052 <br><br> Advance America Cash Advance <br> 1414 E. Harmony Rd. <br> Fort Collins, CO 80525 | | H | Incurred: 04022011 <br> Consideration: Personal loan | | | | 1,000.00 |
| ACCOUNT NO.  2857 <br><br> Afni Insurance Services <br> 1310 Martin Luther King Dr. <br> Bloomington, IL 61702 | | J | Incurred: 01/03/2013 <br> Consideration: Other | | | | 3,662.07 |
| ACCOUNT NO.  9437 <br><br> Allen Stokes <br> 1776 S. Jackson St. <br> Suite 900 <br> Denver, CO 80210 | | J | Collecting for Shock Doctor | | | | Notice Only |

Sheet no.  2  of 171 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 4,690.47

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
_____Schneeberger_____,     Case No. _____
                        **Debtor**                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Allen Tom<br>2633 Ashland Ln.<br>Ft. Collins, CO 80524 | X | | Consideration: Consignment agreement | | | | 30.00 |
| ACCOUNT NO.<br><br>Allen W. Stokes, Jr.<br>1776 South Jackson Street, #900<br>Denver, CO 80210 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Allison Schindler<br>1630 Qail Hollow Dr.<br>Ft. Collins, CO 80525 | X | | Incurred: 5/17/13<br>Consideration: Consignment agreement | | | | 124.97 |
| ACCOUNT NO.<br><br>Alman, Karin<br>619 Woodland Way<br>Ft. Collins, CO 80526 | X | | Consideration: Consignment agreement | | | | Unknown |
| ACCOUNT NO.<br><br>Altschuld, Jon<br>3450 Lost Lake Pl., L2<br>Ft. Collins, CO 80526 | X | | Consideration: Consignment agreement | | | | 47.00 |

Sheet no. __3__ of _171_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $ 201.97

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc.- ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
_____Schneeberger_____,           Case No. _____
                        **Debtor**                                           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Amidon, Scott<br>1509 Cory Dalis Ct.<br>Ft. Collins, CO 80526 | X | | Consideration: Consignment agreement | | | | 40.00 |
| ACCOUNT NO.  1706<br><br>Andersen, Brenda<br>1518 Fairway 7 Ct.<br>Fort Collins, CO 80525 | X | | Incurred: 6/18/11<br>Consideration: Consignment agreement | | | | 30.90 |
| ACCOUNT NO.<br><br>Anderson, Barney<br>7628 Emerald Ave.<br>Ft. Collins, CO 80525 | X | | Consideration: Consignment agreement | | | | 17.00 |
| ACCOUNT NO.<br><br>Annear, Lynn<br>1127 Hereford Ranch Rd.<br>Cheyenne, WY 82007 | X | | Consideration: Consignment agreement | | | | 16.00 |
| ACCOUNT NO.<br><br>Anupindi, Sundar<br>2502 Timberwood Dr. #98<br>Ft. Collins, CO 80528 | X | | Consideration: Consignment agreement | | | | 37.63 |

Sheet no. __4__ of _171_ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $        141.53

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne Schneeberger  ,         Case No. _____
                                                    **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Apollo Athletics<br>1428 South Central Park Ave.<br>Anaheim, CA 92802 | X | J | Incurred: 12/31/2008<br>Consideration: Other | | | | 7,325.00 |
| ACCOUNT NO.<br>Arell, Andrew<br>1505 S. Shields<br>Ft. Collins, CO 80521 | X | | Consideration: Consignment agreement | | | | 22.50 |
| ACCOUNT NO.<br>Arndorfer, Todd<br>2802 Stone Haven Dr.<br>Ft. Collins, CO 80525 | X | | Consideration: Consignment agreement | | | | 1.08 |
| ACCOUNT NO.<br>Arndt, Channing<br>1603 W. Mulberry St.<br>Ft. Collins, CO 80521 | X | | Consideration: Consignment agreement | | | | 1.54 |
| ACCOUNT NO.<br>Askeland, Rachel<br>1556 Westfield Dr.<br>Ft. Collins, CO 80526 | X | | Consideration: Consignment agreement | | | | 2.79 |

Sheet no. _5_ of _171_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $    7,352.91

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne Schneeberger ,   Case No. _____
                  **Debtor**                                                **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Asset Recovery Solutions<br>2200 East Devon Avenue<br>Suite 200<br>Des Plains, IL 60018 | | H | Collecting for HSBC Card Service | | | | Notice Only |
| ACCOUNT NO.<br><br>Baca Ernie<br>121 Meadowview Dr.<br>Loveland, CO 80537 | X | | Consideration: Consignment agreement | | | | 15.00 |
| ACCOUNT NO.<br><br>Bailey, Anne<br>1320 Parkridge Dr.<br>Eaton, CO 80615 | X | | Consideration: Consignment agreement | | | | 25.00 |
| ACCOUNT NO.<br><br>Baird, Dave<br>3601 Horsetooth Ct.<br>Ft. Collins, CO 80526 | X | | Consideration: Consignment agreement | | | | 5.36 |
| ACCOUNT NO.<br><br>Baker, Elizabeth<br>3430 Cherrystone Ct.<br>Ft. Collins, CO 80525 | X | | Consideration: Consignment agreement | | | | 12.33 |

Sheet no. _6_ of _171_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 57.69

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   Todd Andrew Schneeberger & Patricia Anne
        Schneeberger            ,        Case No. _____
                         **Debtor**                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Balliet, Andrew<br>4109 Plum Creek Dr.<br>Loveland, CO 80538 | | X | Consideration: Consignment agreement | | | | 13.36 |
| ACCOUNT NO.<br><br>Bancks, Katie<br>1120 City Park Ave.<br>Ft. Collins, CO 80521 | | X | Consideration: Consignment agreement | | | | 12.00 |
| ACCOUNT NO.<br><br>Banister, Kathy<br>3503 Hearthfire Dr.<br>Ft. Collins, CO 80524 | | X | Consideration: Consignment agreement | | | | 78.00 |
| ACCOUNT NO.<br><br>Barnum, Kari<br>6156 Carmichael St.<br>Ft. Collins, CO 80528 | | X | Consideration: Consignment agreement | | | | 66.00 |
| ACCOUNT NO.<br><br>Bartels, Eric<br>1505 Brentwood St.<br>Ft. Collins, CO 80521 | | X | Consideration: Consignment agreement | | | | 15.00 |

Sheet no. _7_ of _171_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 184.36

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
       Schneeberger            **Debtor**              ,       Case No. _____
                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Bartram, Jack<br>6432 Carmichael St.<br>Ft., Collins, CO 80528 | | X | Consideration: Consignment agreement | | | | 30.00 |
| ACCOUNT NO.  4354<br><br>Baumann, Bret<br>713 Sitka St.<br>Ft. Collins, CO 80524 | | X | Incurred: 7/16/12<br>Consideration: Consignment agreement | | | | 130.00 |
| ACCOUNT NO.<br><br>Belangee, Lucus<br>220 Briarwood Ct.<br>Ft. Collins, CO 80521 | | X | Consideration: Consignment agreement | | | | 12.00 |
| ACCOUNT NO.<br><br>Beller, Heather<br>3212 Nesbit Ct.<br>Ft. Collins, CO 80526 | | X | Consideration: Consignment agreement | | | | 10.78 |
| ACCOUNT NO.  2187<br><br>Bellio, Rachel<br>3689 Morrison Ln.<br>Johnstown, CO 80534 | | X | Incurred: 8/23/11<br>Consideration: Consignment agreement | | | | 30.00 |

Sheet no.  8  of 171 continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 212.78

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc.- ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re Todd Andrew Schneeberger & Patricia Anne
Schneeberger                                ,          Case No. _____
                    **Debtor**                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Benjamin, Jenny <br> 2923 Zendt Dr. <br> Ft. Collins, CO 80526 | X | | Consideration: Consignment agreement | | | | 15.00 |
| ACCOUNT NO. <br><br> Bennetts, Steve <br> 609 Kohler <br> Kersey, CO 80644 | X | | Consideration: Consignment agreement | | | | 19.18 |
| ACCOUNT NO. 0672 <br><br> Benz, Steven <br> 3415 Wildview Dr. <br> Ft. Collins, CO 80528 | X | | Incurred: 1/8/11 <br> Consideration: Consignment agreement | | | | 34.98 |
| ACCOUNT NO. <br><br> Bergs, Douglas <br> 5262 Cornerstone Dr. <br> Ft. Collins, CO 80528 | X | | Consideration: Consignment agreement | | | | 25.00 |
| ACCOUNT NO. 1938 <br><br> Bermel, Jacque <br> 799 Vista Grande Cr. <br> Ft. Collins, CO 80524 | X | | Incurred: 7/23/11 <br> Consideration: Consignment agreement | | | | 33.46 |

Sheet no. 9 of 171 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 127.62

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Todd Andrew Schneeberger & Patricia Anne
      Schneeberger                                    Case No. _____
      **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4276<br>Berry, Cameron<br>309 E. Mountain Ave. #B<br>Ft. Collins, CO 80521 | X | | Incurred: 7/3/12<br>Consideration: Consignment agreement | | | | 150.00 |
| ACCOUNT NO. 3938<br>Bickerton, John<br>1408 Bison Run Dr.<br>Windsor, CO 80550 | X | | Incurred: 5/16/12<br>Consideration: Consignment agreement | | | | 50.00 |
| ACCOUNT NO.<br>Bicknell, Scott<br>5218 W. 9th Street<br>Greeley, CO 80634 | X | | Consideration: Consignment agreement | | | | 7.27 |
| ACCOUNT NO. 2239<br>Biegel, Kurt<br>614 W. 29th St.<br>Loveland, CO 80538 | X | | Incurred: 8/28/11<br>Consideration: Consignment agreement | | | | 158.96 |
| ACCOUNT NO. 3469<br>Bilbao, Josh<br>2645 Paddington Rd.<br>Ft. Collins, CO 80525 | X | | Incurred: 3/10/12<br>Consideration: Consignment agreement | | | | 112.50 |

Sheet no. 10 of 171 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $  478.73

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   Todd Andrew Schneeberger & Patricia Anne                    ,          Case No. _____
         Schneeberger          **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Bilek, Larry<br>1387 W. 45th Street<br>Loveland, CO 80538 | X | | Consideration: Consignment agreement | | | | 20.00 |
| ACCOUNT NO.<br><br>Billings, Dee<br>321 E. Troutman Pkwy<br>Ft. Collins, CO 80525 | X | | Consideration: Consignment agreement | | | | 12.89 |
| ACCOUNT NO.<br><br>Bird, Matt<br>4596 Twin Peaks Dr.<br>Loveland, CO 80537 | X | | Consideration: Consignment agreement | | | | 11.33 |
| ACCOUNT NO.<br><br>Bjick, Peter<br>418 Robin Ct.<br>Ft. Collins, CO 80526 | X | | Consideration: Consignment agreement | | | | 24.59 |
| ACCOUNT NO.  1256<br><br>Bliven, Josh<br>719 Blue Mesa<br>Ft. Collins, CO 80525 | X | | Incurred: 4/18/11<br>Consideration: Consignment agreement | | | | 57.47 |

Sheet no.  11   of  171  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤        $          126.28

Total ➤           $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
_____Schneeberger_____,     Case No. _____
                        **Debtor**                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Blodgett, Dennis<br>2019 Overlook Dr.<br>Ft. Collins, CO 80526 | X | | Consideration: Consignment agreement | | | | 40.00 |
| ACCOUNT NO.<br>Blomberg, Erik<br>550 N. Lincoln #403<br>Loveland, CO 80537 | X | | Consideration: Consignment agreement | | | | 27.46 |
| ACCOUNT NO.<br>Blonder, Ben<br>6508 S. Lunar Ct.<br>Ft. Collins, CO 80525 | X | | Consideration: Consignment agreement | | | | 24.53 |
| ACCOUNT NO.  3763<br>Blythe, Suzy<br>4808 Praire Ridge Dr.<br>Ft. Collins, CO 80526 | X | | Incurred: 4/16/12<br>Consideration: Consignment agreement | | | | 20.00 |
| ACCOUNT NO.  ason<br>Boardwalk Crossing<br>3509 S. Mason<br>Fort Collins, CO 80525 | | J | Incurred: 06/01/2007<br>Consideration: Rent for the store | | | | 90,000.00 |

Sheet no. _12_ of _171_ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   90,111.99

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
_____ Schneeberger _____,         Case No. _____
                        **Debtor**                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Boardwalk Crossing<br>3509 S. Mason<br>Ft. Collins, CO 80525 | X | | | | | | Notice Only |
| ACCOUNT NO.  2635<br><br>Boatright, Brad<br>2514 Owens Ave.<br>Ft. Collins, CO 80528 | X | | Incurred: 10/22/11<br>Consideration: Consignment agreement | | | | 35.48 |
| ACCOUNT NO.<br><br>Boden, Dave<br>1235 W. 50th Street<br>Loveland, CO 80538 | X | | Consideration: Consignment agreement | | | | 13.00 |
| ACCOUNT NO.<br><br>Bodley, Lesley<br>35621 County Rd. 25<br>Eaton, CO 80615 | X | | Consideration: Consignment agreement | | | | 39.00 |
| ACCOUNT NO.<br><br>Bohan, Michael<br>2005 W. Plum St. #331<br>Ft. Collins, CO 80521 | X | | Consideration: Consignment agreement | | | | 17.00 |

Sheet no. __13__ of _171_ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $         104.48

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
_____ Schneeberger _____,      Case No. _____
                            **Debtor**                                           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Bohl, Shannon<br>5006 Saffron Ct.<br>Ft. Collins, CO 80525 | X | | Consideration: Consignment agreement | | | | 27.95 |
| ACCOUNT NO.  8748<br><br>Bonded Adjusting Service<br>11 Old Town Square<br>Fort Collins, CO 80521 | X | J | Collecting for Realities for Childrens | | | | Notice Only |
| ACCOUNT NO.  v774<br><br>Bonded Adjusting Service<br>PO Box 102<br>Fort Collins, CO 80521 | X | J | Collecting for Champion Sports Products | | | | Notice Only |
| ACCOUNT NO.<br><br>Borden, Michael<br>2713 Virginia Dale Dr.<br>Ft. Collins, CO 80521 | X | | Consideration: Consignment agreement | | | | Unknown |
| ACCOUNT NO.<br><br>Borgens, Shane<br>250 Rodchester Dr.<br>Windsor, CO 80550 | X | | Consideration: Consignment agreement | | | | Unknown |

Sheet no. __14__ of __171__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $          27.95

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re __Todd Andrew Schneeberger & Patricia Anne__ ,     Case No. _____
        __Schneeberger__     **Debtor**                                                   **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Bornhoft, Kathi<br>8493 Nashua Cir.<br>Wellington, CO 80549 | X | | Consideration: Consignment agreement | | | | 32.41 |
| ACCOUNT NO.<br><br>Bosse, Greg<br>2420 McKenzie Dr.<br>Loveland, CO 80537 | X | | Consideration: Consignment agreement | | | | 10.00 |
| ACCOUNT NO.<br><br>Bosse, Kristen<br>745 14th St. SE #205<br>Loveland, CO 80537 | X | | Consideration: Consignment agreement | | | | 13.91 |
| ACCOUNT NO.<br><br>Botello, Lonie<br>1928 S. 13th Street<br>Laramie, WY 82070 | X | | Consideration: Consignment agreement | | | | 22.00 |
| ACCOUNT NO. 7541<br><br>Boulder Play It Again Sports, Joy<br>635 S. Broadway<br>Boulder, CO 80303 | X | | Incurred: 9/4/09<br>Consideration: Consignment agreement | | | | 719.93 |

Sheet no. __15__ of __171__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $         798.25

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne _____ ,          Case No. _____
          Schneeberger          **Debtor**                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Bowe, Eric<br>702 Heather Glen Ln.<br>Ft. Collins, CO 80525 | X | | Consideration: Consignment agreement | | | | 14.00 |
| ACCOUNT NO.<br><br>Boyle, Peter<br>3149 Eagle Dr.<br>Ft. Collins, CO 80526 | X | | Consideration: Consignment agreement | | | | 96.03 |
| ACCOUNT NO.<br><br>Boyt, Mo<br>3617 Terry Ridge Rd.<br>Ft. Collins, CO 80524 | X | | Consideration: Consignment agreement | | | | 13.53 |
| ACCOUNT NO.<br><br>Braley, Paula<br>1120 Crestway Ct.<br>Ft. Collins, CO 80526 | X | | Consideration: Consignment agreement | | | | 60.00 |
| ACCOUNT NO.<br><br>Brammer Law Office PC<br>PO Box 1827<br>Sterling, CO 80751 | | | | | | | Notice Only |

Sheet no. __16__ of __171__ continuation sheets attached          Subtotal ➤ | $          183.56
to Schedule of Creditors Holding Unsecured
Nonpriority Claims                                                              Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc.--ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re Todd Andrew Schneeberger & Patricia Anne
Schneeberger _____,      Case No. _____
                        **Debtor**                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3394 <br> Brandt, Valerie <br> 200 E. Myrtle St. #2 <br> Ft. Collins, CO 80524 | | X | Incurred: 2/25/12 <br> Consideration: Consignment agreement | | | | 52.50 |
| ACCOUNT NO. <br> Brausch, Jim <br> 7405 S. Milliron Rd. <br> Cheyenne, WY 82009 | | X | Consideration: Consignment agreement | | | | 42.00 |
| ACCOUNT NO. <br> Brennan, James <br> 4338 W. 1st Street <br> Greeley, CO 80634 | | X | Consideration: Consignment agreement | | | | 16.00 |
| ACCOUNT NO. 5301 <br> Brenning, Bryan <br> 3303 Grand Canyon Court <br> Ft. Collins, CO 80525 | | X | Incurred: 12/29/12 <br> Consideration: Consignment agreement | | | | 150.00 |
| ACCOUNT NO. <br> Brian, Nancy <br> 1445 Purple Sage Ct. <br> Ft. Collins, CO 80526 | | X | Consideration: Consignment agreement | | | | 15.00 |

Sheet no. 17 of 171 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $        275.50

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver.4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re    Todd Andrew Schneeberger & Patricia Anne                     ,            Case No. _____
             Schneeberger        **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>Bricker, Lisa<br>513 Idalia Ct.<br>Ft. Collins, CO80525 | X | | Consideration: Consignment agreement | | | | 11.42 |
| ACCOUNT NO. <br><br>Bring, Susan<br>1007 Hobson Ct.<br>Ft. Collins, CO 80526 | X | | Consideration: Consignment agreement | | | | 65.00 |
| ACCOUNT NO.  5314<br><br>Brinker, Dale<br>2425 Sheffield Cr. E.<br>Ft. Collins, CO 80526 | X | | Incurred: 12/31/12<br>Consideration: Consignment agreement | | | | 199.99 |
| ACCOUNT NO. <br><br>Broedner, Denise<br>5106 Abbey Rd.<br>Ft. Collins, CO 80526 | X | | Consideration: Consignment agreement | | | | 12.35 |
| ACCOUNT NO.  3573<br><br>Brookhouser, Joshua<br>754 Rochelle Cr.<br>Ft. Collins, CO 80526 | X | | Incurred: 3/21/12<br>Consideration: Consignment agreement | | | | 35.00 |

Sheet no.  18  of 171 continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $        323.76

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc.- ver.4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Todd Andrew Schneeberger & Patricia Anne _____ ,          Case No. _____
       Schneeberger          **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Brossia, Chris<br>1210 Flowering Almond Dr.<br>Loveland, CO 80538 | X | | Consideration: Consignment agreement | | | | Unknown |
| ACCOUNT NO.<br><br>Brown, Ercel<br>3300 Stanford Rd. W210<br>Ft. Collins, CO 80525 | X | | Consideration: Consignment agreement | | | | Unknown |
| ACCOUNT NO.<br><br>Brown, Mark<br>1032 Salmon Run<br>Ft. Collins, CO 80524 | X | | Consideration: Consignment agreement | | | | 51.24 |
| ACCOUNT NO.<br><br>Brown, Ryan<br>1931 Lakewood Dr.<br>Loveland, CO 80538 | X | | Consideration: Consignment agreement | | | | 17.91 |
| ACCOUNT NO.<br><br>Brunner, Gary<br>4209 Applegate Ct.<br>Ft. Collins, CO 80526 | X | | Consideration: Consignment agreement | | | | 16.00 |

Sheet no. _19_ of _171_ continuation sheets attached                                    Subtotal ➤ | $ | 85.15
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims                                                                          Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
Schneeberger _____,          Case No. _____
                    **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.                                   Buboltz, Jessica PO Box 954 Driggs, ID 83422 | X | | Consideration: Consignment agreement | | | | 62.50 |
| ACCOUNT NO.                                   Buckendorf, Larry 2925 Stockbury Dr. Ft. Collins, CO 80525 | X | | Consideration: Consignment agreement | | | | 16.00 |
| ACCOUNT NO.                                   Buckner, Allen 232 Marcy Dr Loveland, CO 80537 | X | | Consideration: Consignment agreement | | | | 14.00 |
| ACCOUNT NO.                                   Buckskin, Michael 1222 103rd Ave. Greeley, CO 80634 | X | | Consideration: Consignment agreement | | | | 6.15 |
| ACCOUNT NO.                                   Bugosh, Nick 7003 Avondale Ft. Collins, CO 80525 | X | | Consideration: Consignment agreement | | | | Unknown |

Sheet no. __20__ of __171__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $          98.65

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
       Schneeberger                              ,          Case No. _____
                          **Debtor**                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Burnham, Julieen <br> 1524 Springwood Dr. <br> Ft. Collins, CO 80525 | X | | Consideration: Consignment agreement | | | | 15.00 |
| ACCOUNT NO. <br><br> Bussell, Trisha <br> 2607  Antelop Rd. <br> Ft. Collins, CO 80525 | X | | Consideration: Consignment agreement | | | | 38.00 |
| ACCOUNT NO. <br><br> Butters, Susan <br> 1018 Battsford Cir. <br> Ft. Collins, CO 80525 | X | | Consideration: Consignment agreement | | | | 10.00 |
| ACCOUNT NO. <br><br> Buyers, Jennifer <br> 4515 Ridgway <br> Loveland, CO 8053 | X | | Consideration: Consignment agreement | | | | Unknown |
| ACCOUNT NO. <br><br> Byrd, Jon <br> 2309  Clipper Way <br> Ft. Collins, CO 80524 | X | | Consideration: Consignment agreement | | | | 42.93 |

Sheet no. __21__ of _171_ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $            105.93

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   Todd Andrew Schneeberger & Patricia Anne
        Schneeberger                         ,          Case No. _____
                          **Debtor**                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  <br> Calderwood, Pamela <br> 837 Warble Dr. <br> Ft. Collins, CO 80526 | X | | Consideration: Consignment agreement | | | | 16.01 |
| ACCOUNT NO.  5933 <br> Capital One <br> 1680 Capital One Drive <br> McLean, VA 22102 | | W | Incurred: 10/01/10 <br> Consideration: Credit cards | | | | 9,341.30 |
| ACCOUNT NO.  6478 <br> Capital One Bank <br> 1680 Capital One Drive <br> McLean, VA 22102 | | W | Incurred: 09/13/2011 <br> Consideration: Credit cards | | | | 1,426.58 |
| ACCOUNT NO.  <br> Carpenter, Becky <br> 3826 Century Dr. <br> Ft. Collins, CO 80526 | X | | Consideration: Consignment agreement | | | | 10.00 |
| ACCOUNT NO.  <br> Carricato, Melanie <br> 9038 Trailhead Ln. <br> Wellington, CO 80549 | X | | Consideration: Consignment agreement | | | | 30.00 |

Sheet no.  22  of 171 continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 10,823.89

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
      Schneeberger                    ,        Case No. _____
                        **Debtor**                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Carson, Christie <br> 413 Cormorant <br> Ft. Collins, CO 80525 | X | | Consideration: Consignment agreement | | | | 27.00 |
| ACCOUNT NO. <br><br> Causer, Brian <br> 2536 W. Mulberry St. <br> Ft. Collins, CO 80521 | X | | Incurred: 12/22/10 <br> Consideration: Consignment agreement | | | | 5.12 |
| ACCOUNT NO. <br><br> Cavallaro, Chris <br> 2230 Three Oaks Ct. <br> Ft. Collins, CO 80526 | X | | Incurred: 11/7/10 <br> Consideration: Consignment agreement | | | | 1.50 |
| ACCOUNT NO. <br><br> Chalona, Michael <br> 408 Whedbee St. <br> Ft. Collins, CO 80524 | X | | Incurred: 1/21/11 <br> Consideration: Consignment agreement | | | | 2.41 |
| ACCOUNT NO. v774 <br><br> Champion Sports Products <br> PO box 368 <br> Marlboro, NJ 07746 | X | J | Incurred: 10192011 <br> Consideration: Law suit | | | | 2,500.00 |

Sheet no. 23 of 171 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   2,536.03

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne _____,      Case No. _____
       Schneeberger            **Debtor**                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Charron, Kim<br>2195 Kennington Ct.<br>Loveland, CO 80528 | X | | Consideration: Consignment agreement | | | | 58.00 |
| ACCOUNT NO.<br><br>Chavez, Debbie<br>1242 Canvasback<br>Ft. Collins, CO 80525 | X | | Consideration: Consignment agreement | | | | 14.00 |
| ACCOUNT NO.<br><br>Cheney, Paul<br>3312 Keenland Way<br>Wellington, CO 80549 | X | | Consideration: Consignment agreement | | | | 30.00 |
| ACCOUNT NO.<br><br>Chipp, Shane<br>4208 Mesa View Ct.<br>Ft. Collins, CO 80526 | X | | Incurred: 4/12/11<br>Consideration: Consignment agreement | | | | 16.36 |
| ACCOUNT NO.  n/a<br><br>Choury, Cliff<br>3909 Yosemite Ct.<br>Fort Collins, CO 80525 | X | J | Incurred: 06/12/2007<br>Consideration: Other | | | | 133,048.89 |

Sheet no. __24__ of _171_ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  133,167.25

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
_____ Schneeberger _____,          Case No. _____
                              **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  2929<br>Cillum, Claudia<br>7762 Park Ridge Cr.<br>Ft. Collins, CO 80582 | X | | Incurred: 12/12/11<br>Consideration: Consignment agreement | | | | 50.00 |
| ACCOUNT NO.<br>Cisson, CB<br>1136 E. Stuart St.<br>Ft. Collins, CO 80525 | X | | Consideration: Consignment agreement | | | | 52.00 |
| ACCOUNT NO.  6818<br>CitiBank (South Dakota)<br>701 East 60th St. North<br>Sioux Falls, SD 57104 | X | W | Incurred: 01012008<br>Consideration: Credit cards | | | | 4,466.18 |
| ACCOUNT NO.  1729<br>City of Fort Collins, Utilities<br>117 N. Mason St.<br>Fort Collins, CO 80524 | X | | Incurred: 2/2013<br>Consideration: Utility bill | | | | 382.50 |
| ACCOUNT NO.<br>Clark, Dawnielle<br>1714 Ranae Dr.<br>Loveland, CO 80537 | X | | Consideration: Consignment agreement | | | | 23.74 |

Sheet no.  25  of 171  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 4,974.42

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re <u>Todd Andrew Schneeberger & Patricia Anne</u>
<u>Schneeberger</u>                **Debtor**              Case No. _____
                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Clayton, Lesley<br>4201 Widgeon St.<br>Ft. Collins, CO 80526 | X | | Consideration: Consignment agreement | | | | 13.00 |
| ACCOUNT NO.<br><br>Cochran, Alex<br>1603 Underhill Dr.<br> Ft. Collins, CO 80526 | X | | Consideration: Consignment agreement | | | | 21.34 |
| ACCOUNT NO.<br><br>Cogan, Scott<br>1558 Platte Court<br>Loveland, CO 80538 | X | | Consideration: Consignment agreement | | | | 15.02 |
| ACCOUNT NO.<br><br>Cole, Jennifer<br>406 Mulberry St.<br>Loveland, CO 80538 | X | | Incurred: 3/30/10<br>Consideration: Consignment agreement | | | | 6.40 |
| ACCOUNT NO.<br><br>Collins, Ruth<br>5537 Golden Willow Dr.<br>FT. Collins, CO 80528 | X | | Consideration: Consignment agreement | | | | 29.00 |

Sheet no. <u>26</u> of <u>171</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $            84.76

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   Todd Andrew Schneeberger & Patricia Anne
_____Schneeberger_____,        Case No. _____
                      **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  1278<br><br>Computer Credit Inc<br>1776 S. Jackson St.<br>Suite 900<br>Denver, CO 80201 | | W | Collecting for Poudre Valley Health System | | | | Notice Only |
| ACCOUNT NO.<br><br>Conlon, Sean<br>1608 Buckeye St.<br>Ft. Collins, CO 80524 | X | | Consideration: Consignment agreement | | | | 48.00 |
| ACCOUNT NO.<br><br>Conn, Brian<br>2460 Wyandotte Dr.<br>Ft. Collins, CO 80526 | X | | Incurred: 11/21/12<br>Consideration: Consignment agreement | | | | 5.26 |
| ACCOUNT NO.<br><br>Connell, Leanna<br>3418 Thames Ct.<br>Ft. Collins, CO 80526 | X | | Incurred: 11/11/11<br>Consideration: Consignment agreement | | | | 1.62 |
| ACCOUNT NO.<br><br>Contino, Peter<br>1182 Trails End Ct.<br>Windsor, CO 80550 | X | | Incurred: 12/11/12<br>Consideration: Consignment agreement | | | | 0.31 |

Sheet no. __27__ of _171_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $            55.19

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
       Schneeberger                              ,        Case No. _____
                          **Debtor**                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Cook, Kory<br>875 15th Street #18<br>Laramie, WY 82072 | X | | Consideration: Consignment agreement | | | | 20.00 |
| ACCOUNT NO.<br><br>Cooksey, Randy<br>4240 Monroe Ave.<br>Loveland, CO 80538 | X | | Incurred: 9/10/09<br>Consideration: Consignment agreement | | | | 4.03 |
| ACCOUNT NO.<br><br>Copeland, Alan<br>3911 Capitol Dr.<br>Ft. Collins, CO 80526 | X | | Consideration: Consignment agreement | | | | 22.00 |
| ACCOUNT NO.<br><br>Cordain, Lorraine<br>6209 Clymer Cir.<br>Ft. Collins, CO 80 | X | | Consideration: Consignment agreement | | | | 18.00 |
| ACCOUNT NO.<br><br>Cordova, David<br>4195 Coaldale Dr.<br>Loveland, CO 80538 | X | | Incurred: 7/17/11<br>Consideration: Consignment agreement | | | | 3.23 |

Sheet no. __28__ of __171__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 67.26

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
_____ Schneeberger _____ ,                    Case No. _____
                          **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Creager, Don<br>420 W. Willox Ln.<br>Ft. Collins, CO 80524 | X | | Consideration: Consignment agreement | | | | 26.00 |
| ACCOUNT NO.  0-05<br><br>Credit Union of Colorado<br>1390 Logan Street<br>Denver, CO 80203 | | J | Incurred: 02/03/2012<br>Consideration: Car loan | | | | 5,555.98 |
| ACCOUNT NO.  0-04<br><br>Credit Union of Colorado<br>1390 Logan Street<br>Denver, CO 80203 | | J | Incurred: 09/11/2012<br>Consideration: Car loan | | | | 14,028.72 |
| ACCOUNT NO.<br><br>Crockett, Charles<br>328 E. Hwy 96<br>Sheridan Lake, CO 81071 | X | | Incurred: 7/30/12<br>Consideration: Consignment agreement | | | | 4.54 |
| ACCOUNT NO.  3190<br><br>CST Co. Inc.<br>PO Box 224768<br>Dallas, TX 75222 | | J | Collecting for Pro Feet Inc. | | | | Notice Only |

Sheet no. __29__ of 171 continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 19,615.24
Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc.- ver.4.7-2.792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
         Schneeberger                              ,          Case No. _____
                              **Debtor**                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Cuddemi, Donna<br>2433 Chandler Ct.<br>Ft. Collins, CO 80528 | X | | Incurred: 10/14/12<br>Consideration: Consignment agreement | | | | 5.00 |
| ACCOUNT NO.<br><br>Culhane, Buttersco<br>1520 Woodgrove Ct.<br>Ft. Collins, CO 80526 | X | | Incurred: 4/6/12<br>Consideration: Consignment agreement | | | | 8.24 |
| ACCOUNT NO.<br><br>Cundall, Shana<br>2545 Mary Beth Dr.<br>Loveland, CO 80537 | X | | Incurred: 7/10/08<br>Consideration: Consignment agreement | | | | 2.66 |
| ACCOUNT NO.<br><br>Czajkowski, William<br>1813 Enfield St.<br>Ft. Collins, CO 80526 | X | | Consideration: Consignment agreement | | | | 12.79 |
| ACCOUNT NO.<br><br>Dahlberg, Dean<br>3317 Rookery Rd.<br>Ft. Collins, CO 80528 | X | | Consideration: Consignment agreement | | | | 20.00 |

Sheet no. __30__ of _171_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► | $ | 48.69

Total ► | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver.4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
       Schneeberger                                  Case No. _____
                        **Debtor**                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Daniels, Kelly<br>1000 Pica Run<br>Ft. Collins, CO 80524 | X | | Consideration: Consignment agreement | | | | Unknown |
| ACCOUNT NO.<br><br>Danielson, Sandy<br>438 Grand Cnty. Rd. 83<br>Fraser, CO 80442 | X | | Consideration: Consignment agreement | | | | 32.20 |
| ACCOUNT NO.<br><br>David, Martin<br>5227 Cornerstone Dr.<br>Ft. Collins, CO 80528 | X | | Consideration: Consignment agreement | | | | 118.93 |
| ACCOUNT NO.<br><br>Davies, Adrian<br>1925 Derby Ct.<br>Ft. Cillins, CO 80526 | X | | Incurred: 7/27/10<br>Consideration: Consignment agreement | | | | 8.00 |
| ACCOUNT NO.<br><br>Dawson, Tandi<br>209 Cattail Bay<br>Windsor, CO 80550 | X | | Consideration: Consignment agreement | | | | 18.00 |

Sheet no. __31__ of __171__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 177.13

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
Schneeberger  **Debtor**  ,  Case No. _____
  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Dean, Cindy<br>4109 Redbird Pl.<br>Loveland, CO 80537 | X | | Incurred: 2/13/13<br>Consideration: Consignment agreement | | | | 9.47 |
| ACCOUNT NO.<br><br>Debroux, Phillip<br>917 Edwards St.<br>Ft. Collins, CO 80524 | X | | Incurred: 6/25/10<br>Consideration: Consignment agreement | | | | 8.00 |
| ACCOUNT NO.<br><br>Debuse, Lee<br>233 Park Pl Ct.<br>Ft. Collins, CO 80525 | X | | Consideration: Consignment agreement | | | | 10.00 |
| ACCOUNT NO.<br><br>Deromanis, Ben<br>2272 Clydesdale Dr.<br>Ft. Collins, CO 80526 | X | | Consideration: Consignment agreement | | | | Unknown |
| ACCOUNT NO.<br><br>Diehl, Brian<br>3604 Copper Spring Dr.<br>Ft. Collins, CO 80528 | X | | Consideration: Consignment agreement | | | | 33.00 |

Sheet no. __32__ of __171__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  60.47

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Todd Andrew Schneeberger & Patricia Anne Schneeberger ,  Case No. _____
            **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Diehl, Vicki<br>612 Sidney Dr.<br>Ft. Collins, CO 80526 | | X | Consideration: Consignment agreement | | | | 43.79 |
| ACCOUNT NO.<br>Dillon, Art<br>39775 Hilltop Cir.<br>Ault, CO 80610 | | X | Consideration: Consignment agreement | | | | 14.25 |
| ACCOUNT NO.<br>Dings, Mark<br>538 Appleblossom<br>Ft. Collins, CO 80526 | | X | Consideration: Consignment agreement | | | | 37.00 |
| ACCOUNT NO.<br>Doering, Karl<br>3019 Moore Ln.<br>Ft. Collins, CO 80526 | | X | Consideration: Consignment agreement | | | | 32.00 |
| ACCOUNT NO. 1556<br>Dolezal, Donna<br>6704 W. County Rd. 18<br>Loveland, CO 80537 | | X | Incurred: 5/31/11<br>Consideration: Consignment agreement | | | | 239.88 |

Sheet no. __33__ of __171__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $ 366.92

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   Todd Andrew Schneeberger & Patricia Anne           ,        Case No. _____
         Schneeberger            **Debtor**                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  4402<br><br>Dollerschell, Jason<br>110 Rock Bridge Ct.<br>Windsor, CO 80550 | X | | Incurred: 7/23/12<br>Consideration: Consignment agreement | | | | 20.00 |
| ACCOUNT NO.<br><br>Donahoe, Derek<br>775 2nd Street<br>Windsor, CO 80550 | X | | Incurred: 2/13/10<br>Consideration: Consignment agreement | | | | 27.67 |
| ACCOUNT NO.<br><br>Donelan, Sonja<br>3180 6th Pl. SW.<br>Loveland, CO 80537 | X | | Consideration: Consignment agreement | | | | 20.00 |
| ACCOUNT NO.<br><br>Doner Debbie<br>4360 Westbrooke Ct.<br>Ft. Collins, CO 80536 | X | | Incurred: 6/8/12<br>Consideration: Consignment agreement | | | | 7.79 |
| ACCOUNT NO.<br><br>Donnell, Allison<br>PO Box 1933<br>Lyons, CO 80540 | X | | Consideration: Consignment agreement | | | | 21.50 |

Sheet no. __34__ of _171_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $                96.96

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
       Schneeberger                          ,          Case No. _____
                            **Debtor**                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Dragan, Michelle<br>1807 Brookwood Dr.<br>Ft. Collins, CO 80525 | | X | Incurred: 6/11/12<br>Consideration: Consignment agreement | | | | 2.35 |
| ACCOUNT NO.<br><br>Drake, Carri<br>124 Bryan St.<br>Ft. Collins, CO 80521 | | X | Consideration: Consignment agreement | | | | 10.00 |
| ACCOUNT NO.<br><br>Drake, Jeanne<br>3273 Gunnison Dr.<br>Ft. Collins, CO 80526 | | X | Consideration: Consignment agreement | | | | 32.94 |
| ACCOUNT NO.<br><br>Drennen, Courtney<br>3412 Canadian Pkwy<br>Ft. Collins, CO 80524 | | X | Consideration: Consignment agreement | | | | 115.00 |
| ACCOUNT NO.<br><br>Duffy, Amy<br>2408 Chandler Ct.<br>Ft. Collins, CO 80528 | | X | Consideration: Consignment agreement | | | | 12.79 |

Sheet no. __35__ of _171_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $  173.08

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
       Schneeberger        ,        Case No. _____
                    **Debtor**                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Dunlap, Miles <br> 1701 Springmeadows Ct. #D <br> Ft. Collins, CO 80525 | X | | Consideration: Consignment agreement | | | | 10.00 |
| ACCOUNT NO. <br><br> Dunn, Bruce <br> 720 Laurel Hill Ct. <br> Loveland, CO 80537 | X | | Consideration: Consignment agreement | | | | 13.00 |
| ACCOUNT NO.  4366 <br><br> Dunn, Jim <br> 35607 County Rd. 49 <br> Eaton, CO 80615 | X | | Incurred: 7/18/12 <br> Consideration: Consignment agreement | | | | 227.50 |
| ACCOUNT NO. <br><br> Dupuis, John <br> 4431 Upoint Ct. <br> Ft. Collins, CO 80526 | X | | Consideration: Consignment agreement | | | | 47.87 |
| ACCOUNT NO.  1330 <br><br> Dusatko, Paul <br> 1212 Raintree Dr. B33 <br> Ft. Collins, CO 80526 | X | | Incurred: 4/29/11 <br> Consideration: Consignment agreement | | | | 27.48 |

Sheet no.  36  of 171 continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $           325.85

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
_____ ,        Case No. _____
       Schneeberger              **Debtor**                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Dyrek, Debbie<br>7940 Bayside Dr.<br>Ft. Collins, CO 80528 | X | | Consideration: Consignment agreement | | | | 17.55 |
| ACCOUNT NO.  2001<br><br>Eads and Associates, Inc.<br>3003 E. Harmony Rd., Suite 300<br>Fort Collins, CO 80582 | X | | Incurred: 2006 - present<br>Consideration: Business accounting services | | | | 3,000.00 |
| ACCOUNT NO.  5389<br><br>Earnest, Tom<br>2603 Amber Harvest Ln.<br>Ft. Collins, CO 80528 | X | | Incurred: 1/16/13<br>Consideration: Consignment agreement | | | | 37.50 |
| ACCOUNT NO.<br><br>Eberle, Peter<br>508 Columbia<br> Ft. Collins, CO 80525 | X | | Consideration: Consignment agreement | | | | 21.33 |
| ACCOUNT NO.<br><br>Ecker, Melanie<br>5914 Snowy Plover Ct.<br>Ft. Collins, CO 80528 | X | | Consideration: Consignment agreement | | | | 30.00 |

Sheet no. _37_ of _171_ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $        3,106.38

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
       Schneeberger                                ,      Case No. _____
                              **Debtor**                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Eddy, Joan <br> 1403 Sheepcreek Ct. <br> Ft. Collins, CO 80526 | | X | Consideration: Consignment agreement | | | | 57.78 |
| ACCOUNT NO. <br><br> Edgar, Wade <br> 1112 Bent Tree Ct. <br> Ft. Collins, CO 80525 | | X | Consideration: Consignment agreement | | | | 38.21 |
| ACCOUNT NO. <br><br> Embry, Leo <br> 3220 Mesa Verde St. <br> Ft. Collins, CO 80525 | | X | Consideration: Consignment agreement | | | | 21.13 |
| ACCOUNT NO. <br><br> Emery, Holly <br> 8726 Blackwood Dr. <br> Windsor, CO 80550 | | X | Consideration: Consignment agreement | | | | 12.00 |
| ACCOUNT NO. <br><br> Emory, Alan <br> 3302 Corte Almaden <br> Ft. Collins, CO 80524 | | X | Consideration: Consignment agreement | | | | 43.00 |

Sheet no. __38__ of __171__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ $      172.12

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
       Schneeberger                          ,        Case No. _____
                              **Debtor**                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Erickson, Scott<br>4201 Idledale<br>Ft. Collins, CO 80526 | X | | Consideration: Consignment agreement | | | | 28.00 |
| ACCOUNT NO.<br><br>Erthal, Daisy<br>733 Kimball Rd.<br>Ft. Collins, CO 80521 | X | | Consideration: Consignment agreement | | | | 17.00 |
| ACCOUNT NO.  6995<br><br>Euler Hermes UMA, Inc<br>369 Pine St.<br>Suite 410<br>San Francisco, CA 94104 | X | J | Collecting for Wm. T. Burnett Holding | | | | Notice Only |
| ACCOUNT NO.<br><br>Everett, Jane<br>2442 Hollingbourne Dr.<br>Ft. Collins, CO 80526 | X | | Consideration: Consignment agreement | | | | 20.00 |
| ACCOUNT NO.<br><br>Evert, Janelle<br>618 Suntrail Dr.<br>Loveland, CO 80538 | X | | Consideration: Consignment agreement | | | | 10.74 |

Sheet no. __39__ of _171_ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▸   $        75.74

Total ▸   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
_____Schneeberger_____,        Case No. _____
                    **Debtor**                                                   **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Express Toll<br>PO Box 5470<br>Denver, CO 80217-5470 | | | Incurred: 8/2012<br>Consideration: Toll bill | | | | 52.00 |
| ACCOUNT NO.  4769<br><br>Fallin, Catharine<br>3908 Scotsmoore Dr.<br>Ft. Collins, CO 80524 | | X | Incurred: 9/12/12<br>Consideration: Consignment agreement | | | | 69.00 |
| ACCOUNT NO.<br><br>Fargo, Mike<br>3521 Shallow Pond Dr.<br>Ft. Collins, CO 80528 | | X | Consideration: Consignment agreement | | | | 18.00 |
| ACCOUNT NO.<br><br>Farman, Vicky<br>749 S. Lemay<br>Ft. Collins, CO 80524 | | X | Incurred: 12/30/11<br>Consideration: Consignment agreement | | | | 8.60 |
| ACCOUNT NO.<br><br>Fauth, Marissa<br>6244 W. 3rd St. Rd.<br>Greeley, CO 80634 | | X | Consideration: Consignment agreement | | | | 58.07 |

Sheet no. _40_ of _171_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 205.67

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Todd Andrew Schneeberger & Patricia Anne _____ ,     Case No. _____
_____Schneeberger_____ **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Faye, Matt <br> 1712 Fairbrook Ct. <br> Ft. Collins, CO 80526 | | X | Consideration: Consignment agreement | | | | 37.32 |
| ACCOUNT NO. <br><br> Felix, Juan <br> 2046 Wedgewood Dr. <br> Greeley, CO 80631 | | X | Consideration: Consignment agreement | | | | 28.00 |
| ACCOUNT NO. <br><br> Feller, Ryan <br> 4448 Starflower Dr. <br> Ft. Collins, CO 80526 | | X | Incurred: 4/28/10 <br> Consideration: Consignment agreement | | | | 5.82 |
| ACCOUNT NO. <br><br> Fettig, Christa <br> 1504 Persia Ave. <br> Loveland, CO 80537 | | X | Consideration: Consignment agreement | | | | 31.17 |
| ACCOUNT NO. 1587 <br><br> Field, Laura <br> 37120 Soaring Eagle Ct. <br> Windsor, CO 80550 | | X | Incurred: 6/4/11 <br> Consideration: Consignment agreement | | | | 55.99 |

Sheet no. __41__ of __171__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  | $ | 158.30

Total ➤  | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   Todd Andrew Schneeberger & Patricia Anne
        Schneeberger                            ,         Case No. _____
                           **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Finch, CJ <br> 920 E. Cnty. Rd.8 <br> Berthoud, CO 80513 | X | | Consideration: Consignment agreement | | | | 37.33 |
| ACCOUNT NO. 1490 <br> First National Bank <br> 205 W. Oak <br> Fort Collins, CO 80521 | X | J | Incurred: 03162012 <br> Consideration: Law suit | | | | 14,271.42 |
| ACCOUNT NO. <br> Fiserova, Milada <br> 8208 Taylor Ct. <br> Ft. Collins, CO 80528 | X | | Consideration: Consignment agreement | | | | 14.64 |
| ACCOUNT NO. <br> Fish, Melanie <br> 3742 Ashmount Dr. <br> Ft. Collins, CO 80525 | X | | Consideration: Consignment agreement | | | | 12.00 |
| ACCOUNT NO. <br> Fisher, Nicole <br> 2921 Timberwood Dr. <br> Ft. Collins, CO 80528 | X | | Incurred: 8/10/12 <br> Consideration: Consignment agreement | | | | 2.51 |

Sheet no. 42 of 171 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 14,337.90

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
_____ ,        Case No. _____
Schneeberger                    **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Fisher, Sara 731 Arbor Ave. Ft. Collins, CO 80526 | X | | Consideration: Consignment agreement | | | | 21.33 |
| ACCOUNT NO. Fitch, Heather 2708 W. Mulbery Ft. Collins, CO 80512 | X | | Incurred: 7/23/11 Consideration: Consignment agreement | | | | 7.00 |
| ACCOUNT NO. Flierl, Kevin 22478 County Rd. 15 Johnstown, CO | X | | Consideration: Consignment agreement | | | | 17.00 |
| ACCOUNT NO. Ford, Ted PO Box 6491 Dillon, CO80435 | X | | Incurred: 8/17/10 Consideration: Consignment agreement | | | | 9.64 |
| ACCOUNT NO. Forro, Steve 4305 Roaring Fork Dr. Loveland, CO 80538 | X | | Incurred: 8/1/09 Consideration: Consignment agreement | | | | 2.83 |

Sheet no. __43__ of _171_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤      $          57.80

Total ➤      $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver.4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
       Schneeberger                                                Case No. _____
                          **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Forte, Ron<br>801 Delwood Dr.<br>Ft. Collins, CO 80526 | X | | Consideration: Consignment agreement | | | | 10.66 |
| ACCOUNT NO.  4419<br><br>Foster, Fox<br>3113 Cockey Street<br>Ft. Collins, CO 80526 | X | | Incurred: 7/27/12<br>Consideration: Consignment agreement | | | | 90.00 |
| ACCOUNT NO.<br><br>Foster, Kris<br>1944 Markham Ct.<br>Loveland, CO 80583 | X | | Consideration: Consignment agreement | | | | 10.00 |
| ACCOUNT NO.<br><br>Foster, Thalia<br>4045 Bluff Ln.<br>Loveland, CO 80537 | X | | Incurred: 3/21/10<br>Consideration: Consignment agreement | | | | 0.08 |
| ACCOUNT NO.<br><br>Fraley, Kayleen<br>7841 Vantage View Pl.<br>Ft. Collins, CO 80525 | X | | Consideration: Consignment agreement | | | | 74.68 |

Sheet no. __44__ of _171_ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 185.42

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   Todd Andrew Schneeberger & Patricia Anne
        Schneeberger                                ,          Case No. _____
                              **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  2289 <br><br> Francisco, Romero <br> 506 Dunraven Dr. <br> Ft. Collins, CO 80525 | X | | Incurred: 9/6/11 <br> Consideration: Consignment agreement | | | | 60.00 |
| ACCOUNT NO. <br><br> Fraser, Randall <br> 1108 Aruba Dr. <br> Ft. Collins, CO 80525 | X | | Incurred: 8/30/10 <br> Consideration: Consignment agreement | | | | 1.62 |
| ACCOUNT NO.  4656 <br><br> Frauenknecht, Rene <br> 1517 Pintail Bay <br> Windsor, CO 80550 | X | | Incurred: 8/26/12 <br> Consideration: Consignment agreement | | | | 90.00 |
| ACCOUNT NO. <br><br> Freeman, Mike <br> 409 Huntington Hill Dr. <br> Ft. Collins, CO 80525 | X | | Consideration: Consignment agreement | | | | 32.00 |
| ACCOUNT NO. <br><br> Fuhrman, Greg <br> 2002 Richards Lake Rd. <br> Ft. Collins, CO 80524 | X | | Consideration: Consignment agreement | | | | 14.00 |

Sheet no. _45_ of _171_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $    197.62

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
_____ ,        Case No. _____
Schneeberger          **Debtor**                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Fuller, Jeff<br>3815 Steelhead St.<br>Ft. Collins, CO 80528 | X | | Incurred: 10/13/11<br>Consideration: Consignment agreement | | | | 100.00 |
| ACCOUNT NO.<br><br>Fusco, Gene<br>4711 W. Parkview Dr.<br>Ft. Collins, CO 80526 | X | | Consideration: Consignment agreement | | | | 100.00 |
| ACCOUNT NO.  5175<br><br>Gagliano, Lisa<br>4905 N. CR 23E<br>Laporte, CO 80535 | X | | Incurred: 12/1/12<br>Consideration: Consignment agreement | | | | 39.98 |
| ACCOUNT NO.<br><br>Gallegos, Daniel<br>1010 Alsace Way<br>Lafayette, CO 80026 | X | | Consideration: Consignment agreement | | | | 64.01 |
| ACCOUNT NO.<br><br>Gamer, James<br>422 Golden Ridge Way<br>Ft. Collins, CO 80526 | X | | Incurred: 5/16/11<br>Consideration: Consignment agreement | | | | 5.28 |

Sheet no.  46  of 171 continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $          309.27

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc.- ver.4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   Todd Andrew Schneeberger & Patricia Anne
_____,       Case No. _____
        Schneeberger        **Debtor**                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Gammon, Leighton<br>110 W. 3rd Ave.<br>Cheyenne, WY 82001 | X | | Consideration: Consignment agreement | | | | 35.00 |
| ACCOUNT NO.<br><br>Garcia<br>2189 35th<br>Greeley, CO 80634 | X | | Consideration: Consignment agreement | | | | 12.00 |
| ACCOUNT NO.<br><br>Garcia, Marco<br>2249 Iroquois Dr.<br>Ft. Collins, CO 80525 | X | | Incurred: 1/17/12<br>Consideration: Consignment agreement | | | | 0.99 |
| ACCOUNT NO.   5407<br><br>Gardner, Carol<br>2550 Glendale Dr.<br>Loveland, CO 80538 | X | | Incurred: 1/19/13<br>Consideration: Consignment agreement | | | | 20.50 |
| ACCOUNT NO.<br><br>Garland, Rick<br>93 Locals Ln.<br>Breckenridge, CO 80424 | X | | Incurred: 8/25/11<br>Consideration: Consignment agreement | | | | 4.43 |

Sheet no. __47__ of __171__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $         72.92

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
       Schneeberger          ,                                    Case No. _____
                          **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  3702 Garza, Debbie 3030 Garrett Dr. Ft. Collins, CO 80526 | | X | Incurred: 4/6/12 Consideration: Consignment agreement | | | | 40.00 |
| ACCOUNT NO. Gaskill-Fox, Jamie 3050 W. Stuart St. #10 Ft. Collins, CO 80526 | | X | Consideration: Consignment agreement | | | | 23.14 |
| ACCOUNT NO. Gathright, Russell 501 N. Overland Tr. Ft. Collins, CO 80526 | | X | Consideration: Consignment agreement | | | | 29.02 |
| ACCOUNT NO.  1733 Geary, Kerri 1001 Camalot Cr. Ft. Collins, CO 80525 | | X | Incurred: 6/23/11 Consideration: Consignment agreement | | | | 30.00 |
| ACCOUNT NO. Geraghty, Brian 2802 Autumn Harvest Way Ft. Collins, Co 80528 | | X | Incurred: 8/13/11 Consideration: Consignment agreement | | | | 2.83 |

Sheet no. __48__ of _171_ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $                124.99

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
_____ ,        Case No. _____
Schneeberger                    **Debtor**                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Gernert, Linda<br>2231 Timber Creek Dr.<br>Ft. Collins, Co 80582 | | X | Consideration: Consignment agreement | | | | 18.00 |
| ACCOUNT NO.<br><br>Gibbs, Mark<br>5109 Thistle Pl.<br>Loveland, CO 80537 | | X | Consideration: Consignment agreement | | | | 32.01 |
| ACCOUNT NO.<br><br>Gibbs, Patsy<br>2218 Threeoaks Ct.<br>Ft. Collins, CO 80526 | | X | Incurred: 7/31/07<br>Consideration: Consignment agreement | | | | 8.00 |
| ACCOUNT NO.<br><br>Gillespie, Monica<br>3801 String Ct.<br>Ft. Collins, CO 80526 | | X | Consideration: Consignment agreement | | | | 10.72 |
| ACCOUNT NO.  4122<br><br>Gilmore, Anthony<br>806 Coulter Street<br>Ft. Collins, CO 80524 | | X | Incurred: 6/11/12<br>Consideration: Consignment agreement | | | | 52.49 |

Sheet no. __49__ of _171_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 121.22

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc.- ver.4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne ,     Case No. _____
    Schneeberger     **Debtor**     **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Gilmour, Kami<br>4937 Blue Stem Ct.<br>Ft. Collins, CO 80525 | | X | Consideration: Consignment agreement | | | | 27.00 |
| ACCOUNT NO.<br><br>Girardi, Teresa<br>7709 Vantage View Pl.<br>Ft. Collins, CO 80525 | | X | Consideration: Consignment agreement | | | | 150.00 |
| ACCOUNT NO.  3168<br><br>Girsh and Rottman<br>6000 East Evans Ave.<br>Suite 1-211<br>Denver, CO 80222 | | J | Collecting for A & R | | | | Notice Only |
| ACCOUNT NO.<br><br>Glazier, Brandon<br>1415 10th Street SW. #120<br>Loveland, CO 80537 | | X | Consideration: Consignment agreement | | | | 23.88 |
| ACCOUNT NO.<br><br>Glenn, Brent<br>305 Poudre Bay<br>Windsor, CO 80550 | | X | Consideration: Consignment agreement | | | | 50.00 |

Sheet no. __50__ of _171_ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

          Subtotal ➤   $     250.88

          Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver.4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
_____Schneeberger_____,          Case No. _____
                        **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Goeltl, Laura<br>608 Sedgwick Dr.<br>Ft. Collins, CO 80525 | | X | Consideration: Consignment agreement | | | | 16.38 |
| ACCOUNT NO.<br><br>Gogarty, Kelly<br>7208 Trout Ct.<br>Ft. Collins, CO 80526 | | X | Consideration: Consignment agreement | | | | 34.00 |
| ACCOUNT NO.<br><br>Goodsell, Donna<br>3100 W. 6th St.<br>Greeley, CO 80634 | | X | Consideration: Consignment agreement | | | | 75.00 |
| ACCOUNT NO.<br><br>Gordon, Stan<br>3838 Eclipse Ln.<br>Ft. Collins, CO 80528 | | X | Consideration: Consignment agreement | | | | 15.00 |
| ACCOUNT NO.<br><br>Gorham, Steve<br>4600 Trailsend<br>Ft. Collins, CO 80526 | | X | Consideration: Consignment agreement | | | | 34.00 |

Sheet no. _51_ of _171_ continuation sheets attached                                        Subtotal ➤   $   174.38
to Schedule of Creditors Holding Unsecured
Nonpriority Claims                                                                                Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
_____ Schneeberger _____,          Case No. _____
                              **Debtor**                                           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Gorney, Kelley<br>3980 Willow Wood Ave.<br>Loveland, CO 80538 | X | | Consideration: Consignment agreement | | | | 59.80 |
| ACCOUNT NO.<br>Gorski, Nathen<br>PO Box 270101<br>Ft. Collins, CO 80527 | X | | Consideration: Consignment agreement | | | | 11.82 |
| ACCOUNT NO.<br>Grace, Christine<br>105 52nd Ave.<br>Greeley, CO 80634 | X | | Consideration: Consignment agreement | | | | 30.00 |
| ACCOUNT NO.   4336<br>Grace, Mike<br>2416 Clearview Ave.<br>Ft. Collins, CO 80521 | X | | Incurred: 7/12/12<br>Consideration: Consignment agreement | | | | 42.50 |
| ACCOUNT NO.<br>Graf, Barry<br>4445 Kano Dr.<br>Ft. Collins, CO 80526 | X | | Consideration: Consignment agreement | | | | 10.00 |

Sheet no. __52__ of _171_ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 154.12

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne Schneeberger ,          Case No. _____
                                    **Debtor**                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Graham, James <br> 808 Missouri Ave. <br> Alliance, NE 69301 | X | | Incurred: 12/2/10 <br> Consideration: Consignment agreement | | | | 5.00 |
| ACCOUNT NO. <br><br> Graves, Mitch <br> 1827 Somerville Dr. <br> Ft. Collins, CO 80526 | X | | Incurred: 6/2/12 <br> Consideration: Consignment agreement | | | | 7.00 |
| ACCOUNT NO. <br><br> Greenacre, Addie <br> 2020 W. Plum St. #7 <br> Ft. Collins, CO 80521 | X | | Consideration: Consignment agreement | | | | 24.00 |
| ACCOUNT NO.  3918 <br><br> Greenwell, Ryan <br> 27572  WCR 52 <br> Kersey, CO 80644 | X | | Incurred: 5/12/12 <br> Consideration: Consignment agreement | | | | 25.00 |
| ACCOUNT NO.  5052 <br><br> Greer, Claudell <br> 700 S. County Rd. 5 <br> Ft. Collins, CO 80524 | X | | Incurred: 11/3/12 <br> Consideration: Consignment agreement | | | | 400.00 |

Sheet no.  53  of  171  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $ 461.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver.4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
       Schneeberger                                    ,          Case No. _____
                              **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Greer, Jodi<br>903 Prescott<br>Ft. Collins, CO 80525 | X | | Consideration: Consignment agreement | | | | 16.00 |
| ACCOUNT NO.<br><br>Grell, Julie<br>3321 Long Creek Dr.<br>FT. Collins, CO 80528 | X | | Incurred: 8/26/10<br>Consideration: Consignment agreement | | | | 1.08 |
| ACCOUNT NO.<br><br>Grenier, Dan<br>1013 Hahn Ct.<br>Loveland, CO 80537 | X | | Incurred: 4/19/12<br>Consideration: Consignment agreement | | | | 9.66 |
| ACCOUNT NO.<br><br>Griffith, Louann<br>3543 Harbor Way<br>Ft. Collins, CO 80524 | X | | Consideration: Consignment agreement | | | | 27.73 |
| ACCOUNT NO.<br><br>Griffith, Michael<br>2745 Hearthstone<br>Ft. Collins, CO 80528 | X | | Consideration: Consignment agreement | | | | 12.38 |

Sheet no. _54_ of _171_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 66.85

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc.- ver.4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
_____,          Case No. _____
Schneeberger          **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Guerette, Travis<br>514 Aspen Grove Way<br>Windsor, CO 550 | | X | Consideration: Consignment agreement | | | | 28.66 |
| ACCOUNT NO.<br><br>Guillan, Chris<br>1018 Centre Ave<br>Ft. Collins, CO 80526 | | X | Consideration: Consignment agreement | | | | 32.00 |
| ACCOUNT NO.  3657<br><br>Haag, Tiffany<br>414 Huntington Hills Rd.<br>Ft. Collins, CO 80525 | | X | Incurred: 4/1/12<br>Consideration: Consignment agreement | | | | 70.00 |
| ACCOUNT NO.<br><br>Haase, David<br>2813 Teal Eye Court<br>Ft. Collins, CO 80526 | | X | Consideration: Consignment agreement | | | | 15.00 |
| ACCOUNT NO.<br><br>Habighorst, Josiah<br>210 Pelican Cove<br>Windsor, CO 80550 | | X | Consideration: Consignment agreement | | | | 49.47 |

Sheet no. __55__ of _171_ continuation sheets attached          Subtotal ➤ | $ | 195.13
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims                                              Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc.- ver.4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Todd Andrew Schneeberger & Patricia Anne
       Schneeberger                        ,          Case No. _____
                          **Debtor**                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Hagelberg, Travis<br>1702 Maroon Dr.<br>Cheyenne, WY 82001 | X | | Incurred: 10/23/11<br>Consideration: Consignment agreement | | | | 8.29 |
| ACCOUNT NO.<br><br>Hale, Suzanne<br>2606 Jewelstone Ct.<br>Ft. Collins, CO 80525 | X | | Consideration: Consignment agreement | | | | 22.00 |
| ACCOUNT NO.<br><br>Hale, Thomas<br>3506 Lancaster Dr.<br>Ft. Collins, CO 80525 | X | | Consideration: Consignment agreement | | | | 48.00 |
| ACCOUNT NO.<br><br>Hall, Barry<br>924 Deerhurst Cir.<br>Ft. Collins, CO 80525 | X | | Consideration: Consignment agreement | | | | 26.66 |
| ACCOUNT NO.<br><br>Hall, Lynn<br>601 Griffin Pl.<br>Ft. Collins, CO 80521 | X | | Incurred: 4/24/12<br>Consideration: Consignment agreement | | | | 6.00 |

Sheet no. _56_ of _171_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $        110.95

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver.4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
Schneeberger ,    Case No. _____

                  **Debtor**                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Ham, Bonnie<br>3903 Platte Dr.<br>Ft. Collins, CO 80526 | | X | Incurred: 8/30/12<br>Consideration: Consignment agreement | | | | 5.00 |
| ACCOUNT NO.<br><br>Hanawalt, Mike<br>2819 Whitworth<br>Ft. Collins, CO 80525 | | X | Incurred: 4/29/09<br>Consideration: Consignment agreement | | | | 2.25 |
| ACCOUNT NO.<br><br>Hanson, Mark<br>3202 Ledgestone Ct.<br>Ft. Collins, CO 80528 | | X | Consideration: Consignment agreement | | | | 35.72 |
| ACCOUNT NO.<br><br>Harger, Shawn<br>2814 Autumn Harvest Way<br>Ft. Collins, CO 80528 | | X | Consideration: Consignment agreement | | | | 15.00 |
| ACCOUNT NO.<br><br>Harrison, Connor<br>249 N. Harrison Ave.<br>Loveland, CO 80537 | | X | Consideration: Consignment agreement | | | | 24.00 |

Sheet no. __57__ of _171_ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

             Subtotal ➤   $          81.97

             Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   Todd Andrew Schneeberger & Patricia Anne
    Schneeberger       **Debtor**   ,

Case No. _____
                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Harrison, Susan<br>1025 Inverness Rd.<br>Ft. Collins, CO 80524 | X | | Incurred: 11/21/12<br>Consideration: Consignment agreement | | | | 7.81 |
| ACCOUNT NO.<br><br>Hartley, Mara<br>4345 Sunridge Dr.<br>Loveland, CO 80538 | X | | Consideration: Consignment agreement | | | | 100.00 |
| ACCOUNT NO.<br><br>Hartman, Joe<br>2226 Woody Creek Cir.<br>Loveland, CO 80538 | X | | Consideration: Consignment agreement | | | | 35.00 |
| ACCOUNT NO.<br><br>Hartman, Keri<br>1606 Arroyo Dr.<br>Windsor, CO 80550 | X | | Consideration: Consignment agreement | | | | 40.53 |
| ACCOUNT NO.<br><br>Hartman, Melissa<br>2331 Valley Forge Ave.<br>Ft. Collins, CO 80526 | X | | Consideration: Consignment agreement | | | | 10.71 |

Sheet no. __58__ of __171__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $      194.05

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Todd Andrew Schneeberger & Patricia Anne Schneeberger  ,     Case No. _____
                              **Debtor**                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>Hatmaker and Associates<br>1156 South US 1<br>Vero Beach, FL 32962 | X | J | Collecting for Apollo Athletics | | | | Notice Only |
| ACCOUNT NO. <br><br>Hawkes, Wendy<br>7220 Ft. Morgan Dr.<br>Ft. Collins, CO 80525 | X | | Consideration: Consignment agreement | | | | 27.96 |
| ACCOUNT NO. <br><br>Hawkinson, Stephanie<br>4050 Golf Vista Dr.<br>Loveland, CO 80537 | X | | Incurred: 8/7/11<br>Consideration: Consignment agreement | | | | 4.32 |
| ACCOUNT NO. <br><br>Haynes, Colby<br>3010 Moore Ln.<br>Ft. Collins, CO 80526 | X | | Consideration: Consignment agreement | | | | 20.00 |
| ACCOUNT NO. <br><br>Healey, Burke<br>9512 Red Mountain Rd.<br>Livermore, CO | X | | Incurred: 8/17/12<br>Consideration: Consignment agreement | | | | 7.00 |

Sheet no. __59__ of _171_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $         59.28

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re __Todd Andrew Schneeberger & Patricia Anne__ ,          Case No. _____
      __Schneeberger__     **Debtor**                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Hearne, Shelly<br>2426 Rock Creek Dr.<br>Ft. Collins, CO 80528 | X | | Consideration: Consignment agreement | | | | 22.00 |
| ACCOUNT NO.<br><br>Heitzman, Scott<br>229 Audry Dr.<br>Loveland, CO 80537 | X | | Consideration: Consignment agreement | | | | 12.50 |
| ACCOUNT NO.<br><br>Henninger, David<br>355 Buffalo Dr.<br>Windsor, CO 80550 | X | | Consideration: Consignment agreement | | | | 40.00 |
| ACCOUNT NO.<br><br>Henninger, Traci<br>2117 Meander Rd.<br>Windsor, CO 80550 | X | | Consideration: Consignment agreement | | | | 15.04 |
| ACCOUNT NO.<br><br>Herd, Jill<br>244 Scenic Dr.<br>Loveland, CO 80537 | X | | Incurred: 6/13/09<br>Consideration: Consignment agreement | | | | 5.34 |

Sheet no. __60__ of __171__ continuation sheets attached          Subtotal ➤ | $ | 94.88
to Schedule of Creditors Holding Unsecured
Nonpriority Claims                                                Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
         Schneeberger                                          ,        Case No. _____
                              **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  3492<br><br>Herk, Cole<br>2512 Shavano CT.<br>Ft. Collins, CO 80525 | X | | Incurred: 3/12/12<br>Consideration: Consignment agreement | | | | 63.50 |
| ACCOUNT NO.  4527<br><br>Hermann, Ron<br>3414 N. Duffield Ave.<br>Loveland, CO 80538 | X | | Incurred: 8/11/12<br>Consideration: Consignment agreement | | | | 2,199.13 |
| ACCOUNT NO.<br><br>Hernblom, Allyson<br>2300 Ponderosa Dr.<br>Loveland, CO 80538 | X | | Consideration: Consignment agreement | | | | 20.00 |
| ACCOUNT NO.  3325<br><br>Herrington, Daniel<br>2713 Antelope Rd.<br>Ft. Collins, CO 80525 | X | | Incurred: 2/15/12<br>Consideration: Consignment agreement | | | | 87.50 |
| ACCOUNT NO.<br><br>Herrmann, Carl<br>7517 Weld County Road 96<br>Wellington, CO 80549 | X | | Incurred: 8/21/08<br>Consideration: Consignment agreement | | | | 0.66 |

Sheet no.  61  of 171 continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   2,370.79

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
       Schneeberger             ,          Case No. _____
                      **Debtor**                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Hess, Eric<br>5139 Trappers Creek Ct.<br>Ft. Collins, CO 80528 | X | | Incurred: 2/26/11<br>Consideration: Consignment agreement | | | | 0.03 |
| ACCOUNT NO.<br><br>Hesse, Cody<br>2401 N. 119th Street<br>Lafayette, CO 80026 | X | | Consideration: Consignment agreement | | | | 10.72 |
| ACCOUNT NO.  2197<br><br>Hickman, Kristi<br>23518 WCR 1<br>Loveland, CO 80537 | X | | Incurred: 8/24/11<br>Consideration: Consignment agreement | | | | 31.25 |
| ACCOUNT NO.<br><br>Hicks, Terri<br>Po Box 12<br>Pierce, CO 80650 | X | | Consideration: Consignment agreement | | | | 16.00 |
| ACCOUNT NO.<br><br>Hill, Eric<br>2413 Pineneedle Ct.<br>Ft. Collins, CO 80528 | X | | Consideration: Consignment agreement | | | | 28.00 |

Sheet no. _62_ of _171_ continuation sheets attached                                    Subtotal ➤   $         86.00
to Schedule of Creditors Holding Unsecured
Nonpriority Claims                                                                            Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc.- ver.4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   Todd Andrew Schneeberger & Patricia Anne
_____Schneeberger_____,          Case No. _____
                            **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Hill, Susan<br>518 Stover<br>Ft. Collins, CO 80524 | X | | Consideration: Consignment agreement | | | | 17.00 |
| ACCOUNT NO.  4975<br><br>Hiller, Carol<br>806 Whalers Way<br>Ft. Collins, CO 80525 | X | | Incurred: 10/15/12<br>Consideration: Consignment agreement | | | | 12.50 |
| ACCOUNT NO.<br><br>Hines, Eric<br>855 Aztec Dr.<br>Ft, Collins, CO 80521 | X | | Consideration: Consignment agreement | | | | 16.00 |
| ACCOUNT NO.<br><br>Hintz, Larry<br>335 Scotch Pine Ct.<br>Windsor, CO 80550 | X | | Consideration: Consignment agreement | | | | 16.36 |
| ACCOUNT NO.<br><br>Hirning, Jake<br>3312 McConnell Dr.<br>Laporte, CO 80535 | X | | Consideration: Consignment agreement | | | | 17.00 |

Sheet no.  63  of 171 continuation sheets attached          Subtotal ➤   $         78.86
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims                                          Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc.- ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
       Schneeberger _____ ,        Case No. _____
                        **Debtor**                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Hitchens, Cheryl<br>2727 Imperial Ridge Dr.<br>Loveland, CO 80537 | | X | Consideration: Consignment agreement | | | | 15.00 |
| ACCOUNT NO.<br><br>Hodge, Mary<br>827 Ashford Ln.<br>Ft. Collins, CO 80526 | | X | Consideration: Consignment agreement | | | | 60.00 |
| ACCOUNT NO.  5083<br><br>Hogan, Bryan<br>2324 Wapatn<br>Ft. Collins, CO 80525 | | X | Incurred: 11/10/12<br>Consideration: Consignment agreement | | | | 50.00 |
| ACCOUNT NO.<br><br>Hoggatt, Darby<br>437 Flagler Rd.<br>Ft. Collins, CO 80525 | | X | Consideration: Consignment agreement | | | | 10.68 |
| ACCOUNT NO.<br><br>Holt, Lara<br>929 Presido Way<br>Windsor, CO 80550 | | X | Consideration: Consignment agreement | | | | 35.64 |

Sheet no. __64__ of __171__ continuation sheets attached                Subtotal ➤ | $ | 171.32
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims                                                          Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc.- ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   Todd Andrew Schneeberger & Patricia Anne
        Schneeberger          **Debtor**          ,          Case No. _____
                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Homrighausen, Darren<br>513 W. Oak St.<br>Ft. Collins, CO 80521 | X | | Consideration: Consignment agreement | | | | 53.68 |
| ACCOUNT NO.<br><br>Horne, Renee<br>PO Box 272636<br>Ft. Collins, CO 80527 | X | | Consideration: Consignment agreement | | | | 10.00 |
| ACCOUNT NO.<br><br>Houde, Paden<br>1020 Glenmoor St.<br>Ft. Collins, CO 80521 | X | | Incurred: 5/27/10<br>Consideration: Consignment agreement | | | | 3.80 |
| ACCOUNT NO.  1729<br><br>Hoyer, Eric<br>8118 Three Eagles Dr.<br>Ft. Collins, CO 80528 | X | | Incurred: 6/21/11<br>Consideration: Consignment agreement | | | | 163.88 |
| ACCOUNT NO.  2358<br><br>HSBC Card Service<br>PO Box 2013<br>Buffalo, NY 14240 | | H | Incurred: 09/01/09<br>Consideration: Credit cards | | | | 1,622.00 |

Sheet no.  65   of 171  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $  1,853.36

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver.4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
_____ ,  Case No. _____
Schneeberger                **Debtor**                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Huff, Kristi<br>5620 Fossil Creek Pkwy.<br>Ft. Collins, CO 80525 | | X | Consideration: Consignment agreement | | | | 27.00 |
| ACCOUNT NO.<br><br>Humpal, Laurie<br>1901 Mackenzie Ct.<br>Ft. Collins, CO 80528 | | X | Consideration: Consignment agreement | | | | 16.00 |
| ACCOUNT NO.<br><br>Hunt, Barry<br>1728 Lakeview Dr.<br>Ft. Collins, CO 80524 | | X | Consideration: Consignment agreement | | | | 31.00 |
| ACCOUNT NO.<br><br>Hunt, Chris<br>430 E. Plum St.<br>Ft. Collins, CO 80524 | | X | Consideration: Consignment agreement | | | | 14.42 |
| ACCOUNT NO.  0811<br><br>Hunter, Harry<br>2603 Sunstone Dr.<br>Ft. Collins, CO 80525 | | X | Incurred: 1/29/11<br>Consideration: Consignment agreement | | | | 74.98 |

Sheet no. __66__ of _171_ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 163.40

Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
Schneeberger _____,          Case No. _____
                          **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Husen, Paul <br> 2851 Kansas Dr. Unit D <br> Ft. Collins, CO 80525 | X | | Consideration: Consignment agreement | | | | 97.50 |
| ACCOUNT NO. <br><br> Hutson, Kimber <br> 6322 Buchanan Ct. <br> Ft. Collins, CO 80525 | X | | Consideration: Consignment agreement | | | | 15.34 |
| ACCOUNT NO. <br><br> Ikeler, Mariquita <br> 2315 Brightwater <br> Ft. Collins, CO 80524 | X | | Consideration: Consignment agreement | | | | 13.00 |
| ACCOUNT NO. <br><br> Ingram, Jason <br> 3500 Kingston, Cr. <br> Ft. Collins, CO 80525 | X | | Consideration: Consignment agreement | | | | 33.51 |
| ACCOUNT NO. <br><br> Irrer, Adam <br> 1002 Sycamore St. <br> Ft. Collins, CO 80521 | X | | Consideration: Consignment agreement | | | | 21.47 |

Sheet no. __67__ of __171__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 180.82

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
       Schneeberger                                    ,          Case No. _____
                        **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3226 <br><br> Ivan, Jennifer <br> 2156 Brightwater Dr. <br> Ft. Collins, CO 80524 | | X | Incurred: 1/28/12 <br> Consideration: Consignment agreement | | | | 112.50 |
| ACCOUNT NO. <br><br> Iwanski, Kim <br> 4102 W. Brooke Dr. <br> Ft. Collins, CO 80526 | | X | Incurred: 12/19/11 <br> Consideration: Consignment agreement | | | | 0.71 |
| ACCOUNT NO. <br><br> Jabs, Michelle <br> 935 Presado Way <br> Windsor, CO 80550 | | X | Consideration: Consignment agreement | | | | 21.52 |
| ACCOUNT NO. 5157 <br><br> Jandreau, Clancy <br> 417 Dartmouth Tr. <br> Ft. Collins, CO 80525 | | X | Incurred: 11/27/12 <br> Consideration: Consignment agreement | | | | 163.25 |
| ACCOUNT NO. <br><br> Jenkins, Scott <br> 3226 Spruce Dr. <br> Ft. Collins, CO 526 | | X | Consideration: Consignment agreement | | | | 10.00 |

Sheet no. __68__ of __171__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   307.98

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   Todd Andrew Schneeberger & Patricia Anne
Schneeberger                              ,          Case No. _____
                            **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Jennings, Amy<br>3621 Richmond Dr.<br>Ft. Collins, CO 80526 | | X | Consideration: Consignment agreement | | | | 15.07 |
| ACCOUNT NO.  4805<br><br>Jensen, Beverly<br>5015 Alder Ct.<br>Ft. Collins, CO 80525 | | X | Incurred: 9/17/12<br>Consideration: Consignment agreement | | | | 382.32 |
| ACCOUNT NO.<br><br>Jenson, Jenny<br>1126 Belleview<br>Ft. Collins, CO 80526 | | X | Incurred: 2/5/08<br>Consideration: Consignment agreement | | | | 3.20 |
| ACCOUNT NO.<br><br>Jerden, Cleatis<br>3832 W. County Rd. 8<br>Berthoud, CO 80513 | | X | Consideration: Consignment agreement | | | | 10.53 |
| ACCOUNT NO.<br><br>Jewell, David<br>2975 Neil Dr.<br>Ft. Collins, CO 80526 | | X | Consideration: Consignment agreement | | | | 25.81 |

Sheet no.  69  of  171  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $                436.93

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
       Schneeberger          **Debtor**          ,          Case No. _____
                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  1161<br><br>Johanson, Tyr<br>2838 Golden Wheat Ln.<br>Ft. Collins, CO 80528 | X | | Incurred: 4/2/11<br>Consideration: Consignment agreement | | | | 62.48 |
| ACCOUNT NO.  0638<br><br>Johnson Health System<br>800 Burton Blvd.<br>Deforest, WI 53532 | | J | Incurred: 09012009<br>Consideration: Other | | | | 3,201.00 |
| ACCOUNT NO.<br><br>Johnson, Dana<br>5463 Gulfstar Ct.<br>Ft. Collins, CO 80528 | X | | Consideration: Consignment agreement | | | | 30.07 |
| ACCOUNT NO.  2212<br><br>Johnson, Dana<br>906 Richmond Dr. #4<br>Ft. Collins, CO 80526 | X | | Incurred: 8/26/11<br>Consideration: Consignment agreement | | | | 32.00 |
| ACCOUNT NO.<br><br>Johnson, Debbie<br>4056 Burr Oak Dr.<br>Loveland, CO 80538 | X | | Consideration: Consignment agreement | | | | 12.27 |

Sheet no.  70  of 171 continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  3,337.82

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re    Todd Andrew Schneeberger & Patricia Anne                         ,                    Case No. _____
            Schneeberger        **Debtor**                                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Johnson, Greg 5478 Tradewind Dr. Ft. Collins, CO 80528 | | X | Consideration: Consignment agreement | | | | 22.58 |
| ACCOUNT NO.  Johnson, Laura 554 Abrams Way Loveland, CO 80537 | | X | Consideration: Consignment agreement | | | | 30.43 |
| ACCOUNT NO.  Johnson, Tim 6420 Garrison Ct. Ft. Collins, CO 80528 | | X | Consideration: Consignment agreement | | | | 18.00 |
| ACCOUNT NO.  4991  Johnson, Tim 7811 S. County Rd 13 Ft. Collins, CO 80525 | | X | Incurred: 10/19/12 Consideration: Consignment agreement | | | | 40.00 |
| ACCOUNT NO.  Jones, Alan 1931 E. 1st Street Loveland, CO 80537 | | X | Incurred: 8/1/12 Consideration: Consignment agreement | | | | 8.00 |

Sheet no. __71__ of __171__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $    119.01

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver.4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   Todd Andrew Schneeberger & Patricia Anne
         Schneeberger                                  ,          Case No. _____
                                    **Debtor**                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Jones, Marcus <br> 308 Ray Ct. <br> Ft. Collins, CO 80525 | X | | Incurred: 9/21/11 <br> Consideration: Consignment agreement | | | | 59.00 |
| ACCOUNT NO.  0184 <br> Jones, Mike <br> 705 N. Montview <br> Ft. Collins, CO 80521 | X | | Incurred: 10/8/10 <br> Consideration: Consignment agreement | | | | 74.99 |
| ACCOUNT NO. <br> Jordan, Adam <br> 2502 Timberwood Dr. <br> Ft. Collins, CO 80528 | X | | Incurred: 6/8/12 <br> Consideration: Consignment agreement | | | | 5.36 |
| ACCOUNT NO.  4146 <br> Jordan, Carrie <br> 43225 WCR 97 <br> Briggsdale, CO 80611 | X | | Incurred: 6/12/12 <br> Consideration: Consignment agreement | | | | 44.98 |
| ACCOUNT NO. <br> Jordan, Pete <br> 402 Red Hawk Dr. <br> Ft. Collins, CO 80524 | X | | Consideration: Consignment agreement | | | | 26.83 |

Sheet no. __72__ of __171__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   211.16

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re Todd Andrew Schneeberger & Patricia Anne Schneeberger ,  Case No. _____
            **Debtor**                                           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Josh, Jerry<br>620 E. 41st Street<br>Loveland, CO 80538 | | X | Consideration: Consignment agreement | | | | 26.00 |
| ACCOUNT NO.<br><br>Jung, Rhea<br>1542 Cedarwood Dr.<br>Ft. Collins, CO 80521 | | X | Consideration: Consignment agreement | | | | 32.00 |
| ACCOUNT NO.<br><br>Kane, Steve<br>4305 Wellington Dr.<br>Ft. Collins, CO 80526 | | X | Consideration: Consignment agreement | | | | 25.00 |
| ACCOUNT NO.<br><br>Kaster, Grant<br>710 City Park Ave. C320<br>Ft. Collins, CO 80521 | | X | Incurred: 5/3/10<br>Consideration: Consignment agreement | | | | 0.56 |
| ACCOUNT NO.  1056<br><br>Kaster, Will<br>710 City Park Ave.<br>Ft. Collins, CO 80521 | | X | Incurred: 3/18/11<br>Consideration: Consignment agreement | | | | 12.49 |

Sheet no. __73__ of __171__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 96.05

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc.- ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
       Schneeberger         **Debtor**            ,         Case No. _____
                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2298<br><br>Kelly, Richard<br>506  Spinnaker Ln.<br>Ft. Collins, CO 80525 | | X | Incurred: 9/8/11<br>Consideration: Consignment agreement | | | | 90.00 |
| ACCOUNT NO.<br><br>Kelly, Sue<br>4795 Ignacio Ct.<br>Loveland, CO 80538 | | X | Consideration: Consignment agreement | | | | 16.00 |
| ACCOUNT NO. 4877<br><br>Kendall, Lynn<br>5450 Brookline Dr.<br>Timnath, CO 80547 | | X | Incurred: 9/28/12<br>Consideration: Consignment agreement | | | | 34.00 |
| ACCOUNT NO.<br><br>Kennedy, Joanne<br>3118 Silverwood Dr.<br>Ft. Collins, CO 80525 | | X | Consideration: Consignment agreement | | | | 27.00 |
| ACCOUNT NO.<br><br>Kennedy, Lisa<br>4921 Filbert Dr.<br>Loveland, CO 80538 | | X | Consideration: Consignment agreement | | | | 20.00 |

Sheet no. __74__ of __171__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤       $       187.00

Total ➤       $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   Todd Andrew Schneeberger & Patricia Anne _____ ,                Case No. _____
         Schneeberger          **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Kennedy, Richard<br>1500 Edora Dr. #2<br>Ft. Collins, CO 80525 | X | | Consideration: Consignment agreement | | | | 12.00 |
| ACCOUNT NO.<br><br>Keramidis, Shannon<br>4735 Mimosa St.<br>Loveland, CO 80583 | X | | Consideration: Consignment agreement | | | | 10.00 |
| ACCOUNT NO.<br><br>Kershner, Yvette<br>3214 Chase Dr.<br>Ft. Collins, CO 80525 | X | | Incurred: 6/26/12<br>Consideration: Consignment agreement | | | | 6.32 |
| ACCOUNT NO.<br><br>Kesterke, Nick<br>2574 Tupelo Dr.<br>Loveland, CO 80538 | X | | Incurred: 1/7/11<br>Consideration: Consignment agreement | | | | 8.00 |
| ACCOUNT NO.  1412<br><br>KGWN/KCHW Television<br>334 E. Mountain Ave.<br>Fort Collins, CO 80524 | X | J | Incurred: 10/25/2010<br>Consideration: Other | | | | 1,200.00 |

Sheet no. __75__ of __171__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   1,236.32

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
_____Schneeberger_____,          Case No. _____
                              **Debtor**                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  0787  Killion, Wes 1719 N. Empire Ave. Loveland, CO 80538 | | X | Incurred: 1/26/11 Consideration: Consignment agreement | | | | 14.00 |
| ACCOUNT NO.  Kim, Paul 1600 W. Plum St. Ft. Collins, CO 80521 | | X | Incurred: 7/18/09 Consideration: Consignment agreement | | | | 5.08 |
| ACCOUNT NO.  Kimball, Dexter 15121 Alzuli Rd. Loveland, CO 80538 | | X | Incurred: 9/26/10 Consideration: Consignment agreement | | | | 0.55 |
| ACCOUNT NO.  King, Dennis 4719 Sunvalley Dr. Loveland, CO 80538 | | X | Consideration: Consignment agreement | | | | 63.75 |
| ACCOUNT NO.  1127  Kinney, Alex & Cindy 3911 Lynda Ln. Ft. Collins, CO 80526 | | X | Incurred: 3/29/11 Consideration: Consignment agreement | | | | 24.99 |

Sheet no. __76__ of _171_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 108.37

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
       Schneeberger                                 ,          Case No. _____
                        **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>Klammer, Troy<br>5716 S. Timberline Rd.<br>Ft. Collins, CO 80528 | X | | Consideration: Consignment agreement | | | | 19.26 |
| **ACCOUNT NO.** 4066<br>Klena, William<br>6627 Antigua Dr.<br>Ft. Collins, CO 80525 | X | | Incurred: 6/3/12<br>Consideration: Consignment agreement | | | | 50.00 |
| **ACCOUNT NO.** 1255<br>Kline, Matt<br>709 W. 9th Street<br>Loveland, CO 80537 | X | | Incurred: 4/18/11<br>Consideration: Consignment agreement | | | | 34.95 |
| **ACCOUNT NO.**<br>Klingner, Susie<br>909 Southridge Greens<br>Ft. Collins, CO 80525 | X | | Consideration: Consignment agreement | | | | 48.00 |
| **ACCOUNT NO.**<br>Knowlton, Robert<br>401 N. Timberline #12<br>Ft. Collins, CO 80524 | X | | Consideration: Consignment agreement | | | | 25.00 |

Sheet no. __77__ of __171__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $        177.21

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne Schneeberger ,  Case No. _____
                              **Debtor**                                             **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Koch, Ann<br>1125 Gregory Rd.<br>Ft. Collins, CO 80524 | | X | Consideration: Consignment agreement | | | | 40.00 |
| ACCOUNT NO.<br><br>Koldeway, Mary<br>1931 Rangely Ct.<br>Loveland, CO 80538 | | X | Consideration: Consignment agreement | | | | 10.47 |
| ACCOUNT NO.<br><br>Korf, Chris<br>2450 Windrow Dr. E205<br>Ft. Collins, CO 80525 | | X | Incurred: 8/24/10<br>Consideration: Consignment agreement | | | | 5.34 |
| ACCOUNT NO.<br><br>Kraus, Robert<br>1107 Timber Ln.<br>Ft. Collins, CO 80521 | | X | Incurred: 4/20/10<br>Consideration: Consignment agreement | | | | 0.02 |
| ACCOUNT NO.<br><br>Kreikemeier, Jean<br>1714 Globe Ct.<br>Ft. Collins, CO 80528 | | X | Consideration: Consignment agreement | | | | 19.00 |

Sheet no. _78_ of _171_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤   $      74.83

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
       Schneeberger           **Debtor**           ,           Case No. _____
                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Kroening, Randy <br> 2936 Indigo CR North <br> Ft. Collins, CO 80528 | X | | Consideration: Consignment agreement | | | | 25.00 |
| ACCOUNT NO. 3631 <br> Krueger, Brad <br> 1745 Kokanee Ct. <br> Loveland, CO 80538 | X | | Incurred: 3/28/12 <br> Consideration: Consignment agreement | | | | 12.50 |
| ACCOUNT NO. 4974 <br> Kula, Dustin <br> 3012 Anchor Way #3 <br> Ft. Collins, CO 80525 | X | | Incurred: 10/15/12 <br> Consideration: Consignment agreement | | | | 106.25 |
| ACCOUNT NO. 1539 <br> Kurtz, Carrie <br> 3328 Apollo Ct. <br> Ft. Collins, CO 80526 | X | | Incurred: 5/28/11 <br> Consideration: Consignment agreement | | | | 94.99 |
| ACCOUNT NO. <br> Kyle, Leslie <br> 2127 W. CR 38E <br> Ft. Collins, CO 80526 | X | | Incurred: 3/16/11 <br> Consideration: Consignment agreement | | | | 4.00 |

Sheet no. 79 of 171 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  242.74

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
_____ ,      Case No. _____
Schneeberger           **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Lafferty, April 2300 Rollingwood Dr. Ft. Collins, CO 80525 | X | | Consideration: Consignment agreement | | | | 12.85 |
| ACCOUNT NO. Lamar, Diane 37622 WCR 49 Eaton, CO 80615 | X | | Consideration: Consignment agreement | | | | 15.00 |
| ACCOUNT NO. Lamb, Susan 1917 Meadow Air Dr. Ft. Collins, CO 80525 | X | | Incurred: 5/22/10 Consideration: Consignment agreement | | | | 8.54 |
| ACCOUNT NO. Lambert, Tricia 1814 Rolling Gate Rd. Ft. Collins, CO 80526 | X | | Consideration: Consignment agreement | | | | 15.00 |
| ACCOUNT NO. Lammons, Denice 3262 Rock Park Dr. Ft. Collins, CO 80528 | X | | Consideration: Consignment agreement | | | | 30.00 |

Sheet no. _80_ of _171_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   81.39

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
       Schneeberger                          ,          Case No. _____
                          **Debtor**                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Lamonte, Ingerd<br>2441 Mathes<br>Ft. Collins, CO 80525 | | X | Consideration: Consignment agreement | | | | 19.20 |
| ACCOUNT NO.<br><br>Larrieu, Judy<br>506 Praire Clover Ln.<br>Windsor, CO 80550 | | X | Consideration: Consignment agreement | | | | 16.13 |
| ACCOUNT NO.<br><br>Larsen, Colleen<br>524 S. Washington Ave.<br>Ft. Collins, CO 80521 | | X | Consideration: Consignment agreement | | | | 35.00 |
| ACCOUNT NO.<br><br>Larson, Jonathan<br>2613 Stanford Rd. 7A<br>Ft. Collins, CO 80525 | | X | Incurred: 12/20/07<br>Consideration: Consignment agreement | | | | 9.33 |
| ACCOUNT NO.<br><br>Laser, Mary<br>5430 Hidden Springs Rd.<br>Ft. Collins, CO 80526 | | X | Incurred: 11/4/07<br>Consideration: Consignment agreement | | | | 8.96 |

Sheet no. __81__ of __171__ continuation sheets attached          Subtotal ➤   | $          88.62
to Schedule of Creditors Holding Unsecured
Nonpriority Claims                                                 Total ➤      | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
_____ Schneeberger _____,  Case No. _____
                        **Debtor**                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>Latshaw, Sue<br>2712 Granda Hill Dr.<br>Ft. Collins, CO 80525 | X | | Incurred: 11/25/12<br>Consideration: Consignment agreement | | | | 8.15 |
| **ACCOUNT NO.** 5318<br>Lauer, Scott<br>400 Lilac Ln.<br>Ft. Collins, CO 80524 | X | | Incurred: 1/2/13<br>Consideration: Consignment agreement | | | | 15.00 |
| **ACCOUNT NO.**<br>Laureles, Raul<br>3101 Fairview Dr.<br>Ft. Collins, CO 80524 | X | | Consideration: Consignment agreement | | | | 12.21 |
| **ACCOUNT NO.**<br>Laurie, Robert<br>1405 Laporte Ave.<br>Ft. Collins, CO 80521 | X | | Consideration: Consignment agreement | | | | 20.00 |
| **ACCOUNT NO.** 7625<br>Law Office Office of Craig Stern<br>343 West Drake Road, Suite 105<br>Fort Collins, CO 80526 | X | J | Incurred: 06/29/2012<br>Consideration: Other | | | | 210.00 |

Sheet no. _82_ of _171_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 265.36

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re <u>Todd Andrew Schneeberger & Patricia Anne</u>
<u>Schneeberger</u>    ,        Case No. _____
                 **Debtor**                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>Lawler, Simon<br>3100 Swallow Pl.<br>Ft. Collins, CO 80525 | | X | Consideration: Consignment agreement | | | | 22.00 |
| ACCOUNT NO. <br><br>Laybourn, Paul<br>3938 Century Dr.<br>Ft. Collins, CO 80526 | | X | Consideration: Consignment agreement | | | | 18.00 |
| ACCOUNT NO. 4238<br><br>Leblanc, Jason<br>1050 Hobbit St. K95<br>Ft. Collins, CO 80526 | | X | Incurred: 6/28/12<br>Consideration: Consignment agreement | | | | 92.50 |
| ACCOUNT NO. 4826<br><br>Lebsack, Jon<br>2806 Pipestone Dr.<br>Ft. Collins, CO 80526 | | X | Incurred: 9.20.12<br>Consideration: Consignment agreement | | | | 1,552.67 |
| ACCOUNT NO. <br><br>Leidhold, Doug<br>1011 Coachman Ln.<br>Ft. Collins, CO 80524 | | X | Consideration: Consignment agreement | | | | 20.00 |

Sheet no. <u>83</u> of <u>171</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤      $      1,705.17

Total ➤      $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
       Schneeberger                                 ,          Case No. _____
                              **Debtor**                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Leistikow, Kelly<br>6535 Aberdour Cr.<br>Windsor, CO 80550 | | X | Consideration: Consignment agreement | | | | 21.00 |
| ACCOUNT NO.<br><br>Leivonen, Erin<br>3098 Sedgwick Cr.<br>Loveland, CO 80538 | | X | Consideration: Consignment agreement | | | | 10.89 |
| ACCOUNT NO.<br><br>Lemanski, Barbara<br>19715 Whitewind Dr.<br>Houston, TX 77094 | | X | Consideration: Consignment agreement | | | | 75.00 |
| ACCOUNT NO.<br><br>Lemer, Kody<br>1920 Ruddy Ct.<br>Johnstown, CO 80534 | | X | Incurred: 8/11/12<br>Consideration: Consignment agreement | | | | 7.80 |
| ACCOUNT NO.<br><br>Lemoine, Marc<br>7132 Bonhomme Richard Dr.<br>Ft. Collins, CO 80526 | | X | Consideration: Consignment agreement | | | | 10.66 |

Sheet no. __84__ of __171__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $        125.35

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver.4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   Todd Andrew Schneeberger & Patricia Anne                ,              Case No. _____
         Schneeberger          **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Lenella, Lee<br>3944 Century Dr.<br>Ft. Collins, CO 80526 | | X | Consideration: Consignment agreement | | | | Unknown |
| ACCOUNT NO.<br><br>Lennon, Mark<br>4408 JFK Pkwy.<br>Ft. Collins, CO 80525 | | X | Incurred: 8/8/11<br>Consideration: Consignment agreement | | | | 7.11 |
| ACCOUNT NO.<br><br>Lenskold, Karen<br>3914 Mesa Verde St.<br>Ft. Collins, CO 80525 | | X | Consideration: Consignment agreement | | | | 27.50 |
| ACCOUNT NO.  2455<br><br>Letz, Todd<br>4155 Hayes Cr.<br>Wellington, CO 80549 | | X | Incurred: 9/20/11<br>Consideration: Consignment agreement | | | | 20.00 |
| ACCOUNT NO.  1208<br><br>Levalley, Brad<br>3263 Brock Park Dr.<br>Ft. Collins, CO 80528 | | X | Incurred: 4/11/11<br>Consideration: Consignment agreement | | | | 99.49 |

Sheet no.  85   of  171  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 154.10

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
       Schneeberger                                    ,            Case No. _____
                              **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Levinger, Nancy <br> 1414 Whedbee <br> Ft. Collins, CO 80525 | X | | Consideration: Consignment agreement | | | | 10.00 |
| ACCOUNT NO. 5030 <br> Lewis, Howard <br> 6009 Wild View Dr. <br> Ft. Collins, CO 80528 | X | | Incurred: 10/28/12 <br> Consideration: Consignment agreement | | | | 447.50 |
| ACCOUNT NO. <br> Lewis, Jeff <br> 3902 Gardenwall Ct. <br> Ft. Collins, CO 80524 | X | | Consideration: Consignment agreement | | | | 21.50 |
| ACCOUNT NO. 1126 <br> Lewis, Mark <br> 2601 Smetana Dr. <br> Minnetonka, MN 55343 | X | | Incurred: 3.29.11 <br> Consideration: Consignment agreement | | | | 59.98 |
| ACCOUNT NO. <br> Lewis, Wayne <br> 2943 Rocky Mountain Ct. <br> Ft. Collins, CO 80526 | X | | Consideration: Consignment agreement | | | | 50.00 |

Sheet no. __86__ of _171_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $                588.98

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   Todd Andrew Schneeberger & Patricia Anne
         Schneeberger                          ,        Case No. _____
                              **Debtor**                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Li, Jing<br>2502 Timberwood Dr.<br>Ft. Collins, CO 80525 | X | | Consideration: Consignment agreement | | | | 23.62 |
| ACCOUNT NO.<br><br>Liepe, Chris<br>616 Hinsdale Ct.<br>Ft. Collins, CO 80526 | X | | Consideration: Consignment agreement | | | | 12.50 |
| ACCOUNT NO.  1490<br><br>Ligget Smith & Johnson<br>425 W. Mulberry<br>Suite 112<br>Fort Collins, CO 80521 | X | J | Collecting for First National Bank | | | | Notice Only |
| ACCOUNT NO.<br><br>Lin, Jocelyn<br>812 Jutland Ln.<br>Ft. Collins, CO 80524 | X | | Consideration: Consignment agreement | | | | 30.64 |
| ACCOUNT NO.<br><br>Lindgren, Peter<br>6371 Engh Pl.<br>Timnath, CO 80547 | X | | Consideration: Consignment agreement | | | | 60.00 |

Sheet no. __87__ of _171_ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $     126.76

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   Todd Andrew Schneeberger & Patricia Anne
        Schneeberger                                    ,          Case No. _____
                              **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Lindstrom, Eric<br>1109 Hepplewhite Ct.<br>Ft. Collins, CO 80526 | X | | Consideration: Consignment agreement | | | | 27.33 |
| ACCOUNT NO.<br><br>Lockwood, Jody<br>6301 S. Ridge Greens<br>Ft. Collins, CO 80525 | X | | Consideration: Consignment agreement | | | | 85.34 |
| ACCOUNT NO.<br><br>Logrippo, Derek<br>5620 Fossil Creek Pkwy<br>Ft. Collins, CO 80525 | X | | Consideration: Consignment agreement | | | | 10.78 |
| ACCOUNT NO.<br><br>Lohman, Mike<br>1833 Crestmore Pl.<br>Ft. Collins, CO 80521 | X | | Consideration: Consignment agreement | | | | 22.00 |
| ACCOUNT NO.<br><br>Loner, Brian<br>3845 Landings Dr.<br>Ft. Collins, CO 80525 | X | | Consideration: Consignment agreement | | | | 10.00 |

Sheet no. __88__ of __171__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $        155.45

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
       Schneeberger          **Debtor**                    ,          Case No. _____
                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Long, Aaron<br>965 Norway Maple Dr.<br>Loveland, CO 80538 | | X | Consideration: Consignment agreement | | | | 14.44 |
| ACCOUNT NO.<br><br>Long, Kimberly<br>5646 Qyarry St.<br>Timnath, CO 80547 | | X | Consideration: Consignment agreement | | | | 36.00 |
| ACCOUNT NO.<br><br>Lorenz, Perry<br>2406 Pine Needle Ct.<br>Ft. Collins, CO 80528 | | X | Consideration: Consignment agreement | | | | 21.34 |
| ACCOUNT NO.  3795<br><br>Lorimor, Joanne<br>1948 Sandlewood Ln.<br>Ft. Collins, CO 80526 | | X | Incurred: 4/21/12<br>Consideration: Consignment agreement | | | | 145.00 |
| ACCOUNT NO.<br><br>Loucks, John<br>4725 Crest Rd.<br>Ft. Collins, CO 80562 | | X | Consideration: Consignment agreement | | | | 19.00 |

Sheet no. __89__ of _171_ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  | $ | 235.78

Total ➤  | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
       Schneeberger                              ,          Case No. _____
                                    **Debtor**                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  6818<br><br>LTD Financial Service<br>7322 Southwest Freeway<br>Suite 1600<br>Houston, TX 77074 | X | W | Collecting for CitiBank (South Dakota) | | | | Notice Only |
| ACCOUNT NO.<br><br>Lunn, Lori<br>4312 Silverview Ct.<br>Ft. Collins, CO 80526 | X | | Incurred: 6/28/11<br>Consideration: Consignment agreement | | | | 9.00 |
| ACCOUNT NO.  0300<br><br>Lupole, Charles<br>4002 Celtic Ln.<br>Ft. Collins, CO 80524 | X | | Incurred: 10/27/10<br>Consideration: Consignment agreement | | | | 225.00 |
| ACCOUNT NO.<br><br>Lutz, Michael<br>1012 Stika Ct.<br>Loveland, CO 80538 | X | | Consideration: Consignment agreement | | | | 12.79 |
| ACCOUNT NO. 5933<br><br>LVNV<br>5440 N. Cumberland Ave. Suite 300<br>Chicago, IL 60656-1490 | | W | Collecting for Capital One | | | | Notice Only |

Sheet no. __90__ of __171__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 246.79

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re __Todd Andrew Schneeberger & Patricia Anne__
__Schneeberger__ _____ ,       Case No. _____
           **Debtor**                                                   **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  6478<br><br>LVNV Funding LLC<br>5440 N. Cumberland Ave. Suite 300<br>Chicago, IL 60656-1490 | | W | Collecting for Capital One Bank | | | | Notice Only |
| ACCOUNT NO.<br><br>Macawen, Angela<br>2615 W. Trilby Rd.<br>Ft. Collins, CO 80526 | X | | Consideration: Consignment agreement | | | | 20.00 |
| ACCOUNT NO.  6478<br><br>Machol & Johannes<br>600 17th Street, Suite 800<br>North Tower<br>Denver, CO 80202 | | W | Collecting for LVNV Funding LLC | | | | Notice Only |
| ACCOUNT NO.  5933<br><br>Machol & Johannes LLC<br>600 17th Street, Suite 800<br>North Tower<br>Denver, CO 80202 | | W | Collecting for Capital One | | | | Notice Only |
| ACCOUNT NO.  6478<br><br>Machol & Johannes LLC<br>717 17th Street, Suite 2300<br>Denver, CO 80202 | X | W | Incurred: 09/13/2011<br>Consideration: Law suit | | | | 1,426.58 |

Sheet no. __91__ of __171__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $     1,446.58

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
_____,    Case No. _____
Schneeberger                **Debtor**                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  0950 <br><br> Machol Johannes LLC <br> 717 17th Street, Suite 2300 <br> Denver, CO 80202 | | W | Incurred: 04/19/2011 <br> Consideration: Law suit | | | | 9,359.38 |
| ACCOUNT NO. <br><br> Mackenzie, Michelle <br> 90 A Fort Warren Ave. <br> Cheyenne, WY 82001 | X | | Consideration: Consignment agreement | | | | 32.00 |
| ACCOUNT NO. <br><br> Madigan, Connor <br> 4120 Centergate Ct. <br> Ft. Collins, CO 80526 | X | | Consideration: Consignment agreement | | | | 26.66 |
| ACCOUNT NO.  1060 <br><br> Mael, Bill <br> 2331 Hampshire <br> Ft. Collins, Co 80526 | X | | Incurred: 3/18/11 <br> Consideration: Consignment agreement | | | | 99.99 |
| ACCOUNT NO. <br><br> Mann, Cory <br> 3701 Mead St. <br> Ft. Collins, CO 80526 | X | | Consideration: Consignment agreement | | | | 16.50 |

Sheet no.  92  of  171  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $    9,534.53

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   Todd Andrew Schneeberger & Patricia Anne
        Schneeberger          ,          Case No. _____
                  **Debtor**                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Mann, Dori<br>1801 Creekwood<br>Ft. Collins, CO 80525 | X | | Consideration: Consignment agreement | | | | 17.75 |
| ACCOUNT NO.<br>Marable, Jade<br>1509 Wasp Ct.<br>Ft. Collins, CO 80526 | X | | Consideration: Consignment agreement | | | | 21.34 |
| ACCOUNT NO.<br>Mares, Jennifer<br>819 Benthaven St.<br>Ft. Collins, CO 80526 | X | | Consideration: Consignment agreement | | | | 70.99 |
| ACCOUNT NO.<br>Maris, Tabitha<br>708 Cyprus Ln.<br>Cheyenne, WY 82009 | X | | Consideration: Consignment agreement | | | | 12.35 |
| ACCOUNT NO.<br>Marshall, Jessica<br>2640 County Rd. 23<br>Ft. Collins, CO 80526 | X | | Consideration: Consignment agreement | | | | 16.11 |

Sheet no. _93_ of _171_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   138.54

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   Todd Andrew Schneeberger & Patricia Anne
      Schneeberger                                    ,        Case No. _____
                           **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Marshall, Robert<br>3763 Sandyshore Ln.<br>Ft. Collins, CO 80528 | | X | Consideration: Consignment agreement | | | | 43.95 |
| ACCOUNT NO.<br><br>Martin, Bill<br>508 Duke Ln.<br>Ft. Collins, CO 80525 | | X | Incurred: 11/28/09<br>Consideration: Consignment agreement | | | | 3.24 |
| ACCOUNT NO.<br><br>Martin, Dan<br>2524 Sunstone Dr.<br>Ft. Collins, CO 80525 | | X | Consideration: Consignment agreement | | | | 41.34 |
| ACCOUNT NO.<br><br>Martin, Stephanie<br>2366 Durango Dr.<br>Loveland, CO 80538 | | X | Consideration: Consignment agreement | | | | 40.00 |
| ACCOUNT NO.  2938<br><br>Martinec, P.<br>5503 Weeping Way<br>Ft. Collins, CO 80528 | | X | Incurred: 12/14/11<br>Consideration: Consignment agreement | | | | 175.00 |

Sheet no.  94  of 171 continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $          303.53

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver.4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
　　　 Schneeberger　　　　　　　　　　　　　　　,　　　 Case No. _____
　　　　　　　　　　　　　 **Debtor**　　　　　　　　　　　　　　　　　　　 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.　　Martinez, Tim　900 Battsford Cr.　Ft. Collins, CO 80525 | X | | Consideration: Consignment agreement | | | | 33.95 |
| ACCOUNT NO.　　Martinez/Fenlason Aarib　5127 Milstone Ln.　Ft. Collins, CO 80525 | X | | Incurred: 6/11/11　Consideration: Consignment agreement | | | | 18.88 |
| ACCOUNT NO.　　Martorana, Kelly　725 Shadowmere Ct.　Ft. Collins, CO 80526 | X | | Consideration: Consignment agreement | | | | 20.00 |
| ACCOUNT NO.　　Mascio, David　4201 Picadilly Dr.　Ft. Collins, CO 80526 | X | | Consideration: Consignment agreement | | | | 81.25 |
| ACCOUNT NO.　　Mason, Phillip　1407 Salem St.　Ft. Collins, CO 80525 | X | | Incurred: 10/30/10　Consideration: Consignment agreement | | | | 17.75 |

Sheet no. _95_ of _171_ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ 　$　　171.83

Total ➤ 　$

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver.4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   Todd Andrew Schneeberger & Patricia Anne
_____,          Case No. _____
Schneeberger        **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  4757 <br><br> Massey, Allan <br> 4227 Cedargate Dr. <br> Ft. Collins, CO 80526 | | X | Incurred: 9/9/12 <br> Consideration: Consignment agreement | | | | 350.00 |
| ACCOUNT NO. <br><br> Massey, Greg <br> 1554 Preston Trail <br> Ft. Collins, CO 80525 | | X | Consideration: Consignment agreement | | | | 65.00 |
| ACCOUNT NO. <br><br> Massey, Kim <br> 6201 Southridge Greens B <br> Ft. Collins, CO 80525 | | X | Consideration: Consignment agreement | | | | 21.33 |
| ACCOUNT NO. <br><br> Mast, Cindy <br> 261 Marcy Dr. <br> Loveland, CO 80537 | | X | Consideration: Consignment agreement | | | | 44.00 |
| ACCOUNT NO. <br><br> Masters, Kimberly <br> 301 S. Josephine Ave. <br> Milliken, Co 80543 | | X | Incurred: 12/20/10 <br> Consideration: Consignment agreement | | | | 0.95 |

Sheet no.  96   of 171  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $          481.28

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
Schneeberger                             ,          Case No. _____
                          **Debtor**                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Matherson, Kevin<br>6766 Crooked Stick Dr.<br>Windsor, CO 80550 | | X | Consideration: Consignment agreement | | | | 44.00 |
| ACCOUNT NO.<br><br>Mathews, Josh<br>2212 Vermont Dr. #L303<br>Ft. Collins, CO 80525 | | X | Consideration: Consignment agreement | | | | 18.00 |
| ACCOUNT NO.<br><br>Mathews, Marcy<br>3531 Windmill Dr. #G5<br>Ft. Collins, CO 80526 | | X | Incurred: 5/15/12<br>Consideration: Consignment agreement | | | | 1.00 |
| ACCOUNT NO.<br><br>Mawhinney, Terran<br>6076 Waterfront Dr.<br>Ft. Collins, CO 80524 | | X | Consideration: Consignment agreement | | | | 30.00 |
| ACCOUNT NO.  1951<br><br>Maxwell, Eric<br>316 S. Shields St.<br>Ft. Collins, CO 80521 | | X | Incurred: 7/25/11<br>Consideration: Consignment agreement | | | | 224.73 |

Sheet no. _97_ of _171_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $    317.73

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
      Schneeberger         ,            Case No. _____
                   **Debtor**                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>May, Mary<br>7422 Victoria Ct.<br>Ft. Collins, CO 80525 | | X | Consideration: Consignment agreement | | | | 25.21 |
| ACCOUNT NO.  9235<br><br>McBride, Ryan<br>1204 Round Butte Dr.<br>Ft. Collins, CO 80524 | | X | Incurred: 5/24/10<br>Consideration: Consignment agreement | | | | 699.99 |
| ACCOUNT NO.<br><br>McCall, Cheryl<br>155 W. Corriente Ct.<br>Queen Creek, AZ 85143 | | X | Consideration: Consignment agreement | | | | 33.00 |
| ACCOUNT NO.  0423<br><br>McCarthy, Brett<br>2503 Annelise Way<br>Ft. Collins, CO 80525 | | X | Incurred: 11/19/10<br>Consideration: Consignment agreement | | | | 74.99 |
| ACCOUNT NO.<br><br>McCarthy, Tim<br>7915 Bayside Dr.<br>Ft. Collins, CO 80528 | | X | Consideration: Consignment agreement | | | | 20.00 |

Sheet no. 98 of 171 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                 Subtotal ➤  $   853.19

                   Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
       Schneeberger  **Debtor**              ,          Case No. _____
                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 9641<br><br>McClatchey, Teresa<br>325 51st Ave.<br>Greeley, CO 80634 | X | | Incurred: 7/12/10<br>Consideration: Consignment agreement | | | | 49.98 |
| ACCOUNT NO. 3718<br><br>McClure, Mike<br>331 Sundance Cr.<br>Ft. Collins, CO 80524 | X | | Incurred: 4/7/12<br>Consideration: Consignment agreement | | | | 30.00 |
| ACCOUNT NO.<br><br>McCoy, Jennifer<br>2808 William Neal Pkwy<br>Ft. Collins, CO 80525 | X | | Consideration: Consignment agreement | | | | 14.00 |
| ACCOUNT NO.<br><br>McDonald, Adam<br>713 Foxtail St.<br>Ft. Collins, CO 80524 | X | | Incurred: 8/24/11<br>Consideration: Consignment agreement | | | | 8.00 |
| ACCOUNT NO.<br><br>McElvenny, Jamie<br>2932 Stone Haven Dr.<br>Ft. Collins, CO 80525 | X | | Consideration: Consignment agreement | | | | 14.26 |

Sheet no. 99  of 171 continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $    116.24

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re ___Todd Andrew Schneeberger & Patricia Anne___
___Schneeberger_____ ,
**Debtor**

Case No. _____
**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>McFeely, Elizabeth<br>3400 Landcster Dr.<br>Ft. Collins, CO 80525 | X | | Incurred: 9/4/09<br>Consideration: Consignment agreement | | | | 2.00 |
| ACCOUNT NO.<br><br>McGhie, Steve<br>2399 Amber Ct.<br>Loveland, CO 80537 | X | | Consideration: Consignment agreement | | | | 30.00 |
| ACCOUNT NO.<br><br>McGibben, Rob<br>1738 Scenic Valley Dr.<br>Loveland, CO 80537 | X | | Consideration: Consignment agreement | | | | 32.00 |
| ACCOUNT NO.<br><br>McGill, Shana<br>4588 Hayler Ave.<br>Loveland, CO 80538 | X | | Consideration: Consignment agreement | | | | 11.42 |
| ACCOUNT NO. 5413<br><br>McGrane, Rhonda<br>5200 Stillwater Creek Ct.<br>Ft. Collins, CO 80528 | X | | Incurred: 1/20/13<br>Consideration: Consignment agreement | | | | 33.00 |

Sheet no. __100__ of __171__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 108.42

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   Todd Andrew Schneeberger & Patricia Anne
         Schneeberger                          ,          Case No. _____
                              **Debtor**                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>McGuinnis, Mitchell<br>2975 Neil Dr. #3<br>Ft. Collins, CO 80526 | X | | Incurred: 5/1/12<br>Consideration: Consignment agreement | | | | 5.43 |
| ACCOUNT NO.  1849<br><br>McGuire, Susan<br>421 Cheyenne Ave.<br>Eaton, CO 80615 | X | | Incurred: 7/11/11<br>Consideration: Consignment agreement | | | | 117.47 |
| ACCOUNT NO.<br><br>McKay, Cody<br>905 Foothills Ct.<br>Windsor, CO 80550 | X | | Consideration: Consignment agreement | | | | 18.72 |
| ACCOUNT NO.<br><br>McKee, Katheleen<br>3178 Sagewater Ct.<br>Ft. Collins, CO 80528 | X | | Consideration: Consignment agreement | | | | 26.00 |
| ACCOUNT NO.<br><br>McMahill. Alicia<br>PO Box 1457<br>Wellington, CO 80549 | X | | Consideration: Consignment agreement | | | | 10.00 |

Sheet no. 101 of 171 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 177.62

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   Todd Andrew Schneeberger & Patricia Anne
　　　　Schneeberger　　　　　　**Debtor**　　　　　,

Case No. _____
　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>McNabb, Robert<br>6111 Randell Ave<br>Cheyenne, WY 82005 | | X | Incurred: 9/11/08<br>Consideration: Consignment agreement | | | | 9.97 |
| ACCOUNT NO.<br><br>McPhee, Mary<br>7401 Barnes Ct.<br>Ft. Collins, CO 80528 | | X | Consideration: Consignment agreement | | | | 20.00 |
| ACCOUNT NO.<br><br>Meador, Mike<br>472 Deercreek Ct.<br>Loveland, CO 80538 | | X | Incurred: 6/6/11<br>Consideration: Consignment agreement | | | | 1.50 |
| ACCOUNT NO.<br><br>Mecseji, Collleen<br>3259 King Fisher Ct.<br>Ft. Collins, CO 80528 | | X | Consideration: Consignment agreement | | | | 32.00 |
| ACCOUNT NO.<br><br>Medina, Carlos<br>2436 Charolais Dr.<br>Ft. Collins, CO 80526 | | X | Consideration: Consignment agreement | | | | 42.67 |

Sheet no. __102__ of __171__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤　$　　106.14

Total ➤　$

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne                ,        Case No. _____
        Schneeberger          **Debtor**                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  0578 <br><br> Meena, Jeffry <br> 1009 Arlene Ct. <br> Cheyenne, WY 82009 | X | | Incurred: 12/18/10 <br> Consideration: Consignment agreement | | | | 8.99 |
| ACCOUNT NO. <br><br> Meis, Kat <br> 10528 CR 43 <br> Drake, CO 80515 | X | | Incurred: 9/23/12 <br> Consideration: Consignment agreement | | | | 7.49 |
| ACCOUNT NO. <br><br> Meliherchik, Chaz <br> 3027 Indigo Ct. <br> Ft. Collins, CO 80528 | X | | Consideration: Consignment agreement | | | | 35.00 |
| ACCOUNT NO. <br><br> Melton, Adam <br> 4130 Suncrest Dr. <br> Ft. Collins, CO 80525 | X | | Consideration: Consignment agreement | | | | 15.99 |
| ACCOUNT NO. <br><br> Merzia, Steve <br> 817 North Garfield <br> Loveland, CO 80537 | X | | Consideration: Consignment agreement | | | | 26.66 |

Sheet no. _103_ of _171_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 94.13

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
       Schneeberger                              ,        Case No. _____
                            **Debtor**                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0-05 <br><br> Metro Collection Service <br> 2600 South Parker Road <br> Bldg 4-340 <br> Aurora, CO 80014 | | J | Collecting for Credit Union of Colorado | | | | Notice Only |
| ACCOUNT NO. 0-04 <br><br> Metro Collection Service <br> 2600 South Parker Road <br> Bldg 4-340 <br> Aurora, CO 80014 | | J | Collecting for Credit Union of Colorado | | | | Notice Only |
| ACCOUNT NO. 1886 <br><br> Metro Collection Service <br> 2600 South Parker Road, Bldg 4-340 <br> Aurora, CO 80014 | | J | Incurred: 6712 <br> Consideration: Lawsuit | | | | 5,099.06 |
| ACCOUNT NO. 8631 <br><br> Metro Collection Service <br> 2600 South Parker Road, Bldg 4-340 <br> Aurora, CO 80014 | X | J | Incurred: 06/07/2012 <br> Consideration: Lawsuit | | | | 14,028.72 |
| ACCOUNT NO. <br><br> Meyer, Dan <br> 3504 Shore Rd. <br> Ft. Collins, CO 80524 | X | | Consideration: Consignment agreement | | | | 10.00 |

Sheet no. __104__ of __171__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 19,137.78

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc.- ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
_____,        Case No. _____
Schneeberger                **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Meyer, Danette<br>370 Andrews Park Rd.<br>Livermore, CO 80536 | | X | Consideration: Consignment agreement | | | | 35.00 |
| ACCOUNT NO.<br><br>Mighell, Mark<br>2569 57th Ave.<br>Greeley, CO 80550 | | X | Consideration: Consignment agreement | | | | 54.74 |
| ACCOUNT NO.  1744<br><br>Mighell, Mark<br>2569 57th Ave.<br>Greeley, CO 80634 | | X | Incurred: 6/23/11<br>Consideration: Consignment agreement | | | | 33.96 |
| ACCOUNT NO.  1119<br><br>Miller, Ben<br>117 Cortez St.<br>Sterling, CO 80751 | | X | Incurred: 3/28/11<br>Consideration: Consignment agreement | | | | 42.48 |
| ACCOUNT NO.  1576<br><br>Miller, Bill<br>1748 Clear Creek Ct.<br>Windsor, CO 80550 | | X | Incurred: 6/3/11<br>Consideration: Consignment agreement | | | | 39.99 |

Sheet no.  105  of  171  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $        206.17

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver.4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   Todd Andrew Schneeberger & Patricia Anne
        Schneeberger                          ,          Case No. _____
                         **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Miller, Keith <br> 930 Monroe Ave. #12 <br> Loveland, CO 80537 | X | | Consideration: Consignment agreement | | | | 16.00 |
| ACCOUNT NO. <br><br> Miller, Kim <br> 2736 Maroon Ct. <br> Ft. Collins, CO 80525 | X | | Consideration: Consignment agreement | | | | 38.00 |
| ACCOUNT NO. <br><br> Miller, Kim <br> 836 Brown Bush St. <br> Ft. Collins, CO 80 | X | | Consideration: Consignment agreement | | | | 15.64 |
| ACCOUNT NO. <br><br> Miller, Rebecca <br> 712 Justice Dr. <br> Ft. Collins, CO 80526 | X | | Consideration: Consignment agreement | | | | 12.89 |
| ACCOUNT NO. <br><br> Miller, Ric <br> 3112 Rustic Ct. <br> Ft. Collins, CO 80526 | X | | Consideration: Consignment agreement | | | | 43.60 |

Sheet no. __106__ of __171__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 126.13

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
       Schneeberger                                   ,        Case No. _____
                           **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Miller, T. <br> 6001 Southridge Greens Blvd. <br> Ft. Collins, CO 80525 | X | | Consideration: Consignment agreement | | | | 50.00 |
| ACCOUNT NO.  1057 <br><br> Miller, Thomas <br> 5926 Snowy Plover Ct. <br> Ft. Collins, CO 80528 | X | | Incurred: 3/18/11 <br> Consideration: Consignment agreement | | | | 54.98 |
| ACCOUNT NO. <br><br> Miller, Timmie <br> 6001 Southridge Greens Blvd. <br> Ft. Collins, CO 80525 | X | | Consideration: Consignment agreement | | | | 50.00 |
| ACCOUNT NO. <br><br> Moessner, Art <br> 4615 Eagle Lake Dr. <br> Ft. Collins, CO 80524 | X | | Consideration: Consignment agreement | | | | 29.26 |
| ACCOUNT NO. <br><br> Mohler, Brian <br> 1679 E. 7th Street <br> Loveland, CO 80537 | X | | Consideration: Consignment agreement | | | | 10.76 |

Sheet no. __107__ of __171__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $          195.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
_____,            Case No. _____
Schneeberger            **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Moinester, Justin<br>705 Stover St.<br>Ft. Collins, CO 80524 | X | | Consideration: Consignment agreement | | | | 24.73 |
| ACCOUNT NO.  2700<br><br>Molenar, Debra<br>1717 Barrington Ct.<br>Ft. Collins, CO 80524 | X | | Incurred: 11/2/11<br>Consideration: Consignment agreement | | | | 21.50 |
| ACCOUNT NO.<br><br>Molenar, Debra<br>1717 Barrington Ct.<br>Ft. Collins, CO 80524 | X | | Consideration: Consignment agreement | | | | 72.47 |
| ACCOUNT NO.<br><br>Monarco, Sean<br>1508 Tang Ct.<br>Ft. Collins, CO 80526 | X | | Consideration: Consignment agreement | | | | 12.00 |
| ACCOUNT NO.<br><br>Moneypenny, Karen<br>1596 Persian Ave.<br>Loveland, CO 80537 | X | | Consideration: Consignment agreement | | | | 12.79 |

Sheet no.  108  of  171  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  143.49

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne Schneeberger ,       Case No. _____
                                          **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Montague, Ellen<br>2215 Sun Rose Way<br>Ft. Collins, CO 80521 | | X | Consideration: Consignment agreement | | | | 20.00 |
| ACCOUNT NO.  4566<br><br>Montoya, Tomacita<br>2319 Plains Ct.<br>Ft. Collins, CO 80521 | | X | Incurred: 8/15/12<br>Consideration: Consignment agreement | | | | 40.00 |
| ACCOUNT NO.  1845<br><br>Moog, Janez<br>1228 Red Oak Court<br>Ft. Collins, CO 80525 | | X | Incurred: 7/10/11<br>Consideration: Consignment agreement | | | | 7.99 |
| ACCOUNT NO.<br><br>Mooney, Tammy<br>1716 Serramonte<br>Ft. Collins, CO 80524 | | X | Consideration: Consignment agreement | | | | 53.30 |
| ACCOUNT NO.<br><br>Moore, Karen<br>1106 White Oak Ct.<br>Ft. Collins, CO 80525 | | X | Consideration: Consignment agreement | | | | 10.00 |

Sheet no. 109 of 171 continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  131.29

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne Schneeberger ,     Case No. _____
                                     **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  3749 <br> Moore, Michael <br> 720 City Park Rd. #126-A <br> Ft. Collins, CO 80521 | X | | Incurred: 4/14/12 <br> Consideration: Consignment agreement | | | | 70.00 |
| ACCOUNT NO. <br> Moore, Mike <br> 2000 Crestview Ct. <br> Ft. Collins, CO 80526 | X | | Consideration: Consignment agreement | | | | 24.48 |
| ACCOUNT NO.  1956 <br> Morales, Tony <br> 4120 Stoney Creek Dr. <br> Ft. Collins, CO 80525 | X | | Incurred: 7/26/11 <br> Consideration: Consignment agreement | | | | 42.49 |
| ACCOUNT NO. <br> Morey, Teresa <br> PO Box 542 <br> Wellington, CO 80549 | X | | Consideration: Consignment agreement | | | | 32.00 |
| ACCOUNT NO. <br> Morony, Carroll <br> 2619 Wyandotte <br> Ft. Collins, CO 80526 | X | | Incurred: 1/29/11 <br> Consideration: Consignment agreement | | | | 6.00 |

Sheet no.  110  of  171  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $       174.97

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver.4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
       Schneeberger                         ,                    Case No. _____
                                    **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Morris, Andrew<br>3932 McComb St.<br>Ceyenne, WY 82001 | X | | Consideration: Consignment agreement | | | | 30.00 |
| ACCOUNT NO.<br><br>Morris, Brent<br>3915 Rannoch St.<br>Ft. Collins, CO 80524 | X | | Incurred: 2/4/09<br>Consideration: Consignment agreement | | | | 4.29 |
| ACCOUNT NO.<br><br>Morris, Jen<br>217 Camino Real<br>Ft. Collins, CO 80524 | X | | Incurred: 8/28/08<br>Consideration: Consignment agreement | | | | 5.00 |
| ACCOUNT NO.<br><br>Mosser, Amy<br>235 Walnut Ave.<br>Eaton, CO 80615 | X | | Consideration: Consignment agreement | | | | 15.00 |
| ACCOUNT NO.<br><br>Mueller, Vita<br>4333 Kano Dr.<br>Ft. Collins, CO 80526 | X | | Consideration: Consignment agreement | | | | 13.91 |

Sheet no. _111_ of _171_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  68.20

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
       Schneeberger                          ,          Case No. _____
                           **Debtor**                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  0844<br><br>Murphy, Eryn<br>309 S. Loomis St.<br>Ft. Collins, CO 80521 | | X | Incurred: 2/5/11<br>Consideration: Consignment agreement | | | | 54.98 |
| ACCOUNT NO.<br><br>Murray, John<br>2612 Little Bear Ct.<br>Ft. Collins, CO 80525 | | X | Consideration: Consignment agreement | | | | 25.83 |
| ACCOUNT NO.<br><br>Murray, Mitch<br>2221 Grosvenor<br>Ft. Collins, CO 80526 | | X | Consideration: Consignment agreement | | | | 26.00 |
| ACCOUNT NO.<br><br>Musial, Stacy<br>2212 Laporte Ave.<br>Ft. Collins, CO 80521 | | X | Incurred: 5/20/12<br>Consideration: Consignment agreement | | | | 9.05 |
| ACCOUNT NO.  8513<br><br>Myatt Brandes & Gast<br>323 S. College Ave., Suite 1<br>Fort Collins, CO 80524 | | X | Incurred: 1/20/13<br>Consideration: Phone conversation bill | | | | 50.00 |

Sheet no. __112__ of __171__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 165.86

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc.- ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
       Schneeberger                                    ,        Case No. _____
                          **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Mynatt, David<br>2726 Autumn Harvest Way<br>Ft. Collins, CO 80528 | X | | Consideration: Consignment agreement | | | | 25.00 |
| ACCOUNT NO.<br><br>Nabours, April<br>4237 Cape Cod Cr.<br>Ft. Collins, CO 80525 | X | | Consideration: Consignment agreement | | | | 11.82 |
| ACCOUNT NO.<br><br>Nash, Rich<br>4737 Eagle Lake Dr.<br>Ft. Collins, CO 80524 | X | | Consideration: Consignment agreement | | | | 56.00 |
| ACCOUNT NO.<br><br>Needham, Jennifer<br>720 Boltz Dr.<br>Ft. Collins, CO 80525 | X | | Consideration: Consignment agreement | | | | 32.00 |
| ACCOUNT NO.<br><br>Neff, Liz<br>1030 Bramblebush St.<br>Ft. Collins, CO 80524 | X | | Consideration: Consignment agreement | | | | 40.00 |

Sheet no. __113__ of __171__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 164.82

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   Todd Andrew Schneeberger & Patricia Anne
_____ ,        Case No. _____
      Schneeberger            **Debtor**                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  4917<br><br>Neith, Kathy<br>1832 Valley View Ln.<br>Ft. Collins, CO 80524 | X | | Incurred: 10/4/12<br>Consideration: Consignment agreement | | | | 12.50 |
| ACCOUNT NO.<br><br>Nelson, Annamarie<br>3514 Omaha Ct.<br>Ft. Collins, CO 80526 | X | | Incurred: 7/8/12<br>Consideration: Consignment agreement | | | | 7.11 |
| ACCOUNT NO.  3777<br><br>Nelson, Brad<br>3200 Wedgewood Ct.<br>Ft. Collins, CO 80525 | X | | Incurred: 4/18/12<br>Consideration: Consignment agreement | | | | 67.50 |
| ACCOUNT NO.<br><br>Nelson, Brad<br>3200 Wedgewood Ct.<br>Ft. Collins, CO 80525 | X | | Consideration: Consignment agreement | | | | 69.83 |
| ACCOUNT NO.<br><br>Nemitz, Jack<br>1706 Scarborough Dr.<br>Ft. Collins, CO 80526 | X | | Consideration: Consignment agreement | | | | 38.00 |

Sheet no.  114  of  171  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $         194.94

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re   Todd Andrew Schneeberger & Patricia Anne
_____ Schneeberger _____,        Case No. _____
                                    **Debtor**                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  4162 <br><br> Neubert, Dave <br> 443 Amethyst Ave. <br> Loveland, CO 80537 | | X | Incurred: 6/14/12 <br> Consideration: Consignment agreement | | | | 25.00 |
| ACCOUNT NO.  3405 <br><br> Neuhold, Walter <br> 1710 Minnesota <br> Ft. Collins, CO 80525 | | X | Incurred: 2/28/12 <br> Consideration: Consignment agreement | | | | 170.00 |
| ACCOUNT NO. <br><br> Newsom, Lauren <br> 2731 Worthington <br> Ft. Collins, CO 80526 | | X | Consideration: Consignment agreement | | | | 39.99 |
| ACCOUNT NO. <br><br> Newton, Jack <br> 2053 Huntington Cir. <br> Ft. Collins, CO 80526 | | X | Consideration: Consignment agreement | | | | 47.31 |
| ACCOUNT NO. <br><br> Nichols, Cheryl <br> 1601 Mea <br> Ft. Collins, CO 80525dowaire | | X | Consideration: Consignment agreement | | | | 12.00 |

Sheet no. _115_ of _171_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $        294.30

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
       Schneeberger                    ,        Case No. _____
                          **Debtor**                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  0665 <br><br> Nick Kesterke <br> 2574 Tupelo Dr. <br> Loveland, CO 80538 | X | | Incurred: 1/7/11 <br> Consideration: Consignment agreement | | | | 19.99 |
| ACCOUNT NO. <br><br> Nienke, Shelly <br> 901 Ridge West Dr. <br> Windsor, Co 80550 | X | | Consideration: Consignment agreement | | | | 12.00 |
| ACCOUNT NO. <br><br> Nitcholas, Josh <br> 3019 Rustic Ct. <br> Ft. Collins, CO 80526 | X | | Consideration: Consignment agreement | | | | 16.70 |
| ACCOUNT NO. <br><br> Noe, Tina <br> 3356 Mammoth Cr. <br> Wellington, CO 80549 | X | | Consideration: Consignment agreement | | | | 12.79 |
| ACCOUNT NO.  1344 <br><br> Noller, Bob <br> 3712 Bromley Dr. <br> Ft. Collins, CO 80525 | X | | Incurred: 4/30/11 <br> Consideration: Consignment agreement | | | | 49.99 |

Sheet no.  116  of  171  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ►    $       111.47

Total ►    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   Todd Andrew Schneeberger & Patricia Anne _____ ,          Case No. _____
    Schneeberger      **Debtor**                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  5198<br><br>Normington, Denise<br>724 Blue Mountain Dr.<br>Ft. Collins, CO 80526 | X | | Incurred: 12/7/12<br>Consideration: Consignment agreement | | | | 125.00 |
| ACCOUNT NO.  0158<br><br>Northburg, Tom<br>5222 Cornerstone Dr.<br>Ft. Collins, CO 80528 | X | | Incurred: 10/2/10<br>Consideration: Consignment agreement | | | | 99.99 |
| ACCOUNT NO.<br><br>Nunn, Colleen<br>2243 Suffolk St.<br>Ft. Collins, CO 80526 | X | | Consideration: Consignment agreement | | | | 24.00 |
| ACCOUNT NO.<br><br>O'Brien, Michael<br>1362 St. John Pl.<br>Ft. Collins, CO 80525 | X | | Consideration: Consignment agreement | | | | 15.00 |
| ACCOUNT NO.<br><br>O'Reilly, Chris<br>966 Wild Cherry Ln.<br>Ft. Collins, CO 80521 | X | | Consideration: Consignment agreement | | | | 25.00 |

Sheet no. __117__ of __171__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $      288.99

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc.- ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
        Schneeberger             **Debtor**                ,        Case No. _____
                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Oblender, Tia<br>3512 Limestone Ct.<br>Ft. Collins, CO 80525 | | X | Consideration: Consignment agreement | | | | 45.24 |
| ACCOUNT NO.<br><br>Ochs, Julie<br>1111 Red Oak Ct.<br>Ft. Collins, CO 80525 | | X | Consideration: Consignment agreement | | | | 19.00 |
| ACCOUNT NO.<br><br>Ochwat, Jennifer<br>321 Brinn Ct.<br>Ft. Collins, CO 80525 | | X | Incurred: 7/29/09<br>Consideration: Consignment agreement | | | | 8.00 |
| ACCOUNT NO.<br><br>Oconnell, Andrea<br>2304 Nottingham Ct.<br>Ft. Collins, CO 80526 | | X | Consideration: Consignment agreement | | | | 30.00 |
| ACCOUNT NO.<br><br>Odell, Devin<br>805 Smith St.<br>Ft. Collins, CO 80524 | | X | Consideration: Consignment agreement | | | | 29.00 |

Sheet no. _118_ of _171_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤        $        131.24

Total ➤        $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   Todd Andrew Schneeberger & Patricia Anne
       Schneeberger           **Debtor**                              ,          Case No. _____
                                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  <br> Odell, Jackie <br> 8196 Admeral Dr. <br> Ft. Collins, CO 80528 | X | | Consideration: Consignment agreement | | | | 10.00 |
| ACCOUNT NO.  3383 <br> Olsen, Steve <br> 3243 King Fisher Ct. <br> Ft. Collins, CO 80528 | X | | Incurred: 2/24/12 <br> Consideration: Consignment agreement | | | | 70.00 |
| ACCOUNT NO.  <br> Olson, Sharon <br> 3418 Cheetah Dr. <br> Loveland, CO 80537 | X | | Consideration: Consignment agreement | | | | 19.20 |
| ACCOUNT NO.  <br> Oreskey, Sandra <br> 3674 Foothills Dr. <br> Loveland, CO 80537 | X | | Consideration: Consignment agreement | | | | 28.00 |
| ACCOUNT NO.  <br> Oreskovich, Nick <br> 1113 W. Plum St. <br> Ft. Collins, CO 80521 | X | | Consideration: Consignment agreement | | | | 33.00 |

Sheet no.  119  of  171  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $        160.20

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
_____Schneeberger_____,      Case No. _____
                           **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Orphan, Mark <br> 6463 Pumpkin Ridge Dr. <br> Windsor, CO 80550 | X | | Consideration: Consignment agreement | | | | 57.11 |
| ACCOUNT NO.  8.34 <br><br> Ortiz, Carlos <br> 4425 W. 7th Street <br> Greeley, CO 80634 | X | | Incurred: 3/4/12 <br> Consideration: Consignment agreement | | | | Unknown |
| ACCOUNT NO. <br><br> Ortolano, Wes <br> 8511 Firethorn Dr. <br> Loveland, CO 80538 | X | | Consideration: Consignment agreement | | | | 10.00 |
| ACCOUNT NO. <br><br> Osborn, Holly <br> 8242 Coeur D Alene Dr. <br> Ft. Collins, CO 80525 | X | | Incurred: 5/29/12 <br> Consideration: Consignment agreement | | | X | 8.57 |
| ACCOUNT NO. <br><br> Osler, Twlya <br> 2021 E. 57th <br> Loveland, CO 80538 | X | | Consideration: Consignment agreement | | | X | 12.00 |

Sheet no. __120_ of _171__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤        $              87.68

Total ➤         $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   Todd Andrew Schneeberger & Patricia Anne
         Schneeberger                    **Debtor**                    Case No. _____
                                                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Osten, Amy <br> 5797 Claret St. <br> Timnath, CO 80547 | | X | Consideration: Consignment agreement | | | X | 15.00 |
| ACCOUNT NO. 2615 <br> Otto, Tyler <br> 2204 San Miguel Dr. <br> Severence, CO 80546 | | X | Incurred: 10/20/11 <br> Consideration: Consignment agreement | | | | 125.00 |
| ACCOUNT NO. 1843 <br> Owens, Jim <br> 1321 Buttonwood Dr. <br> Ft. Collins, CO 80525 | | X | Incurred: 7/10/11 <br> Consideration: Consignment agreement | | | | 37.49 |
| ACCOUNT NO. <br> Padilla, Ray <br> 4908 Carabella Dr. <br> Ft. Collins, CO 80526 | | X | Consideration: Consignment agreement | | | | 93.00 |
| ACCOUNT NO. <br> Paris, June <br> 1822 74th Ave. Ct. <br> Greeley, CO 80634 | | X | Consideration: Consignment agreement | | | | 90.00 |

Sheet no. 121 of 171 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 360.49

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
        Schneeberger                                    ,          Case No. _____
                              **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  0044 Parker, Camille 633 Peyton Dr. Ft. Collins, CO 80525 | X | | Incurred: 9/11/10 Consideration: Consignment agreement | | | | 87.49 |
| ACCOUNT NO. Patti, AJ 613 Boltz Dr. Ft. Collins, CO 80525 | X | | Incurred: 8/13/12 Consideration: Consignment agreement | | | | 1.29 |
| ACCOUNT NO. Paul, Judy 1715 Falcon Ridge Dr. Ft. Collins, CO 80528 | X | | Consideration: Consignment agreement | | | | 41.50 |
| ACCOUNT NO. Pavsek, Michael 4522 NCR 19 Ft. Collins, CO 80522 | X | | Consideration: Consignment agreement | | | | 53.40 |
| ACCOUNT NO. Payne, Jeni 1220 W. Broadmoor Dr. Loveland, CO 80537 | X | | Incurred: 3/5/11 Consideration: Consignment agreement | | | | 2.11 |

Sheet no. _122_ of _171_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $  185.79

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   Todd Andrew Schneeberger & Patricia Anne
        Schneeberger                                        Case No. _____
                          **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  4471 <br><br> Pearson, Marty <br> 90 Meadow Mountain Rd <br> Livermore, CO 8 | | X | Incurred: 8/4/12 <br> Consideration: Consignment agreement | | | | 50.00 |
| ACCOUNT NO. <br><br> Pearson, Sharon <br> 2050 E. 11th St. <br> Loveland, CO 80537 | | X | Consideration: Consignment agreement | | | | 35.00 |
| ACCOUNT NO. <br><br> Pease, Hillary <br> 1070 Scarborough Dr. <br> Loveland, CO 80538 | | X | Consideration: Consignment agreement | | | | 19.31 |
| ACCOUNT NO. <br><br> Pedersen, Frank <br> 654 Goose Lake Cr. <br> Windsor, CO 80550 | | X | Consideration: Consignment agreement | | | | 17.00 |
| ACCOUNT NO.  4928 <br><br> Peeler, Karen <br> 5313 Cherrywood Ln. <br> Johnstown, CO 80534 | | X | Incurred: 10/6/12 <br> Consideration: Consignment agreement | | | | 75.00 |

Sheet no.  123 of 171 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $    196.31

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc.- ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
       Schneeberger                                    ,          Case No. _____
                              **Debtor**                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  9808<br><br>Pegg, Tracy<br>3300 Sam Huston Cr.<br>Ft. Collins, CO 80526 | | X | Incurred: 8/6/10<br>Consideration: Consignment agreement | | | | 59.98 |
| ACCOUNT NO.<br><br>Pelkey, Scott<br>2624 Little Bear Ct.<br>Ft. Collins, CO 80525 | | X | Consideration: Consignment agreement | | | | 15.00 |
| ACCOUNT NO.<br><br>Perry, Alexandra<br>1425 Cape Cod Cr.<br>Ft. Collins, CO 08525 | | X | Incurred: 10/29/12<br>Consideration: Consignment agreement | | | | 1.89 |
| ACCOUNT NO.<br><br>Petrun, Marcia<br>5223 Paradise Ln<br>Ft. Collins, CO 80526 | | X | Consideration: Consignment agreement | | | | 25.00 |
| ACCOUNT NO.<br><br>Pflock, Kurt<br>5507 N. St. LouisAve.<br>Loveland, CO 80538 | | X | Consideration: Consignment agreement | | | | 10.66 |

Sheet no. 124 of 171 continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   112.53

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   Todd Andrew Schneeberger & Patricia Anne _____ ,          Case No. _____
         Schneeberger        **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Philipp, Charles<br>6843 Springhill Dr.<br>Niwot, CO 80503 | X | | Incurred: 5/12/09<br>Consideration: Consignment agreement | | | | 9.34 |
| ACCOUNT NO.<br><br>Phillips, Jason<br>601 Ramah Dr.<br>Ft. Collins, CO 80525 | X | | Incurred: 3/11/12<br>Consideration: Consignment agreement | | | | 5.68 |
| ACCOUNT NO.  3876<br><br>Pickering, Lannie<br>PO Box 721<br>Walden, CO 80480 | X | | Incurred: 5/7/12<br>Consideration: Consignment agreement | | | | 75.00 |
| ACCOUNT NO.<br><br>Pierce, Lael<br>1218 Brumal Ct.<br>Ft. Collins, CO 80525 | X | | Consideration: Consignment agreement | | | | 38.38 |
| ACCOUNT NO.<br><br>Pietrangelo, Cheryl<br>5621 Falling Water Dr.<br>Ft. Collins, CO 80528 | X | | Consideration: Consignment agreement | | | | 15.00 |

Sheet no. _125_ of _171_ continuation sheets attached                                    Subtotal ➤   $   143.40
to Schedule of Creditors Holding Unsecured
Nonpriority Claims                                                                              Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   Todd Andrew Schneeberger & Patricia Anne
        Schneeberger                    ,          Case No. _____
                          **Debtor**                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Pietsch, William<br>1040 Pine Ln.<br>Estes Park, CO 80517 | X | | Consideration: Consignment agreement | | | | 21.00 |
| ACCOUNT NO.   2061<br><br>Pinner, Tyler<br>3819 Horsetooth Ct.<br>Ft. Collins, CO 80526 | X | | Incurred: 8/9/11<br>Consideration: Consignment agreement | | | | 113.92 |
| ACCOUNT NO.   2366<br><br>Piszczek, Todd<br>205 5th St.<br>Windsor, CO 80550 | X | | Incurred: 9/17/11<br>Consideration: Consignment agreement | | | | 11.50 |
| ACCOUNT NO.<br><br>Pitts, Julie<br>2521 Custer Dr.<br>Ft. Collins, CO 80525 | X | | Consideration: Consignment agreement | | | | 31.18 |
| ACCOUNT NO.<br><br>Pitts, Shawn<br>2533 Terry Lake Rd.<br>Ft. Collins, CO 80524 | X | | Consideration: Consignment agreement | | | | 69.88 |

Sheet no.  126  of  171  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 247.48

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
       Schneeberger                         ,          Case No. _____
                            **Debtor**                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  8748 <br><br> Plotkin & Plotkin PC <br> 621 Seventeenth St <br> Suite 1800 <br> Denver, CO 80293 | X | J | Collecting for Realities for Childrens | | | | Notice Only |
| ACCOUNT NO.  v774 <br><br> Plotkin & Plotkin PC <br> 621 Seventeenth St <br> Suite 1800 <br> Denver, CO 80293 | X | J | Collecting for Champion Sports Products | | | | Notice Only |
| ACCOUNT NO. <br><br> Polland, Michael <br> 513 Aspen Grove Way <br> Windsor, CO 80550 | X | | Consideration: Consignment agreement | | | | 32.49 |
| ACCOUNT NO. <br><br> Pollyea, Rebecca <br> 3475 Cheetah Dr. <br> Loveland, CO 80537 | X | | Incurred: 2/4/12 <br> Consideration: Consignment agreement | | | | 2.14 |
| ACCOUNT NO. <br><br> Pooler, Sarah <br> 1225 Windham Hill Rd. <br> Ft. Collins, CO 80525 | X | | Consideration: Consignment agreement | | | | 10.00 |

Sheet no.  127  of  171  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $           44.63

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   Todd Andrew Schneeberger & Patricia Anne
        Schneeberger                                          ,          Case No. _____
                              **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Porter, Howard<br>2133 Chancery Dr.<br>Loveland, CO 80538 | X | | Consideration: Consignment agreement | | | | 10.66 |
| ACCOUNT NO.<br><br>Poudre Football/Dan Reard<br>201 S. Impala Dr.<br>Ft. Collins, CO 80521 | X | | Consideration: Consignment agreement | | | | 103.67 |
| ACCOUNT NO.  1278<br><br>Poudre Valley Health System<br>2809 E. Harmony Rd. Suite 200<br>Fort Collins, CO 80528 | | W | Incurred: 07/06/2010<br>Consideration: Medical bills | | | | 30.00 |
| ACCOUNT NO.<br><br>Powell, Jennifer<br>976 Garfield St.<br>Denver, CO 80206 | X | | Consideration: Consignment agreement | | | | 10.00 |
| ACCOUNT NO.<br><br>Powell, Nathan<br>205 Westfall Hall - CSU<br>Ft. Collins, CO 80521 | X | | Consideration: Consignment agreement | | | | 53.34 |

Sheet no.  128  of  171  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $   207.67

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne _____ ,                    Case No. _____
_____ Schneeberger _____  **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  0868 <br><br> Powers, Ron <br> 2018 Terry Lake <br> Ft. Collins, CO 80524 | X | | Incurred: 2/11/11 <br> Consideration: Consignment agreement | | | | 49.97 |
| ACCOUNT NO.  0265 <br><br> Prange, Mark <br> 1700 Palmm Dr. #2 <br> Ft. Collins, CO 80525 | X | | Incurred: 10/22/10 <br> Consideration: Consignment agreement | | | | 39.99 |
| ACCOUNT NO. <br><br> Pratt, Seana <br> 1221 Solstice Ln. <br> Ft. Collins, CO 80525 | X | | Consideration: Consignment agreement | | | | 21.47 |
| ACCOUNT NO.  3190 <br><br> Pro Feet Inc. <br> PO Box 2720 <br> Burlington, NC 27216 | X | J | Incurred: 01022011 <br> Consideration: Other | | | | 181.20 |
| ACCOUNT NO. <br><br> Proctor, Rick <br> 49 Pioneer Pl. <br> Eaton, CO 80615 | X | | Incurred: 7/29/11 <br> Consideration: Consignment agreement | | | | 5.00 |

Sheet no. __129_ of _171_ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $  297.63

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc.- ver.4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   Todd Andrew Schneeberger & Patricia Anne
     Schneeberger ,     Case No. _____
              **Debtor**                             **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  0664 <br> ProGuard Sports, Inc. <br> 13525 Fenway Blvd. N <br> Hugo, MN 55038 | X | J | Incurred: 06302010 <br> Consideration: Other | | | | 6,456.52 |
| ACCOUNT NO. <br> Prosser, David <br> 1825 Cottonwood Point Dr. <br> Ft. Collins, CO 80524 | X | | Consideration: Consignment agreement | | | | 17.75 |
| ACCOUNT NO. <br> Pulis, Amy <br> 645 Peyton Dr. <br> Ft. Collins, CO 80525 | X | | Consideration: Consignment agreement | | | | 32.00 |
| ACCOUNT NO. <br> Pullaro, Rob <br> 2202 Dolan St. <br> Ft. Collins, CO 80528 | X | | Incurred: 8/7/10 <br> Consideration: Consignment agreement | | | | 8.00 |
| ACCOUNT NO. <br> Quaid, Kristen <br> 6675 S. Lemay Apt. H2 <br> Ft. Collins, CO 80525 | X | | Incurred: 6/17/08 <br> Consideration: Consignment agreement | | | | 7.60 |

Sheet no. 130 of 171 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $     6,521.87

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
_____ Schneeberger _____ ,          Case No. _____
                              **Debtor**                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Quinlan, Larissa<br>409 Walnut St.<br>Windsor, CO 80550 | | X | Consideration: Consignment agreement | | | | 12.78 |
| ACCOUNT NO.  8527<br>Rachman, Brennan<br>1001 E. Lake St.<br>Ft. Collins, CO 80524 | | X | Incurred: 2/13/10<br>Consideration: Consignment agreement | | | | 90.00 |
| ACCOUNT NO.<br>Rademacher, Marc<br>1700 Rutledge Ct.<br>Ft. Collins, CO 80526 | | X | Incurred: 7/5/10<br>Consideration: Consignment agreement | | | | 5.00 |
| ACCOUNT NO.<br>Ray, Amber<br>3024 Nineback Dr.<br>Ft. Collins, CO 80528 | | X | Consideration: Consignment agreement | | | | 15.00 |
| ACCOUNT NO.<br>Ray, Chris<br>1319 Paragon Pl.<br>Ft. Collins, CO 80525 | | X | | | | | 23.62 |

Sheet no. _131_ of _171_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $        146.40

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc.- ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
Schneeberger                                          ,                Case No. _____
                          **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Rayome, Marilee<br>1531 S. Gilpin<br>Loveland, CO 80537 | X | | Consideration: Consignment agreement | | | | 58.65 |
| ACCOUNT NO.<br><br>Read, Greg<br>1901 Canopy Ct.<br>Ft. Collins, CO 80528 | X | | Consideration: Consignment agreement | | | | 15.00 |
| ACCOUNT NO.  8748<br><br>Realities for Childrens<br>1610 S. College<br>Fort Collins, CO 80525 | X | J | Incurred: 090611<br>Consideration: Law suit | | | | 4,478.07 |
| ACCOUNT NO.<br><br>Reed, Steven<br>719 Larkbunting Dr.<br>Ft. Collins, CO 80526 | X | | Incurred: 7/25/12<br>Consideration: Consignment agreement | | | | 5.00 |
| ACCOUNT NO.<br><br>Rees, Amber<br>25 Fort Warren Ave.<br>Cheyenne, WY 82005 | X | | Consideration: Consignment agreement | | | | 40.00 |

Sheet no.  132  of  171  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  4,596.72

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver.4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   Todd Andrew Schneeberger & Patricia Anne
      Schneeberger           **Debtor**    ,        Case No. _____
                                                       **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Reeves, Anthony<br>3425 Windmill Dr. #D9<br>Ft. Collins, CO 80526 | X | | Incurred: 11/12/12<br>Consideration: Consignment agreement | | | | 3.54 |
| ACCOUNT NO. 5.77<br><br>Reiger-Cole, Keri<br>5669 McWhinney Blvd.<br>Loveland, CO 80538 | X | | Incurred: 6/13/11<br>Consideration: Consignment agreement | | | | Unknown |
| ACCOUNT NO. 4218<br><br>Reimann, Kirk<br>3519 Worwick Dr.<br>Ft. Collins, CO 80525 | X | | Incurred: 6/25/12<br>Consideration: Consignment agreement | | | | 25.00 |
| ACCOUNT NO.<br><br>Rhoades, Duane<br>2031 Hampshire Dr.<br>Ft. Collins, CO 80526 | X | | Incurred: 9/20/12<br>Consideration: Consignment agreement | | | | 2.53 |
| ACCOUNT NO.<br><br>Richards, Chris<br>519 Spinnaker Ln.<br>Ft. Collins, CO 80525 | X | | Incurred: 3/25/10<br>Consideration: Consignment agreement | | | | 5.71 |

Sheet no. 133 of 171 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶    $        36.78

Total ▶    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
      Schneeberger         **Debtor**          ,          Case No. _____
                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Richer, Eric <br> 223 E. Plum St. #B <br> Ft. Collins, CO 80524 | X | | Consideration: Consignment agreement | | | | 11.82 |
| ACCOUNT NO. <br><br> Ries, Kam <br> 620 S. 9th St. <br> Berthoud, CO 80513 | X | | Consideration: Consignment agreement | | | | 25.00 |
| ACCOUNT NO. <br><br> Rinne, Terrie <br> 29 Rose Ct. <br> Windsor, CO 80550 | X | | Consideration: Consignment agreement | | | | 19.38 |
| ACCOUNT NO. <br><br> Ritchie, Patrick <br> 301 Rock Bridge Dr. <br> Windsor, CO 80550 | X | | Consideration: Consignment agreement | | | | 11.39 |
| ACCOUNT NO. <br><br> Ritzman, Matt <br> 5527 Rabbit Creek Rd. <br> Ft. Collins, CO 80525 | X | | Consideration: Consignment agreement | | | | 33.07 |

Sheet no. __134__ of __171__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $      100.66

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
Schneeberger _____,        Case No. _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Roberts, Jennifer<br>4905 Hilltop Dr.<br>Ft. Collins, CO 80526 | | X | Incurred: 12/20/12<br>Consideration: Consignment agreement | | | | 4.30 |
| ACCOUNT NO.<br><br>Robertson, Jeff<br>3633 Mayflower Ct.<br>Ft. Collins, CO 80526 | | X | Consideration: Consignment agreement | | | | 26.87 |
| ACCOUNT NO.<br><br>Robinson, Shelby<br>2944 Dean Dr.<br>Ft. Collins, CO 80521 | | X | Consideration: Consignment agreement | | | | 44.09 |
| ACCOUNT NO.<br><br>Rodriguez, Tim<br>1915 Silver Gate Rd.<br>Ft. Collins, CO 80526 | | X | Consideration: Consignment agreement | | | | 52.75 |
| ACCOUNT NO.<br><br>Rogers, Judy<br>916 Cheyenne Dr.<br>Ft. Collins, CO 80525 | | X | Consideration: Consignment agreement | | | | 16.00 |

Sheet no. _135_ of _171_ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $                144.01

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc.- ver.4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
_____,     Case No. _____
Schneeberger        **Debtor**                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Romero, Ernest<br>3812 Richmond Dr.<br>Ft. Collins, CO 80526 | X | | Consideration: Consignment agreement | | | | 40.00 |
| ACCOUNT NO.  6/12<br><br>Rosalyn Leautaud<br>36933 Weld CTY RD 15<br>Wndsor, CO 80550 | X | | Incurred: 3/26/12<br>Consideration: Consignment agreement | | | | 42.50 |
| ACCOUNT NO.<br><br>Rotman, Mark<br>1025 Ogden Ct.<br>Ft. Collins, CO 80526 | X | | Consideration: Consignment agreement | | | | 18.00 |
| ACCOUNT NO.  3516<br><br>Roupp, Kevin<br>5283 Corral Ct.<br>Ft. Collins, CO 80528 | X | | Incurred: 3/15/12<br>Consideration: Consignment agreement | | | | 98.00 |
| ACCOUNT NO.<br><br>Rovani, Joe<br>3337 Aspen Ln.<br>Laramie, WY 82070 | X | | Consideration: Consignment agreement | | | | 40.00 |

Sheet no.  136  of  171  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  238.50

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   Todd Andrew Schneeberger & Patricia Anne
         Schneeberger                              ,          Case No. _____
                              **Debtor**                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Rowe, Patrick<br>3885 S. Idalia St.<br>Aurora, CO 80013 | X | | Incurred: 12/3/10<br>Consideration: Consignment agreement | | | | 9.59 |
| ACCOUNT NO.<br><br>Rowland, Cathy<br>2537 Pinecone Cir.<br>Ft. Collins, CO 80525 | X | | Consideration: Consignment agreement | | | | 55.00 |
| ACCOUNT NO.   4740<br><br>Rowland, Thom<br>2090 Avery Way<br>Castle Rock, CO 80109 | X | | Incurred: 9/7/12<br>Consideration: Consignment agreement | | | | 354.90 |
| ACCOUNT NO.<br><br>Rozeski, Henry<br>3715 Logan Ave.<br>Loveland, CO 80528 | X | | Incurred: 6/14/12<br>Consideration: Consignment agreement | | | | 6.45 |
| ACCOUNT NO.<br><br>Rubin, Jeremy<br>1385 Wetwood Dr.<br>Windsor, CO 80550 | X | | Consideration: Consignment agreement | | | | 29.00 |

Sheet no. _137_ of _171_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   454.94

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc.- ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
       Schneeberger                                              ,        Case No. _____
                                    **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Rudley, Orlando<br>1921 Bowsprit Dr.<br>Ft. Collins, CO 80524 | X | | Incurred: 10/6/10<br>Consideration: Consignment agreement | | | | 8.00 |
| ACCOUNT NO.<br><br>Rudolph, Todd<br>1632 Banyan Dr.<br>Ft. Collins, CO 80526 | X | | Incurred: 8.26.09<br>Consideration: Consignment agreement | | | | 6.40 |
| ACCOUNT NO.<br><br>Rupert, Justin<br>2845 Willow Tree Ln. #M<br>Ft. Collins, CO 80525 | X | | Incurred: 3/21/11<br>Consideration: Consignment agreement | | | | 6.86 |
| ACCOUNT NO.<br><br>Ruppelt, David<br>719 Woodland Way<br>Ft. Collins, CO 80526 | X | | Consideration: Consignment agreement | | | | 32.20 |
| ACCOUNT NO.<br><br>Russell, Nicole<br>734 Apple Ct.<br>Windsor, CO 80550 | X | | Incurred: 9/8/12<br>Consideration: Consignment agreement | | | | 5.00 |

Sheet no. __138__ of __171__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 58.46

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
       Schneeberger _____,          Case No. _____
                        **Debtor**                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Russell, Richard<br>2336 Kodiak Rd.<br>Ft. Collins, CO 80525 | X | | Consideration: Consignment agreement | | | | 40.00 |
| ACCOUNT NO.<br>Rutledge, Bill<br>1026 Pinnacle Pl.<br>Ft. Collins, CO 80525 | X | | Consideration: Consignment agreement | | | | 15.00 |
| ACCOUNT NO.<br>Ryan, Jesse<br>828 Maple St.<br>Ft. Collins, CO 80521 | X | | Consideration: Consignment agreement | | | | 15.06 |
| ACCOUNT NO.<br>Ryan, Luke<br>5121 Harvest Moon Way<br>Ft. Collins, CO 80528 | X | | Incurred: 4/6/08<br>Consideration: Consignment agreement | | | | 7.51 |
| ACCOUNT NO.  8673<br>Safe Systems, Inc.<br>421 S. Pierce Ave.<br>Louisville, CO 80027 | X | | Incurred: 1/3/13<br>Consideration: Business alarm system fee | | | | 137.61 |

Sheet no.  139  of  171  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $        215.18

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   Todd Andrew Schneeberger & Patricia Anne
　　　Schneeberger _____ ,　　　Case No. _____
　　　　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Sage, Ginger<br>3517 N. Sheridan<br>Loveland, CO 80538 | X | | Incurred: 11/21/12<br>Consideration: Consignment agreement | | | | 5.00 |
| ACCOUNT NO.  1655<br><br>Salas, Christina<br>702 Bentley Pl.<br>Ft. Collins, CO 80526 | X | | Incurred: 6/12/11<br>Consideration: Consignment agreement | | | | 42.50 |
| ACCOUNT NO.<br><br>Salas, Christina<br>702 Bentley Pl.<br>Ft. Collins, CO 80526 | X | | Consideration: Consignment agreement | | | | 55.41 |
| ACCOUNT NO.<br><br>Saliman, Laural<br>6020 Snowy Creek Dr.<br>Ft. Collins, CO 80528 | X | | Consideration: Consignment agreement | | | | 25.00 |
| ACCOUNT NO.<br><br>Sample, Roger<br>1524 Brentford Ln<br>Ft. Collins, CO 80525 | X | | Consideration: Consignment agreement | | | | 45.00 |

Sheet no.  140  of  171  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 172.91

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc.- ver.4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
       Schneeberger                    ,          Case No. _____
                        **Debtor**                                   **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Sanchez, Ana<br>3336 Creekstone<br>Ft. Collins, CO 80525 | | X | Consideration: Consignment agreement | | | | 12.89 |
| ACCOUNT NO.  4819<br><br>Sanders, Susan<br>105 Ridge Rd.<br>Eaton, CO 80615 | | X | Incurred: 9/19/12<br>Consideration: Consignment agreement | | | | 64.50 |
| ACCOUNT NO.<br><br>Sandler, Steven<br>219 West Myrtle Apt. B<br>Ft. Collins, CO 80521 | | X | Incurred: 4/28/12<br>Consideration: Consignment agreement | | | | 3.11 |
| ACCOUNT NO.  4487<br><br>Sandra McClure<br>313 East Iowa Ave.<br>Berthoud, CO 80513 | | X | Incurred: 8/6/12<br>Consideration: Consignment agreement | | | | 40.00 |
| ACCOUNT NO.<br><br>Sanford, Pam<br>840 Ponderosa Ct.<br>Eaton, CO 80615 | | X | Consideration: Consignment agreement | | | | 82.50 |

Sheet no. __141__ of __171__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤     $        203.00

Total ➤     $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   Todd Andrew Schneeberger & Patricia Anne
Schneeberger _____,        Case No. _____
                    **Debtor**                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Sarmiento, Reyes<br>524 Stover<br>Ft. Collins, CO 80524 | X | | Consideration: Consignment agreement | | | | 10.68 |
| ACCOUNT NO.<br><br>Scarano, Kim<br>2921 Front St.<br>Bellvue, CO 80512 | X | | Consideration: Consignment agreement | | | | 10.00 |
| ACCOUNT NO.<br><br>Scheidegger, Megan<br>519 S. Meldrum #128<br>Ft. Collins, CO 80521 | X | | Consideration: Consignment agreement | | | | 18.00 |
| ACCOUNT NO.<br><br>Scherer, Rick<br>1225 Crescent<br>Windsor, CO 80550 | X | | Consideration: Consignment agreement | | | | 10.25 |
| ACCOUNT NO.<br><br>Schiller, Erik<br>751 Ashford Lane<br>Ft. Collins, CO 80526 | X | | Consideration: Consignment agreement | | | | 33.69 |

Sheet no. __142__ of __171__ continuation sheets attached          Subtotal ➤ | $   82.62
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims                                                              Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
       Schneeberger      **Debtor**                          Case No. _____
                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Schlosser, Alex<br>3735 Panther Dr.<br>Loveland, CO 80537 | X | | Consideration: Consignment agreement | | | | 49.07 |
| ACCOUNT NO.<br><br>Schmidberger, Frank<br>3107 Gatlin St.<br>Ft. Collins, CO 80526 | X | | Incurred: 3/26/12<br>Consideration: Consignment agreement | | | | 3.00 |
| ACCOUNT NO.<br><br>Schmidt, Daniel<br>4215 Centergate Ct.<br>Ft. Collins, CO 80526 | X | | Consideration: Consignment agreement | | | | 38.09 |
| ACCOUNT NO.<br><br>Schmidt, Michelle<br>PO Box 431<br>Wellington, CO 80549 | X | | Incurred: 12/7/12<br>Consideration: Consignment agreement | | | | 0.55 |
| ACCOUNT NO.  4249<br><br>Schmidt, Mishele<br>PO Box 431<br>Wellington, CO 80549 | X | | Incurred: 6/29/12<br>Consideration: Consignment agreement | | | | 92.00 |

Sheet no.  143  of  171  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $            182.71

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   Todd Andrew Schneeberger & Patricia Anne
        Schneeberger                    ,              Case No. _____
                         **Debtor**                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  3627 <br> Schmitz, Jason <br> 9177 NW 73rd Street <br> Johnston, IA 50131 | X | | Incurred: 3/28/12 <br> Consideration: Consignment agreement | | | | 94.00 |
| ACCOUNT NO. <br> Schneider, Michelle <br> 5308 Vardon Way <br> Ft. Collins, CO 80528 | X | | Consideration: Consignment agreement | | | | 75.60 |
| ACCOUNT NO. <br> Schnneider, Jennifer <br> 5424 Saratoga Cr. <br> Ft. Collins, CO 80526 | X | | Incurred: 2/12/08 <br> Consideration: Consignment agreement | | | | 8.00 |
| ACCOUNT NO. <br> Schuett, Laurie <br> 1121 Cresent Dr. <br> Windsor, CO 80550 | X | | Incurred: 8/24/11 <br> Consideration: Consignment agreement | | | | 6.00 |
| ACCOUNT NO. <br> Schwab, Mike <br> 2902 Ridgen Pkwy. <br> Ft. Collins, CO 80525 | X | | Incurred: 11/12/11 <br> Consideration: Consignment agreement | | | | 1.88 |

Sheet no.  144  of  171  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤      $         185.48

Total ➤      $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
       Schneeberger                              ,          Case No. _____
              **Debtor**                                               **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Schwartz, Brian<br>215 S. Loomis St.<br>Ft. Collins, CO 80521 | X | | Consideration: Consignment agreement | | | | 40.00 |
| ACCOUNT NO.<br><br>Schwartz, Chris<br>1601 Centennial Rd.<br>Ft. Collins, CO 80525 | X | | Consideration: Consignment agreement | | | | 36.99 |
| ACCOUNT NO. 2501<br><br>Schwartz, Chris<br>1601 Centennial Rd.<br>Ft. Collins, CO 80525 | X | | Incurred: 10/9/11<br>Consideration: Consignment agreement | | | | 36.99 |
| ACCOUNT NO.<br><br>Schwartz/Shelanski, Karen<br>1818 Lakeshore Dr.<br>Ft. Collins, CO 80525 | X | | Consideration: Consignment agreement | | | | 50.00 |
| ACCOUNT NO.<br><br>Schwery, Alex<br>812 Cambridge Dr.<br>Ft. Collins, CO 80525 | X | | Consideration: Consignment agreement | | | | 39.00 |

Sheet no. 145 of 171 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  202.98

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
_____ ,          Case No. _____
Schneeberger          **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Scolari, Angelo 1421 Red Fox Cr. Windsor, CO 80550 | X | | Consideration: Consignment agreement | | | | 25.00 |
| **ACCOUNT NO.** Scoufis, Margi 6909 Antingua Pl. Ft. Collins, CO 80525 | X | | Incurred: 9.21.11 Consideration: Consignment agreement | | | | 5.36 |
| **ACCOUNT NO.** Seeley, Michael 356 Glenda Dr. Loveland, CO 80537 | X | | Consideration: Consignment agreement | | | | 26.68 |
| **ACCOUNT NO.** Seen, Kris 1618 W. Stuart St. Ft. Collins, CO 80526 | X | | Incurred: 3/28/12 Consideration: Consignment agreement | | | | 3.74 |
| **ACCOUNT NO.** Semonchick, John 3940 Braidwood Dr. Ft. Collins, CO 80524 | X | | Consideration: Consignment agreement | | | | 22.00 |

Sheet no. _146_ of _171_ continuation sheets attached          Subtotal ► | $ | 82.78
to Schedule of Creditors Holding Unsecured
Nonpriority Claims                                             Total ► | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver.4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
_____ ,          Case No. _____
Schneeberger          **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Senesac, Sonia 3632 Butternut Dr. Loveland, CO 80538 | X | | Consideration: Consignment agreement | | | | 41.00 |
| ACCOUNT NO.  Serbousek, Kristin 7471 Cnty. Rd. 74 Windsor, CO 80550 | X | | Incurred: 9/16/11 Consideration: Consignment agreement | | | | 9.00 |
| ACCOUNT NO.  Shafer, Ty 1575 Pelican Lakes Point Windsor, CO 80550 | X | | Consideration: Consignment agreement | | | | 33.13 |
| ACCOUNT NO.  Sharp, Wendy PO Box 291 Windsor, CO 80550 | X | | Consideration: Consignment agreement | | | | 60.00 |
| ACCOUNT NO.  Shaw, Alec 3425 Windmill Dr. Apt. E20 Ft. Collins, CO 80526 | X | | Incurred: 3/5/09 Consideration: Consignment agreement | | | | 3.44 |

Sheet no. __147_ of _171_ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $        146.57

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
      Schneeberger                                    ,          Case No. _____
                              **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1050 <br><br> Shawn Archibeque <br> 7353 View Pointe Ct. <br> Wellington, CO 80549 | | X | Incurred: 3/17/11 <br> Consideration: Consignment agreement | | | | 87.49 |
| ACCOUNT NO. <br><br> Shea, Mike <br> 3763 Chestnut Ct. <br> Loveland, CO 80538 | | X | Consideration: Consignment agreement | | | | 29.87 |
| ACCOUNT NO. <br><br> Shearer, Amber <br> 3755 Mount Meeker St. <br> Wellington, CO 80549 | | X | Consideration: Consignment agreement | | | | 10.74 |
| ACCOUNT NO. <br><br> Shefferd, Joanna <br> 855 5th Street <br> Eaton, CO 80615 | | X | Incurred: 3/10/12 <br> Consideration: Consignment agreement | | | | 8.00 |
| ACCOUNT NO. <br><br> Sheppard, Toby <br> 509 Sundown Ct. <br> Ft. Collins, CO 80525 | | X | Incurred: 8/24/09 <br> Consideration: Consignment agreement | | | | 2.21 |

Sheet no. _148_ of _171_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  138.31

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
       Schneeberger                            ,        Case No. _____
                              **Debtor**                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  2040<br>Sheryl Laskie<br>2803 Sunstone Dr.<br>Ft. Collins, CO 80525 | X | | Incurred: 8/7/11<br>Consideration: Consignment agreement | | | | 106.00 |
| ACCOUNT NO.<br>Shields, John<br>PO Box 40<br>Drake, CO 80515 | X | | Consideration: Consignment agreement | | | | 54.00 |
| ACCOUNT NO.<br>Shileikis, Andrew<br>2361 Saphhire St.<br>Loveland, CO 80538 | X | | Incurred: 5/23/09<br>Consideration: Consignment agreement | | | | 6.56 |
| ACCOUNT NO.  9437<br>Shock Doctor<br>3405 Annapolis Ln #200<br>Plymouth, MN 55447 | X | J | Incurred: 05262011<br>Consideration: Law suit | | | | 6,730.41 |
| ACCOUNT NO.<br>Shockley, Peggy<br>628 W. 5th Street<br>Loveland, CO 80538 | X | | Consideration: Consignment agreement | | | | 24.00 |

Sheet no. __149__ of __171__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   6,920.97

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
_____Schneeberger_____,     Case No. _____
                              **Debtor**                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Shortman, Kymberly<br>806 Bonita Ave.<br>Ft. Collins, CO 80526 | X | | Consideration: Consignment agreement | | | | 26.11 |
| ACCOUNT NO.<br><br>Siemens, Matt<br>2521 Creekwood Dr.<br>Ft. Collins, CO 80526 | X | | Incurred: 9/21/11<br>Consideration: Consignment agreement | | | | 3.53 |
| ACCOUNT NO.<br><br>Silk, Joanna<br>3519 Red Mountain Dr.<br>Ft. Collins, CO 80525 | X | | Incurred: 6/10/11<br>Consideration: Consignment agreement | | | | 6.44 |
| ACCOUNT NO.<br><br>Silkworth, Ryan<br>1225 W. Prospect<br>Ft. Collins, CO 80526 | X | | Consideration: Consignment agreement | | | | 12.00 |
| ACCOUNT NO.  0638<br><br>Silverman / Borenstein<br>13111 E. Briarwood Ave.<br>Suite 340<br>Centennial, CO 80112 | X | J | Collecting for Johnson Health System | | | | Notice Only |

Sheet no. _150_ of _171_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 48.08

Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc.- ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
       Schneeberger          **Debtor**          ,          Case No. _____
                                                                           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Simental, Joey <br> 2028 Silver Plume <br> Ft. Collins, CO 80526 | X | | Consideration: Consignment agreement | | | | 11.88 |
| ACCOUNT NO. <br><br> Sipin, Anne <br> 812 E. Ridgecrest Rd. <br> Ft. Collins, CO 80524 | X | | Incurred: 2/15/10 <br> Consideration: Consignment agreement | | | | 5.35 |
| ACCOUNT NO. <br><br> Skelton, Jason <br> 3338 Iron Horse Way <br> Wellington, CO 80549 | X | | Consideration: Consignment agreement | | | | 10.00 |
| ACCOUNT NO. <br><br> Skogg, Carol <br> 1025 Cunningham Dr. #B1 <br> Ft. Collins, CO 80526 | X | | Incurred: 9/9/11 <br> Consideration: Consignment agreement | | | | 1.43 |
| ACCOUNT NO. <br><br> Slavick, Mike <br> 801 E. Ridgecrest <br> Ft. Collins, CO 80525 | X | | Consideration: Consignment agreement | | | | 15.99 |

Sheet no. __151__ of __171__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $                    44.65

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
_____,   Case No. _____
Schneeberger          **Debtor**                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Smith, Brian<br>8109 Northstar Dr.<br>Ft. Collins, CO 80528 | X | | Consideration: Consignment agreement | | | | 31.00 |
| ACCOUNT NO.<br><br>Smith, Joel<br>740 Lancers Ct.<br>Monument, CO 80132 | X | | Incurred: 8/2/10<br>Consideration: Consignment agreement | | | | 3.67 |
| ACCOUNT NO.<br><br>Smith, Malia<br>1512 Kirkwood Dr.<br>Ft. Collins, CO 80525 | X | | Consideration: Consignment agreement | | | | 10.67 |
| ACCOUNT NO.<br><br>Smith, Max<br>5620 Serria Ct.<br>Ft. Collins, CO 80528 | X | | Consideration: Consignment agreement | | | | 79.00 |
| ACCOUNT NO.<br><br>Smoot, Craig<br>6557 Finch Ct.<br>Ft. Collins, CO 80525 | X | | Consideration: Consignment agreement | | | | 47.26 |

Sheet no. __152__ of __171__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 171.60

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
_____Schneeberger_____,          Case No. _____
                            **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Spicer, Katherine <br> 2021 Churchill Ct. <br> Ft. Collins, CO 80526 | X | | Incurred: 8/31/07 <br> Consideration: Consignment agreement | | | | 8.53 |
| ACCOUNT NO. <br> Spontarelli, Allen <br> 363 E. 10th Street <br> Loveland, CO 80537 | X | | Incurred: 2/14/11 <br> Consideration: Consignment agreement | | | | 1.26 |
| ACCOUNT NO. <br> Spritzer, Chad <br> 509 Dennison Ct. <br> Ft. Collins, CO 80521 | X | | Consideration: Consignment agreement | | | | 14.99 |
| ACCOUNT NO. <br> St. Peters, Savannah <br> 722 S. Summitview <br> Ft. Collins, CO 80524 | X | | Consideration: Consignment agreement | | | | 13.91 |
| ACCOUNT NO. <br> Stafford Student Loans-US Dept. of Educ. <br> PO Box 9003 <br> Niagra Falls, NY 14302-9003 | | W | Incurred: 2010-current <br> Consideration: Student loan | | | | 22,500.00 |

Sheet no. _153_ of _171_ continuation sheets attached           Subtotal ➤  | $ | 22,538.69
to Schedule of Creditors Holding Unsecured
Nonpriority Claims                                                          Total ➤  | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   Todd Andrew Schneeberger & Patricia Anne
          Schneeberger                                    ,          Case No. _____
                          **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Stalnaker, Greg<br>3028 Clemma Ct.<br>Ft. Collins, CO 80526 | | X | Consideration: Consignment agreement | | | | 35.04 |
| ACCOUNT NO.<br><br>Stanfield, Jackie<br>2106 Kirkwood Ct.<br>Ft. Collins, CO 80525 | | X | Incurred: 5/20/11<br>Consideration: Consignment agreement | | | | 0.89 |
| ACCOUNT NO.<br><br>Stearn, Stephanie<br>3293 Twin Heron Ct.<br>Ft. Collins, CO 80528 | | X | Incurred: 5/11/11<br>Consideration: Consignment agreement | | | | 7.00 |
| ACCOUNT NO.<br><br>Steffens, Katie<br>1317 Yount St.<br>Ft. Collins, CO 80524 | | X | Consideration: Consignment agreement | | | | 26.87 |
| ACCOUNT NO.<br><br>Steinbach, Aaron<br>7008 Ruidoso Dr.<br>Windsor, CO 80550 | | X | Consideration: Consignment agreement | | | | 26.00 |

Sheet no. __154__ of __171__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $         95.80

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾,       Case No. ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Schneeberger                **Debtor**                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Stellingwerf, John<br>1402 Leahy Dr.<br>Ft. Collins, CO 80526 | | X | Consideration: Consignment agreement | | | | 12.50 |
| ACCOUNT NO.<br><br>Stenbach, Tom<br>1424 Freedom Ln.<br>Ft. ollins, CO 80526 | | X | Consideration: Consignment agreement | | | | 71.00 |
| ACCOUNT NO.<br><br>Stevens, Patty<br>700 Locust St.<br>Ft. Collins, CO 80524 | | X | Incurred: 12/15/12<br>Consideration: Consignment agreement | | | | 2.53 |
| ACCOUNT NO.<br><br>Stimely, Howard<br>1037 Sailors Reef<br>Ft. Collins, CO 80525 | | X | Incurred: 1/7/09<br>Consideration: Consignment agreement | | | | 4.00 |
| ACCOUNT NO.<br><br>Stoll, Dwayne<br>115 Palmer<br>Ft. Collins, CO 80525 | | X | Incurred: 2/9/13<br>Consideration: Consignment agreement | | | | 1.19 |

Sheet no. __155__ of __171__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $        91.22

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc.- ver.4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
       Schneeberger                              ,          Case No. _____
                              **Debtor**                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Storebo, Athena <br> 724 Benthaven St. <br> Ft. Collins, CO 80526 | | X | Incurred: 5/29/09 <br> Consideration: Consignment agreement | | | | 4.31 |
| ACCOUNT NO. <br><br> Strachan, Leeann <br> 1621 Alcott St. <br> Ft. Collins, CO 80525 | | X | Consideration: Consignment agreement | | | | 17.75 |
| ACCOUNT NO. <br><br> Strafach Jr., Frank <br> 1801 Country Club Rd. <br> Ft. Collins, CO 80524 | | X | Consideration: Consignment agreement | | | | 21.33 |
| ACCOUNT NO. <br><br> Strasbaugh, Steve <br> 7009 Sedgewick Dr. <br> Ft. Collins, CO 80525 | | X | Consideration: Consignment agreement | | | | 12.00 |
| ACCOUNT NO.  rger <br><br> Strategic Funding Source, Inc. <br> 1501 Broadway, Suite 1515 <br> New York, NY 10036 | | X | Incurred: 08/2012 <br> Consideration: Business loan | | | | 19,387.00 |

Sheet no. __156__ of __171__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 19,442.39

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
       Schneeberger                              ,        Case No. _____
                        **Debtor**                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Stroh, Karen<br>PO Box 1264<br>Wellington, CO 80549 | X | | Incurred: 6/2/12<br>Consideration: Consignment agreement | | | | 3.86 |
| ACCOUNT NO.<br><br>Sullivan, Todd<br>48509 County Rd. 19<br>Nunn, CO 80648 | X | | Incurred: 8/1/09<br>Consideration: Consignment agreement | | | | 5.00 |
| ACCOUNT NO.<br><br>Sweeney, Kevin<br>1809 Chesapeak Cr.<br>Johnstown, CO 80534 | X | | Incurred: 11/15/08<br>Consideration: Consignment agreement | | | | 8.00 |
| ACCOUNT NO.<br><br>Swerer, Robert<br>5312 Clarendon Hills Dr.<br>Ft. Collins, CO 80526 | X | | Incurred: 10/16/11<br>Consideration: Consignment agreement | | | | 8.00 |
| ACCOUNT NO.<br><br>Szabo Associates<br>3355 Lenox Rd, N.E.<br>Ninth Floor<br>Atlanta, GA 30326 | J | | Collecting for KGWN/KCHW Television | | | | Notice Only |

Sheet no. __157__ of __171__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 24.86

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
       Schneeberger              **Debtor**          ,          Case No. _____
                                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Tallman, Kim<br>1030 Hobson Ct.<br>Ft. Collins, CO 80526 | X | | Consideration: Consignment agreement | | | | 16.00 |
| ACCOUNT NO.<br><br>Taylor, Kenneth<br>417 Loma Linda Ln<br>Ft. Collins, CO 80525 | X | | Consideration: Consignment agreement | | | | 10.00 |
| ACCOUNT NO.<br><br>Terwilliger, Lainey<br>1405 Pintail Ct.<br>Windsor, CO 80550 | X | | Incurred: 9/11/11<br>Consideration: Consignment agreement | | | | 4.17 |
| ACCOUNT NO.<br><br>The CIT Group Commercial Services Inc.<br>C/O Girsh & Rottman, PC<br>6000 East Evans Ave.<br>Bldg. 1, Suite 211<br>Denver, CO 80222 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Thomas, Jeff<br>1944 Dove Creek Cr.<br>Loveland, CO 80538 | X | | Consideration: Consignment agreement | | | | 13.87 |

Sheet no. __158__ of __171__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   44.04

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc.- ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
_____ Schneeberger _____,        Case No. _____
                            **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Thomas, Marty<br>2519 Pine Needle Ct.<br>Ft. Collins, CO 80528 | X | | Consideration: Consignment agreement | | | | 15.00 |
| ACCOUNT NO.<br><br>Thompson, Mike<br>4436 Vista Dr.<br>Ft. Collins, CO 80526 | X | | Consideration: Consignment agreement | | | | 50.00 |
| ACCOUNT NO.<br><br>Thornton, Wrenn<br>1345 Catalpa Dr.<br>Ft. Collins, CO 80521 | X | | Incurred: 4/2/09<br>Consideration: Consignment agreement | | | | 5.34 |
| ACCOUNT NO.<br><br>Thrasher, Gina<br>PO Box 1832<br>Loveland, CO 80539 | X | | Consideration: Consignment agreement | | | | 40.00 |
| ACCOUNT NO.<br><br>Tomlinson, Robin<br>4214 W. 22nd St. Rd.<br>Greeley, CO 80634 | X | | Incurred: 9/29/12<br>Consideration: Consignment agreement | | | | 5.00 |

Sheet no. __159__ of __171__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $    115.34

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
_____ ,      Case No. _____
Schneeberger                    **Debtor**                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Townsend, Scott<br>2627 Stonehaven Dr.<br>Ft. Collins, CO 80525 | | X | Incurred: 12/6/10<br>Consideration: Consignment agreement | | | | 9.00 |
| ACCOUNT NO.<br><br>Travers, Mark<br>1250 Belleview Dr.<br>Ft. Collins, CO 80526 | | X | Consideration: Consignment agreement | | | | 45.00 |
| ACCOUNT NO.<br><br>Trosper, David<br>1143 Bristlecone Pl.<br>Loveland, CO 80538 | | X | Consideration: Consignment agreement | | | | 40.00 |
| ACCOUNT NO.<br><br>Truex, Doug<br>802 Nampa Valley Dr.<br>Ft. Collins, CO 80525 | | X | Incurred: 8/18/08<br>Consideration: Consignment agreement | | | | 2.80 |
| ACCOUNT NO.<br><br>Tryon, John<br>3242 Sea Gull Ct.<br>Loveland, CO 80538 | | X | Incurred: 3/21/10<br>Consideration: Consignment agreement | | | | 9.88 |

Sheet no. __160__ of __171__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  | $ | 106.68

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
       Schneeberger                          ,          Case No. _____
                        **Debtor**                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Turner, Shawna<br>2902 Pampas Ct.<br>Ft. Collins, CO 80526 | X | | Incurred: 9/15/12<br>Consideration: Consignment agreement | | | | 8.00 |
| ACCOUNT NO.<br><br>Tyburczy, Joe<br>2104 45th Ave.<br>Greeley, CO 80634 | X | | Incurred: 2/16/12<br>Consideration: Consignment agreement | | | | 8.00 |
| ACCOUNT NO.<br><br>Valdez, Mary<br>2615 Southfield Court<br>Ft. Collins, CO 80525 | X | | Consideration: Consignment agreement | | | | 12.89 |
| ACCOUNT NO.<br><br>Van Hook, Jeff<br>320 Diamond Dr.<br>Ft. Collins, CO 80525 | X | | Consideration: Consignment agreement | | | | 78.67 |
| ACCOUNT NO.<br><br>Veit Jr., Mike<br>218 W. 5th Street<br>Loveland, CO 80537 | X | | Consideration: Consignment agreement | | | | 58.88 |

Sheet no. _161_ of _171_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  166.44

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
_____ Schneeberger _____,      Case No. _____
                              **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Veltri, Frank<br>1207 W. 45th<br>Loveland, CO 80538 | X | | Consideration: Consignment agreement | | | | 45.00 |
| ACCOUNT NO.<br><br>Volk, Gayle<br>1525 Rolf Ct.<br>Ft. Collins, CO 80525 | X | | Incurred: 9/20/10<br>Consideration: Consignment agreement | | | | 5.34 |
| ACCOUNT NO.<br><br>Vos, Trista<br>2905 Moore Ln.<br>Ft. Collins, CO 80526 | X | | Consideration: Consignment agreement | | | | 105.56 |
| ACCOUNT NO.<br><br>Wagner, Kathy<br>1820 Willow Springs Way<br>Ft. Collins, CO 80525 | X | | Consideration: Consignment agreement | | | | 26.66 |
| ACCOUNT NO.<br><br>Wahl, Meredith<br>2807 Dundee Ct.<br>Ft. Collins, CO 80525 | X | | Incurred: 3/1/11<br>Consideration: Consignment agreement | | | | 6.00 |

Sheet no. _162_ of _171_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   188.56

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
Schneeberger _____,   Case No. _____
                    **Debtor**                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Waldner, Gary<br>303 Tierney #7<br>Wamsutter, WY 82336 | X | | Consideration: Consignment agreement | | | | 45.00 |
| ACCOUNT NO.<br><br>Wallace, John<br>3337 Pinehurst Pl.<br>Ft. Collins, CO 80525 | X | | Consideration: Consignment agreement | | | | 20.00 |
| ACCOUNT NO.<br><br>Wallerich, Gary<br>1017 Medicin Man Ct.<br>Windsor, CO 80550 | X | | Consideration: Consignment agreement | | | | 27.00 |
| ACCOUNT NO.<br><br>Walls, Cheri<br>512 Spruce Mt Ct.<br>Windsor, CO 80550 | X | | Incurred: 1/5/10<br>Consideration: Consignment agreement | | | | 5.35 |
| ACCOUNT NO.<br><br>Walter, Kathleen<br>2910 Zendt Dr.<br>Ft. Collins, CO 80526 | X | | Consideration: Consignment agreement | | | | 21.33 |

Sheet no. __163__ of __171__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $    118.68

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re __Todd Andrew Schneeberger & Patricia Anne__
__Schneeberger_____,          Case No. _____
                        **Debtor**                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Wang, Ying 2302 Chadara St. Ft. Collins, CO 80528 | X | | Consideration: Consignment agreement | | | | 33.00 |
| ACCOUNT NO.  Warnygora, Todd 403 Huntington Hills Dr. Ft. Collins, CO 80525 | X | | Incurred: 11/24/09 Consideration: Consignment agreement | | | | 16.00 |
| ACCOUNT NO.  Watkins, Drew 3326 Long Creek Dr. Ft. Collins, CO 80528 | X | | Consideration: Consignment agreement | | | | 30.00 |
| ACCOUNT NO.  Weaver, Marci 3919 Asbury Dr. Ft. Collins, CO 80526 | X | | Incurred: 6/12/12 Consideration: Consignment agreement | | | | 8.50 |
| ACCOUNT NO.  Weber, Wolf 2660 Shadow Mt. Dr. Ft. Collins, CO 80525 | X | | Consideration: Consignment agreement | | | | 33.33 |

Sheet no. __164__ of __171__ continuation sheets attached                              Subtotal ➤   | $            120.83
to Schedule of Creditors Holding Unsecured
Nonpriority Claims                                                                                   Total ➤   | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   Todd Andrew Schneeberger & Patricia Anne
        Schneeberger                           ,              Case No. _____
                                    **Debtor**                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Weichel, Melanie<br>4670 Georgetown Dr.<br>Loveland, CO 80538 | X | | Consideration: Consignment agreement | | | | 43.00 |
| ACCOUNT NO.<br>Weiner, Mark<br>908 Pinnacle Pl.<br>Ft. Collins, CO 80525 | X | | Consideration: Consignment agreement | | | | 98.81 |
| ACCOUNT NO.<br>Weissman, Colleen<br>6820 Spring Glade Rd.<br>Loveland, CO 80538 | X | | Consideration: Consignment agreement | | | | 11.39 |
| ACCOUNT NO.<br>West, Jeremy<br>19137 Silverspur Rd.<br>Springdale, AZ 72764 | X | | Consideration: Consignment agreement | | | | 34.99 |
| ACCOUNT NO.<br>Wheeler, Nick<br>5738 Meadow Creek Ln.<br>Loveland, CO 80538 | X | | Consideration: Consignment agreement | | | | 20.08 |

Sheet no. _165_ of _171_ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $        208.27

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc.- ver.4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   Todd Andrew Schneeberger & Patricia Anne _____,      Case No. _____
Schneeberger              **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Whittaker, Lauren<br>2631 Flintridge Pl.<br>Ft. Collins, CO 80521 | X | | Incurred: 7/7/11<br>Consideration: Consignment agreement | | | | 5.00 |
| ACCOUNT NO.<br><br>Wilgenbusch, Nicole<br>1901 Langshire Dr.<br>Ft. Collins, CO 80526 | X | | Consideration: Consignment agreement | | | | 21.47 |
| ACCOUNT NO.<br><br>Willard, Tucker<br>339 Brinn Ct.<br>Ft. Collins, CO 80525 | X | | Consideration: Consignment agreement | | | | 61.90 |
| ACCOUNT NO.<br><br>Williams, David<br>6132 Westhcase Rd.<br>Ft. Collins, CO 80528 | X | | Consideration: Consignment agreement | | | | 49.89 |
| ACCOUNT NO.<br><br>Wilson, Barry<br>870 Ridge West Dr.<br>Windsor, CO 80550 | X | | Consideration: Consignment agreement | | | | 32.84 |

Sheet no. __166__ of __171__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $            171.10

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
       Schneeberger                     ,          Case No. _____
                            **Debtor**                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Wilson, Juliette<br>2249 Iroquois Dr.<br>Ft. Collins, CO 80525 | X | | Consideration: Consignment agreement | | | | 10.00 |
| ACCOUNT NO.<br><br>Wilson, Thomas<br>9332 Coperinicus Dr.<br>Ft. Collins, CO 80528 | X | | Consideration: Consignment agreement | | | | 20.00 |
| ACCOUNT NO.<br><br>Winkler, Christine<br>4907 Smallwood Ct.<br>Ft. Collins, CO 80528 | X | | Consideration: Consignment agreement | | | | 50.00 |
| ACCOUNT NO.<br><br>Witt, Tim<br>1211 Taft Ave. #B<br>Cheyenne, WY 82001 | X | | Consideration: Consignment agreement | | | | 70.00 |
| ACCOUNT NO.  6995<br><br>Wm. T. Burnett Holding<br>2112 Montevideo Rd.<br>Jessup, MD 21230 | X | J | Incurred: 10262011<br>Consideration: Other | | | | 934.32 |

Sheet no.  167 of 171 continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► | $ | 1,084.32

Total ► | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc.- ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
       Schneeberger                         ,         Case No. _____
                              **Debtor**                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Wokowsky, Keith<br>620 Agate Ct.<br>Ft. Collins, CO 80525 | X | | Consideration: Consignment agreement | | | | 40.00 |
| ACCOUNT NO.  9555<br><br>Woleach-Smith, James<br>2551 Hillrose Ct.<br>Loveland, CO 80538 | X | | Incurred: 6/27/10<br>Consideration: Consignment agreement | | | | 29.99 |
| ACCOUNT NO.<br><br>Wood, Jody<br>1221 Bateleur Ln.<br>Ft. Collins, CO 80524 | X | | Consideration: Consignment agreement | | | | 22.00 |
| ACCOUNT NO.<br><br>Wood, Ron<br>5941 Twin Wash Sq.<br>Ft. Collins, CO 80528 | X | | Consideration: Consignment agreement | | | | 25.00 |
| ACCOUNT NO.<br><br>Woodward, Mandy<br>3454 New Castle Dr.<br>Loveland, CO 80538 | X | | Incurred: 7/29/09<br>Consideration: Consignment agreement | | | | 6.00 |

Sheet no.  168  of  171  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $        122.99

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne Schneeberger ,   Case No. _____
                                    **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Wormus, Kate<br>2713 Sutton Ct.<br>Ft. Collins, CO 80526 | | X | Incurred: 7/1/12<br>Consideration: Consignment agreement | | | | 7.00 |
| ACCOUNT NO.<br><br>Wright, Casey<br>1117 3rd Street<br>Windsor, CO 80550 | | X | Consideration: Consignment agreement | | | | 60.00 |
| ACCOUNT NO.<br><br>Wright, Troy<br>156 Bayside Dr.<br>Windsor, CO 80550 | | X | Consideration: Consignment agreement | | | | 14.00 |
| ACCOUNT NO.<br><br>Yancey, Drew<br>7338 Triangle Dr.<br>Ft. Collins, CO 80525 | | X | Consideration: Consignment agreement | | | | 30.00 |
| ACCOUNT NO.<br><br>Yangas, Carie<br>2960 W. Stuart St. B101<br>Ft. Collins, CO 80526 | | X | Incurred: 8/9/12<br>Consideration: Consignment agreement | | | | 0.26 |

Sheet no. 169 of 171 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤   $   111.26

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re    Todd Andrew Schneeberger & Patricia Anne
         Schneeberger            **Debtor**                ,          Case No. _____
                                                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Yemm, Shannon<br>1407 Cactus<br>Ft. Collins, CO 80525 | X | | Consideration: Consignment agreement | | | | 10.00 |
| ACCOUNT NO.<br><br>Zagoras, Maro<br>3891 Cnty. Rd. 214<br>Silt, CO 81652 | X | | Consideration: Consignment agreement | | | | 13.31 |
| ACCOUNT NO.<br><br>Zamudio, Amber<br>305 Boulder Ln.<br>Johnstown, CO 80534 | X | | Consideration: Consignment agreement | | | | 15.98 |
| ACCOUNT NO.<br><br>Zehler, Brian<br>1239 Reeves Dr.<br>Ft. Collins, CO 80526 | X | | Consideration: Consignment agreement | | | | 156.13 |
| ACCOUNT NO.<br><br>Zewdu, Daniel<br>2524 Wapiti Rd.<br>Ft. Collins, CO 80525 | X | | Incurred: 2/17/12<br>Consideration: Consignment agreement | | | | 8.00 |

Sheet no. __170__ of __171__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $    203.42

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
_____,          Case No. _____
Schneeberger            **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Zitti, Rudolph<br>1626 Fantail Ct.<br>Ft. Collins, CO 80528 | X | | Consideration: Consignment agreement | | | | 23.00 |
| ACCOUNT NO.<br><br> | | | | | | | |
| ACCOUNT NO.<br><br> | | | | | | | |
| ACCOUNT NO.<br><br> | | | | | | | |
| ACCOUNT NO.<br><br> | | | | | | | |

Sheet no. _171_ of _171_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $           23.00

Total ➤   $     419,117.76

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

**B6G (Official Form 6G) (12/07)**

In re Todd Andrew Schneeberger & Patricia Anne Schneeberger

Case No. _____

Debtor          (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**B6H (Official Form 6H) (12/07)**

In re  Todd Andrew Schneeberger & Patricia Anne Schneeberger  **Debtor**                    Case No. _____
                                                                                                        **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Advance America Cash Advance<br>1414 E. Harmony Rd.<br>Fort Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Asset Recovery Solutions<br>2200 East Devon Avenue<br>Suite 200<br>Des Plains, IL 60018 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Bonded Adjusting Service<br>11 Old Town Square<br>Fort Collins, CO 80521 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Capital One<br>1680 Capital One Drive<br>McLean, VA 22102 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | City of Fort Collins, Sales Tax<br>PO Box 580<br>Fort Collins, CO 80522 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | City of Fort Collins, Utilities<br>117 N. Mason St.<br>Fort Collins, CO 80524 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Express Toll<br>PO Box 5470<br>Denver, CO 80217-5470 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Girsh and Rottman<br>6000 East Evans Ave.<br>Suite 1-211<br>Denver, CO 80222 |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

**B6H (Official Form) (12/07) -- Cont.**

In re Todd Andrew Schneeberger & Patricia Anne
Schneeberger _____     Case No. _____
                     **Debtor**                              **(if known)**

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Hatmaker and Associates<br>1156 South US 1<br>Vero Beach, FL 32962 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | LTD Financial Service<br>7322 Southwest Freeway<br>Suite 1600<br>Houston, TX 77074 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Machol & Johannes<br>600 17th Street, Suite 800<br>North Tower<br>Denver, CO 80202 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Blomberg, Erik<br>550 N. Lincoln #403<br>Loveland, CO 80537 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Apollo Athletics<br>1428 South Central Park Ave.<br>Anaheim, CA 92802 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Hatmaker and Associates<br>1156 South US 1<br>Vero Beach, FL 32962 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Machol & Johannes LLC<br>717 17th Street, Suite 2300<br>Denver, CO 80202 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Realities for Childrens<br>1610 S. College<br>Fort Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Plotkin & Plotkin PC<br>621 Seventeenth St<br>Suite 1800<br>Denver, CO 80293 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Bonded Adjusting Service<br>11 Old Town Square<br>Fort Collins, CO 80521 |

**B6H (Official Form) (12/07) -- Cont.**

In re Todd Andrew Schneeberger & Patricia Anne
Schneeberger _____ **Debtor**

Case No. _____

(if known)

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Champion Sports Products<br>PO box 368<br>Marlboro, NJ 07746 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Plotkin & Plotkin PC<br>621 Seventeenth St<br>Suite 1800<br>Denver, CO 80293 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Bonded Adjusting Service<br>PO Box 102<br>Fort Collins, CO 80521 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Wm. T. Burnett Holding<br>2112 Montevideo Rd.<br>Jessup, MD 21230 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Euler Hermes UMA, Inc<br>369 Pine St.<br>Suite 410<br>San Francisco, CA 94104 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | First National Bank<br>205 W. Oak<br>Fort Collins, CO 80521 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Ligget Smith & Johnson<br>425 W. Mulberry<br>Suite 112<br>Fort Collins, CO 80521 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | ProGuard Sports, Inc.<br>13525 Fenway Blvd. N<br>Hugo, MN 55038 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | KGWN/KCHW Television<br>334 E. Mountain Ave.<br>Fort Collins, CO 80524 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | CitiBank (South Dakota)<br>701 East 60th St. North<br>Sioux Falls, SD 57104 |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

**B6H (Official Form) (12/07) -- Cont.**

In re Todd Andrew Schneeberger & Patricia Anne
Schneeberger          **Debtor**

Case No. _____
                                    **(if known)**

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | LTD Financial Service<br>7322 Southwest Freeway<br>Suite 1600<br>Houston, TX 77074 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Pro Feet Inc.<br>PO Box 2720<br>Burlington, NC 27216 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Choury, Cliff<br>3909 Yosemite Ct.<br>Fort Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Strategic Funding Source, Inc.<br>1501 Broadway, Suite 1515<br>New York, NY 10036 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Eads and Associates, Inc.<br>3003 E. Harmony Rd., Suite 300<br>Fort Collins, CO 80582 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Myatt Brandes & Gast<br>323 S. College Ave., Suite 1<br>Fort Collins, CO 80524 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Safe Systems, Inc.<br>421 S. Pierce Ave.<br>Louisville, CO 80027 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | City of Fort Collins, Sales Tax<br>PO Box 580<br>Fort Collins, CO 80522 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | City of Fort Collins, Utilities<br>117 N. Mason St.<br>Fort Collins, CO 80524 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | State of Colorado Dept. of Revenue<br>1375 Sherman St.<br>Denver, CO 80261 |

**B6H (Official Form) (12/07) -- Cont.**

In re Todd Andrew Schneeberger & Patricia Anne
Schneeberger _____ **Debtor**

Case No. _____
                                    **(if known)**

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Adams, Michael<br>724 20th Street #A<br>Greeley, CO 80631 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Andersen, Brenda<br>1518 Fairway 7 Ct.<br>Fort Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Shawn Archibeque<br>7353 View Pointe Ct.<br>Wellington, CO 80549 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Baumann, Bret<br>713 Sitka St.<br>Ft. Collins, CO 80524 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Bellio, Rachel<br>3689 Morrison Ln.<br>Johnstown, CO 80534 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Benz, Steven<br>3415 Wildview Dr.<br>Ft. Collins, CO 80528 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Bermel, Jacque<br>799 Vista Grande Cr.<br>Ft. Collins, CO 80524 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Berry, Cameron<br>309 E. Mountain Ave. #B<br>Ft. Collins, CO 80521 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Bickerton, John<br>1408 Bison Run Dr.<br>Windsor, CO 80550 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Biegel, Kurt<br>614 W. 29th St.<br>Loveland, CO 80538 |

**B6H (Official Form) (12/07) -- Cont.**

In re Todd Andrew Schneeberger & Patricia Anne Schneeberger | Case No.
--- | ---
**Debtor** | **(if known)**

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

# SCHEDULE H - CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Bilbao, Josh<br>2645 Paddington Rd.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Bliven, Josh<br>719 Blue Mesa<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Blythe, Suzy<br>4808 Praire Ridge Dr.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Boatright, Brad<br>2514 Owens Ave.<br>Ft. Collins, CO 80528 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Boulder Play It Again Sports, Joy<br>635 S. Broadway<br>Boulder, CO 80303 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Brandt, Valerie<br>200 E. Myrtle St. #2<br>Ft. Collins, CO 80524 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Brenning, Bryan<br>3303 Grand Canyon Court<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Brinker, Dale<br>2425 Sheffield Cr. E.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Brookhouser, Joshua<br>754 Rochelle Cr.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Dolezal, Donna<br>6704 W. County Rd. 18<br>Loveland, CO 80537 |

B6H (Official Form) (12/07) -- Cont.

In re Todd Andrew Schneeberger & Patricia Anne
Schneeberger            Debtor

Case No. _____
                              (if known)

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Dollerschell, Jason<br>110 Rock Bridge Ct.<br>Windsor, CO 80550 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Dunn, Jim<br>35607 County Rd. 49<br>Eaton, CO 80615 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Dusatko, Paul<br>1212 Raintree Dr. B33<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Earnest, Tom<br>2603 Amber Harvest Ln.<br>Ft. Collins, CO 80528 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Fallin, Catharine<br>3908 Scotsmoore Dr.<br>Ft. Collins, CO 80524 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Field, Laura<br>37120 Soaring Eagle Ct.<br>Windsor, CO 80550 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Foster, Fox<br>3113 Cockey Street<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Frauenknecht, Rene<br>1517 Pintail Bay<br>Windsor, CO 80550 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Fuller, Jeff<br>3815 Steelhead St.<br>Ft. Collins, CO 80528 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Fusco, Gene<br>4711 W. Parkview Dr.<br>Ft. Collins, CO 80526 |

**B6H (Official Form) (12/07) -- Cont.**

In re Todd Andrew Schneeberger & Patricia Anne
Schneeberger                                    **Case No.** _____
                          **Debtor**                              **(if known)**

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Gagliano, Lisa<br>4905 N. CR 23E<br>Laporte, CO 80535 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Gardner, Carol<br>2550 Glendale Dr.<br>Loveland, CO 80538 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Garza, Debbie<br>3030 Garrett Dr.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Geary, Kerri<br>1001 Camalot Cr.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Cillum, Claudia<br>7762 Park Ridge Cr.<br>Ft. Collins, CO 80582 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Gilmore, Anthony<br>806 Coulter Street<br>Ft. Collins, CO 80524 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Grace, Mike<br>2416 Clearview Ave.<br>Ft. Collins, CO 80521 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Greenwell, Ryan<br>27572  WCR 52<br>Kersey, CO 80644 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Greer, Claudell<br>700 S. County Rd. 5<br>Ft. Collins, CO 80524 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Haag, Tiffany<br>414 Huntington Hills Rd.<br>Ft. Collins, CO 80525 |

**B6H (Official Form) (12/07) -- Cont.**

In re Todd Andrew Schneeberger & Patricia Anne Schneeberger
_____   **Debtor**

Case No. _____
                           **(if known)**

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Herk, Cole<br>2512 Shavano CT.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Hermann, Ron<br>3414 N. Duffield Ave.<br>Loveland, CO 80538 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Herrington, Daniel<br>2713 Antelope Rd.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Hickman, Kristi<br>23518 WCR 1<br>Loveland, CO 80537 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Hogan, Bryan<br>2324 Wapatn<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Hoyer, Eric<br>8118 Three Eagles Dr.<br>Ft. Collins, CO 80528 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Hunter, Harry<br>2603 Sunstone Dr.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Hiller, Carol<br>806 Whalers Way<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Ivan, Jennifer<br>2156 Brightwater Dr.<br>Ft. Collins, CO 80524 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Jandreau, Clancy<br>417 Dartmouth Tr.<br>Ft. Collins, CO 80525 |

**B6H (Official Form) (12/07) -- Cont.**

In re Todd Andrew Schneeberger & Patricia Anne
Schneeberger **Debtor**

Case No. _____
(if known)

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Jensen, Beverly<br>5015 Alder Ct.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Johanson, Tyr<br>2838 Golden Wheat Ln.<br>Ft. Collins, CO 80528 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Johnson, Dana<br>906 Richmond Dr. #4<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Johnson, Tim<br>7811 S. County Rd 13<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Jones, Mike<br>705 N. Montview<br>Ft. Collins, CO 80521 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Jones, Marcus<br>308 Ray Ct.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Jordan, Carrie<br>43225 WCR 97<br>Briggsdale, CO 80611 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Kaster, Will<br>710 City Park Ave.<br>Ft. Collins, CO 80521 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Kelly, Richard<br>506  Spinnaker Ln.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Kendall, Lynn<br>5450 Brookline Dr.<br>Timnath, CO 80547 |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6H (Official Form) (12/07) -- Cont.

In re Todd Andrew Schneeberger & Patricia Anne Schneeberger   **Debtor**          Case No. _____

                                                                        **(if known)**

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Nick Kesterke<br>2574 Tupelo Dr.<br>Loveland, CO 80538 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Killion, Wes<br>1719 N. Empire Ave.<br>Loveland, CO 80538 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Kinney, Alex & Cindy<br>3911 Lynda Ln.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Klena, William<br>6627 Antigua Dr.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Kline, Matt<br>709 W. 9th Street<br>Loveland, CO 80537 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Krueger, Brad<br>1745 Kokanee Ct.<br>Loveland, CO 80538 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Kula, Dustin<br>3012 Anchor Way #3<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Kurtz, Carrie<br>3328 Apollo Ct.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Sheryl Laskie<br>2803 Sunstone Dr.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Lauer, Scott<br>400 Lilac Ln.<br>Ft. Collins, CO 80524 |

**B6H (Official Form) (12/07) -- Cont.**

In re Todd Andrew Schneeberger & Patricia Anne
Schneeberger _____ **Debtor**      Case No. _____
                                                        **(if known)**

# SCHEDULE H - CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Rosalyn Leautaud<br>36933 Weld CTY RD 15<br>Wndsor, CO 80550 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Leblanc, Jason<br>1050 Hobbit St. K95<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Lebsack, Jon<br>2806 Pipestone Dr.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Letz, Todd<br>4155 Hayes Cr.<br>Wellington, CO 80549 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Levalley, Brad<br>3263 Brock Park Dr.<br>Ft. Collins, CO 80528 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Lewis, Mark<br>2601 Smetana Dr.<br>Minnetonka, MN 55343 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Lewis, Howard<br>6009 Wild View Dr.<br>Ft. Collins, CO 80528 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Lorimor, Joanne<br>1948 Sandlewood Ln.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Lupole, Charles<br>4002 Celtic Ln.<br>Ft. Collins, CO 80524 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Mael, Bill<br>2331 Hampshire<br>Ft. Collins, Co 80526 |

**B6H (Official Form) (12/07) -- Cont.**

In re Todd Andrew Schneeberger & Patricia Anne Schneeberger  **Debtor**                   Case No. _____
                                                                                                                (if known)

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Martinec, P.<br>5503 Weeping Way<br>Ft. Collins, CO 80528 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Massey, Allan<br>4227 Cedargate Dr.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Maxwell, Eric<br>316 S. Shields St.<br>Ft. Collins, CO 80521 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | McBride, Ryan<br>1204 Round Butte Dr.<br>Ft. Collins, CO 80524 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | McCarthy, Brett<br>2503 Annelise Way<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | McClatchey, Teresa<br>325 51st Ave.<br>Greeley, CO 80634 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | McClure, Mike<br>331 Sundance Cr.<br>Ft. Collins, CO 80524 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Sandra McClure<br>313 East Iowa Ave.<br>Berthoud, CO 80513 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | McGrane, Rhonda<br>5200 Stillwater Creek Ct.<br>Ft. Collins, CO 80528 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | McGuire, Susan<br>421 Cheyenne Ave.<br>Eaton, CO 80615 |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

**B6H (Official Form) (12/07) -- Cont.**

In re Todd Andrew Schneeberger & Patricia Anne
Schneeberger _____  Case No. _____
                    **Debtor**                              **(if known)**

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Meena, Jeffry<br>1009 Arlene Ct.<br>Cheyenne, WY 82009 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Mighell, Mark<br>2569 57th Ave.<br>Greeley, CO 80634 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Miller, T.<br>6001 Southridge Greens Blvd.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Miller, Ben<br>117 Cortez St.<br>Sterling, CO 80751 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Miller, Thomas<br>5926 Snowy Plover Ct.<br>Ft. Collins, CO 80528 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Miller, Bill<br>1748 Clear Creek Ct.<br>Windsor, CO 80550 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Molenar, Debra<br>1717 Barrington Ct.<br>Ft. Collins, CO 80524 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Moog, Janez<br>1228 Red Oak Court<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Moore, Michael<br>720 City Park Rd. #126-A<br>Ft. Collins, CO 80521 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Morales, Tony<br>4120 Stoney Creek Dr.<br>Ft. Collins, CO 80525 |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver.4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

**B6H (Official Form) (12/07) -- Cont.**

In re Todd Andrew Schneeberger & Patricia Anne Schneeberger          Case No. _____
                                          **Debtor**                                    **(if known)**

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Murphy, Eryn<br>309 S. Loomis St.<br>Ft. Collins, CO 80521 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Neith, Kathy<br>1832 Valley View Ln.<br>Ft. Collins, CO 80524 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Nelson, Brad<br>3200 Wedgewood Ct.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Neubert, Dave<br>443 Amethyst Ave.<br>Loveland, CO 80537 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Neuhold, Walter<br>1710 Minnesota<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Noller, Bob<br>3712 Bromley Dr.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Normington, Denise<br>724 Blue Mountain Dr.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Northburg, Tom<br>5222 Cornerstone Dr.<br>Ft. Collins, CO 80528 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Olsen, Steve<br>3243 King Fisher Ct.<br>Ft. Collins, CO 80528 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Otto, Tyler<br>2204 San Miguel Dr.<br>Severence, CO 80546 |

**B6H (Official Form) (12/07) -- Cont.**

In re Todd Andrew Schneeberger & Patricia Anne Schneeberger   **Debtor**   Case No. _____

(if known)

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Owens, Jim<br>1321 Buttonwood Dr.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Padilla, Ray<br>4908 Carabella Dr.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Parker, Camille<br>633 Peyton Dr.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Pearson, Marty<br>90 Meadow Mountain Rd<br>Livermore, CO 8 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Peeler, Karen<br>5313 Cherrywood Ln.<br>Johnstown, CO 80534 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Pegg, Tracy<br>3300 Sam Huston Cr.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Pickering, Lannie<br>PO Box 721<br>Walden, CO 80480 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Pinner, Tyler<br>3819 Horsetooth Ct.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Piszczek, Todd<br>205 5th St.<br>Windsor, CO 80550 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Polland, Michael<br>513 Aspen Grove Way<br>Windsor, CO 80550 |

B6H (Official Form) (12/07) -- Cont.

In re Todd Andrew Schneeberger & Patricia Anne Schneeberger    **Debtor**                    Case No. _____
                                                                                                    (if known)

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Powers, Ron<br>2018 Terry Lake<br>Ft. Collins, CO 80524 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Prange, Mark<br>1700 Palmm Dr. #2<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Rachman, Brennan<br>1001 E. Lake St.<br>Ft. Collins, CO 80524 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Reimann, Kirk<br>3519 Worwick Dr.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Francisco, Romero<br>506 Dunraven Dr.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Roupp, Kevin<br>5283 Corral Ct.<br>Ft. Collins, CO 80528 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Rowland, Thom<br>2090 Avery Way<br>Castle Rock, CO 80109 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Salas, Christina<br>702 Bentley Pl.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Sanders, Susan<br>105 Ridge Rd.<br>Eaton, CO 80615 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Sanford, Pam<br>840 Ponderosa Ct.<br>Eaton, CO 80615 |

**B6H (Official Form) (12/07) -- Cont.**

In re Todd Andrew Schneeberger & Patricia Anne Schneeberger      **Debtor**          Case No. _____

                                                                                            **(if known)**

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Allison Schindler<br>1630 Qail Hollow Dr.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Schmidt, Mishele<br>PO Box 431<br>Wellington, CO 80549 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Schmitz, Jason<br>9177 NW 73rd Street<br>Johnston, IA 50131 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Schwartz, Chris<br>1601 Centennial Rd.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Woleach-Smith, James<br>2551 Hillrose Ct.<br>Loveland, CO 80538 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Abbitt, Lisa<br>4650 Westridge Dr.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Abbott, Wendy<br>4220 Rolling Gate Rd.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Abmey, Shannon<br>PO Box 270356<br>Ft. Collins, CO 80527 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Abreu, Tony<br>210 Morgan Dr.<br>Loveland, CO 80537 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Achziger, Wayne<br>613 Briarwood Rd.<br>Ft. Collins, CO 80521 |

**B6H (Official Form) (12/07) -- Cont.**

In re Todd Andrew Schneeberger & Patricia Anne Schneeberger **Debtor**          Case No. _____
                                                                                              **(if known)**

# SCHEDULE H - CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Adams, Alexa<br>6112 Normandy Ct.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Adams, Carol<br>1809 Mesa View<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Addington, Josh<br>3919 Wilson Ave.<br>Loveland, CO 80538 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Adsit, Heather<br>3840 Ash Ave.<br>Loveland, CO 80538 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Allen Tom<br>2633 Ashland Ln.<br>Ft. Collins, CO 80524 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Alman, Karin<br>619 Woodland Way<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Altschuld, Jon<br>3450 Lost Lake Pl., L2<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Amidon, Scott<br>1509 Cory Dalis Ct.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Anderson, Barney<br>7628 Emerald Ave.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Annear, Lynn<br>1127 Hereford Ranch Rd.<br>Cheyenne, WY 82007 |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

**B6H (Official Form) (12/07) -- Cont.**

In re Todd Andrew Schneeberger & Patricia Anne Schneeberger, **Debtor**

Case No. _____ **(if known)**

# SCHEDULE H - CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Anupindi, Sundar<br>2502 Timberwood Dr. #98<br>Ft. Collins, CO 80528 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Arndorfer, Todd<br>2802 Stone Haven Dr.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Arndt, Channing<br>1603 W. Mulberry St.<br>Ft. Collins, CO 80521 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Askeland, Rachel<br>1556 Westfield Dr.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Baca Ernie<br>121 Meadowview Dr.<br>Loveland, CO 80537 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Bailey, Anne<br>1320 Parkridge Dr.<br>Eaton, CO 80615 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Baird, Dave<br>3601 Horsetooth Ct.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Baker, Elizabeth<br>3430 Cherrystone Ct.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Balliet, Andrew<br>4109 Plum Creek Dr.<br>Loveland, CO 80538 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Bancks, Katie<br>1120 City Park Ave.<br>Ft. Collins, CO 80521 |

**B6H (Official Form) (12/07) -- Cont.**

In re Todd Andrew Schneeberger & Patricia Anne Schneeberger  **Debtor**

Case No. _____

(if known)

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Banister, Kathy<br>3503 Hearthfire Dr.<br>Ft. Collins, CO 80524 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Barnum, Kari<br>6156 Carmichael St.<br>Ft. Collins, CO 80528 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Bartels, Eric<br>1505 Brentwood St.<br>Ft. Collins, CO 80521 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Bartram, Jack<br>6432 Carmichael St.<br> Ft., Collins, CO 80528 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Belangee, Lucus<br>220 Briarwood Ct.<br>Ft. Collins, CO 80521 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Beller, Heather<br>3212 Nesbit Ct.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Benjamin, Jenny<br>2923 Zendt Dr.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Bennetts, Steve<br>609 Kohler<br>Kersey, CO 80644 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Bergs, Douglas<br>5262 Cornerstone Dr.<br>Ft. Collins, CO 80528 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Bicknell, Scott<br>5218 W. 9th Street<br>Greeley, CO 80634 |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

**B6H (Official Form) (12/07) -- Cont.**

In re Todd Andrew Schneeberger & Patricia Anne Schneeberger _____ **Debtor**   Case No. _____

(if known)

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Bilek, Larry<br>1387 W. 45th Street<br>Loveland, CO 80538 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Billings, Dee<br>321 E. Troutman Pkwy<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Bird, Matt<br>4596 Twin Peaks Dr.<br>Loveland, CO 80537 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Bjick, Peter<br>418 Robin Ct.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Blodgett, Dennis<br>2019 Overlook Dr.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Blonder, Ben<br>6508 S. Lunar Ct.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Boden, Dave<br>1235 W. 50th Street<br>Loveland, CO 80538 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Bodley, Lesley<br>35621 County Rd. 25<br>Eaton, CO 80615 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Bohan, Michael<br>2005 W. Plum St. #331<br>Ft. Collins, CO 80521 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Bohl, Shannon<br>5006 Saffron Ct.<br>Ft. Collins, CO 80525 |

**B6H (Official Form) (12/07) -- Cont.**

In re Todd Andrew Schneeberger & Patricia Anne Schneeberger _____ **Debtor**      Case No. _____

(if known)

# SCHEDULE H - CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Borden, Michael<br>2713 Virginia Dale Dr.<br>Ft. Collins, CO 80521 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Borgens, Shane<br>250 Rodchester Dr.<br>Windsor, CO 80550 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Bornhoft, Kathi<br>8493 Nashua Cir.<br>Wellington, CO 80549 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Bosse, Kristen<br>745 14th St. SE #205<br>Loveland, CO 80537 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Bosse, Greg<br>2420 McKenzie Dr.<br>Loveland, CO 80537 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Botello, Lonie<br>1928 S. 13th Street<br>Laramie, WY 82070 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Bowe, Eric<br>702 Heather Glen Ln.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Boyle, Peter<br>3149 Eagle Dr.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Boyt, Mo<br>3617 Terry Ridge Rd.<br>Ft. Collins, CO 80524 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Braley, Paula<br>1120 Crestway Ct.<br>Ft. Collins, CO 80526 |

B6H (Official Form) (12/07) -- Cont.

In re Todd Andrew Schneeberger & Patricia Anne
Schneeberger _____ Debtor

Case No. _____
(if known)

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Brausch, Jim<br>7405 S. Milliron Rd.<br>Cheyenne, WY 82009 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Brennan, James<br>4338 W. 1st Street<br>Greeley, CO 80634 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Brian, Nancy<br>1445 Purple Sage Ct.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Bricker, Lisa<br>513 Idalia Ct.<br>Ft. Collins, CO80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Bring, Susan<br>1007 Hobson Ct.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Broedner, Denise<br>5106 Abbey Rd.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Brossia, Chris<br>1210 Flowering Almond Dr.<br>Loveland, CO 80538 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Brown, Ercel<br>3300 Stanford Rd. W210<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Brown, Ryan<br>1931 Lakewood Dr.<br>Loveland, CO 80538 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Brown, Mark<br>1032 Salmon Run<br>Ft. Collins, CO 80524 |

**B6H (Official Form) (12/07) -- Cont.**

In re Todd Andrew Schneeberger & Patricia Anne Schneeberger _____ **Debtor**    Case No. _____
                                                                                   **(if known)**

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Brunner, Gary<br>4209 Applegate Ct.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Buboltz, Jessica<br>PO Box 954<br>Driggs, ID 83422 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Buckendorf, Larry<br>2925 Stockbury Dr.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Buckner, Allen<br>232 Marcy Dr<br>Loveland, CO 80537 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Buckskin, Michael<br>1222 103rd Ave.<br>Greeley, CO 80634 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Bugosh, Nick<br>7003 Avondale<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Burnham, Julieen<br>1524 Springwood Dr.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Bussell, Trisha<br>2607  Antelop Rd.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Butters, Susan<br>1018 Battsford Cir.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Buyers, Jennifer<br>4515 Ridgway<br>Loveland, CO 8053 |

**B6H (Official Form) (12/07) -- Cont.**

In re Todd Andrew Schneeberger & Patricia Anne
Schneeberger           **Debtor**                    Case No. _____
                                                                  **(if known)**

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Byrd, Jon<br>2309  Clipper Way<br>Ft. Collins, CO 80524 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Calderwood, Pamela<br>837 Warble Dr.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Carpenter, Becky<br>3826 Century Dr.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Carricato, Melanie<br>9038 Trailhead Ln.<br>Wellington, CO 80549 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Carson, Christie<br>413 Cormorant<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Rowland, Cathy<br>2537 Pinecone Cir.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Causer, Brian<br>2536 W. Mulberry St.<br>Ft. Collins, CO 80521 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Cavallaro, Chris<br>2230 Three Oaks Ct.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>408 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Chalona, Michael<br>408 Whedbee St.<br>Ft. Collins, CO 80524 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Charron, Kim<br>2195 Kennington Ct.<br>Loveland, CO 80528 |

**B6H (Official Form) (12/07) -- Cont.**

In re Todd Andrew Schneeberger & Patricia Anne Schneeberger **Debtor**     Case No. _____

                                                                                      (if known)

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Chavez, Debbie<br>1242 Canvasback<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Cheney, Paul<br>3312 Keenland Way<br>Wellington, CO 80549 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Chipp, Shane<br>4208 Mesa View Ct.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Cisson, CB<br>1136 E. Stuart St.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Clark, Dawnielle<br>1714 Ranae Dr.<br>Loveland, CO 80537 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Clayton, Lesley<br>4201 Widgeon St.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Cochran, Alex<br>1603 Underhill Dr.<br> Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Cogan, Scott<br>1558 Platte Court<br>Loveland, CO 80538 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Cole, Jennifer<br>406 Mulberry St.<br>Loveland, CO 80538 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Collins, Ruth<br>5537 Golden Willow Dr.<br>FT. Collins, CO 80528 |

**B6H (Official Form) (12/07) -- Cont.**

In re Todd Andrew Schneeberger & Patricia Anne Schneeberger    **Debtor**

Case No. _____

              **(if known)**

<div align="center">

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

</div>

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Conlon, Sean<br>1608 Buckeye St.<br>Ft. Collins, CO 80524 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Conn, Brian<br>2460 Wyandotte Dr.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Connell, Leanna<br>3418 Thames Ct.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Contino, Peter<br>1182 Trails End Ct.<br>Windsor, CO 80550 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Cook, Kory<br>875 15th Street #18<br>Laramie, WY 82072 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Cooksey, Randy<br>4240 Monroe Ave.<br>Loveland, CO 80538 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Copeland, Alan<br>3911 Capitol Dr.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Cordain, Lorraine<br>6209 Clymer Cir.<br>Ft. Collins, CO 80 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Cordova, David<br>4195 Coaldale Dr.<br>Loveland, CO 80538 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Creager, Don<br>420 W. Willox Ln.<br>Ft. Collins, CO 80524 |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc.- ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6H (Official Form) (12/07) -- Cont.

In re Todd Andrew Schneeberger & Patricia Anne Schneeberger      Case No. _____

_____ **Debtor**                                   **(if known)**

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Crockett, Charles<br>328 E. Hwy 96<br>Sheridan Lake, CO 81071 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Cuddemi, Donna<br>2433 Chandler Ct.<br>Ft. Collins, CO 80528 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Culhane, Buttersco<br>1520 Woodgrove Ct.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Cundall, Shana<br>2545 Mary Beth Dr.<br>Loveland, CO 80537 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Czajkowski, William<br>1813 Enfield St.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Dahlberg, Dean<br>3317 Rookery Rd.<br>Ft. Collins, CO 80528 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Daniels, Kelly<br>1000 Pica Run<br>Ft. Collins, CO 80524 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Danielson, Sandy<br>438 Grand Cnty. Rd. 83<br>Fraser, CO 80442 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | David, Martin<br>5227 Cornerstone Dr.<br>Ft. Collins, CO 80528 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Davies, Adrian<br>1925 Derby Ct.<br>Ft. Cillins, CO 80526 |

**B6H (Official Form) (12/07) -- Cont.**

In re Todd Andrew Schneeberger & Patricia Anne Schneeberger **Debtor**

Case No. _____
(if known)

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Dawson, Tandi<br>209 Cattail Bay<br>Windsor, CO 80550 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Dean, Cindy<br>4109 Redbird Pl.<br>Loveland, CO 80537 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Debroux, Phillip<br>917 Edwards St.<br>Ft. Collins, CO 80524 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Debuse, Lee<br>233 Park Pl Ct.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Deromanis, Ben<br>2272 Clydesdale Dr.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Diehl, Brian<br>3604 Copper Spring Dr.<br>Ft. Collins, CO 80528 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Diehl, Vicki<br>612 Sidney Dr.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Dillon, Art<br>39775 Hilltop Cir.<br>Ault, CO 80610 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Dings, Mark<br>538 Appleblossom<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Doering, Karl<br>3019 Moore Ln.<br>Ft. Collins, CO 80526 |

**B6H (Official Form) (12/07) -- Cont.**

In re Todd Andrew Schneeberger & Patricia Anne Schneeberger **Debtor**        Case No. _____

(if known)

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Donahoe, Derek<br>775 2nd Street<br>Windsor, CO 80550 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Donelan, Sonja<br>3180 6th Pl. SW.<br>Loveland, CO 80537 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Doner Debbie<br>4360 Westbrooke Ct.<br>Ft. Collins, CO 80536 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Donnell, Allison<br>PO Box 1933<br>Lyons, CO 80540 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Dragan, Michelle<br>1807 Brookwood Dr.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Drake, Jeanne<br>3273 Gunnison Dr.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Drake, Carri<br>124 Bryan St.<br>Ft. Collins, CO 80521 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Drennen, Courtney<br>3412 Canadian Pkwy<br>Ft. Collins, CO 80524 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Duffy, Amy<br>2408 Chandler Ct.<br>Ft. Collins, CO 80528 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Dunlap, Miles<br>1701 Springmeadows Ct. #D<br>Ft. Collins, CO 80525 |

B6H (Official Form) (12/07) -- Cont.

In re Todd Andrew Schneeberger & Patricia Anne Schneeberger  **Debtor**                         Case No. _____
                                                                                    **(if known)**

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Dunn, Bruce<br>720 Laurel Hill Ct.<br>Loveland, CO 80537 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Dupuis, John<br>4431 Upoint Ct.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Dyrek, Debbie<br>7940 Bayside Dr.<br>Ft. Collins, CO 80528 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Eberle, Peter<br>508 Columbia<br> Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Ecker, Melanie<br>5914 Snowy Plover Ct.<br>Ft. Collins, CO 80528 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Eddy, Joan<br>1403 Sheepcreek Ct.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Edgar, Wade<br>1112 Bent Tree Ct.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Embry, Leo<br>3220 Mesa Verde St.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Emery, Holly<br>8726 Blackwood Dr.<br>Windsor, CO 80550 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Emory, Alan<br>3302 Corte Almaden<br>Ft. Collins, CO 80524 |

**B6H (Official Form) (12/07) -- Cont.**

In re Todd Andrew Schneeberger & Patricia Anne Schneeberger     **Debtor**     Case No. _____

_____ (if known)

# SCHEDULE H - CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Erickson, Scott<br>4201 Idledale<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Erthal, Daisy<br>733 Kimball Rd.<br>Ft. Collins, CO 80521 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Everett, Jane<br>2442 Hollingbourne Dr.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Evert, Janelle<br>618 Suntrail Dr.<br>Loveland, CO 80538 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Fargo, Mike<br>3521 Shallow Pond Dr.<br>Ft. Collins, CO 80528 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Farman, Vicky<br>749 S. Lemay<br>Ft. Collins, CO 80524 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Fauth, Marissa<br>6244 W. 3rd St. Rd.<br>Greeley, CO 80634 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Faye, Matt<br>1712 Fairbrook Ct.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Felix, Juan<br>2046 Wedgewood Dr.<br>Greeley, CO 80631 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Feller, Ryan<br>4448 Starflower Dr.<br>Ft. Collins, CO 80526 |

B6H (Official Form) (12/07) -- Cont.

In re  Todd Andrew Schneeberger & Patricia Anne
Schneeberger          **Debtor**

Case No. _____
                                              **(if known)**

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Fettig, Christa<br>1504 Persia Ave.<br>Loveland, CO 80537 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Finch, CJ<br>920 E. Cnty. Rd.8<br>Berthoud, CO 80513 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Fiserova, Milada<br>8208 Taylor Ct.<br>Ft. Collins, CO 80528 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Fish, Melanie<br>3742 Ashmount Dr.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Fisher, Sara<br>731 Arbor Ave.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Fisher, Nicole<br>2921 Timberwood Dr.<br>Ft. Collins, CO 80528 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Fitch, Heather<br>2708 W. Mulbery<br>Ft. Collins, CO 80512 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Flierl, Kevin<br>22478 County Rd. 15<br>Johnstown, CO |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Ford, Ted<br>PO Box 6491<br>Dillon, CO80435 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Forro, Steve<br>4305 Roaring Fork Dr.<br>Loveland, CO 80538 |

**B6H (Official Form) (12/07) -- Cont.**

In re Todd Andrew Schneeberger & Patricia Anne Schneeberger    **Debtor**

Case No. _____

(if known)

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Forte, Ron<br>801 Delwood Dr.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Foster, Thalia<br>4045 Bluff Ln.<br>Loveland, CO 80537 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Foster, Kris<br>1944 Markham Ct.<br>Loveland, CO 80583 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Fraley, Kayleen<br>7841 Vantage View Pl.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Fraser, Randall<br>1108 Aruba Dr.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Freeman, Mike<br>409 Huntington Hill Dr.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Fuhrman, Greg<br>2002 Richards Lake Rd.<br>Ft. Collins, CO 80524 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Gallegos, Daniel<br>1010 Alsace Way<br>Lafayette, CO 80026 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Gamer, James<br>422 Golden Ridge Way<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Gammon, Leighton<br>110 W. 3rd Ave.<br>Cheyenne, WY 82001 |

**B6H (Official Form) (12/07) -- Cont.**

In re Todd Andrew Schneeberger & Patricia Anne
Schneeberger          **Debtor**

Case No. _____
                              **(if known)**

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Garcia, Marco<br>2249 Iroquois Dr.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Garcia<br>2189 35th<br>Greeley, CO 80634 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Garland, Rick<br>93 Locals Ln.<br>Breckenridge, CO 80424 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Gaskill-Fox, Jamie<br>3050 W. Stuart St. #10<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Gathright, Russell<br>501 N. Overland Tr.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Geraghty, Brian<br>2802 Autumn Harvest Way<br>Ft. Collins, Co 80528 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Gernert, Linda<br>2231 Timber Creek Dr.<br>Ft. Collins, Co 80582 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Gibbs, Patsy<br>2218 Threeoaks Ct.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Gibbs, Mark<br>5109 Thistle Pl.<br>Loveland, CO 80537 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Gillespie, Monica<br>3801 String Ct.<br>Ft. Collins, CO 80526 |

**B6H (Official Form) (12/07) -- Cont.**

In re Todd Andrew Schneeberger & Patricia Anne
Schneeberger            **Debtor**

Case No. _____
                              **(if known)**

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Gilmour, Kami<br>4937 Blue Stem Ct.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Girardi, Teresa<br>7709 Vantage View Pl.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Glazier, Brandon<br>1415 10th Street SW. #120<br>Loveland, CO 80537 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Glenn, Brent<br>305 Poudre Bay<br>Windsor, CO 80550 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Goeltl, Laura<br>608 Sedgwick Dr.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Gogarty, Kelly<br>7208 Trout Ct.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Goodsell, Donna<br>3100 W. 6th St.<br>Greeley, CO 80634 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Gorham, Steve<br>4600 Trailsend<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Gordon, Stan<br>3838 Eclipse Ln.<br>Ft. Collins, CO 80528 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Gorney, Kelley<br>3980 Willow Wood Ave.<br>Loveland, CO 80538 |

B6H (Official Form) (12/07) -- Cont.

In re Todd Andrew Schneeberger & Patricia Anne
Schneeberger _____ Case No. _____
                     Debtor                                (if known)

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Gorski, Nathen<br>PO Box 270101<br>Ft. Collins, CO 80527 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Grace, Christine<br>105 52nd Ave.<br>Greeley, CO 80634 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Graf, Barry<br>4445 Kano Dr.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Graham, James<br>808 Missouri Ave.<br>Alliance, NE 69301 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Graves, Mitch<br>1827 Somerville Dr.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Greenacre, Addie<br>2020 W. Plum St. #7<br>Ft. Collins, CO 80521 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Greer, Jodi<br>903 Prescott<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Grell, Julie<br>3321 Long Creek Dr.<br>FT. Collins, CO 80528 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Grenier, Dan<br>1013 Hahn Ct.<br>Loveland, CO 80537 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Griffith, Louann<br>3543 Harbor Way<br>Ft. Collins, CO 80524 |

B6H (Official Form) (12/07) -- Cont.

In re Todd Andrew Schneeberger & Patricia Anne
Schneeberger _____     Case No. _____
                        **Debtor**                                        **(if known)**

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Griffith, Michael<br>2745 Hearthstone<br>Ft. Collins, CO 80528 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Guerette, Travis<br>514 Aspen Grove Way<br>Windsor, CO 550 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Guillan, Chris<br>1018 Centre Ave<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Haase, David<br>2813 Teal Eye Court<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Habighorst, Josiah<br>210 Pelican Cove<br>Windsor, CO 80550 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Hagelberg, Travis<br>1702 Maroon Dr.<br>Cheyenne, WY 82001 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Hale, Suzanne<br>2606 Jewelstone Ct.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Hale, Thomas<br>3506 Lancaster Dr.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Hall, Barry<br>924 Deerhurst Cir.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Hall, Lynn<br>601 Griffin Pl.<br>Ft. Collins, CO 80521 |

**B6H (Official Form) (12/07) -- Cont.**

In re Todd Andrew Schneeberger & Patricia Anne Schneeberger **Debtor**    Case No. _____
                                                                                    **(if known)**

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Ham, Bonnie<br>3903 Platte Dr.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Hanawalt, Mike<br>2819 Whitworth<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Hanson, Mark<br>3202 Ledgestone Ct.<br>Ft. Collins, CO 80528 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Harger, Shawn<br>2814 Autumn Harvest Way<br>Ft. Collins, CO 80528 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Harrison, Connor<br>249 N. Harrison Ave.<br>Loveland, CO 80537 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Harrison, Susan<br>1025 Inverness Rd.<br>Ft. Collins, CO 80524 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Hartley, Mara<br>4345 Sunridge Dr.<br>Loveland, CO 80538 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Hartman, Keri<br>1606 Arroyo Dr.<br>Windsor, CO 80550 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Hartman, Melissa<br>2331 Valley Forge Ave.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Hartman, Joe<br>2226 Woody Creek Cir.<br>Loveland, CO 80538 |

**B6H (Official Form) (12/07) -- Cont.**

In re Todd Andrew Schneeberger & Patricia Anne
Schneeberger _____
        **Debtor**

Case No. _____
                    **(if known)**

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Hawkes, Wendy<br>7220 Ft. Morgan Dr.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Hawkinson, Stephanie<br>4050 Golf Vista Dr.<br>Loveland, CO 80537 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Haynes, Colby<br>3010 Moore Ln.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Healey, Burke<br>9512 Red Mountain Rd.<br>Livermore, CO |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Hearne, Shelly<br>2426 Rock Creek Dr.<br>Ft. Collins, CO 80528 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Heitzman, Scott<br>229 Audry Dr.<br>Loveland, CO 80537 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Henninger, David<br>355 Buffalo Dr.<br>Windsor, CO 80550 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Henninger, Traci<br>2117 Meander Rd.<br>Windsor, CO 80550 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Herd, Jill<br>244 Scenic Dr.<br>Loveland, CO 80537 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Hernblom, Allyson<br>2300 Ponderosa Dr.<br>Loveland, CO 80538 |

**B6H (Official Form) (12/07) -- Cont.**

In re Todd Andrew Schneeberger & Patricia Anne Schneeberger         Case No. _____
                                                  **Debtor**                        **(if known)**

# SCHEDULE H - CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Herrmann, Carl<br>7517 Weld County Road 96<br>Wellington, CO 80549 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Hess, Eric<br>5139 Trappers Creek Ct.<br>Ft. Collins, CO 80528 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Hesse, Cody<br>2401 N. 119th Street<br>Lafayette, CO 80026 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Hicks, Terri<br>Po Box 12<br>Pierce, CO 80650 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Hill, Eric<br>2413 Pineneedle Ct.<br>Ft. Collins, CO 80528 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Hill, Susan<br>518 Stover<br>Ft. Collins, CO 80524 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Hines, Eric<br>855 Aztec Dr.<br>Ft Collins, CO 80521 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Hintz, Larry<br>335 Scotch Pine Ct.<br>Windsor, CO 80550 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Hirning, Jake<br>3312 McConnell Dr.<br>Laporte, CO 80535 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Hitchens, Cheryl<br>2727 Imperial Ridge Dr.<br>Loveland, CO 80537 |

**B6H (Official Form) (12/07) -- Cont.**

In re Todd Andrew Schneeberger & Patricia Anne Schneeberger **Debtor**      Case No. _____

                                                      **(if known)**

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Hodge, Mary<br>827 Ashford Ln.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Hoggatt, Darby<br>437 Flagler Rd.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Holt, Lara<br>929 Presido Way<br>Windsor, CO 80550 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Homrighausen, Darren<br>513 W. Oak St.<br>Ft. Collins, CO 80521 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Horne, Renee<br>PO Box 272636<br>Ft. Collins, CO 80527 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Houde, Paden<br>1020 Glenmoor St.<br>Ft. Collins, CO 80521 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Huff, Kristi<br>5620 Fossil Creek Pkwy.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Humpal, Laurie<br>1901 Mackenzie Ct.<br>Ft. Collins, CO 80528 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Hunt, Barry<br>1728 Lakeview Dr.<br>Ft. Collins, CO 80524 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Hunt, Chris<br>430 E. Plum St.<br>Ft. Collins, CO 80524 |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6H (Official Form) (12/07) -- Cont.

In re Todd Andrew Schneeberger & Patricia Anne Schneeberger _____
                                          Debtor

Case No. _____
                                  (if known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Husen, Paul<br>2851 Kansas Dr. Unit D<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Hutson, Kimber<br>6322 Buchanan Ct.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Ikeler, Mariquita<br>2315 Brightwater<br>Ft. Collins, CO 80524 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Ingram, Jason<br>3500 Kingston, Cr.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Irrer, Adam<br>1002 Sycamore St.<br>Ft. Collins, CO 80521 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Iwanski, Kim<br>4102 W. Brooke Dr.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Jenkins, Scott<br>3226 Spruce Dr.<br>Ft. Collins, CO 526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Jabs, Michelle<br>935 Presado Way<br>Windsor, CO 80550 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Jennings, Amy<br>3621 Richmond Dr.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Jenson, Jenny<br>1126 Belleview<br>Ft. Collins, CO 80526 |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver.4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6H (Official Form) (12/07) -- Cont.

In re Todd Andrew Schneeberger & Patricia Anne
Schneeberger                        Case No. _____
                    **Debtor**                                    **(if known)**

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Jerden, Cleatis<br>3832 W. County Rd. 8<br>Berthoud, CO 80513 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Jewell, David<br>2975 Neil Dr.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Johnson, Laura<br>554 Abrams Way<br>Loveland, CO 80537 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Johnson, Debbie<br>4056 Burr Oak Dr.<br>Loveland, CO 80538 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Johnson, Dana<br>5463 Gulfstar Ct.<br>Ft. Collins, CO 80528 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Johnson, Greg<br>5478 Tradewind Dr.<br>Ft. Collins, CO 80528 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Johnson, Tim<br>6420 Garrison Ct.<br>Ft. Collins, CO 80528 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Jones, Alan<br>1931 E. 1st Street<br>Loveland, CO 80537 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Jordan, Adam<br>2502 Timberwood Dr.<br>Ft. Collins, CO 80528 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Jordan, Pete<br>402 Red Hawk Dr.<br>Ft. Collins, CO 80524 |

**B6H (Official Form) (12/07) -- Cont.**

In re Todd Andrew Schneeberger & Patricia Anne Schneeberger **Debtor**          Case No. _____

                                                                             (if known)

# SCHEDULE H - CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Josh, Jerry<br>620 E. 41st Street<br>Loveland, CO 80538 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Jung, Rhea<br>1542 Cedarwood Dr.<br>Ft. Collins, CO 80521 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Kane, Steve<br>4305 Wellington Dr.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Kaster, Grant<br>710 City Park Ave. C320<br>Ft. Collins, CO 80521 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Kelly, Sue<br>4795 Ignacio Ct.<br>Loveland, CO 80538 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Kennedy, Joanne<br>3118 Silverwood Dr.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Kennedy, Richard<br>1500 Edora Dr. #2<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Kennedy, Lisa<br>4921 Filbert Dr.<br>Loveland, CO 80538 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Keramidis, Shannon<br>4735 Mimosa St.<br>Loveland, CO 80583 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Kershner, Yvette<br>3214 Chase Dr.<br>Ft. Collins, CO 80525 |

**B6H (Official Form) (12/07) -- Cont.**

In re Todd Andrew Schneeberger & Patricia Anne Schneeberger **Debtor**                Case No. _____
                                                                                                      **(if known)**

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Kesterke, Nick<br>2574 Tupelo Dr.<br>Loveland, CO 80538 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Kim, Paul<br>1600 W. Plum St.<br>Ft. Collins, CO 80521 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Kimball, Dexter<br>15121 Alzuli Rd.<br>Loveland, CO 80538 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | King, Dennis<br>4719 Sunvalley Dr.<br>Loveland, CO 80538 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Klammer, Troy<br>5716 S. Timberline Rd.<br>Ft. Collins, CO 80528 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Klingner, Susie<br>909 Southridge Greens<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Knowlton, Robert<br>401 N. Timberline #12<br>Ft. Collins, CO 80524 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Koch, Ann<br>1125 Gregory Rd.<br>Ft. Collins, CO 80524 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Koldeway, Mary<br>1931 Rangely Ct.<br>Loveland, CO 80538 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Korf, Chris<br>2450 Windrow Dr. E205<br>Ft. Collins, CO 80525 |

**B6H (Official Form) (12/07) -- Cont.**

In re Todd Andrew Schneeberger & Patricia Anne
Schneeberger _____  Case No. _____
                **Debtor**                                    **(if known)**

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Kraus, Robert<br>1107 Timber Ln.<br>Ft. Collins, CO 80521 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Kreikemeier, Jean<br>1714 Globe Ct.<br>Ft. Collins, CO 80528 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Kroening, Randy<br>2936 Indigo CR North<br>Ft. Collins, CO 80528 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Kyle, Leslie<br>2127 W. CR 38E<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Lafferty, April<br>2300 Rollingwood Dr.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Lamar, Diane<br>37622 WCR 49<br>Eaton, CO 80615 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Lamb, Susan<br>1917 Meadow Air Dr.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Lambert, Tricia<br>1814 Rolling Gate Rd.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Lammons, Denice<br>3262 Rock Park Dr.<br>Ft. Collins, CO 80528 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Lamonte, Ingerd<br>2441 Mathes<br>Ft. Collins, CO 80525 |

**B6H (Official Form) (12/07) -- Cont.**

In re Todd Andrew Schneeberger & Patricia Anne Schneeberger    **Debtor**    Case No. _____

                                                                          (if known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Larrieu, Judy<br>506 Praire Clover Ln.<br>Windsor, CO 80550 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Larsen, Colleen<br>524 S. Washington Ave.<br>Ft. Collins, CO 80521 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Larson, Jonathan<br>2613 Stanford Rd. 7A<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Laser, Mary<br>5430 Hidden Springs Rd.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Latshaw, Sue<br>2712 Granda Hill Dr.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Laureles, Raul<br>3101 Fairview Dr.<br>Ft. Collins, CO 80524 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Laurie, Robert<br>1405 Laporte Ave.<br> Ft. Collins, CO 80521 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Lawler, Simon<br>3100 Swallow Pl.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Laybourn, Paul<br>3938 Century Dr.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Leidhold, Doug<br>1011 Coachman Ln.<br>Ft. Collins, CO 80524 |

**B6H (Official Form) (12/07) -- Cont.**

In re Todd Andrew Schneeberger & Patricia Anne Schneeberger _____ **Debtor**          Case No. _____
                                                                      **(if known)**

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Leistikow, Kelly<br>6535 Aberdour Cr.<br>Windsor, CO 80550 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Leivonen, Erin<br>3098 Sedgwick Cr.<br>Loveland, CO 80538 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Lemanski, Barbara<br>19715 Whitewind Dr.<br>Houston, TX 77094 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Lemer, Kody<br>1920 Ruddy Ct.<br>Johnstown, CO 80534 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Lemoine, Marc<br>7132 Bonhomme Richard Dr.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Lennon, Mark<br>4408 JFK Pkwy.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Lenskold, Karen<br>3914 Mesa Verde St.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Levinger, Nancy<br>1414 Whedbee<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Lewis, Wayne<br>2943 Rocky Mountain Ct.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Lewis, Jeff<br>3902 Gardenwall Ct.<br>Ft. Collins, CO 80524 |

**B6H (Official Form) (12/07) -- Cont.**

In re Todd Andrew Schneeberger & Patricia Anne
Schneeberger     **Debtor**

Case No. _____

(if known)

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Li, Jing<br>2502 Timberwood Dr.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Liepe, Chris<br>616 Hinsdale Ct.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Lin, Jocelyn<br>812 Jutland Ln.<br>Ft. Collins, CO 80524 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Lindgren, Peter<br>6371 Engh Pl.<br>Timnath, CO 80547 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Lindstrom, Eric<br>1109 Hepplewhite Ct.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Lockwood, Jody<br>6301 S. Ridge Greens<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Logrippo, Derek<br>5620 Fossil Creek Pkwy<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Lohman, Mike<br>1833 Crestmore Pl.<br>Ft. Collins, CO 80521 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Loner, Brian<br>3845 Landings Dr.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Long, Kimberly<br>5646 Qyarry St.<br>Timnath, CO 80547 |

**B6H (Official Form) (12/07) -- Cont.**

In re Todd Andrew Schneeberger & Patricia Anne Schneeberger  **Debtor**            Case No. _____

                                                                                                  **(if known)**

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Long, Aaron<br>965 Norway Maple Dr.<br>Loveland, CO 80538 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Lorenz, Perry<br>2406 Pine Needle Ct.<br>Ft. Collins, CO 80528 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Loucks, John<br>4725 Crest Rd.<br>Ft. Collins, CO 80562 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Lunn, Lori<br>4312 Silverview Ct.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Lutz, Michael<br>1012 Stika Ct.<br>Loveland, CO 80538 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Macawen, Angela<br>2615 W. Trilby Rd.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Mackenzie, Michelle<br>90 A Fort Warren Ave.<br>Cheyenne, WY 82001 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Madigan, Connor<br>4120 Centergate Ct.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Mann, Dori<br>1801 Creekwood<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Mann, Cory<br>3701 Mead St.<br>Ft. Collins, CO 80526 |

B6H (Official Form) (12/07) -- Cont.

In re Todd Andrew Schneeberger & Patricia Anne
Schneeberger            Debtor

Case No. _____
                              (if known)

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Marable, Jade<br>1509 Wasp Ct.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Mares, Jennifer<br>819 Benthaven St.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Maris, Tabitha<br>708 Cyprus Ln.<br>Cheyenne, WY 82009 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Marshall, Robert<br>3763 Sandyshore Ln.<br>Ft. Collins, CO 80528 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Marshall, Jessica<br>2640 County Rd. 23<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Martin, Bill<br>508 Duke Ln.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Martin, Dan<br>2524 Sunstone Dr.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Martin, Stephanie<br>2366 Durango Dr.<br>Loveland, CO 80538 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Martinez, Tim<br>900 Battsford Cr.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Martinez/Fenlason Aarib<br>5127 Milstone Ln.<br>Ft. Collins, CO 80525 |

**B6H (Official Form) (12/07) -- Cont.**

In re Todd Andrew Schneeberger & Patricia Anne Schneeberger

**Debtor**

Case No. _____

**(if known)**

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Martorana, Kelly<br>725 Shadowmere Ct.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Mascio, David<br>4201 Picadilly Dr.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Mason, Phillip<br>1407 Salem St.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Massey, Kim<br>6201 Southridge Greens B<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Massey, Greg<br>1554 Preston Trail<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Mast, Cindy<br>261 Marcy Dr.<br>Loveland, CO 80537 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Masters, Kimberly<br>301 S. Josephine Ave.<br>Milliken, Co 80543 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Matherson, Kevin<br>6766 Crooked Stick Dr.<br>Windsor, CO 80550 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Mathews, Marcy<br>3531 Windmill Dr. #G5<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Mathews, Josh<br>2212 Vermont Dr. #L303<br>Ft. Collins, CO 80525 |

B6H (Official Form) (12/07) -- Cont.

In re Todd Andrew Schneeberger & Patricia Anne Schneeberger    **Debtor**    Case No. _____
                                                                                           (if known)

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Mawhinney, Terran<br>6076 Waterfront Dr.<br>Ft. Collins, CO 80524 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | May, Mary<br>7422 Victoria Ct.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | McCall, Cheryl<br>155 W. Corriente Ct.<br>Queen Creek, AZ 85143 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | McCarthy, Tim<br>7915 Bayside Dr.<br>Ft. Collins, CO 80528 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | McCoy, Jennifer<br>2808 William Neal Pkwy<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | McDonald, Adam<br>713 Foxtail St.<br>Ft. Collins, CO 80524 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | McElvenny, Jamie<br>2932 Stone Haven Dr.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | McFeely, Elizabeth<br>3400 Landcster Dr.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | McGhie, Steve<br>2399 Amber Ct.<br>Loveland, CO 80537 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | McGibben, Rob<br>1738 Scenic Valley Dr.<br>Loveland, CO 80537 |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

**B6H (Official Form) (12/07) -- Cont.**

In re Todd Andrew Schneeberger & Patricia Anne Schneeberger   **Debtor**          Case No. _____
                                                                            **(if known)**

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | McGill, Shana<br>4588 Hayler Ave.<br>Loveland, CO 80538 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | McGuinnis, Mitchell<br>2975 Neil Dr. #3<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | McKay, Cody<br>905 Foothills Ct.<br>Windsor, CO 80550 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | McKee, Katheleen<br>3178 Sagewater Ct.<br>Ft. Collins, CO 80528 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | McMahill. Alicia<br>PO Box 1457<br>Wellington, CO 80549 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | McNabb, Robert<br>6111 Randell Ave<br>Cheyenne, WY 82005 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | McPhee, Mary<br>7401 Barnes Ct.<br>Ft. Collins, CO 80528 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Meador, Mike<br>472 Deercreek Ct.<br>Loveland, CO 80538 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Mecseji, Collleen<br>3259 King Fisher Ct.<br>Ft. Collins, CO 80528 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Medina, Carlos<br>2436 Charolais Dr.<br>Ft. Collins, CO 80526 |

B6H (Official Form) (12/07) -- Cont.

In re Todd Andrew Schneeberger & Patricia Anne
Schneeberger        **Debtor**

Case No. _____
                              **(if known)**

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Meis, Kat<br>10528 CR 43<br>Drake, CO 80515 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Meliherchik, Chaz<br>3027 Indigo Ct.<br>Ft. Collins, CO 80528 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Melton, Adam<br>4130 Suncrest Dr.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Merzia, Steve<br>817 North Garfield<br>Loveland, CO 80537 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Meyer, Danette<br>370 Andrews Park Rd.<br>Livermore, CO 80536 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Meyer, Dan<br>3504 Shore Rd.<br>Ft. Collins, CO 80524 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Mighell, Mark<br>2569 57th Ave.<br>Greeley, CO 80550 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Miller, Kim<br>836 Brown Bush St.<br>Ft. Collins, CO 80 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Miller, Ric<br>3112 Rustic Ct.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Miller, Kim<br>2736 Maroon Ct.<br>Ft. Collins, CO 80525 |

B6H (Official Form) (12/07) -- Cont.

In re Todd Andrew Schneeberger & Patricia Anne
Schneeberger        **Debtor**

Case No. _____
                        (if known)

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Miller, Rebecca<br>712 Justice Dr.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Miller, Keith<br>930 Monroe Ave. #12<br>Loveland, CO 80537 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Moessner, Art<br>4615 Eagle Lake Dr.<br>Ft. Collins, CO 80524 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Mohler, Brian<br>1679 E. 7th Street<br>Loveland, CO 80537 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Moinester, Justin<br>705 Stover St.<br>Ft. Collins, CO 80524 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Molenar, Debra<br>1717 Barrington Ct.<br>Ft. Collins, CO 80524 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Monarco, Sean<br>1508 Tang Ct.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Moneypenny, Karen<br>1596 Persian Ave.<br>Loveland, CO 80537 |
|  | Montague, Ellen<br>2215 Sun Rose Way<br>Ft. Collins, CO 80521 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Mooney, Tammy<br>1716 Serramonte<br>Ft. Collins, CO 80524 |

**B6H (Official Form) (12/07) -- Cont.**

In re Todd Andrew Schneeberger & Patricia Anne Schneeberger **Debtor**          Case No. _____
                                                                          **(if known)**

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Moore, Karen<br>1106 White Oak Ct.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Moore, Mike<br>2000 Crestview Ct.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Morey, Teresa<br>PO Box 542<br>Wellington, CO 80549 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Morony, Carroll<br>2619 Wyandotte<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Morris, Jen<br>217 Camino Real<br>Ft. Collins, CO 80524 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Morris, Brent<br>3915 Rannoch St.<br>Ft. Collins, CO 80524 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Morris, Andrew<br>3932 McComb St.<br>Ceyenne, WY 82001 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Mosser, Amy<br>235 Walnut Ave.<br>Eaton, CO 80615 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Mueller, Vita<br>4333 Kano Dr.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Murray, Mitch<br>2221 Grosvenor<br>Ft. Collins, CO 80526 |

B6H (Official Form) (12/07) -- Cont.

In re Todd Andrew Schneeberger & Patricia Anne Schneeberger  **Debtor**

Case No. _____

(if known)

# SCHEDULE H - CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Murray, John<br>2612 Little Bear Ct.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Musial, Stacy<br>2212 Laporte Ave.<br>Ft. Collins, CO 80521 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Mynatt, David<br>2726 Autumn Harvest Way<br>Ft. Collins, CO 80528 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Nabours, April<br>4237 Cape Cod Cr.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Nash, Rich<br>4737 Eagle Lake Dr.<br>Ft. Collins, CO 80524 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Needham, Jennifer<br>720 Boltz Dr.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Neff, Liz<br>1030 Bramblebush St.<br>Ft. Collins, CO 80524 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Nelson, Brad<br>3200 Wedgewood Ct.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Nelson, Annamarie<br>3514 Omaha Ct.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Nemitz, Jack<br>1706 Scarborough Dr.<br>Ft. Collins, CO 80526 |

**B6H (Official Form) (12/07) -- Cont.**

In re Todd Andrew Schneeberger & Patricia Anne
Schneeberger  **Debtor**

Case No. _____

(if known)

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Newsom, Lauren<br>2731 Worthington<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Newton, Jack<br>2053 Huntington Cir.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Nichols, Cheryl<br>1601 Mea<br>Ft. Collins, CO 80525dowaire |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Nienke, Shelly<br>901 Ridge West Dr.<br>Windsor, Co 80550 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Nitcholas, Josh<br>3019 Rustic Ct.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Noe, Tina<br>3356 Mammoth Cr.<br>Wellington, CO 80549 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Nunn, Colleen<br>2243 Suffolk St.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Oblender, Tia<br>3512 Limestone Ct.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | O'Brien, Michael<br>1362 St. John Pl.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Ochs, Julie<br>1111 Red Oak Ct.<br>Ft. Collins, CO 80525 |

B6H (Official Form) (12/07) -- Cont.

In re Todd Andrew Schneeberger & Patricia Anne
Schneeberger          **Debtor**

Case No. _____
                                    **(if known)**

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Ochwat, Jennifer<br>321 Brinn Ct.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Oconnell, Andrea<br>2304 Nottingham Ct.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Odell, Jackie<br>8196 Admeral Dr.<br>Ft. Collins, CO 80528 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Odell, Devin<br>805 Smith St.<br>Ft. Collins, CO 80524 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Olson, Sharon<br>3418 Cheetah Dr.<br>Loveland, CO 80537 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | O'Reilly, Chris<br>966 Wild Cherry Ln.<br>Ft. Collins, CO 80521 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Oreskey, Sandra<br>3674 Foothills Dr.<br>Loveland, CO 80537 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Oreskovich, Nick<br>1113 W. Plum St.<br>Ft. Collins, CO 80521 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Orphan, Mark<br>6463 Pumpkin Ridge Dr.<br>Windsor, CO 80550 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Ortiz, Carlos<br>4425 W. 7th Street<br>Greeley, CO 80634 |

**B6H (Official Form) (12/07) -- Cont.**

In re Todd Andrew Schneeberger & Patricia Anne Schneeberger _____ **Debtor**   Case No. _____
                                                                        **(if known)**

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Ortolano, Wes<br>8511 Firethorn Dr.<br>Loveland, CO 80538 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Osborn, Holly<br>8242 Coeur D Alene Dr.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Osler, Twlya<br>2021 E. 57th<br>Loveland, CO 80538 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Osten, Amy<br>5797 Claret St.<br>Timnath, CO 80547 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Paris, June<br>1822 74th Ave. Ct.<br>Greeley, CO 80634 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Patti, AJ<br>613 Boltz Dr.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Paul, Judy<br>1715 Falcon Ridge Dr.<br>Ft. Collins, CO 80528 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Pavsek, Michael<br>4522 NCR 19<br>Ft. Collins, CO 80522 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Payne, Jeni<br>1220 W. Broadmoor Dr.<br>Loveland, CO 80537 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Pearson, Sharon<br>2050 E. 11th St.<br>Loveland, CO 80537 |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc.- ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6H (Official Form) (12/07) -- Cont.

In re Todd Andrew Schneeberger & Patricia Anne
Schneeberger        **Debtor**

Case No. _____
                        **(if known)**

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Pease, Hillary<br>1070 Scarborough Dr.<br>Loveland, CO 80538 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Pedersen, Frank<br>654 Goose Lake Cr.<br>Windsor, CO 80550 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Pelkey, Scott<br>2624 Little Bear Ct.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Lenella, Lee<br>3944 Century Dr.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Perry, Alexandra<br>1425 Cape Cod Cr.<br>Ft. Collins, CO 08525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Petrun, Marcia<br>5223 Paradise Ln<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Pflock, Kurt<br>5507 N. St. LouisAve.<br>Loveland, CO 80538 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Philipp, Charles<br>6843 Springhill Dr.<br>Niwot, CO 80503 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Phillips, Jason<br>601 Ramah Dr.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Pierce, Lael<br>1218 Brumal Ct.<br>Ft. Collins, CO 80525 |

B6H (Official Form) (12/07) -- Cont.

In re Todd Andrew Schneeberger & Patricia Anne Schneeberger    **Debtor**      Case No. _____

                                                                           (if known)

# SCHEDULE H - CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Pietrangelo, Cheryl<br>5621 Falling Water Dr.<br>Ft. Collins, CO 80528 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Pietsch, William<br>1040 Pine Ln.<br>Estes Park, CO 80517 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Pitts, Julie<br>2521 Custer Dr.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Pitts, Shawn<br>2533 Terry Lake Rd.<br>Ft. Collins, CO 80524 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Pollyea, Rebecca<br>3475 Cheetah Dr.<br>Loveland, CO 80537 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Pooler, Sarah<br>1225 Windham Hill Rd.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Porter, Howard<br>2133 Chancery Dr.<br>Loveland, CO 80538 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Poudre Football/Dan Reard<br>201 S. Impala Dr.<br>Ft. Collins, CO 80521 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Powell, Nathan<br>205 Westfall Hall - CSU<br>Ft. Collins, CO 80521 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Powell, Jennifer<br>976 Garfield St.<br>Denver, CO 80206 |

B6H (Official Form) (12/07) -- Cont.

In re Todd Andrew Schneeberger & Patricia Anne Schneeberger _____     Case No. _____
                                    **Debtor**                                    **(if known)**

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Pratt, Seana<br>1221 Solstice Ln.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Proctor, Rick<br>49 Pioneer Pl.<br>Eaton, CO 80615 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Prosser, David<br>1825 Cottonwood Point Dr.<br>Ft. Collins, CO 80524 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Pulis, Amy<br>645 Peyton Dr.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Pullaro, Rob<br>2202 Dolan St.<br>Ft. Collins, CO 80528 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Quaid, Kristen<br>6675 S. Lemay Apt. H2<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Quinlan, Larissa<br>409 Walnut St.<br>Windsor, CO 80550 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Rademacher, Marc<br>1700 Rutledge Ct.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Ray, Amber<br>3024 Nineback Dr.<br>Ft. Collins, CO 80528 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Ray, Chris<br>1319 Paragon Pl.<br>Ft. Collins, CO 80525 |

**B6H (Official Form) (12/07) -- Cont.**

In re Todd Andrew Schneeberger & Patricia Anne Schneeberger     **Debtor**

Case No. _____

         **(if known)**

# SCHEDULE H - CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Rayome, Marilee<br>1531 S. Gilpin<br>Loveland, CO 80537 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Read, Greg<br>1901 Canopy Ct.<br>Ft. Collins, CO 80528 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Reed, Steven<br>719 Larkbunting Dr.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Rees, Amber<br>25 Fort Warren Ave.<br>Cheyenne, WY 82005 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Reeves, Anthony<br>3425 Windmill Dr. #D9<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Reiger-Cole, Keri<br>5669 McWhinney Blvd.<br>Loveland, CO 80538 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Rhoades, Duane<br>2031 Hampshire Dr.<br> Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Richards, Chris<br>519 Spinnaker Ln.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Richer, Eric<br>223 E. Plum St. #B<br>Ft. Collins, CO 80524 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Ries, Kam<br>620 S. 9th St.<br>Berthoud, CO 80513 |

**B6H (Official Form) (12/07) -- Cont.**

In re Todd Andrew Schneeberger & Patricia Anne Schneeberger **Debtor**

Case No. _____

(if known)

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Rinne, Terrie<br>29 Rose Ct.<br>Windsor, CO 80550 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Ritchie, Patrick<br>301 Rock Bridge Dr.<br>Windsor, CO 80550 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Ritzman, Matt<br>5527 Rabbit Creek Rd.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Roberts, Jennifer<br>4905 Hilltop Dr.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Robertson, Jeff<br>3633 Mayflower Ct.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Robinson, Shelby<br>2944 Dean Dr.<br>Ft. Collins, CO 80521 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Rodriguez, Tim<br>1915 Silver Gate Rd.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Rogers, Judy<br>916 Cheyenne Dr.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Romero, Ernest<br>3812 Richmond Dr.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Rotman, Mark<br>1025 Ogden Ct.<br>Ft. Collins, CO 80526 |

**B6H (Official Form) (12/07) -- Cont.**

In re Todd Andrew Schneeberger & Patricia Anne Schneeberger   **Debtor**

Case No. _____

(if known)

# SCHEDULE H - CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Rovani, Joe<br>3337 Aspen Ln.<br>Laramie, WY 82070 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Rowe, Patrick<br>3885 S. Idalia St.<br>Aurora, CO 80013 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Rozeski, Henry<br>3715 Logan Ave.<br>Loveland, CO 80528 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Rubin, Jeremy<br>1385 Wetwood Dr.<br>Windsor, CO 80550 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Rudley, Orlando<br>1921 Bowsprit Dr.<br>Ft. Collins, CO 80524 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Rudolph, Todd<br>1632 Banyan Dr.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Rupert, Justin<br>2845 Willow Tree Ln. #M<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Ruppelt, David<br>719 Woodland Way<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Russell, Richard<br>2336 Kodiak Rd.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Russell, Nicole<br>734 Apple Ct.<br>Windsor, CO 80550 |

**B6H (Official Form) (12/07) -- Cont.**

In re Todd Andrew Schneeberger & Patricia Anne Schneeberger **Debtor**     Case No. _____
                                                                                       **(if known)**

# SCHEDULE H - CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Rutledge, Bill<br>1026 Pinnacle Pl.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Ryan, Luke<br>5121 Harvest Moon Way<br>Ft. Collins, CO 80528 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Ryan, Jesse<br>828 Maple St.<br>Ft. Collins, CO 80521 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Sage, Ginger<br>3517 N. Sheridan<br>Loveland, CO 80538 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Salas, Christina<br>702 Bentley Pl.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Saliman, Laural<br>6020 Snowy Creek Dr.<br>Ft. Collins, CO 80528 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Sample, Roger<br>1524 Brentford Ln<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Sanchez, Ana<br>3336 Creekstone<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Sandler, Steven<br>219 West Myrtle Apt. B<br>Ft. Collins, CO 80521 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Sarmiento, Reyes<br>524 Stover<br>Ft. Collins, CO 80524 |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

**B6H (Official Form) (12/07) -- Cont.**

In re Todd Andrew Schneeberger & Patricia Anne
Schneeberger _____    Case No. _____
                              **Debtor**                                                    **(if known)**

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Scarano, Kim<br>2921 Front St.<br>Bellvue, CO 80512 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Scheidegger, Megan<br>519 S. Meldrum #128<br>Ft. Collins, CO 80521 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Scherer, Rick<br>1225 Crescent<br>Windsor, CO 80550 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Schiller, Erik<br>751 Ashford Lane<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Schlosser, Alex<br>3735 Panther Dr.<br>Loveland, CO 80537 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Schmidberger, Frank<br>3107 Gatlin St.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Schmidt, Daniel<br>4215 Centergate Ct.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Schmidt, Michelle<br>PO Box 431<br>Wellington, CO 80549 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Schneider, Michelle<br>5308 Vardon Way<br>Ft. Collins, CO 80528 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Schnneider, Jennifer<br>5424 Saratoga Cr.<br>Ft. Collins, CO 80526 |

**B6H (Official Form) (12/07) -- Cont.**

In re Todd Andrew Schneeberger & Patricia Anne Schneeberger _____ **Debtor**          Case No. _____
                                                                                                    (if known)

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Schuett, Laurie<br>1121 Cresent Dr.<br>Windsor, CO 80550 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Schwab, Mike<br>2902 Ridgen Pkwy.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Schwartz, Brian<br>215 S. Loomis St.<br>Ft. Collins, CO 80521 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Schwartz/Shelanski, Karen<br>1818 Lakeshore Dr.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Schwery, Alex<br>812 Cambridge Dr.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Scolari, Angelo<br>1421 Red Fox Cr.<br>Windsor, CO 80550 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Scoufis, Margi<br>6909 Antingua Pl.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Seeley, Michael<br>356 Glenda Dr.<br>Loveland, CO 80537 |

**B6H (Official Form) (12/07) -- Cont.**

In re Todd Andrew Schneeberger & Patricia Anne Schneeberger **Debtor**            Case No. _____
                                                                                                                  **(if known)**

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Seen, Kris<br>1618 W. Stuart St.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Semonchick, John<br>3940 Braidwood Dr.<br>Ft. Collins, CO 80524 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Senesac, Sonia<br>3632 Butternut Dr.<br>Loveland, CO 80538 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Serbousek, Kristin<br>7471 Cnty. Rd. 74<br>Windsor, CO 80550 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Shafer, Ty<br>1575 Pelican Lakes Point<br>Windsor, CO 80550 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Sharp, Wendy<br>PO Box 291<br>Windsor, CO 80550 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Shaw, Alec<br>3425 Windmill Dr. Apt. E20<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Shea, Mike<br>3763 Chestnut Ct.<br>Loveland, CO 80538 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Shearer, Amber<br>3755 Mount Meeker St.<br>Wellington, CO 80549 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Shefferd, Joanna<br>855 5th Street<br>Eaton, CO 80615 |

B6H (Official Form) (12/07) -- Cont.

In re Todd Andrew Schneeberger & Patricia Anne Schneeberger _____ Case No. _____
                                    **Debtor**                                    (if known)

# SCHEDULE H - CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Sheppard, Toby<br>509 Sundown Ct.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Shields, John<br>PO Box 40<br>Drake, CO 80515 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Shileikis, Andrew<br>2361 Saphhire St.<br>Loveland, CO 80538 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Shockley, Peggy<br>628 W. 5th Street<br>Loveland, CO 80538 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Shortman, Kymberly<br>806 Bonita Ave.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Siemens, Matt<br>2521 Creekwood Dr.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Silk, Joanna<br>3519 Red Mountain Dr.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Silkworth, Ryan<br>1225 W. Prospect<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Simental, Joey<br>2028 Silver Plume<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Sipin, Anne<br>812 E. Ridgecrest Rd.<br>Ft. Collins, CO 80524 |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B6H (Official Form) (12/07) -- Cont.

In re Todd Andrew Schneeberger & Patricia Anne
Schneeberger     **Debtor**                        Case No. _____
                                                              **(if known)**

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Skelton, Jason<br>3338 Iron Horse Way<br>Wellington, CO 80549 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Skogg, Carol<br>1025 Cunningham Dr. #B1<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Slavick, Mike<br>801 E. Ridgecrest<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Smith, Brian<br>8109 Northstar Dr.<br>Ft. Collins, CO 80528 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Smith, Malia<br>1512 Kirkwood Dr.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Smith, Joel<br>740 Lancers Ct.<br>Monument, CO 80132 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Smith, Max<br>5620 Serria Ct.<br>Ft. Collins, CO 80528 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Smoot, Craig<br>6557 Finch Ct.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Spicer, Katherine<br>2021 Churchill Ct.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Spontarelli, Allen<br>363 E. 10th Street<br>Loveland, CO 80537 |

**B6H (Official Form) (12/07) -- Cont.**

In re Todd Andrew Schneeberger & Patricia Anne Schneeberger  **Debtor**

Case No. _____
                                  **(if known)**

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Spritzer, Chad<br>509 Dennison Ct.<br>Ft. Collins, CO 80521 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | St. Peters, Savannah<br>722 S. Summitview<br>Ft. Collins, CO 80524 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Stalnaker, Greg<br>3028 Clemma Ct.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Stanfield, Jackie<br>2106 Kirkwood Ct.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Stearn, Stephanie<br>3293 Twin Heron Ct.<br>Ft. Collins, CO 80528 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Steffens, Katie<br>1317 Yount St.<br>Ft. Collins, CO 80524 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Steinbach, Aaron<br>7008 Ruidoso Dr.<br>Windsor, CO 80550 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Stenbach, Tom<br>1424 Freedom Ln.<br>Ft. ollins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Stellingwerf, John<br>1402 Leahy Dr.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Stevens, Patty<br>700 Locust St.<br>Ft. Collins, CO 80524 |

**B6H (Official Form) (12/07) -- Cont.**

In re Todd Andrew Schneeberger & Patricia Anne Schneeberger          Case No. _____

_____ **Debtor**                                          **(if known)**

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Stimely, Howard<br>1037 Sailors Reef<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Stoll, Dwayne<br>115 Palmer<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Storebo, Athena<br>724 Benthaven St.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Strachan, Leeann<br>1621 Alcott St.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Strafach Jr., Frank<br>1801 Country Club Rd.<br>Ft. Collins, CO 80524 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Strasbaugh, Steve<br>7009 Sedgewick Dr.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Stroh, Karen<br>PO Box 1264<br>Wellington, CO 80549 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Sullivan, Todd<br>48509 County Rd. 19<br>Nunn, CO 80648 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Sweeney, Kevin<br>1809 Chesapeak Cr.<br>Johnstown, CO 80534 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Swerer, Robert<br>5312 Clarendon Hills Dr.<br>Ft. Collins, CO 80526 |

B6H (Official Form) (12/07) -- Cont.

In re Todd Andrew Schneeberger & Patricia Anne
Schneeberger      **Debtor**

Case No. _____
                                    **(if known)**

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Tallman, Kim<br>1030 Hobson Ct.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Taylor, Kenneth<br>417 Loma Linda Ln<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Terwilliger, Lainey<br>1405 Pintail Ct.<br>Windsor, CO 80550 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Thomas, Jeff<br>1944 Dove Creek Cr.<br>Loveland, CO 80538 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Thomas, Marty<br>2519 Pine Needle Ct.<br>Ft. Collins, CO 80528 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Thompson, Mike<br>4436 Vista Dr.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Thornton, Wrenn<br>1345 Catalpa Dr.<br>Ft. Collins, CO 80521 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Thrasher, Gina<br>PO Box 1832<br>Loveland, CO 80539 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Tomlinson, Robin<br>4214 W. 22nd St. Rd.<br>Greeley, CO 80634 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Townsend, Scott<br>2627 Stonehaven Dr.<br>Ft. Collins, CO 80525 |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

**B6H (Official Form) (12/07) -- Cont.**

In re Todd Andrew Schneeberger & Patricia Anne
Schneeberger _____
          **Debtor**

Case No. _____
                    **(if known)**

# SCHEDULE H - CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Travers, Mark<br>1250 Belleview Dr.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Trosper, David<br>1143 Bristlecone Pl.<br>Loveland, CO 80538 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Truex, Doug<br>802 Nampa Valley Dr.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Tryon, John<br>3242 Sea Gull Ct.<br>Loveland, CO 80538 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Turner, Shawna<br>2902 Pampas Ct.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Tyburczy, Joe<br>2104 45th Ave.<br>Greeley, CO 80634 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Valdez, Mary<br>2615 Southfield Court<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Van Hook, Jeff<br>320 Diamond Dr.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Veit Jr., Mike<br>218 W. 5th Street<br>Loveland, CO 80537 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Veltri, Frank<br>1207 W. 45th<br>Loveland, CO 80538 |

**B6H (Official Form) (12/07) -- Cont.**

In re Todd Andrew Schneeberger & Patricia Anne Schneeberger **Debtor**          Case No. _____
                                                                                                        **(if known)**

# SCHEDULE H - CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Volk, Gayle<br>1525 Rolf Ct.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Vos, Trista<br>2905 Moore Ln.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Wagner, Kathy<br>1820 Willow Springs Way<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Wahl, Meredith<br>2807 Dundee Ct.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Waldner, Gary<br>303 Tierney #7<br>Wamsutter, WY 82336 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Wallace, John<br>3337 Pinehurst Pl.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Wallerich, Gary<br>1017 Medicin Man Ct.<br>Windsor, CO 80550 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Walls, Cheri<br>512 Spruce Mt Ct.<br>Windsor, CO 80550 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Walter, Kathleen<br>2910 Zendt Dr.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Wang, Ying<br>2302 Chadara St.<br>Ft. Collins, CO 80528 |

B6H (Official Form) (12/07) -- Cont.

In re Todd Andrew Schneeberger & Patricia Anne Schneeberger _____ Case No. _____
                                    Debtor                                                    (if known)

# SCHEDULE H - CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Warnygora, Todd<br>403 Huntington Hills Dr.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Watkins, Drew<br>3326 Long Creek Dr.<br>Ft. Collins, CO 80528 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Weaver, Marci<br>3919 Asbury Dr.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Weber, Wolf<br>2660 Shadow Mt. Dr.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Weichel, Melanie<br>4670 Georgetown Dr.<br>Loveland, CO 80538 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Weiner, Mark<br>908 Pinnacle Pl.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Weissman, Colleen<br>6820 Spring Glade Rd.<br>Loveland, CO 80538 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | West, Jeremy<br>19137 Silverspur Rd.<br>Springdale, AZ 72764 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Wheeler, Nick<br>5738 Meadow Creek Ln.<br>Loveland, CO 80538 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Whittaker, Lauren<br>2631 Flintridge Pl.<br>Ft. Collins, CO 80521 |

B6H (Official Form) (12/07) -- Cont.

In re Todd Andrew Schneeberger & Patricia Anne
    Schneeberger        **Debtor**                    Case No. _____
                                                                    **(if known)**

# SCHEDULE H - CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Wilgenbusch, Nicole<br>1901 Langshire Dr.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Willard, Tucker<br>339 Brinn Ct.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Williams, David<br>6132 Westhcase Rd.<br>Ft. Collins, CO 80528 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Wilson, Juliette<br>2249 Iroquois Dr.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Wilson, Barry<br>870 Ridge West Dr.<br>Windsor, CO 80550 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Wilson, Thomas<br>9332 Coperinicus Dr.<br>Ft. Collins, CO 80528 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Winkler, Christine<br>4907 Smallwood Ct.<br>Ft. Collins, CO 80528 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Witt, Tim<br>1211 Taft Ave. #B<br>Cheyenne, WY 82001 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Wokowsky, Keith<br>620 Agate Ct.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Wood, Ron<br>5941 Twin Wash Sq.<br>Ft. Collins, CO 80528 |

B6H (Official Form) (12/07) -- Cont.

In re Todd Andrew Schneeberger & Patricia Anne
Schneeberger    **Debtor**

Case No. _____
(if known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Wood, Jody<br>1221 Bateleur Ln.<br>Ft. Collins, CO 80524 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Woodward, Mandy<br>3454 New Castle Dr.<br>Loveland, CO 80538 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Wormus, Kate<br>2713 Sutton Ct.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Wright, Troy<br>156 Bayside Dr.<br>Windsor, CO 80550 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Wright, Casey<br>1117 3rd Street<br>Windsor, CO 80550 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Yancey, Drew<br>7338 Triangle Dr.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Yangas, Carie<br>2960 W. Stuart St. B101<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Yemm, Shannon<br>1407 Cactus<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Zagoras, Maro<br>3891 Cnty. Rd. 214<br>Silt, CO 81652 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Zamudio, Amber<br>305 Boulder Ln.<br>Johnstown, CO 80534 |

**B6H (Official Form) (12/07) -- Cont.**

In re Todd Andrew Schneeberger & Patricia Anne Schneeberger   **Debtor**

Case No. _____
(if known)

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Zehler, Brian<br>1239 Reeves Dr.<br>Ft. Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Zewdu, Daniel<br>2524 Wapiti Rd.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Zitti, Rudolph<br>1626 Fantail Ct.<br>Ft. Collins, CO 80528 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Arell, Andrew<br>1505 S. Shields<br>Ft. Collins, CO 80521 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Miller, Timmie<br>6001 Southridge Greens Blvd.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Schwartz, Chris<br>1601 Centennial Rd.<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Boardwalk Crossing<br>3509 S. Mason<br>Ft. Collins, CO 80525 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Law Office Office of Craig Stern<br>343 West Drake Road, Suite 105<br>Fort Collins, CO 80526 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Metro Collection Service<br>2600 South Parker Road, Bldg 4-340<br>Aurora, CO 80014 |
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Shock Doctor<br>3405 Annapolis Ln #200<br>Plymouth, MN 55447 |

**B6H (Official Form) (12/07) -- Cont.**

In re Todd Andrew Schneeberger & Patricia Anne
Schneeberger          **Debtor**

Case No. _____

                                    **(if known)**

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Schneeberger, Inc.<br>4019 S. Mason St. Unit 3<br>Ft. Collins, CO 80525 | Silverman / Borenstein<br>13111 E. Briarwood Ave.<br>Suite 340<br>Centennial, CO 80112 |

B6I (Official Form 6I) (12/07)

In re  Todd Andrew Schneeberger & Patricia Anne
          Schneeberger
                    **Debtor**                                          **Case** _____
                                                                              **(if known)**

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status:  Married | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| | RELATIONSHIP(S):  Son, Son, Son | | AGE(S): 19, 18, 16 |

| **Employment:** | **DEBTOR** | **SPOUSE** |
|---|---|---|
| Occupation | Teacher | Special Education Paraprofessional II |
| Name of Employer | Aims Community College | Poudre School District |
| How long employed | 5 yrs, 0 mos | 6 yrs, 0 mos |
| Address of Employer | 5401 West 20th St. | 2407 Laporte Avenue |
| | Greeley, CO 80634 | Fort Collins, CO 80524 |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. | Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ 840.22 | $ 1,661.45 |
| 2. | Estimated monthly overtime | $ 0.00 | $ 29.61 |
| 3. | SUBTOTAL | $ 840.22 | $ 1,691.06 |
| 4. | LESS PAYROLL DEDUCTIONS | | |
| | a. Payroll taxes and social security | $ 12.18 | $ 96.56 |
| | b. Insurance | $ 0.00 | $ 189.02 |
| | c. Union Dues | $ 0.00 | $ 0.00 |
| | d. Other (Specify: (D)PERA retirement  (S)First National Bank Garnishment ) | $ 67.22 | $ 345.54 |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | $ 79.40 | $ 631.12 |
| 6. | TOTAL NET MONTHLY TAKE HOME PAY | $ 760.82 | $ 1,059.94 |
| 7. | Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. | Income from real property | $ 0.00 | $ 0.00 |
| 9. | Interest and dividends | $ 0.00 | $ 0.00 |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| 11. | Social security or other government assistance ( Specify) | $ 0.00 | $ 0.00 |
| 12. | Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. | Other monthly income (D)Student Loan/Stipend (Specify) | $ 1,000.00 $ 0.00 | $ 0.00 $ 0.00 |
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | $ 1,000.00 | $ 0.00 |
| 15. | AVERAGE MONTHLY INCOME (Add amounts shown on Lines 6 and 14) | $ 1,760.82 | $ 1,059.94 |
| 16. | COMBINED AVERAGE  MONTHLY INCOME  (Combine column totals from line 15) | $ 2,820.76 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

Debtor's income may increase by approx. $400 pe month.  In that event, Debtor anticipates reducing borrowings by the same amount.

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

In re  Todd Andrew Schneeberger & Patricia Anne
       Schneeberger        **Debtor**

Case No. _____
                    **(if known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,048.36 |
| a. Are real estate taxes included?  Yes √ No _____ | | |
| b. Is property insurance included?  Yes √ No _____ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 75.00 |
| b. Water and sewer | $ | 50.00 |
| c. Telephone | $ | 240.00 |
| d. Other Propane | $ | 80.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 575.00 |
| 5. Clothing | $ | 25.00 |
| 6. Laundry and dry cleaning | $ | 0.00 |
| 7. Medical and dental expenses | $ | 77.40 |
| 8. Transportation (not including car payments) | $ | 250.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 20.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 50.00 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other | $ | 0.00 |
| c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other  Animal Feed/Care Expenses | $ | 100.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.  Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data) | $ | 2,590.76 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

None

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---|
| a. Average monthly income from Line 15 of Schedule I (Includes spouse income of $1,059.94.  See Schedule I) | $ | 2,820.76 |
| b. Average monthly expenses from Line 18 above | $ | 2,590.76 |
| c. Monthly net income (a. minus b.)  (Net includes Debtor/Spouse combined Amounts) | $ | 230.00 |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver.4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

Todd Andrew Schneeberger & Patricia Anne Schneeberger

In re _____    Case No. _____

_____**Debtor**_____    **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____280____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date ____August 31st, 2013____    Signature:  ____/s/ Todd Andrew Schneeberger____
                                                        Debtor

Date ____August 31st, 2013____    Signature:  ____/s/ Patricia Anne Schneeberger____
                                                        (Joint Debtor, if any)

[If joint case, both spouses must sign.]

--------------------------------------------------------------------------------

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____    _____
Printed or Typed Name and Title, if any,                  Social Security No.
of Bankruptcy Petition Preparer                          *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____

_____
Address

X _____    _____
   Signature of Bankruptcy Petition Preparer                     Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

--------------------------------------------------------------------------------

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets *(total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date _____    Signature: _____

_____
[Print or type name of individual signing on behalf of debtor.]

--------------------------------------------------------------------------------
*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## District of Colorado

In re   Todd Andrew Schneeberger & Patricia Anne Schneeberger _____   Case No. _____

           **Debtor**                                                **(If known)**

# CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
# UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code

_____

Printed name and title, if any, of Bankruptcy Petition Preparer
Address:

_____

X_____

Signature of Bankruptcy Petition Preparer or officer,
Principal, responsible person, or partner whose Social
Security number is provided above.

Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

### Certification of the Debtor

I, (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code

Todd Andrew Schneeberger & Patricia Anne Schneeberger
Printed Names(s) of Debtor(s)

Case No. (if known) _____

X   /s/ Todd Andrew Schneeberger  August 31st, 2013
    Signature of Debtor                 Date

X   /s/ Patricia Anne Schneeberger  August 31st, 2013
    Signature of Joint Debtor, (if any)       Date

**Instructions:**  Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

A & R
600 Grand Ave.
Ridgefield, NJ 07657

Abbitt, Lisa
4650 Westridge Dr.
Ft. Collins, CO 80526

Abbott, Wendy
4220 Rolling Gate Rd.
Ft. Collins, CO 80526

Abmey, Shannon
PO Box 270356
Ft. Collins, CO 80527

Abreu, Tony
210 Morgan Dr.
Loveland, CO 80537

Achziger, Wayne
613 Briarwood Rd.
Ft. Collins, CO 80521

Adams, Alexa
6112 Normandy Ct.
Ft. Collins, CO 80525

Adams, Carol
1809 Mesa View
Ft. Collins, CO 80526

Adams, Michael
724 20th Street #A
Greeley, CO 80631

Addington, Josh
3919 Wilson Ave.
Loveland, CO 80538

Adsit, Heather
3840 Ash Ave.
Loveland, CO 80538


Advance America Cash Advance
1414 E. Harmony Rd.
Fort Collins, CO 80525


Afni Insurance Services
1310 Martin Luther King Dr.
Bloomington, IL 61702


Allen Stokes
1776 S. Jackson St.
Suite 900
Denver, CO 80210


Allen Tom
2633 Ashland Ln.
Ft. Collins, CO 80524


Allen W. Stokes, Jr.
1776 South Jackson Street, #900
Denver, CO 80210


Allison Schindler
1630 Qail Hollow Dr.
Ft. Collins, CO 80525


Alman, Karin
619 Woodland Way
Ft. Collins, CO 80526


Altschuld, Jon
3450 Lost Lake Pl., L2
Ft. Collins, CO 80526


Amidon, Scott
1509 Cory Dalis Ct.
Ft. Collins, CO 80526

Andersen, Brenda
1518 Fairway 7 Ct.
Fort Collins, CO 80525


Anderson, Barney
7628 Emerald Ave.
Ft. Collins, CO 80525


Annear, Lynn
1127 Hereford Ranch Rd.
Cheyenne, WY 82007


Anupindi, Sundar
2502 Timberwood Dr. #98
Ft. Collins, CO 80528


Apollo Athletics
1428 South Central Park Ave.
Anaheim, CA 92802


Arell, Andrew
1505 S. Shields
Ft. Collins, CO 80521


Arndorfer, Todd
2802 Stone Haven Dr.
Ft. Collins, CO 80525


Arndt, Channing
1603 W. Mulberry St.
Ft. Collins, CO 80521


Askeland, Rachel
1556 Westfield Dr.
Ft. Collins, CO 80526


Asset Recovery Solutions
2200 East Devon Avenue
Suite 200
Des Plains, IL 60018

Baca Ernie
121 Meadowview Dr.
Loveland, CO 80537


Bailey, Anne
1320 Parkridge Dr.
Eaton, CO 80615


Baird, Dave
3601 Horsetooth Ct.
Ft. Collins, CO 80526


Baker, Elizabeth
3430 Cherrystone Ct.
Ft. Collins, CO 80525


Balliet, Andrew
4109 Plum Creek Dr.
Loveland, CO 80538


Bancks, Katie
1120 City Park Ave.
Ft. Collins, CO 80521


Banister, Kathy
3503 Hearthfire Dr.
Ft. Collins, CO 80524


Barnum, Kari
6156 Carmichael St.
Ft. Collins, CO 80528


Bartels, Eric
1505 Brentwood St.
Ft. Collins, CO 80521


Bartram, Jack
6432 Carmichael St.
 Ft., Collins, CO 80528

Baumann, Bret
713 Sitka St.
Ft. Collins, CO 80524


Belangee, Lucus
220 Briarwood Ct.
Ft. Collins, CO 80521


Beller, Heather
3212 Nesbit Ct.
Ft. Collins, CO 80526


Bellio, Rachel
3689 Morrison Ln.
Johnstown, CO 80534


Benjamin, Jenny
2923 Zendt Dr.
Ft. Collins, CO 80526


Bennetts, Steve
609 Kohler
Kersey, CO 80644


Benz, Steven
3415 Wildview Dr.
Ft. Collins, CO 80528


Bergs, Douglas
5262 Cornerstone Dr.
Ft. Collins, CO 80528


Bermel, Jacque
799 Vista Grande Cr.
Ft. Collins, CO 80524


Berry, Cameron
309 E. Mountain Ave. #B
Ft. Collins, CO 80521

Bickerton, John
1408 Bison Run Dr.
Windsor, CO 80550


Bicknell, Scott
5218 W. 9th Street
Greeley, CO 80634


Biegel, Kurt
614 W. 29th St.
Loveland, CO 80538


Bilbao, Josh
2645 Paddington Rd.
Ft. Collins, CO 80525


Bilek, Larry
1387 W. 45th Street
Loveland, CO 80538


Billings, Dee
321 E. Troutman Pkwy
Ft. Collins, CO 80525


Bird, Matt
4596 Twin Peaks Dr.
Loveland, CO 80537


Bjick, Peter
418 Robin Ct.
Ft. Collins, CO 80526


Bliven, Josh
719 Blue Mesa
Ft. Collins, CO 80525


Blodgett, Dennis
2019 Overlook Dr.
Ft. Collins, CO 80526

```
Blomberg, Erik
550 N. Lincoln #403
Loveland, CO 80537


Blonder, Ben
6508 S. Lunar Ct.
Ft. Collins, CO 80525


Blythe, Suzy
4808 Praire Ridge Dr.
Ft. Collins, CO 80526


Boardwalk Crossing
3509 S. Mason
Fort Collins, CO 80525


Boardwalk Crossing
3509 S. Mason
Ft. Collins, CO 80525


Boatright, Brad
2514 Owens Ave.
Ft. Collins, CO 80528


Boden, Dave
1235 W. 50th Street
Loveland, CO 80538


Bodley, Lesley
35621 County Rd. 25
Eaton, CO 80615


Bohan, Michael
2005 W. Plum St. #331
Ft. Collins, CO 80521


Bohl, Shannon
5006 Saffron Ct.
Ft. Collins, CO 80525
```

Bonded Adjusting Service
11 Old Town Square
Fort Collins, CO 80521

Bonded Adjusting Service
PO Box 102
Fort Collins, CO 80521

Borden, Michael
2713 Virginia Dale Dr.
Ft. Collins, CO 80521

Borgens, Shane
250 Rodchester Dr.
Windsor, CO 80550

Bornhoft, Kathi
8493 Nashua Cir.
Wellington, CO 80549

Bosse, Greg
2420 McKenzie Dr.
Loveland, CO 80537

Bosse, Kristen
745 14th St. SE #205
Loveland, CO 80537

Botello, Lonie
1928 S. 13th Street
Laramie, WY 82070

Boulder Play It Again Sports, Joy
635 S. Broadway
Boulder, CO 80303

Bowe, Eric
702 Heather Glen Ln.
Ft. Collins, CO 80525

```
Boyle, Peter
3149 Eagle Dr.
Ft. Collins, CO 80526


Boyt, Mo
3617 Terry Ridge Rd.
Ft. Collins, CO 80524


Braley, Paula
1120 Crestway Ct.
Ft. Collins, CO 80526


Brammer Law Office PC
PO Box 1827
Sterling, CO 80751


Brandt, Valerie
200 E. Myrtle St. #2
Ft. Collins, CO 80524


Brausch, Jim
7405 S. Milliron Rd.
Cheyenne, WY 82009


Brennan, James
4338 W. 1st Street
Greeley, CO 80634


Brenning, Bryan
3303 Grand Canyon Court
Ft. Collins, CO 80525


Brian, Nancy
1445 Purple Sage Ct.
Ft. Collins, CO 80526


Bricker, Lisa
513 Idalia Ct.
Ft. Collins, CO80525
```

Bring, Susan
1007 Hobson Ct.
Ft. Collins, CO 80526


Brinker, Dale
2425 Sheffield Cr. E.
Ft. Collins, CO 80526


Broedner, Denise
5106 Abbey Rd.
Ft. Collins, CO 80526


Brookhouser, Joshua
754 Rochelle Cr.
Ft. Collins, CO 80526


Brossia, Chris
1210 Flowering Almond Dr.
Loveland, CO 80538


Brown, Ercel
3300 Stanford Rd. W210
Ft. Collins, CO 80525


Brown, Mark
1032 Salmon Run
Ft. Collins, CO 80524


Brown, Ryan
1931 Lakewood Dr.
Loveland, CO 80538


Brunner, Gary
4209 Applegate Ct.
Ft. Collins, CO 80526


Buboltz, Jessica
PO Box 954
Driggs, ID 83422

Buckendorf, Larry
2925 Stockbury Dr.
Ft. Collins, CO 80525


Buckner, Allen
232 Marcy Dr
Loveland, CO 80537


Buckskin, Michael
1222 103rd Ave.
Greeley, CO 80634


Bugosh, Nick
7003 Avondale
Ft. Collins, CO 80525


Burnham, Julieen
1524 Springwood Dr.
Ft. Collins, CO 80525


Bussell, Trisha
2607  Antelop Rd.
Ft. Collins, CO 80525


Butters, Susan
1018 Battsford Cir.
Ft. Collins, CO 80525


Buyers, Jennifer
4515 Ridgway
Loveland, CO 8053


Byrd, Jon
2309  Clipper Way
Ft. Collins, CO 80524


Calderwood, Pamela
837 Warble Dr.
Ft. Collins, CO 80526

Capital One
1680 Capital One Drive
McLean, VA 22102


Capital One Bank
1680 Capital One Drive
McLean, VA 22102


Carpenter, Becky
3826 Century Dr.
Ft. Collins, CO 80526


Carricato, Melanie
9038 Trailhead Ln.
Wellington, CO 80549


Carson, Christie
413 Cormorant
Ft. Collins, CO 80525


Causer, Brian
2536 W. Mulberry St.
Ft. Collins, CO 80521


Cavallaro, Chris
2230 Three Oaks Ct.
Ft. Collins, CO 80526


Chalona, Michael
408 Whedbee St.
Ft. Collins, CO 80524


Champion Sports Products
PO box 368
Marlboro, NJ 07746


Charron, Kim
2195 Kennington Ct.
Loveland, CO 80528

Chavez, Debbie
1242 Canvasback
Ft. Collins, CO 80525


Cheney, Paul
3312 Keenland Way
Wellington, CO 80549


Cheyenne Automotive, Inc.
2200 West Land Road
Cheyenne, WY 82001


Chipp, Shane
4208 Mesa View Ct.
Ft. Collins, CO 80526


Choury, Cliff
3909 Yosemite Ct.
Fort Collins, CO 80525


Cillum, Claudia
7762 Park Ridge Cr.
Ft. Collins, CO 80582


Cisson, CB
1136 E. Stuart St.
Ft. Collins, CO 80525


CitiBank (South Dakota)
701 East 60th St. North
Sioux Falls, SD 57104


City of Fort Collins, Sales Tax
PO Box 580
Fort Collins, CO 80522


City of Fort Collins, Utilities
117 N. Mason St.
Fort Collins, CO 80524

Clark, Dawnielle
1714 Ranae Dr.
Loveland, CO 80537


Clayton, Lesley
4201 Widgeon St.
Ft. Collins, CO 80526


Cochran, Alex
1603 Underhill Dr.
 Ft. Collins, CO 80526


Cogan, Scott
1558 Platte Court
Loveland, CO 80538


Cole, Jennifer
406 Mulberry St.
Loveland, CO 80538


Collins, Ruth
5537 Golden Willow Dr.
FT. Collins, CO 80528


Computer Credit Inc
1776 S. Jackson St.
Suite 900
Denver, CO 80201


Conlon, Sean
1608 Buckeye St.
Ft. Collins, CO 80524


Conn, Brian
2460 Wyandotte Dr.
Ft. Collins, CO 80526


Connell, Leanna
3418 Thames Ct.
Ft. Collins, CO 80526

Contino, Peter
1182 Trails End Ct.
Windsor, CO 80550


Cook, Kory
875 15th Street #18
Laramie, WY 82072


Cooksey, Randy
4240 Monroe Ave.
Loveland, CO 80538


Copeland, Alan
3911 Capitol Dr.
Ft. Collins, CO 80526


Cordain, Lorraine
6209 Clymer Cir.
Ft. Collins, CO 80


Cordova, David
4195 Coaldale Dr.
Loveland, CO 80538


Creager, Don
420 W. Willox Ln.
Ft. Collins, CO 80524


Credit Union of Colorado
1390 Logan Street
Denver, CO 80203


Crockett, Charles
328 E. Hwy 96
Sheridan Lake, CO 81071


CST Co. Inc.
PO Box 224768
Dallas, TX 75222

Cuddemi, Donna
2433 Chandler Ct.
Ft. Collins, CO 80528


Culhane, Buttersco
1520 Woodgrove Ct.
Ft. Collins, CO 80526


Cundall, Shana
2545 Mary Beth Dr.
Loveland, CO 80537


Czajkowski, William
1813 Enfield St.
Ft. Collins, CO 80526


Dahlberg, Dean
3317 Rookery Rd.
Ft. Collins, CO 80528


Daniels, Kelly
1000 Pica Run
Ft. Collins, CO 80524


Danielson, Sandy
438 Grand Cnty. Rd. 83
Fraser, CO 80442


David, Martin
5227 Cornerstone Dr.
Ft. Collins, CO 80528


Davies, Adrian
1925 Derby Ct.
Ft. Cillins, CO 80526


Dawson, Tandi
209 Cattail Bay
Windsor, CO 80550

Dean, Cindy
4109 Redbird Pl.
Loveland, CO 80537


Debroux, Phillip
917 Edwards St.
Ft. Collins, CO 80524


Debuse, Lee
233 Park Pl Ct.
Ft. Collins, CO 80525


Deromanis, Ben
2272 Clydesdale Dr.
Ft. Collins, CO 80526


Diehl, Brian
3604 Copper Spring Dr.
Ft. Collins, CO 80528


Diehl, Vicki
612 Sidney Dr.
Ft. Collins, CO 80526


Dillon, Art
39775 Hilltop Cir.
Ault, CO 80610


Dings, Mark
538 Appleblossom
Ft. Collins, CO 80526


Doering, Karl
3019 Moore Ln.
Ft. Collins, CO 80526


Dolezal, Donna
6704 W. County Rd. 18
Loveland, CO 80537

Dollerschell, Jason
110 Rock Bridge Ct.
Windsor, CO 80550


Donahoe, Derek
775 2nd Street
Windsor, CO 80550


Donelan, Sonja
3180 6th Pl. SW.
Loveland, CO 80537


Doner Debbie
4360 Westbrooke Ct.
Ft. Collins, CO 80536


Donnell, Allison
PO Box 1933
Lyons, CO 80540


Dragan, Michelle
1807 Brookwood Dr.
Ft. Collins, CO 80525


Drake, Carri
124 Bryan St.
Ft. Collins, CO 80521


Drake, Jeanne
3273 Gunnison Dr.
Ft. Collins, CO 80526


Drennen, Courtney
3412 Canadian Pkwy
Ft. Collins, CO 80524


Duffy, Amy
2408 Chandler Ct.
Ft. Collins, CO 80528

Dunlap, Miles
1701 Springmeadows Ct. #D
Ft. Collins, CO 80525


Dunn, Bruce
720 Laurel Hill Ct.
Loveland, CO 80537


Dunn, Jim
35607 County Rd. 49
Eaton, CO 80615


Dupuis, John
4431 Upoint Ct.
Ft. Collins, CO 80526


Dusatko, Paul
1212 Raintree Dr. B33
Ft. Collins, CO 80526


Dyrek, Debbie
7940 Bayside Dr.
Ft. Collins, CO 80528


Eads and Associates, Inc.
3003 E. Harmony Rd., Suite 300
Fort Collins, CO 80582


Earnest, Tom
2603 Amber Harvest Ln.
Ft. Collins, CO 80528


Eberle, Peter
508 Columbia
 Ft. Collins, CO 80525


Ecker, Melanie
5914 Snowy Plover Ct.
Ft. Collins, CO 80528

Eddy, Joan
1403 Sheepcreek Ct.
Ft. Collins, CO 80526


Edgar, Wade
1112 Bent Tree Ct.
Ft. Collins, CO 80525


Embry, Leo
3220 Mesa Verde St.
Ft. Collins, CO 80525


Emery, Holly
8726 Blackwood Dr.
Windsor, CO 80550


Emory, Alan
3302 Corte Almaden
Ft. Collins, CO 80524


Erickson, Scott
4201 Idledale
Ft. Collins, CO 80526


Erthal, Daisy
733 Kimball Rd.
Ft. Collins, CO 80521


Euler Hermes UMA, Inc
369 Pine St.
Suite 410
San Francisco, CA 94104


Everett, Jane
2442 Hollingbourne Dr.
Ft. Collins, CO 80526


Evert, Janelle
618 Suntrail Dr.
Loveland, CO 80538

Express Toll
PO Box 5470
Denver, CO 80217-5470

Fallin, Catharine
3908 Scotsmoore Dr.
Ft. Collins, CO 80524

Fargo, Mike
3521 Shallow Pond Dr.
Ft. Collins, CO 80528

Farman, Vicky
749 S. Lemay
Ft. Collins, CO 80524

Fauth, Marissa
6244 W. 3rd St. Rd.
Greeley, CO 80634

Faye, Matt
1712 Fairbrook Ct.
Ft. Collins, CO 80526

Felix, Juan
2046 Wedgewood Dr.
Greeley, CO 80631

Feller, Ryan
4448 Starflower Dr.
Ft. Collins, CO 80526

Fettig, Christa
1504 Persia Ave.
Loveland, CO 80537

Field, Laura
37120 Soaring Eagle Ct.
Windsor, CO 80550

Finch, CJ
920 E. Cnty. Rd.8
Berthoud, CO 80513


First National Bank
205 W. Oak
Fort Collins, CO 80521


First National Bank of Omaha
1620 Dodge Street
Omaha, NE 68197


Fiserova, Milada
8208 Taylor Ct.
Ft. Collins, CO 80528


Fish, Melanie
3742 Ashmount Dr.
Ft. Collins, CO 80525


Fisher, Nicole
2921 Timberwood Dr.
Ft. Collins, CO 80528


Fisher, Sara
731 Arbor Ave.
Ft. Collins, CO 80526


Fitch, Heather
2708 W. Mulbery
Ft. Collins, CO 80512


Flierl, Kevin
22478 County Rd. 15
Johnstown, CO


Ford, Ted
PO Box 6491
Dillon, CO80435

Forro, Steve
4305 Roaring Fork Dr.
Loveland, CO 80538


Forte, Ron
801 Delwood Dr.
Ft. Collins, CO 80526


Foster, Fox
3113 Cockey Street
Ft. Collins, CO 80526


Foster, Kris
1944 Markham Ct.
Loveland, CO 80583


Foster, Thalia
4045 Bluff Ln.
Loveland, CO 80537


Fraley, Kayleen
7841 Vantage View Pl.
Ft. Collins, CO 80525


Francisco, Romero
506 Dunraven Dr.
Ft. Collins, CO 80525


Fraser, Randall
1108 Aruba Dr.
Ft. Collins, CO 80525


Frauenknecht, Rene
1517 Pintail Bay
Windsor, CO 80550


Freeman, Mike
409 Huntington Hill Dr.
Ft. Collins, CO 80525

Fuhrman, Greg
2002 Richards Lake Rd.
Ft. Collins, CO 80524


Fuller, Jeff
3815 Steelhead St.
Ft. Collins, CO 80528


Fusco, Gene
4711 W. Parkview Dr.
Ft. Collins, CO 80526


Gagliano, Lisa
4905 N. CR 23E
Laporte, CO 80535


Gallegos, Daniel
1010 Alsace Way
Lafayette, CO 80026


Gamer, James
422 Golden Ridge Way
Ft. Collins, CO 80526


Gammon, Leighton
110 W. 3rd Ave.
Cheyenne, WY 82001


Garcia
2189 35th
Greeley, CO 80634


Garcia, Marco
2249 Iroquois Dr.
Ft. Collins, CO 80525


Gardner, Carol
2550 Glendale Dr.
Loveland, CO 80538

Garland, Rick
93 Locals Ln.
Breckenridge, CO 80424


Garza, Debbie
3030 Garrett Dr.
Ft. Collins, CO 80526


Gaskill-Fox, Jamie
3050 W. Stuart St. #10
Ft. Collins, CO 80526


Gathright, Russell
501 N. Overland Tr.
Ft. Collins, CO 80526


Geary, Kerri
1001 Camalot Cr.
Ft. Collins, CO 80525


Geraghty, Brian
2802 Autumn Harvest Way
Ft. Collins, Co 80528


Gernert, Linda
2231 Timber Creek Dr.
Ft. Collins, Co 80582


Gibbs, Mark
5109 Thistle Pl.
Loveland, CO 80537


Gibbs, Patsy
2218 Threeoaks Ct.
Ft. Collins, CO 80526


Gillespie, Monica
3801 String Ct.
Ft. Collins, CO 80526

```
Gilmore, Anthony
806 Coulter Street
Ft. Collins, CO 80524


Gilmour, Kami
4937 Blue Stem Ct.
Ft. Collins, CO 80525


Girardi, Teresa
7709 Vantage View Pl.
Ft. Collins, CO 80525


Girsh and Rottman
6000 East Evans Ave.
Suite 1-211
Denver, CO 80222


Glazier, Brandon
1415 10th Street SW. #120
Loveland, CO 80537


Glenn, Brent
305 Poudre Bay
Windsor, CO 80550


Goeltl, Laura
608 Sedgwick Dr.
Ft. Collins, CO 80525


Gogarty, Kelly
7208 Trout Ct.
Ft. Collins, CO 80526


Goodsell, Donna
3100 W. 6th St.
Greeley, CO 80634


Gordon, Stan
3838 Eclipse Ln.
Ft. Collins, CO 80528
```

Gorham, Steve
4600 Trailsend
Ft. Collins, CO 80526


Gorney, Kelley
3980 Willow Wood Ave.
Loveland, CO 80538


Gorski, Nathen
PO Box 270101
Ft. Collins, CO 80527


Grace, Christine
105 52nd Ave.
Greeley, CO 80634


Grace, Mike
2416 Clearview Ave.
Ft. Collins, CO 80521


Graf, Barry
4445 Kano Dr.
Ft. Collins, CO 80526


Graham, James
808 Missouri Ave.
Alliance, NE 69301


Graves, Mitch
1827 Somerville Dr.
Ft. Collins, CO 80526


Greenacre, Addie
2020 W. Plum St. #7
Ft. Collins, CO 80521


Greenwell, Ryan
27572  WCR 52
Kersey, CO 80644

Greer, Claudell
700 S. County Rd. 5
Ft. Collins, CO 80524


Greer, Jodi
903 Prescott
Ft. Collins, CO 80525


Grell, Julie
3321 Long Creek Dr.
FT. Collins, CO 80528


Grenier, Dan
1013 Hahn Ct.
Loveland, CO 80537


Griffith, Louann
3543 Harbor Way
Ft. Collins, CO 80524


Griffith, Michael
2745 Hearthstone
Ft. Collins, CO 80528


Guerette, Travis
514 Aspen Grove Way
Windsor, CO 550


Guillan, Chris
1018 Centre Ave
Ft. Collins, CO 80526


Haag, Tiffany
414 Huntington Hills Rd.
Ft. Collins, CO 80525


Haase, David
2813 Teal Eye Court
Ft. Collins, CO 80526

Habighorst, Josiah
210 Pelican Cove
Windsor, CO 80550


Hagelberg, Travis
1702 Maroon Dr.
Cheyenne, WY 82001


Hale, Suzanne
2606 Jewelstone Ct.
Ft. Collins, CO 80525


Hale, Thomas
3506 Lancaster Dr.
Ft. Collins, CO 80525


Hall, Barry
924 Deerhurst Cir.
Ft. Collins, CO 80525


Hall, Lynn
601 Griffin Pl.
Ft. Collins, CO 80521


Ham, Bonnie
3903 Platte Dr.
Ft. Collins, CO 80526


Hanawalt, Mike
2819 Whitworth
Ft. Collins, CO 80525


Hanson, Mark
3202 Ledgestone Ct.
Ft. Collins, CO 80528


Harger, Shawn
2814 Autumn Harvest Way
Ft. Collins, CO 80528

Harrison, Connor
249 N. Harrison Ave.
Loveland, CO 80537

Harrison, Susan
1025 Inverness Rd.
Ft. Collins, CO 80524

Hartley, Mara
4345 Sunridge Dr.
Loveland, CO 80538

Hartman, Joe
2226 Woody Creek Cir.
Loveland, CO 80538

Hartman, Keri
1606 Arroyo Dr.
Windsor, CO 80550

Hartman, Melissa
2331 Valley Forge Ave.
Ft. Collins, CO 80526

Hatmaker and Associates
1156 South US 1
Vero Beach, FL 32962

Hawkes, Wendy
7220 Ft. Morgan Dr.
Ft. Collins, CO 80525

Hawkinson, Stephanie
4050 Golf Vista Dr.
Loveland, CO 80537

Haynes, Colby
3010 Moore Ln.
Ft. Collins, CO 80526

Healey, Burke
9512 Red Mountain Rd.
Livermore, CO


Hearne, Shelly
2426 Rock Creek Dr.
Ft. Collins, CO 80528


Heitzman, Scott
229 Audry Dr.
Loveland, CO 80537


Henninger, David
355 Buffalo Dr.
Windsor, CO 80550


Henninger, Traci
2117 Meander Rd.
Windsor, CO 80550


Herd, Jill
244 Scenic Dr.
Loveland, CO 80537


Herk, Cole
2512 Shavano CT.
Ft. Collins, CO 80525


Hermann, Ron
3414 N. Duffield Ave.
Loveland, CO 80538


Hernblom, Allyson
2300 Ponderosa Dr.
Loveland, CO 80538


Herrington, Daniel
2713 Antelope Rd.
Ft. Collins, CO 80525

Herrmann, Carl
7517 Weld County Road 96
Wellington, CO 80549


Hess, Eric
5139 Trappers Creek Ct.
Ft. Collins, CO 80528


Hesse, Cody
2401 N. 119th Street
Lafayette, CO 80026


Hickman, Kristi
23518 WCR 1
Loveland, CO 80537


Hicks, Terri
Po Box 12
Pierce, CO 80650


Hill, Eric
2413 Pineneedle Ct.
Ft. Collins, CO 80528


Hill, Susan
518 Stover
Ft. Collins, CO 80524


Hiller, Carol
806 Whalers Way
Ft. Collins, CO 80525


Hines, Eric
855 Aztec Dr.
Ft, Collins, CO 80521


Hintz, Larry
335 Scotch Pine Ct.
Windsor, CO 80550

Hirning, Jake
3312 McConnell Dr.
Laporte, CO 80535


Hitchens, Cheryl
2727 Imperial Ridge Dr.
Loveland, CO 80537


Hodge, Mary
827 Ashford Ln.
Ft. Collins, CO 80526


Hogan, Bryan
2324 Wapatn
Ft. Collins, CO 80525


Hoggatt, Darby
437 Flagler Rd.
Ft. Collins, CO 80525


Holt, Lara
929 Presido Way
Windsor, CO 80550


Homrighausen, Darren
513 W. Oak St.
Ft. Collins, CO 80521


Horne, Renee
PO Box 272636
Ft. Collins, CO 80527


Houde, Paden
1020 Glenmoor St.
Ft. Collins, CO 80521


Hoyer, Eric
8118 Three Eagles Dr.
Ft. Collins, CO 80528

HSBC Card Service
PO Box 2013
Buffalo, NY 14240


Huff, Kristi
5620 Fossil Creek Pkwy.
Ft. Collins, CO 80525


Humpal, Laurie
1901 Mackenzie Ct.
Ft. Collins, CO 80528


Hunt, Barry
1728 Lakeview Dr.
Ft. Collins, CO 80524


Hunt, Chris
430 E. Plum St.
Ft. Collins, CO 80524


Hunter, Harry
2603 Sunstone Dr.
Ft. Collins, CO 80525


Husen, Paul
2851 Kansas Dr. Unit D
Ft. Collins, CO 80525


Hutson, Kimber
6322 Buchanan Ct.
Ft. Collins, CO 80525


Ikeler, Mariquita
2315 Brightwater
Ft. Collins, CO 80524


Ingram, Jason
3500 Kingston, Cr.
Ft. Collins, CO 80525

Irrer, Adam
1002 Sycamore St.
Ft. Collins, CO 80521


Ivan, Jennifer
2156 Brightwater Dr.
Ft. Collins, CO 80524


Iwanski, Kim
4102 W. Brooke Dr.
Ft. Collins, CO 80526


Jabs, Michelle
935 Presado Way
Windsor, CO 80550


Jandreau, Clancy
417 Dartmouth Tr.
Ft. Collins, CO 80525


Jenkins, Scott
3226 Spruce Dr.
Ft. Collins, CO 526


Jennings, Amy
3621 Richmond Dr.
Ft. Collins, CO 80526


Jensen, Beverly
5015 Alder Ct.
Ft. Collins, CO 80525


Jenson, Jenny
1126 Belleview
Ft. Collins, CO 80526


Jerden, Cleatis
3832 W. County Rd. 8
Berthoud, CO 80513

Jewell, David
2975 Neil Dr.
Ft. Collins, CO 80526


Johanson, Tyr
2838 Golden Wheat Ln.
Ft. Collins, CO 80528


Johnson Health System
800 Burton Blvd.
Deforest, WI 53532


Johnson, Dana
5463 Gulfstar Ct.
Ft. Collins, CO 80528


Johnson, Dana
906 Richmond Dr. #4
Ft. Collins, CO 80526


Johnson, Debbie
4056 Burr Oak Dr.
Loveland, CO 80538


Johnson, Greg
5478 Tradewind Dr.
Ft. Collins, CO 80528


Johnson, Laura
554 Abrams Way
Loveland, CO 80537


Johnson, Tim
6420 Garrison Ct.
Ft. Collins, CO 80528


Johnson, Tim
7811 S. County Rd 13
Ft. Collins, CO 80525

Jones, Alan
1931 E. 1st Street
Loveland, CO 80537


Jones, Marcus
308 Ray Ct.
Ft. Collins, CO 80525


Jones, Mike
705 N. Montview
Ft. Collins, CO 80521


Jordan, Adam
2502 Timberwood Dr.
Ft. Collins, CO 80528


Jordan, Carrie
43225 WCR 97
Briggsdale, CO 80611


Jordan, Pete
402 Red Hawk Dr.
Ft. Collins, CO 80524


Josh, Jerry
620 E. 41st Street
Loveland, CO 80538


Jung, Rhea
1542 Cedarwood Dr.
Ft. Collins, CO 80521


Kane, Steve
4305 Wellington Dr.
Ft. Collins, CO 80526


Kaster, Grant
710 City Park Ave. C320
Ft. Collins, CO 80521

Kaster, Will
710 City Park Ave.
Ft. Collins, CO 80521

Kelly, Richard
506  Spinnaker Ln.
Ft. Collins, CO 80525

Kelly, Sue
4795 Ignacio Ct.
Loveland, CO 80538

Kendall, Lynn
5450 Brookline Dr.
Timnath, CO 80547

Kennedy, Joanne
3118 Silverwood Dr.
Ft. Collins, CO 80525

Kennedy, Lisa
4921 Filbert Dr.
Loveland, CO 80538

Kennedy, Richard
1500 Edora Dr. #2
Ft. Collins, CO 80525

Keramidis, Shannon
4735 Mimosa St.
Loveland, CO 80583

Kershner, Yvette
3214 Chase Dr.
Ft. Collins, CO 80525

Kesterke, Nick
2574 Tupelo Dr.
Loveland, CO 80538

KGWN/KCHW Television
334 E. Mountain Ave.
Fort Collins, CO 80524


Killion, Wes
1719 N. Empire Ave.
Loveland, CO 80538


Kim, Paul
1600 W. Plum St.
Ft. Collins, CO 80521


Kimball, Dexter
15121 Alzuli Rd.
Loveland, CO 80538


King, Dennis
4719 Sunvalley Dr.
Loveland, CO 80538


Kinney, Alex & Cindy
3911 Lynda Ln.
Ft. Collins, CO 80526


Klammer, Troy
5716 S. Timberline Rd.
Ft. Collins, CO 80528


Klena, William
6627 Antigua Dr.
Ft. Collins, CO 80525


Kline, Matt
709 W. 9th Street
Loveland, CO 80537


Klingner, Susie
909 Southridge Greens
Ft. Collins, CO 80525

Knowlton, Robert
401 N. Timberline #12
Ft. Collins, CO 80524


Koch, Ann
1125 Gregory Rd.
Ft. Collins, CO 80524


Koldeway, Mary
1931 Rangely Ct.
Loveland, CO 80538


Korf, Chris
2450 Windrow Dr. E205
Ft. Collins, CO 80525


Kraus, Robert
1107 Timber Ln.
Ft. Collins, CO 80521


Kreikemeier, Jean
1714 Globe Ct.
Ft. Collins, CO 80528


Kroening, Randy
2936 Indigo CR North
Ft. Collins, CO 80528


Krueger, Brad
1745 Kokanee Ct.
Loveland, CO 80538


Kula, Dustin
3012 Anchor Way #3
Ft. Collins, CO 80525


Kurtz, Carrie
3328 Apollo Ct.
Ft. Collins, CO 80526

Kyle, Leslie
2127 W. CR 38E
Ft. Collins, CO 80526


Lafferty, April
2300 Rollingwood Dr.
Ft. Collins, CO 80525


Lamar, Diane
37622 WCR 49
Eaton, CO 80615


Lamb, Susan
1917 Meadow Air Dr.
Ft. Collins, CO 80525


Lambert, Tricia
1814 Rolling Gate Rd.
Ft. Collins, CO 80526


Lammons, Denice
3262 Rock Park Dr.
Ft. Collins, CO 80528


Lamonte, Ingerd
2441 Mathes
Ft. Collins, CO 80525


Larrieu, Judy
506 Praire Clover Ln.
Windsor, CO 80550


Larsen, Colleen
524 S. Washington Ave.
Ft. Collins, CO 80521


Larson, Jonathan
2613 Stanford Rd. 7A
Ft. Collins, CO 80525

Laser, Mary
5430 Hidden Springs Rd.
Ft. Collins, CO 80526


Latshaw, Sue
2712 Granda Hill Dr.
Ft. Collins, CO 80525


Lauer, Scott
400 Lilac Ln.
Ft. Collins, CO 80524


Laureles, Raul
3101 Fairview Dr.
Ft. Collins, CO 80524


Laurie, Robert
1405 Laporte Ave.
 Ft. Collins, CO 80521


Law Office Office of Craig Stern
343 West Drake Road, Suite 105
Fort Collins, CO 80526


Lawler, Simon
3100 Swallow Pl.
Ft. Collins, CO 80525


Laybourn, Paul
3938 Century Dr.
Ft. Collins, CO 80526


Leblanc, Jason
1050 Hobbit St. K95
Ft. Collins, CO 80526


Lebsack, Jon
2806 Pipestone Dr.
Ft. Collins, CO 80526

Leidhold, Doug
1011 Coachman Ln.
Ft. Collins, CO 80524


Leistikow, Kelly
6535 Aberdour Cr.
Windsor, CO 80550


Leivonen, Erin
3098 Sedgwick Cr.
Loveland, CO 80538


Lemanski, Barbara
19715 Whitewind Dr.
Houston, TX 77094


Lemer, Kody
1920 Ruddy Ct.
Johnstown, CO 80534


Lemoine, Marc
7132 Bonhomme Richard Dr.
Ft. Collins, CO 80526


Lenella, Lee
3944 Century Dr.
Ft. Collins, CO 80526


Lennon, Mark
4408 JFK Pkwy.
Ft. Collins, CO 80525


Lenskold, Karen
3914 Mesa Verde St.
Ft. Collins, CO 80525


Letz, Todd
4155 Hayes Cr.
Wellington, CO 80549

Levalley, Brad
3263 Brock Park Dr.
Ft. Collins, CO 80528


Levinger, Nancy
1414 Whedbee
Ft. Collins, CO 80525


Lewis, Howard
6009 Wild View Dr.
Ft. Collins, CO 80528


Lewis, Jeff
3902 Gardenwall Ct.
Ft. Collins, CO 80524


Lewis, Mark
2601 Smetana Dr.
Minnetonka, MN 55343


Lewis, Wayne
2943 Rocky Mountain Ct.
Ft. Collins, CO 80526


Li, Jing
2502 Timberwood Dr.
Ft. Collins, CO 80525


Liepe, Chris
616 Hinsdale Ct.
Ft. Collins, CO 80526


Ligget Smith & Johnson
425 W. Mulberry
Suite 112
Fort Collins, CO 80521


Lin, Jocelyn
812 Jutland Ln.
Ft. Collins, CO 80524

Lindgren, Peter
6371 Engh Pl.
Timnath, CO 80547


Lindstrom, Eric
1109 Hepplewhite Ct.
Ft. Collins, CO 80526


Lockwood, Jody
6301 S. Ridge Greens
Ft. Collins, CO 80525


Logrippo, Derek
5620 Fossil Creek Pkwy
Ft. Collins, CO 80525


Lohman, Mike
1833 Crestmore Pl.
Ft. Collins, CO 80521


Loner, Brian
3845 Landings Dr.
Ft. Collins, CO 80525


Long, Aaron
965 Norway Maple Dr.
Loveland, CO 80538


Long, Kimberly
5646 Qyarry St.
Timnath, CO 80547


Lorenz, Perry
2406 Pine Needle Ct.
Ft. Collins, CO 80528


Lorimor, Joanne
1948 Sandlewood Ln.
Ft. Collins, CO 80526

Loucks, John
4725 Crest Rd.
Ft. Collins, CO 80562


LTD Financial Service
7322 Southwest Freeway
Suite 1600
Houston, TX 77074


Lunn, Lori
4312 Silverview Ct.
Ft. Collins, CO 80526


Lupole, Charles
4002 Celtic Ln.
Ft. Collins, CO 80524


Lutz, Michael
1012 Stika Ct.
 Loveland, CO 80538


LVNV
5440 N. Cumberland Ave. Suite 300
Chicago, IL 60656-1490


LVNV Funding LLC
5440 N. Cumberland Ave. Suite 300
Chicago, IL 60656-1490


LVNV Funding, LLC
c/o The Corporation Trust Inc.
351 West Camden Street
Baltimore, MD 21201


Macawen, Angela
2615 W. Trilby Rd.
Ft. Collins, CO 80526


Machol & Johannes
600 17th Street, Suite 800
North Tower
Denver, CO 80202

Machol & Johannes LLC
600 17th Street, Suite 800
North Tower
Denver, CO 80202


Machol & Johannes LLC
717 17th Street, Suite 2300
Denver, CO 80202


Machol & Johannes, LLC
717 17th St #2300
Denver, CO 80202-3317


Machol Johannes LLC
717 17th Street, Suite 2300
Denver, CO 80202


Mackenzie, Michelle
90 A Fort Warren Ave.
Cheyenne, WY 82001


Madigan, Connor
4120 Centergate Ct.
Ft. Collins, CO 80526


Mael, Bill
2331 Hampshire
Ft. Collins, Co 80526


Mann, Cory
3701 Mead St.
Ft. Collins, CO 80526


Mann, Dori
1801 Creekwood
Ft. Collins, CO 80525


Marable, Jade
1509 Wasp Ct.
Ft. Collins, CO 80526

Mares, Jennifer
819 Benthaven St.
Ft. Collins, CO 80526


Maris, Tabitha
708 Cyprus Ln.
Cheyenne, WY 82009


Marshall, Jessica
2640 County Rd. 23
Ft. Collins, CO 80526


Marshall, Robert
3763 Sandyshore Ln.
Ft. Collins, CO 80528


Martin, Bill
508 Duke Ln.
Ft. Collins, CO 80525


Martin, Dan
2524 Sunstone Dr.
Ft. Collins, CO 80525


Martin, Stephanie
2366 Durango Dr.
Loveland, CO 80538


Martinec, P.
5503 Weeping Way
Ft. Collins, CO 80528


Martinez, Tim
900 Battsford Cr.
Ft. Collins, CO 80525


Martinez/Fenlason Aarib
5127 Milstone Ln.
Ft. Collins, CO 80525

Martorana, Kelly
725 Shadowmere Ct.
Ft. Collins, CO 80526


Mascio, David
4201 Picadilly Dr.
Ft. Collins, CO 80526


Mason, Phillip
1407 Salem St.
Ft. Collins, CO 80525


Massey, Allan
4227 Cedargate Dr.
Ft. Collins, CO 80526


Massey, Greg
1554 Preston Trail
Ft. Collins, CO 80525


Massey, Kim
6201 Southridge Greens B
Ft. Collins, CO 80525


Mast, Cindy
261 Marcy Dr.
Loveland, CO 80537


Masters, Kimberly
301 S. Josephine Ave.
Milliken, Co 80543


Matherson, Kevin
6766 Crooked Stick Dr.
Windsor, CO 80550


Mathews, Josh
2212 Vermont Dr. #L303
Ft. Collins, CO 80525

```
Mathews, Marcy
3531 Windmill Dr. #G5
Ft. Collins, CO 80526


Mawhinney, Terran
6076 Waterfront Dr.
Ft. Collins, CO 80524


Maxwell, Eric
316 S. Shields St.
Ft. Collins, CO 80521


May, Mary
7422 Victoria Ct.
Ft. Collins, CO 80525


McBride, Ryan
1204 Round Butte Dr.
Ft. Collins, CO 80524


McCall, Cheryl
155 W. Corriente Ct.
Queen Creek, AZ 85143


McCarthy, Brett
2503 Annelise Way
Ft. Collins, CO 80525


McCarthy, Tim
7915 Bayside Dr.
Ft. Collins, CO 80528


McClatchey, Teresa
325 51st Ave.
Greeley, CO 80634


McClure, Mike
331 Sundance Cr.
Ft. Collins, CO 80524
```

McCoy, Jennifer
2808 William Neal Pkwy
Ft. Collins, CO 80525

McDonald, Adam
713 Foxtail St.
Ft. Collins, CO 80524

McElvenny, Jamie
2932 Stone Haven Dr.
Ft. Collins, CO 80525

McFeely, Elizabeth
3400 Landcster Dr.
Ft. Collins, CO 80525

McGhie, Steve
2399 Amber Ct.
Loveland, CO 80537

McGibben, Rob
1738 Scenic Valley Dr.
Loveland, CO 80537

McGill, Shana
4588 Hayler Ave.
Loveland, CO 80538

McGrane, Rhonda
5200 Stillwater Creek Ct.
Ft. Collins, CO 80528

McGuinnis, Mitchell
2975 Neil Dr. #3
Ft. Collins, CO 80526

McGuire, Susan
421 Cheyenne Ave.
Eaton, CO 80615

McKay, Cody
905 Foothills Ct.
Windsor, CO 80550


McKee, Katheleen
3178 Sagewater Ct.
Ft. Collins, CO 80528


McMahill. Alicia
PO Box 1457
Wellington, CO 80549


McNabb, Robert
6111 Randell Ave
Cheyenne, WY 82005


McPhee, Mary
7401 Barnes Ct.
Ft. Collins, CO 80528


Meador, Mike
472 Deercreek Ct.
Loveland, CO 80538


Mecseji, Collleen
3259 King Fisher Ct.
Ft. Collins, CO 80528


Medina, Carlos
2436 Charolais Dr.
Ft. Collins, CO 80526


Meena, Jeffry
1009 Arlene Ct.
Cheyenne, WY 82009


Meis, Kat
10528 CR 43
Drake, CO 80515

Meliherchik, Chaz
3027 Indigo Ct.
Ft. Collins, CO 80528


Melton, Adam
4130 Suncrest Dr.
Ft. Collins, CO 80525


Merzia, Steve
817 North Garfield
Loveland, CO 80537


Metro Collection Service
2600 South Parker Road
Bldg 4-340
Aurora, CO 80014


Metro Collection Service
2600 South Parker Road, Bldg 4-340
Aurora, CO 80014


Metro Collection Service, Inc.
2600 S. Parker Rd., Bldg. 4, Suite 340
Aurora, CO 80014


Meyer, Dan
3504 Shore Rd.
Ft. Collins, CO 80524


Meyer, Danette
370 Andrews Park Rd.
Livermore, CO 80536


Mighell, Mark
2569 57th Ave.
Greeley, CO 80550


Mighell, Mark
2569 57th Ave.
Greeley, CO 80634

```
Miller, Ben
117 Cortez St.
Sterling, CO 80751


Miller, Bill
1748 Clear Creek Ct.
Windsor, CO 80550


Miller, Keith
930 Monroe Ave. #12
Loveland, CO 80537


Miller, Kim
2736 Maroon Ct.
Ft. Collins, CO 80525


Miller, Kim
836 Brown Bush St.
Ft. Collins, CO 80


Miller, Rebecca
712 Justice Dr.
Ft. Collins, CO 80526


Miller, Ric
3112 Rustic Ct.
Ft. Collins, CO 80526


Miller, T.
6001 Southridge Greens Blvd.
Ft. Collins, CO 80525


Miller, Thomas
5926 Snowy Plover Ct.
Ft. Collins, CO 80528


Miller, Timmie
6001 Southridge Greens Blvd.
Ft. Collins, CO 80525
```

```
Moessner, Art
4615 Eagle Lake Dr.
Ft. Collins, CO 80524


Mohler, Brian
1679 E. 7th Street
Loveland, CO 80537


Moinester, Justin
705 Stover St.
Ft. Collins, CO 80524


Molenar, Debra
1717 Barrington Ct.
Ft. Collins, CO 80524


Monarco, Sean
1508 Tang Ct.
Ft. Collins, CO 80526


Moneypenny, Karen
1596 Persian Ave.
Loveland, CO 80537


Montague, Ellen
2215 Sun Rose Way
Ft. Collins, CO 80521


Montoya, Tomacita
2319 Plains Ct.
Ft. Collins, CO 80521


Moog, Janez
1228 Red Oak Court
Ft. Collins, CO 80525


Mooney, Tammy
1716 Serramonte
Ft. Collins, CO 80524
```

Moore, Karen
1106 White Oak Ct.
Ft. Collins, CO 80525


Moore, Michael
720 City Park Rd. #126-A
Ft. Collins, CO 80521


Moore, Mike
2000 Crestview Ct.
Ft. Collins, CO 80526


Morales, Tony
4120 Stoney Creek Dr.
Ft. Collins, CO 80525


Morey, Teresa
PO Box 542
Wellington, CO 80549


Morony, Carroll
2619 Wyandotte
Ft. Collins, CO 80526


Morris, Andrew
3932 McComb St.
Ceyenne, WY 82001


Morris, Brent
3915 Rannoch St.
Ft. Collins, CO 80524


Morris, Jen
217 Camino Real
Ft. Collins, CO 80524


Mosser, Amy
235 Walnut Ave.
Eaton, CO 80615

Mr. Benjamin W. Navarro
LVNV Funding, LLC
200 Meeting Street, Suite 206
Charleston, SC 29401


Mr. Benjamin W. Navarro
LVNV Funding, LLC
625 Pilot Road, Suite 3
Las Vegas, NV 89119


Mr. Kelsey J. Smith
Liggett, Smith & Johnson
425 West Mulberry, Suite 112
Fort Collins, CO 80521


Mueller, Vita
4333 Kano Dr.
Ft. Collins, CO 80526


Murphy, Eryn
309 S. Loomis St.
Ft. Collins, CO 80521


Murray, John
2612 Little Bear Ct.
Ft. Collins, CO 80525


Murray, Mitch
2221 Grosvenor
Ft. Collins, CO 80526


Musial, Stacy
2212 Laporte Ave.
Ft. Collins, CO 80521


Myatt Brandes & Gast
323 S. College Ave., Suite 1
Fort Collins, CO 80524

Mynatt, David
2726 Autumn Harvest Way
Ft. Collins, CO 80528


Nabours, April
4237 Cape Cod Cr.
Ft. Collins, CO 80525


Nash, Rich
4737 Eagle Lake Dr.
Ft. Collins, CO 80524


Needham, Jennifer
720 Boltz Dr.
Ft. Collins, CO 80525


Neff, Liz
1030 Bramblebush St.
Ft. Collins, CO 80524


Neith, Kathy
1832 Valley View Ln.
Ft. Collins, CO 80524


Nelson, Annamarie
3514 Omaha Ct.
Ft. Collins, CO 80526


Nelson, Brad
3200 Wedgewood Ct.
Ft. Collins, CO 80525


Nemitz, Jack
1706 Scarborough Dr.
Ft. Collins, CO 80526


Neubert, Dave
443 Amethyst Ave.
Loveland, CO 80537

Neuhold, Walter
1710 Minnesota
Ft. Collins, CO 80525


Newsom, Lauren
2731 Worthington
Ft. Collins, CO 80526


Newton, Jack
2053 Huntington Cir.
Ft. Collins, CO 80526


Nichols, Cheryl
1601 Mea
Ft. Collins, CO 80525dowaire


Nick Kesterke
2574 Tupelo Dr.
Loveland, CO 80538


Nienke, Shelly
901 Ridge West Dr.
Windsor, Co 80550


Nitcholas, Josh
3019 Rustic Ct.
Ft. Collins, CO 80526


Noe, Tina
3356 Mammoth Cr.
Wellington, CO 80549


Noller, Bob
3712 Bromley Dr.
Ft. Collins, CO 80525


Normington, Denise
724 Blue Mountain Dr.
Ft. Collins, CO 80526

Northburg, Tom
5222 Cornerstone Dr.
Ft. Collins, CO 80528


Nunn, Colleen
2243 Suffolk St.
Ft. Collins, CO 80526


O'Brien, Michael
1362 St. John Pl.
Ft. Collins, CO 80525


O'Reilly, Chris
966 Wild Cherry Ln.
Ft. Collins, CO 80521


Oblender, Tia
3512 Limestone Ct.
Ft. Collins, CO 80525


Ochs, Julie
1111 Red Oak Ct.
Ft. Collins, CO 80525


Ochwat, Jennifer
321 Brinn Ct.
Ft. Collins, CO 80525


Oconnell, Andrea
2304 Nottingham Ct.
Ft. Collins, CO 80526


Ocwen Loan Servicing/GMAC
6716 Grade Lane, Building 9, Suite 910
Louisville, KY 40213-1407


Odell, Devin
805 Smith St.
Ft. Collins, CO 80524

Odell, Jackie
8196 Admeral Dr.
Ft. Collins, CO 80528


Olsen, Steve
3243 King Fisher Ct.
Ft. Collins, CO 80528


Olson, Sharon
3418 Cheetah Dr.
Loveland, CO 80537


Oreskey, Sandra
3674 Foothills Dr.
Loveland, CO 80537


Oreskovich, Nick
1113 W. Plum St.
Ft. Collins, CO 80521


Orphan, Mark
6463 Pumpkin Ridge Dr.
Windsor, CO 80550


Ortiz, Carlos
4425 W. 7th Street
Greeley, CO 80634


Ortolano, Wes
8511 Firethorn Dr.
Loveland, CO 80538


Osborn, Holly
8242 Coeur D Alene Dr.
Ft. Collins, CO 80525


Osler, Twlya
2021 E. 57th
Loveland, CO 80538

Osten, Amy
5797 Claret St.
Timnath, CO 80547


Otto, Tyler
2204 San Miguel Dr.
Severence, CO 80546


Owens, Jim
1321 Buttonwood Dr.
Ft. Collins, CO 80525


Padilla, Ray
4908 Carabella Dr.
Ft. Collins, CO 80526


Paris, June
1822 74th Ave. Ct.
Greeley, CO 80634


Parker, Camille
633 Peyton Dr.
Ft. Collins, CO 80525


Patti, AJ
613 Boltz Dr.
Ft. Collins, CO 80525


Paul, Judy
1715 Falcon Ridge Dr.
Ft. Collins, CO 80528


Pavsek, Michael
4522 NCR 19
Ft. Collins, CO 80522


Payne, Jeni
1220 W. Broadmoor Dr.
Loveland, CO 80537

Pearson, Marty
90 Meadow Mountain Rd
Livermore, CO 8

Pearson, Sharon
2050 E. 11th St.
Loveland, CO 80537

Pease, Hillary
1070 Scarborough Dr.
Loveland, CO 80538

Pedersen, Frank
654 Goose Lake Cr.
Windsor, CO 80550

Peeler, Karen
5313 Cherrywood Ln.
Johnstown, CO 80534

Pegg, Tracy
3300 Sam Huston Cr.
Ft. Collins, CO 80526

Pelkey, Scott
2624 Little Bear Ct.
Ft. Collins, CO 80525

Perry, Alexandra
1425 Cape Cod Cr.
Ft. Collins, CO 08525

Petrun, Marcia
5223 Paradise Ln
Ft. Collins, CO 80526

Pflock, Kurt
5507 N. St. LouisAve.
Loveland, CO 80538

Philipp, Charles
6843 Springhill Dr.
Niwot, CO 80503


Phillips, Jason
601 Ramah Dr.
Ft. Collins, CO 80525


Pickering, Lannie
PO Box 721
Walden, CO 80480


Pierce, Lael
1218 Brumal Ct.
Ft. Collins, CO 80525


Pietrangelo, Cheryl
5621 Falling Water Dr.
Ft. Collins, CO 80528


Pietsch, William
1040 Pine Ln.
Estes Park, CO 80517


Pinner, Tyler
3819 Horsetooth Ct.
Ft. Collins, CO 80526


Piszczek, Todd
205 5th St.
Windsor, CO 80550


Pitts, Julie
2521 Custer Dr.
Ft. Collins, CO 80525


Pitts, Shawn
2533 Terry Lake Rd.
Ft. Collins, CO 80524

Plotkin & Plotkin PC
621 Seventeenth St
Suite 1800
Denver, CO 80293


Polland, Michael
513 Aspen Grove Way
Windsor, CO 80550


Pollyea, Rebecca
3475 Cheetah Dr.
Loveland, CO 80537


Pooler, Sarah
1225 Windham Hill Rd.
Ft. Collins, CO 80525


Porter, Howard
2133 Chancery Dr.
Loveland, CO 80538


Poudre Football/Dan Reard
201 S. Impala Dr.
Ft. Collins, CO 80521


Poudre Valley Health System
2809 E. Harmony Rd. Suite 200
Fort Collins, CO 80528


Powell, Jennifer
976 Garfield St.
Denver, CO 80206


Powell, Nathan
205 Westfall Hall - CSU
Ft. Collins, CO 80521


Powers, Ron
2018 Terry Lake
Ft. Collins, CO 80524

Prange, Mark
1700 Palmm Dr. #2
Ft. Collins, CO 80525


Pratt, Seana
1221 Solstice Ln.
Ft. Collins, CO 80525


Pro Feet Inc.
PO Box 2720
Burlington, NC 27216


Proctor, Rick
49 Pioneer Pl.
Eaton, CO 80615


ProGuard Sports, Inc.
13525 Fenway Blvd. N
Hugo, MN 55038


Prosser, David
1825 Cottonwood Point Dr.
Ft. Collins, CO 80524


Pulis, Amy
645 Peyton Dr.
Ft. Collins, CO 80525


Pullaro, Rob
2202 Dolan St.
Ft. Collins, CO 80528


Quaid, Kristen
6675 S. Lemay Apt. H2
Ft. Collins, CO 80525


Quinlan, Larissa
409 Walnut St.
Windsor, CO 80550

Rachman, Brennan
1001 E. Lake St.
Ft. Collins, CO 80524

Rademacher, Marc
1700 Rutledge Ct.
Ft. Collins, CO 80526

Ray, Amber
3024 Nineback Dr.
Ft. Collins, CO 80528

Ray, Chris
1319 Paragon Pl.
Ft. Collins, CO 80525

Rayome, Marilee
1531 S. Gilpin
Loveland, CO 80537

Read, Greg
1901 Canopy Ct.
Ft. Collins, CO 80528

Realities for Childrens
1610 S. College
Fort Collins, CO 80525

Reed, Steven
719 Larkbunting Dr.
Ft. Collins, CO 80526

Rees, Amber
25 Fort Warren Ave.
Cheyenne, WY 82005

Reeves, Anthony
3425 Windmill Dr. #D9
Ft. Collins, CO 80526

Reiger-Cole, Keri
5669 McWhinney Blvd.
Loveland, CO 80538


Reimann, Kirk
3519 Worwick Dr.
Ft. Collins, CO 80525


Rhoades, Duane
2031 Hampshire Dr.
 Ft. Collins, CO 80526


Richard D. Fairbank, CEO
Capital One Bank USA NA
1680 Capital One Drive
McLean, VA 22102


Richards, Chris
519 Spinnaker Ln.
Ft. Collins, CO 80525


Richer, Eric
223 E. Plum St. #B
Ft. Collins, CO 80524


Ries, Kam
620 S. 9th St.
Berthoud, CO 80513


Rinne, Terrie
29 Rose Ct.
Windsor, CO 80550


Ritchie, Patrick
301 Rock Bridge Dr.
Windsor, CO 80550


Ritzman, Matt
5527 Rabbit Creek Rd.
Ft. Collins, CO 80525

Roberts, Jennifer
4905 Hilltop Dr.
Ft. Collins, CO 80526


Robertson, Jeff
3633 Mayflower Ct.
Ft. Collins, CO 80526


Robinson, Shelby
2944 Dean Dr.
Ft. Collins, CO 80521


Rodriguez, Tim
1915 Silver Gate Rd.
Ft. Collins, CO 80526


Rogers, Judy
916 Cheyenne Dr.
Ft. Collins, CO 80525


Romero, Ernest
3812 Richmond Dr.
Ft. Collins, CO 80526


Rosalyn Leautaud
36933 Weld CTY RD 15
Wndsor, CO 80550


Rotman, Mark
1025 Ogden Ct.
Ft. Collins, CO 80526


Roupp, Kevin
5283 Corral Ct.
Ft. Collins, CO 80528


Rovani, Joe
3337 Aspen Ln.
Laramie, WY 82070

Rowe, Patrick
3885 S. Idalia St.
Aurora, CO 80013


Rowland, Cathy
2537 Pinecone Cir.
Ft. Collins, CO 80525


Rowland, Thom
2090 Avery Way
Castle Rock, CO 80109


Rozeski, Henry
3715 Logan Ave.
Loveland, CO 80528


Rubin, Jeremy
1385 Wetwood Dr.
Windsor, CO 80550


Rudley, Orlando
1921 Bowsprit Dr.
Ft. Collins, CO 80524


Rudolph, Todd
1632 Banyan Dr.
Ft. Collins, CO 80526


Rupert, Justin
2845 Willow Tree Ln. #M
Ft. Collins, CO 80525


Ruppelt, David
719 Woodland Way
Ft. Collins, CO 80526


Russell, Nicole
734 Apple Ct.
Windsor, CO 80550

Russell, Richard
2336 Kodiak Rd.
Ft. Collins, CO 80525


Rutledge, Bill
1026 Pinnacle Pl.
Ft. Collins, CO 80525


Ryan, Jesse
828 Maple St.
Ft. Collins, CO 80521


Ryan, Luke
5121 Harvest Moon Way
Ft. Collins, CO 80528


Safe Systems, Inc.
421 S. Pierce Ave.
Louisville, CO 80027


Sage, Ginger
3517 N. Sheridan
Loveland, CO 80538


Salas, Christina
702 Bentley Pl.
Ft. Collins, CO 80526


Saliman, Laural
6020 Snowy Creek Dr.
Ft. Collins, CO 80528


Sample, Roger
1524 Brentford Ln
Ft. Collins, CO 80525


Sanchez, Ana
3336 Creekstone
Ft. Collins, CO 80525

Sanders, Susan
105 Ridge Rd.
Eaton, CO 80615


Sandler, Steven
219 West Myrtle Apt. B
Ft. Collins, CO 80521


Sandra McClure
313 East Iowa Ave.
Berthoud, CO 80513


Sanford, Pam
840 Ponderosa Ct.
Eaton, CO 80615


Sarmiento, Reyes
524 Stover
Ft. Collins, CO 80524


Scarano, Kim
2921 Front St.
Bellvue, CO 80512


Scheidegger, Megan
519 S. Meldrum #128
Ft. Collins, CO 80521


Scherer, Rick
1225 Crescent
Windsor, CO 80550


Schiller, Erik
751 Ashford Lane
Ft. Collins, CO 80526


Schlosser, Alex
3735 Panther Dr.
Loveland, CO 80537

Schmidberger, Frank
3107 Gatlin St.
Ft. Collins, CO 80526


Schmidt, Daniel
4215 Centergate Ct.
Ft. Collins, CO 80526


Schmidt, Michelle
PO Box 431
Wellington, CO 80549


Schmidt, Mishele
PO Box 431
Wellington, CO 80549


Schmitz, Jason
9177 NW 73rd Street
Johnston, IA 50131


Schneeberger, Inc.
4019 S. Mason St. Unit 3
Ft. Collins, CO 80525


Schneider, Michelle
5308 Vardon Way
Ft. Collins, CO 80528


Schnneider, Jennifer
5424 Saratoga Cr.
Ft. Collins, CO 80526


Schuett, Laurie
1121 Cresent Dr.
Windsor, CO 80550


Schwab, Mike
2902 Ridgen Pkwy.
Ft. Collins, CO 80525

Schwartz, Brian
215 S. Loomis St.
Ft. Collins, CO 80521

Schwartz, Chris
1601 Centennial Rd.
Ft. Collins, CO 80525

Schwartz, Chris
1601 Centennial Rd.
Ft. Collins, CO 80525

Schwartz/Shelanski, Karen
1818 Lakeshore Dr.
Ft. Collins, CO 80525

Schwery, Alex
812 Cambridge Dr.
Ft. Collins, CO 80525

Scolari, Angelo
1421 Red Fox Cr.
Windsor, CO 80550

Scoufis, Margi
6909 Antingua Pl.
Ft. Collins, CO 80525

Seeley, Michael
356 Glenda Dr.
Loveland, CO 80537

Seen, Kris
1618 W. Stuart St.
Ft. Collins, CO 80526


Semonchick, John
3940 Braidwood Dr.
Ft. Collins, CO 80524


Senesac, Sonia
3632 Butternut Dr.
Loveland, CO 80538


Serbousek, Kristin
7471 Cnty. Rd. 74
Windsor, CO 80550


Shafer, Ty
1575 Pelican Lakes Point
Windsor, CO 80550


Sharp, Wendy
PO Box 291
Windsor, CO 80550


Shaw, Alec
3425 Windmill Dr. Apt. E20
Ft. Collins, CO 80526


Shawn Archibeque
7353 View Pointe Ct.
Wellington, CO 80549


Shea, Mike
3763 Chestnut Ct.
Loveland, CO 80538


Shearer, Amber
3755 Mount Meeker St.
Wellington, CO 80549

Shefferd, Joanna
855 5th Street
Eaton, CO 80615


Sheppard, Toby
509 Sundown Ct.
Ft. Collins, CO 80525


Sheryl Laskie
2803 Sunstone Dr.
Ft. Collins, CO 80525


Shields, John
PO Box 40
Drake, CO 80515


Shileikis, Andrew
2361 Saphhire St.
Loveland, CO 80538


Shock Doctor
3405 Annapolis Ln #200
Plymouth, MN 55447


Shockley, Peggy
628 W. 5th Street
Loveland, CO 80538


Shortman, Kymberly
806 Bonita Ave.
Ft. Collins, CO 80526


Siemens, Matt
2521 Creekwood Dr.
Ft. Collins, CO 80526


Silk, Joanna
3519 Red Mountain Dr.
Ft. Collins, CO 80525

Silkworth, Ryan
1225 W. Prospect
Ft. Collins, CO 80526


Silverman / Borenstein
13111 E. Briarwood Ave.
Suite 340
Centennial, CO 80112


Simental, Joey
2028 Silver Plume
Ft. Collins, CO 80526


Sipin, Anne
812 E. Ridgecrest Rd.
Ft. Collins, CO 80524


Skelton, Jason
3338 Iron Horse Way
Wellington, CO 80549


Skogg, Carol
1025 Cunningham Dr. #B1
Ft. Collins, CO 80526


Slavick, Mike
801 E. Ridgecrest
Ft. Collins, CO 80525


Smith, Brian
8109 Northstar Dr.
Ft. Collins, CO 80528


Smith, Joel
740 Lancers Ct.
Monument, CO 80132


Smith, Malia
1512 Kirkwood Dr.
Ft. Collins, CO 80525

Smith, Max
5620 Serria Ct.
Ft. Collins, CO 80528


Smoot, Craig
6557 Finch Ct.
Ft. Collins, CO 80525


Spicer, Katherine
2021 Churchill Ct.
Ft. Collins, CO 80526


Spontarelli, Allen
363 E. 10th Street
Loveland, CO 80537


Spritzer, Chad
509 Dennison Ct.
Ft. Collins, CO 80521


St. Peters, Savannah
722 S. Summitview
Ft. Collins, CO 80524


Stafford Student Loans-US Dept. of Educ.
PO Box 9003
Niagra Falls, NY 14302-9003


Stalnaker, Greg
3028 Clemma Ct.
Ft. Collins, CO 80526


Stanfield, Jackie
2106 Kirkwood Ct.
Ft. Collins, CO 80525


State of Colorado Dept. of Revenue
1375 Sherman St.
Denver, CO 80261

```
Stearn, Stephanie
3293 Twin Heron Ct.
Ft. Collins, CO 80528


Steffens, Katie
1317 Yount St.
Ft. Collins, CO 80524


Steinbach, Aaron
7008 Ruidoso Dr.
Windsor, CO 80550


Stellingwerf, John
1402 Leahy Dr.
Ft. Collins, CO 80526


Stenbach, Tom
1424 Freedom Ln.
Ft. ollins, CO 80526


Stevens, Patty
700 Locust St.
Ft. Collins, CO 80524


Stimely, Howard
1037 Sailors Reef
Ft. Collins, CO 80525


Stoll, Dwayne
115 Palmer
Ft. Collins, CO 80525


Storebo, Athena
724 Benthaven St.
Ft. Collins, CO 80526


Strachan, Leeann
1621 Alcott St.
Ft. Collins, CO 80525
```

Strafach Jr., Frank
1801 Country Club Rd.
Ft. Collins, CO 80524


Strasbaugh, Steve
7009 Sedgewick Dr.
Ft. Collins, CO 80525


Strategic Funding Source, Inc.
1501 Broadway, Suite 1515
New York, NY 10036


Stroh, Karen
PO Box 1264
Wellington, CO 80549


Sullivan, Todd
48509 County Rd. 19
Nunn, CO 80648


Sweeney, Kevin
1809 Chesapeak Cr.
Johnstown, CO 80534


Swerer, Robert
5312 Clarendon Hills Dr.
Ft. Collins, CO 80526


Szabo Associates
3355 Lenox Rd, N.E.
Ninth Floor
Atlanta, GA 30326


Tallman, Kim
1030 Hobson Ct.
Ft. Collins, CO 80526


Taylor, Kenneth
417 Loma Linda Ln
Ft. Collins, CO 80525

Terwilliger, Lainey
1405 Pintail Ct.
Windsor, CO 80550


The CIT Group Commercial Services Inc.
C/O Girsh & Rottman, PC
6000 East Evans Ave.
Bldg. 1, Suite 211
Denver, CO 80222


Thomas, Jeff
1944 Dove Creek Cr.
Loveland, CO 80538


Thomas, Marty
2519 Pine Needle Ct.
Ft. Collins, CO 80528


Thompson, Mike
4436 Vista Dr.
Ft. Collins, CO 80526


Thornton, Wrenn
1345 Catalpa Dr.
Ft. Collins, CO 80521


Thrasher, Gina
PO Box 1832
Loveland, CO 80539


Tomlinson, Robin
4214 W. 22nd St. Rd.
Greeley, CO 80634


Townsend, Scott
2627 Stonehaven Dr.
Ft. Collins, CO 80525


Travers, Mark
1250 Belleview Dr.
Ft. Collins, CO 80526

Trosper, David
1143 Bristlecone Pl.
Loveland, CO 80538


Truex, Doug
802 Nampa Valley Dr.
Ft. Collins, CO 80525


Tryon, John
3242 Sea Gull Ct.
Loveland, CO 80538


Turner, Shawna
2902 Pampas Ct.
Ft. Collins, CO 80526


Tyburczy, Joe
2104 45th Ave.
Greeley, CO 80634


Valdez, Mary
2615 Southfield Court
Ft. Collins, CO 80525


Van Hook, Jeff
320 Diamond Dr.
Ft. Collins, CO 80525


Veit Jr., Mike
218 W. 5th Street
Loveland, CO 80537


Veltri, Frank
1207 W. 45th
Loveland, CO 80538


Volk, Gayle
1525 Rolf Ct.
Ft. Collins, CO 80525

Vos, Trista
2905 Moore Ln.
Ft. Collins, CO 80526


Wagner, Kathy
1820 Willow Springs Way
Ft. Collins, CO 80525


Wahl, Meredith
2807 Dundee Ct.
Ft. Collins, CO 80525


Waldner, Gary
303 Tierney #7
Wamsutter, WY 82336


Wallace, John
3337 Pinehurst Pl.
Ft. Collins, CO 80525


Wallerich, Gary
1017 Medicin Man Ct.
Windsor, CO 80550


Walls, Cheri
512 Spruce Mt Ct.
Windsor, CO 80550


Walter, Kathleen
2910 Zendt Dr.
Ft. Collins, CO 80526


Wang, Ying
2302 Chadara St.
Ft. Collins, CO 80528


Warnygora, Todd
403 Huntington Hills Dr.
Ft. Collins, CO 80525

```
Watkins, Drew
3326 Long Creek Dr.
Ft. Collins, CO 80528


Weaver, Marci
3919 Asbury Dr.
Ft. Collins, CO 80526


Weber, Wolf
2660 Shadow Mt. Dr.
Ft. Collins, CO 80525


Weichel, Melanie
4670 Georgetown Dr.
Loveland, CO 80538


Weiner, Mark
908 Pinnacle Pl.
Ft. Collins, CO 80525


Weissman, Colleen
6820 Spring Glade Rd.
Loveland, CO 80538


West Coast Servicing Inc.
17011 Beach Boulevard, Suite 300
Huntington Beach, CA 92647


West, Jeremy
19137 Silverspur Rd.
Springdale, AZ 72764


Wheeler, Nick
5738 Meadow Creek Ln.
Loveland, CO 80538


Whittaker, Lauren
2631 Flintridge Pl.
Ft. Collins, CO 80521
```

Wilgenbusch, Nicole
1901 Langshire Dr.
Ft. Collins, CO 80526


Willard, Tucker
339 Brinn Ct.
Ft. Collins, CO 80525


Williams, David
6132 Westhcase Rd.
Ft. Collins, CO 80528


Wilson, Barry
870 Ridge West Dr.
Windsor, CO 80550


Wilson, Juliette
2249 Iroquois Dr.
Ft. Collins, CO 80525


Wilson, Thomas
9332 Coperinicus Dr.
Ft. Collins, CO 80528


Winkler, Christine
4907 Smallwood Ct.
Ft. Collins, CO 80528


Witt, Tim
1211 Taft Ave. #B
Cheyenne, WY 82001


Wm. T. Burnett Holding
2112 Montevideo Rd.
Jessup, MD 21230


Wokowsky, Keith
620 Agate Ct.
Ft. Collins, CO 80525

```
Woleach-Smith, James
2551 Hillrose Ct.
Loveland, CO 80538


Wood, Jody
1221 Bateleur Ln.
Ft. Collins, CO 80524


Wood, Ron
5941 Twin Wash Sq.
Ft. Collins, CO 80528


Woodward, Mandy
3454 New Castle Dr.
Loveland, CO 80538


Wormus, Kate
2713 Sutton Ct.
Ft. Collins, CO 80526


Wright, Casey
1117 3rd Street
Windsor, CO 80550


Wright, Troy
156 Bayside Dr.
Windsor, CO 80550


Yancey, Drew
7338 Triangle Dr.
Ft. Collins, CO 80525


Yangas, Carie
2960 W. Stuart St. B101
Ft. Collins, CO 80526


Yemm, Shannon
1407 Cactus
Ft. Collins, CO 80525
```

Zagoras, Maro
3891 Cnty. Rd. 214
Silt, CO 81652


Zamudio, Amber
305 Boulder Ln.
Johnstown, CO 80534


Zehler, Brian
1239 Reeves Dr.
Ft. Collins, CO 80526


Zewdu, Daniel
2524 Wapiti Rd.
Ft. Collins, CO 80525


Zitti, Rudolph
1626 Fantail Ct.
Ft. Collins, CO 80528

# UNITED STATES BANKRUPTCY COURT
## District of Colorado

In re      Todd Andrew Schneeberger & Patricia Anne Schneeberger

_____ ,

                         Debtor

Case No. _____

Chapter     13 _____

## VERIFICATION OF LIST OF CREDITORS

     I hereby certify under penalty of perjury that the attached List of Creditors which consists of 87 pages, is true, correct and complete to the best of my knowledge.

Date    August 31st, 2013 _____

Signature of Debtor      /s/ Todd Andrew Schneeberger _____
TODD ANDREW SCHNEEBERGER

Date    August 31st, 2013 _____

Signature of Joint Debtor      /s/ Patricia Anne Schneeberger _____
PATRICIA ANNE SCHNEEBERGER

Algirdas M. Liepas
Algirdas M. Liepas
419 Canyon Avenue,
Suite 215
Fort Collins, CO 80521
(970) 493-3359
(970) 407-9390

B22C (Official Form 22C) (Chapter 13) (04/13)

In re Todd Andrew Schneeberger & Patricia Anne Schneeberger
_____
Debtor(s)

Case Number: _____
(If known)

| According to the calculations required by this statement: |
| --- |
| ☑ **The applicable commitment period is 3 years.** |
| ☐ **The applicable commitment period is 5 years.** |
| ☐ **Disposable income is determined under § 1325(b)(3).** |
| ☑ **Disposable income not determined under § 1325(b)(3).** |
| (Check the boxes as directed in Lines 17 and 23 of this statement.) |

# CHAPTER 13 STATEMENT OF CURRENT MONTHLY INCOME
## AND CALCULATION OF COMMITMENT PERIOD AND DISPOSABLE INCOME

In addition to Schedule I and J, this statement must be completed by every individual Chapter 13 debtor, whether or not filing jointly. Joint debtors may complete one statement only.

| Part I. REPORT OF INCOME | | |
| --- | --- | --- |

| 1 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br> a. ☐ **Unmarried.** Complete only Column A ("Debtor's Income") for Lines 2-10.<br> b. ☑ **Married.** Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 2-10. | | |
| --- | --- | --- | --- |

| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | **Column A Debtor's Income** | **Column B Spouse's Income** |
| --- | --- | --- | --- |
| 2 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $ 426.46 | $ 1,660.41 |

| 3 | **Income from the operation of a business, profession or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 3. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part IV.** | | |
| --- | --- | --- | --- |

| a. | Gross receipts | $ 140.03 |
| --- | --- | --- |
| b. | Ordinary and necessary business expenses | $ 0.00 |
| c. | Business income | Subtract Line b from Line a |

Line 3: $ 140.03 | $ 0.00

| 4 | **Rents and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part IV.** | | |
| --- | --- | --- | --- |

| a. | Gross receipts | $ 0.00 |
| --- | --- | --- |
| b. | Ordinary and necessary operating expenses | $ 0.00 |
| c. | Rent and other real property income | Subtract Line b from Line a |

Line 4: $ 0.00 | $ 0.00

| 5 | **Interest, dividends and royalties.** | $ 0.00 | $ 0.00 |
| --- | --- | --- | --- |
| 6 | **Pension and retirement income.** | $ 0.00 | $ 0.00 |
| 7 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by the debtor's spouse. Each regular payment should be reported in only one column; if a payment is listed in Column A, do not report that payment in Column B. | $ 0.00 | $ 0.00 |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B22C (Official Form 22C) (Chapter 13) (04/13) – Cont.

2

| 8 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 8. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act   Debtor $ ___0.00___   Spouse $ ___0.00___ | $      0.00 | $      0.00 |
|---|---|---|---|
| 9 | **Income from all other sources.**  Specify source and amount.  If necessary, list additional sources on a separate page. Total and enter on Line 9.  **Do not include alimony or separate maintenance payments paid by your spouse, but include all other payments of alimony or separate maintenance.  Do not include** any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism.<br><br>a. \|                                              \| $  1,000.00<br>b. \|                                              \| $      0.00 | $  1,000.00 | $      0.00 |
| 10 | **Subtotal.**  Add Lines 2 thru 9 in Column A, and, if Column B is completed, add Lines 2 through 9 in Column B.  Enter the total(s). | $  1,566.49 | $  1,660.41 |
| 11 | **Total.**  If Column B has been completed, add Line 10, Column A to Line 10, Column B, and enter the total.  If Column B has not been completed, enter the amount from Line 10, Column A. | | $    3,226.90 |

## Part II. CALCULATION OF § 1325(b)(4) COMMITMENT PERIOD

| 12 | **Enter the Amount from Line 11.** | $  3,226.90 |
|---|---|---|
| 13 | **Marital adjustment.**  If you are married, but are not filing jointly with your spouse, AND if you contend that calculation of the commitment period under § 1325(b)(4) does not require inclusion of the income of your spouse, enter on Line 13 the amount of the income listed in Line 10, Column B that was NOT paid on a regular basis for the household expenses of you or your dependents and specify, in the lines below, the basis for excluding this income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose.  If necessary, list additional adjustments on a separate page.  If the conditions for entering this adjustment do not apply, enter zero.<br><br>a. \|                                     \| $      0.00<br>b. \|                                     \| $      0.00<br>c. \|                                     \| $      0.00<br><br>Total and enter on Line 13. | $      0.00 |
| 14 | **Subtract Line 13 from Line 12 and enter the result.** | $  3,226.90 |
| 15 | **Annualized current monthly income for §1325(b)(4).**  Multiply the amount from Line 14 by the number 12 and enter the result. | $ 38,722.80 |
| 16 | **Applicable median family income.**  Enter the median family income for the applicable state and household size.  (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)<br><br>a. Enter debtor's state of residence: ___Colorado___   b. Enter debtor's household size: ___5___ | $ 94,887.00 |
| 17 | **Application of §1325(b)(4).**  Check the applicable box and proceed as directed.<br><br>[✓] **The amount on Line 15 is less than the amount on Line 16.**  Check the box for "The applicable commitment period is 3 years" at the top of page 1 of this statement and continue with this statement.<br><br>[ ] **The amount on Line 15 is more than the amount on Line 16.**  Check the box for "The applicable commitment period is 5 years" at the top of page 1 of this statement and continue with this statement. | |

## Part III. APPLICATION OF § 1325(b)(3) FOR DETERMINING DISPOSABLE INCOME

| 18 | **Enter the Amount from Line11.** | $  3,226.90 |
|---|---|---|

B22C (Official Form 22C) (Chapter 13) (04/13) – Cont.

3

| 19 | **Marital adjustment.** If you are married, but are not filing jointly with your spouse, enter on Line 19 the total of any income listed in Line 10, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify, in the lines below, the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If the conditions for entering this adjustment do not apply, enter zero. | |
|---|---|---|
| | | |

| | a. | | $ | 0.00 |
|---|---|---|---|---|
| | b. | | $ | 0.00 |
| | c. | | $ | 0.00 |

| Total and enter on Line 19. | $ | 0.00 |
|---|---|---|

| 20 | **Current monthly income for §1325(b)(3).** Subtract Line 19 from Line 18 and enter the result. | $ | 3,226.90 |
|---|---|---|---|
| 21 | **Annualized current monthly income for §1325(b)(3).** Multiply the amount from Line 20 by the number 12 and enter the result. | $ | 38,722.80 |
| 22 | **Applicable median family income.** Enter the amount from Line 16. | $ | 94,887.00 |

| 23 | **Application of §1325(b)(3).** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 21 is more than the amount on Line 22.** Check the box for "Disposable income is determined under §1325(b)(3)" at the top of page 1 of this statement and complete the remaining parts of this statement.<br><br>☑ **The amount on Line 21 is not more than the amount on Line 22.** Check the box for "Disposable income is not determined under §1325(b)(3)" at the top of page 1 of this statement and continue with Part VII of this statement. **Do not complete Parts IV, V or VI.** |
|---|---|

## Part IV. CALCULATION OF DEDUCTIONS FROM INCOME

### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| 24A | **National Standards: food, apparel and services, housekeeping supplies, personal care, and miscellaneous.** Enter in line 24A the "Total" amount from IRS National Standards for Allowable Living Expenses for the applicable number of persons. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) The applicable number of persons is the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | $ | N.A. |
|---|---|---|---|

| 24B | **National Standards: health care.** Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the applicable number of persons who are under 65 years of age, and enter in Line b2 the applicable number of persons who are 65 years of age or older. (The applicable number of persons in each age category is the number in that category that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support.) Multiply line a1 by Line b1 to obtain a total amount for persons under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for persons 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 24B. | | |
|---|---|---|---|

| Persons under 65 years of age | | | Persons 65 years of age or older | | |
|---|---|---|---|---|---|
| a1. | Allowance per person | N.A. | a2. | Allowance per person | N.A. |
| b1. | Number of persons | N.A. | b2. | Number of persons | N.A. |
| c1. | Subtotal | N.A. | c2. | Subtotal | N.A. |

| | | | | $ | N.A. |
|---|---|---|---|---|---|

| 25A | **Local Standards: housing and utilities; non-mortgage expenses.** Enter amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and family size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) The applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | $ | N.A. |
|---|---|---|---|

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B22C (Official Form 22C) (Chapter 13) (04/13) – Cont.

4

| | | | |
|---|---|---|---|
| 25B | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and family size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court) (the applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 47; subtract Line b from Line a and enter the result in Line 25B. **Do not enter an amount less than zero.** | | |

| | | |
|---|---|---|
| a. | IRS Housing and Utilities Standards; mortgage/rental expense | $         N.A. |
| b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 47 | $         N.A. |
| c. | Net mortgage/rental expense | Subtract Line b from Line a. |

$         N.A.

| | |
|---|---|
| 26 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 25A and 25B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below:<br><br>_____<br>_____<br>_____ |

$         N.A.

| | |
|---|---|
| 27A | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.<br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 7.  ☐ 0 ☐ 1 ☐ 2 or more.<br>If you checked 0, enter on Line 27A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 27A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) |

$         N.A.

| | |
|---|---|
| 27B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for your public transportation expenses, enter on Line 27B the "Public Transportation" amount from the IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) |

$         N.A.

| | |
|---|---|
| 28 | **Local Standards: transportation ownership/lease expense; Vehicle 1**. Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.)  ☐ 1 ☐ 2 or more.<br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 47; subtract Line b from Line a and enter the result in Line 28. **Do not enter an amount less than zero.** |

| | | |
|---|---|---|
| a. | IRS Transportation Standards, Ownership Costs | $         N.A. |
| b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 47 | $         N.A. |
| c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a. |

$         N.A.

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B22C (Official Form 22C) (Chapter 13) (04/13) – Cont.                                                                                     5

| 29 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 28. <br><br> Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 47; subtract Line b from Line a and enter the result in Line 29. **Do not enter an amount less than zero.** | |
|---|---|---|
| | | |

| | | | |
|---|---|---|---|
| a. | IRS Transportation Standards, Ownership Costs | $        N.A. | |
| b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 47 | $        N.A. | |
| c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a. | $   N.A. |

| 30 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self-employment taxes, social security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | $   N.A. |
|---|---|---|
| 31 | **Other Necessary Expenses: involuntary deductions for employment.** Enter the total average monthly deductions that are required for your employment, such as mandatory retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $   N.A. |
| 32 | **Other Necessary Expenses: life insurance.** Enter total average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $   N.A. |
| 33 | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. **Do not include payments on past due support obligations included in Line 49.** | $   N.A. |
| 34 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $   N.A. |
| 35 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare—such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | $   N.A. |
| 36 | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 24B. **Do not include payments for health insurance or health savings accounts listed in Line 39.** | $   N.A. |
| 37 | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunications services other than your basic home telephone  and cell phone service – such as pagers, call waiting, caller id, special long distance, or internet service—to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | $   N.A. |
| 38 | **Total Expenses Allowed under IRS Standards.**  Enter the total of Lines 24 through 37. | $   N.A. |

| **Subpart B: Additional Living Expense Deductions** <br> **Note: Do not include any expenses that you have listed in Lines 24-37** |
|---|

B22C (Official Form 22C) (Chapter 13) (04/13) - Cont.    6

| | | |
|---|---|---|
| **39** | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents. | |
| | a. | Health Insurance | $  N.A. | |
| | b. | Disability Insurance | $  N.A. | |
| | c. | Health Savings Account | $  N.A. | |
| | Total and enter on Line 39 | $  N.A. |
| | **If you do not actually expend this total amount,** state your actual total average monthly expenditures in the space below: $  N.A. | |

| | | |
|---|---|---|
| **40** | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses.  **Do not include payments listed in Line 34.** | $  N.A. |
| **41** | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incur to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $  N.A. |
| **42** | **Home energy costs.**  Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | $  N.A. |
| **43** | **Education expenses for dependent children under 18.** Enter the total average monthly expenses that you actually incur, not to exceed $156.25 per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $  N.A. |
| **44** | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $  N.A. |
| **45** | **Charitable contributions.**   Enter the amount reasonably necessary for you to expend each month on charitable contributions in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2).  **Do not include any amount in excess of 15% of your gross monthly income.** | $  N.A. |
| **46** | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 39 through 45. | $  N.A. |

| | |
|---|---|
| **Subpart C: Deductions for Debt Payment** | |

| | | | | | |
|---|---|---|---|---|---|
| **47** | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of creditor, identify the property securing the debt, and state the Average Monthly Payment, and check whether the payment includes taxes and insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60.  If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 47. | | | | |
| | | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? |
| | a. | | | $ | ☐ yes  ☐ no |
| | b. | | | $ | ☐ yes  ☐ no |
| | c. | | | $ | ☐ yes  ☐ no |
| | | | | Total: Add Lines a, b and c | |
| | | | | | $  N.A. |

B22C (Official Form 22C) (Chapter 13) (04/13) – Cont.

7

| 48 | **Other payments on secured claims.** If any of debts listed in Line 47 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 47, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. |  |
|---|---|---|

| | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
|---|---|---|---|
| a. | | | $ |
| b. | | | $ |
| c. | | | $ |
| | | | Total: Add Lines a, b and c |

| 48 | | $   N.A. |
|---|---|---|

| 49 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 33.** | $   N.A. |
|---|---|---|

| 50 | **Chapter 13 administrative expenses.** Multiply the amount in Line a by the amount in Line b, and enter the resulting administrative expense. | |
|---|---|---|

| | a. | Projected average monthly Chapter 13 plan payment. | $   N.A. |
|---|---|---|---|
| | b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | x   N.A. |
| | c. | Average monthly administrative expense of Chapter 13 case | Total: Multiply Lines a and b |

| 50 | | $   N.A. |
|---|---|---|

| 51 | **Total Deductions for Debt Payment.** Enter the total of Lines 47 through 50. | $   N.A. |
|---|---|---|

| **Subpart D: Total Deductions from Income** |
|---|

| 52 | **Total of all deductions from income.** Enter the total of Lines 38, 46, and 51. | $   N.A. |
|---|---|---|

# Part V. DETERMINATION OF DISPOSABLE INCOME UNDER § 1325(b)(2)

| 53 | **Total current monthly income.** Enter the amount from Line 20. | $   N.A. |
|---|---|---|

| 54 | **Support income.** Enter the monthly average of any child support payments, foster care payments, or disability payments for a dependent child, reported in Part I, that you received in accordance with applicable nonbankruptcy law, to the extent reasonably necessary to be expended for such child. | $   N.A. |
|---|---|---|

| 55 | **Qualified retirement deductions.** Enter the monthly total of (a) all amounts withheld by your employer from wages as contributions for qualified retirement plans, as specified in § 541(b)(7) and (b) all required repayments of loans from retirement plans, as specified in § 362(b)(19). | $   N.A. |
|---|---|---|

| 56 | **Total of all deductions allowed under § 707(b)(2).** Enter the amount from Line 52. | $   N.A. |
|---|---|---|

| 57 | **Deduction for special circumstances.** If there are special circumstances that justify additional expenses for which there is no reasonable alternative, describe the special circumstances and the resulting expenses in lines a-c below. If necessary, list additional entries on a separate page. Total the expenses and enter the total in Line 57. **You must provide your case trustee with documentation of theses expenses and you must provide a detailed explanation of the special circumstances that make such expenses necessary and reasonable.** | |
|---|---|---|

| | Nature of special circumstances | Amount of expense |
|---|---|---|
| a. | | $ |
| b. | | $ |
| c. | | $ |
| | | Total: Add Lines a, b and c |

| 57 | | $   N.A. |
|---|---|---|

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

B22C (Official Form 22C) (Chapter 13) (04/13) - Cont.

| | | |
|---|---|---|
| 58 | **Total adjustments to determine disposable income.** Add the amounts on Lines 54, 55, 56 and 57 and enter the result. | $   N.A. |
| 59 | **Monthly Disposable Income Under § 1325(b)(2).** Subtract Line 58 from Line 53 and enter the result. | $   N.A. |

## Part VI: ADDITIONAL EXPENSE CLAIMS

| | |
|---|---|
| 60 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. |

| | Expense Description | Monthly Amount |
|---|---|---|
| a. | | $ |
| b. | | $ |
| c. | | $ |
| | Total: Add Lines a, b and c | N.A. |

## Part VII: VERIFICATION

| | |
|---|---|
| 61 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this a joint case, both debtors must sign.)* |

Date: August 31st, 2013     Signature: /s/ Todd Andrew Schneeberger
_____                _____
                                                                    *(Debtor)*

Date: August 31st, 2013     Signature: /s/ Patricia Anne Schneeberger
_____                _____
                                                                    *(Joint Debtor, if any)*

## Form 22 Continuation Sheet

| **Income Month 1** | | |
|---|---|---|
| Gross wages, salary, tips... | 0.00 | 1,631.84 |
| Income from business... | 0.00 | 0.00 |
| Rents and real property income... | 0.00 | 0.00 |
| Interest, dividends... | 0.00 | 0.00 |
| Pension, retirement... | 0.00 | 0.00 |
| Contributions to HH Exp... | 0.00 | 0.00 |
| Unemployment... | 0.00 | 0.00 |
| Other Income... | 1,000.00 | 0.00 |

| **Income Month 2** | | |
|---|---|---|
| Gross wages, salary, tips... | 0.00 | 1,661.84 |
| Income from business... | 840.22 | 0.00 |
| Rents and real property income... | 0.00 | 0.00 |
| Interest, dividends... | 0.00 | 0.00 |
| Pension, retirement... | 0.00 | 0.00 |
| Contributions to HH Exp... | 0.00 | 0.00 |
| Unemployment... | 0.00 | 0.00 |
| Other Income... | 1,000.00 | 0.00 |

| **Income Month 3** | | |
|---|---|---|
| Gross wages, salary, tips... | 525.10 | 1,661.45 |
| Income from business... | 0.00 | 0.00 |
| Rents and real property income... | 0.00 | 0.00 |
| Interest, dividends... | 0.00 | 0.00 |
| Pension, retirement... | 0.00 | 0.00 |
| Contributions to HH Exp... | 0.00 | 0.00 |
| Unemployment... | 0.00 | 0.00 |
| Other Income... | 1,000.00 | 0.00 |

| **Income Month 4** | | |
|---|---|---|
| Gross wages, salary, tips... | 525.14 | 1,681.19 |
| Income from business... | 0.00 | 0.00 |
| Rents and real property income... | 0.00 | 0.00 |
| Interest, dividends... | 0.00 | 0.00 |
| Pension, retirement... | 0.00 | 0.00 |
| Contributions to HH Exp... | 0.00 | 0.00 |
| Unemployment... | 0.00 | 0.00 |
| Other Income... | 1,000.00 | 0.00 |

| **Income Month 5** | | |
|---|---|---|
| Gross wages, salary, tips... | 754.28 | 1,658.16 |
| Income from business... | 0.00 | 0.00 |
| Rents and real property income... | 0.00 | 0.00 |
| Interest, dividends... | 0.00 | 0.00 |
| Pension, retirement... | 0.00 | 0.00 |
| Contributions to HH Exp... | 0.00 | 0.00 |
| Unemployment... | 0.00 | 0.00 |
| Other Income... | 1,000.00 | 0.00 |

| **Income Month 6** | | |
|---|---|---|
| Gross wages, salary, tips... | 754.28 | 1,668.03 |
| Income from business... | 0.00 | 0.00 |
| Rents and real property income... | 0.00 | 0.00 |
| Interest, dividends... | 0.00 | 0.00 |
| Pension, retirement... | 0.00 | 0.00 |
| Contributions to HH Exp... | 0.00 | 0.00 |
| Unemployment... | 0.00 | 0.00 |
| Other Income... | 1,000.00 | 0.00 |

## Additional Items as Designated, if any

## Remarks

B203
12/94

# United States Bankruptcy Court
### District of Colorado

In re  Todd Andrew Schneeberger & Patricia Anne Schneeberger

Case No. _____

Chapter _____13_____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf  of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow s:

For legal services, I have agreed to accept ...........................……………………….... $  2,500.00

Prior to the filing of this statement I have received ........……………….............. $  2,500.00

Balance Due ..............................…………………………………................................ $  0.00

2.   The source of compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3.   The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4.   ☑   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐   I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Bankruptcy2013 ©1991-2013, New Hope Software, Inc.--ver. 4.7.2-792 - 32489-301X-***** - PDF-XChange 3.0

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in the bankruptcy proceeding.

August 31st, 2013
_____
Date

/s/ Algirdas M. Liepas
_____
Signature of Attorney

Algirdas M. Liepas
_____
Name of law firm